# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-22431-JLK/JB

LINDA J. EISENMAN, individually and as Personal Representative of the ESTATE OF JEFFREY SCOTT EISENMAN, JULIE EISENMAN and RYAN EISENMAN,

Plaintiffs,

v.

CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES,

Defendant.

**ORDER MEMORIALIZING FEBRUARY 4, 2020 DISCOVERY HEARING**

THIS CAUSE came for hearing on February 4, 2020, on Plaintiffs' Amended Notice of Discovery Hearing [ECF No. 29]. Having reviewed the file, heard argument of the parties, and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

**Request for Production**

1. Plaintiffs' request to compel better responses by Defendant to Initial Request for Production Nos. 2 and 3 is denied without prejudice.

2. Plaintiffs' request to compel a better response by Defendant to Initial Request for Production no. 8 is granted. By Monday, February 10, 2020, Defendant shall supplement its response to no. 8 in accordance with the parties' prior agreement.

3. Plaintiffs' request to compel better responses by Defendant to Initial Request for Production Nos. 4, 15, 18, 19, 46, and 55 is granted in part and denied in part. By Monday, February 10, 2020, Defendant shall provide Plaintiffs a written explanation in the form of a sworn interrogatory setting forth the following information:

(i) Defendant's policy regarding retention of emails and any automated, periodic deletion of emails;

(ii) Defendant's policy regarding preservation of emails following an incident and efforts undertaken to preserve relevant emails regarding Mr. Jeffrey Eisenman including emails to or from Dr. Adriana Yates; and

(iii) Defendant's efforts to search for responsive emails regarding the subject requests.

**Interrogatories**

4. Plaintiffs withdrew the Motion as to Plaintiffs' Initial Interrogatories nos. 3, 14, and 15.

5. Plaintiffs' request to compel better responses by Defendant to Initial Interrogatories nos. 9, 16, and 17 is granted in part and denied in part. The scope of these interrogatories shall be limited as follows:

(i) any prior incidents involving any Carnival Cruise Line vessel during the three years preceding the subject incident where a passenger was medically disembarked or evacuated at Grand Turk, Turks and Caicos and/or evacuated at sea during travel from Grand Turk, Turks and Caicos, to San Juan, Puerto Rico, relating to any medical condition;

(ii) any prior incident, during the three years preceding the subject incident, where a passenger was medically disembarked or evacuated, relating to any medical condition, and involving any of the medical personnel onboard the vessel at the time of the subject incident; and

(iii) any formal claims or complaints of medical negligence made against any of the medical personnel onboard the vessel at the time of the subject incident.

Based on the limitations above, Defendant shall respond in substance to these interrogatories by Friday, February 21, 2020.

DONE AND ORDERED in chambers in Miami, Florida, on this 6th day of February 2020.

Honorable Jacqueline Becerra
United States Magistrate Judge