# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

LINDA J. EISENMAN, individually and as Personal Representative of the ESTATE OF JEFFREY SCOTT EISENMAN, JULIE EISENMAN and RYAN EISENMAN,

Plaintiffs,

v.

CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE,

Defendant.

CASE NO. 1:19-cv-22431-JLK
Senior Judge James Lawrence King

**CARNIVAL CORPORATION'S NOTICE OF SERVING SUPPLEMENTAL ANSWERS TO INTERROGATORIES NOS. 9, 16, AND 17 PURSUANT TO THE COURT'S FEBRUARY 7, 2020 ORDER [D.E. 31]**

Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE ("Carnival"), pursuant to the Court's February 7, 2020 Order [D.E. 31], serves the attached supplemental answers to interrogatories nos. 9, 16, and 17 (Schedule A).

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the this notice and the attached interrogatory response was sent by email this 21st day of February, 2020, to Ira H. Leesfield, Esq., LEESFIELD SCOLARO, P.A., leesfield@leesfield.com, and Thomas D. Graham, Esq., LEESFIELD

SCOLARO, P.A., graham@leesfield.com, and leon@leesfield.com.

Respectfully submitted,

/s/ Victor J. Pelaez

Christopher E. Knight
Fla. Bar No. 607363
cknight@fowler-white.com

Victor J. Pelaez
Fla. Bar No. 78359
vpelaez@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

## SCHEDULE A

### SUPPLEMENTAL ANSWERS TO INTERROGATORIES NOS. 9, 16, AND 17 PURSUANT TO THE COURT'S FEBRUARY 7, 2020 ORDER [D.E. 31]

9. Please list all instances for the three years preceding the subject incident where Carnival evacuated a passenger or crewmember from a vessel as a result of a cardiac condition or suspected cardiac condition, listing the date of the evacuation, the type of evacuation (i.e. rescue/tender boat, air evacuation, U.S.C.G. or agency assisted evacuation, air ambulance, etc.), the medical condition necessitating the evacuation, the approximate location of the vessel at the time of evacuation, the medical facility or location where the patient was taken after being evacuated, and the name and address of the individual who made the decision to evacuate the passenger from the vessel.

**ANSWER:**

**At the February 4, 2020 discovery hearing, the Court ruled that Carnival would have to disclose the following prior incident discovery in response to interrogatories nos. 9, 16, and 17, which was memorialized in the parties' proposed, agreed order submitted to the Court on February 5, 2020:**

**(i) any prior incidents involving any Carnival Cruise Line vessel during the three years preceding the subject incident where a passenger was medically disembarked or evacuated at Grand Turk, Turks and Caicos and/or evacuated at sea during travel from Grand Turk, Turks and Caicos, to San Juan, Puerto Rico, relating to any medical condition; and**

**(ii) any formal claims or complaints of medical negligence made against any of the medical personnel onboard the vessel at the time of the subject incident.**

**Based on the parameters above, Carnival immediately began searching for responsive information. While performing the search, it became apparent to Carnival that it would not be able to provide the information ordered under part (i) for a full three-year-period before the subject incident—without suffering additional, significant, undue burden and expense—because Carnival's current electronic medical records system/platform was implemented across the fleet, vessel by vessel, between March 17, 2016, through March 19, 2017. *See* attached eSeaCare "Go-Live Schedule" reflecting dates of implementation for each of Carnival's ships. Accordingly, Carnival has searched all electronic medical records available for each of its vessels since implementation of the eSeaCare system for each vessel, as reflected in the attached schedule. Based on that search, Carnival discloses the 68 prior passenger medical evacuations identified on the attached schedule in response to part (i) above.[1]**

[1] Carnival has conferred with Plaintiff's counsel regarding reducing the three-year-time period for prior incidents based on the eSeaCare implementation schedule, but they object to Carnival's request. Carnival is setting this issue for rehearing before this Court to seek relief regarding same or to shift the burden for the costs required to expand the

**In response to part (ii) above, Carnival discloses the following formal claims or complaints of medical negligence made against any of the medical personnel onboard the vessel at the time of the subject incident:**

**Dr. Dayan Campino – *Owen v. Carnival Corp.*, No. 1:18-cv-25372, U.S. Dist. Ct., S.D. Fla.**

**Nurse Lolita Karpiene – *Jordan v. Carnival Corp.*, No. 1:17-cv-23460, U.S. Dist. Ct., S.D. Fla.; *Showers v. Carnival Corp.*, No. 1:11-cv-23909, U.S. Dist. Ct., S.D. Fla.**

16. Please list all instances of medical evacuation or disembarkation from the *Sunshine*, of any sort, that occurred during the subject voyage or during the three year period before the date of Jeffrey Eisenman's death, listing the date of the evacuation or disembarkation, the type of evacuation or disembarkation (i.e. rescue/tender boat, air evacuation, U.S.C.G. or agency assisted evacuation, air ambulance, commercial flight etc.), the medical condition necessitating the evacuation, the approximate location of the vessel at the time of evacuation, the medical facility or location where the patient was taken after being evacuated, and the name and address of the individual who made the decision to evacuate the passenger from the vessel.

**ANSWER: *See* response to interrogatory no. 9 above.**

17. Please provide the date, vessel name, and location of vessel for all instances where a passenger or crewmember died of a cardiac incident on a Carnival vessel for the three year period prior to the death of Jeffrey Eisenman.

**ANSWER: *See* response to interrogatory no. 9 above.**

---

search to encompass three years onto Plaintiff. Carnival will be submitting an affidavit setting forth the anticipated costs to search through the additional, archived medical records.

Carnival will also be seeking rehearing regarding the subject order entered by this Court specifically as to its expansion of the rulings made at the February 4, 2020 hearing and the proposed agreed order submitted by the parties to add disclosure of:

"any prior incident, during the three years preceding the subject incident, where a passenger was medically disembarked or evacuated, relating to any medical condition, and involving any of the medical personnel onboard the vessel at the time of the subject incident."

| ELECTRONIC HEALTH RECORDS (eSEACARE®) GO-LIVE SCHEDULE - FLEET WIDE | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | | 2017 | | | | | |
| MARCH | | APRIL | | SEPTEMBER | | OCTOBER | | NOVEMBER | | DECEMBER | | JANUARY | | FEBRUARY | | MARCH | |
| Freedom | 3/17/2016 | Victory | 4/20/2016 | Glory | 9/1/2016 | Triumph | 10/17/2016 | Elation | 11/5/2016 | Breeze | 12/11/2016 | Spirit | 1/8/2017 | Liberty | 3/2/2017 | Dream | 3/19/2017 |
| | | | | Fascination | 9/25/2016 | Valor | 10/17/2016 | Magic | 11/5/2016 | Inspiration | 12/3/2016 | Sunshine | 1/8/2017 | | | | |
| | | | | Paradise | 9/26/2016 | Miracle | 10/12/2016 | Pride | 11/6/2016 | | | Vista | 1/8/2017 | | | | |
| | | | | Sensation | 9/26/2016 | Splendor | 10/16/2016 | Imagination | 11/13/2016 | | | Conquest | 1/29/2017 | | | | |
| | | | | | | Ecstasy | 10/17/2016 | Fantasy | 11/28/2016 | | | Legend | 1/30/2017 | | | | |

*Eisenman v. Carnival Corp.*

**Prior Medical Disembarkations**

| No. | SHIP | PATIENT | DOB | DATE | PORT | DIAGNOSIS | CATEGORIES |
|---|---|---|---|---|---|---|---|
| 1 | Carnival Glory | LESCALLETT, ANDREW MARTIN | 1960-11-10 | 2016-10-05 05:28:00 | SAN JUAN | (T18.10) Unspecified foreign body in esophagus | Cat 3 - Medical disembarkation to a local healthcare facility |
| 2 | Carnival Pride | CHAVARRIA, JENNIFER L. | 1951-07-15 | 2017-01-05 18:07:00 | GRAND TURK | (J45.42) Moderate persistent asthma with status asthmaticus | Cat 3 - Medical disembarkation to a local healthcare facility |
| 3 | Carnival Splendor | PALSGRAF, ANDREW CHARLES | 1964-08-10 | 2017-02-02 08:37:00 | SAN JUAN | (A09) Infectious gastroenteritis and colitis, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 4 | Carnival Splendor | OLLMANN, LOYAL TAYLOR | 1944-06-18 | 2017-05-15 03:50:00 | GRAND TURK | (S820) Fracture of lower leg, including ankle closed | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 5 | Carnival Splendor | SHELTON, BETTY JANE | 1949-06-07 | 2017-05-24 08:49:00 | GRAND TURK | (Z00.0) General medical examination | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 6 | Carnival Splendor | CASON, BONNIE | 1952-10-23 | 2017-06-02 12:59:00 | GRAND TURK | (J44.0) Chronic obstructive pulmonary disease with acute lower respiratory infection | Cat 3 - Medical disembarkation to a local healthcare facility |
| 7 | Carnival Sunshine | GILBO, POLINA | 1928-12-18 | 2017-06-23 20:00:00 | SAN JUAN | (S32.5) Fracture of pubis | Cat 1 - Medical disembarkation (direct) without escort, Cat 2 - Medical disembarkation (direct) with escort |
| 8 | Carnival Sunshine | LUPERENA, ANISSA | 1985-04-08 | 2017-07-29 05:04:00 | GRAND TURK | (R10) Abdominal and pelvic pain | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 9 | Carnival Magic | GARCIA, JASON | 1988-11-23 | 2017-08-02 14:40:00 | SAN JUAN | (J18.9) Pneumonia, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 10 | Carnival Splendor | HARVEY, FAIRBELL | 1957-11-18 | 2017-08-07 03:00:00 | GRAND TURK | (R04.2) Haemoptysis | Cat 3 - Medical disembarkation to a local healthcare facility |
| 11 | Carnival Vista | Allen, Demetri | 2000-07-02 | 2017-08-28 09:38:00 | GRAND TURK | (G43.0) Migraine without aura [common migraine] | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 12 | Carnival Magic | REYNOLDS, MARLENE CASH | 1953-11-20 | 2017-09-01 05:19:00 | GRAND TURK | (T18.1) Foreign body in oesophagus | Cat 1 - Medical disembarkation (direct) without escort |
| 13 | Carnival Magic | ESCOBAR, JOHNATHAN ANTHONY | 1987-08-17 | 2017-11-07 13:09:00 | GRAND TURK | (Z00.0) General medical examination | Cat 2 - Medical disembarkation (direct) with escort |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | Carnival Sunshine | JOHNSON JR, WALTER IRVING | 1959-08-18 | 2017-12-11 12:40:00 | GRAND TURK | (J44.0) Chronic obstructive pulmonary disease with acute lower respiratory infection | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 15 | Carnival Magic | FOSTER, JOANNE | 1947-01-24 | 2018-01-01 12:45:00 | GRAND TURK | (S72.3) Fracture of shaft of femur | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 16 | Carnival Ecstasy | WRATHER, BOBBY LYNN | 1949-02-25 | 2018-01-24 07:00:00 | GRAND TURK | (K85.9) Acute pancreatitis, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 17 | Carnival Sunshine | STEPHENS, CHARLES MONROE | 1941-04-30 | 2018-01-25 22:00:00 | GRAND TURK | (J15.9) Bacterial pneumonia, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility, Cat 5 - Medical disembarkation involving operational disruption |
| 18 | Carnival Vista | PRICE, ALFRED JAMES | 1946-10-16 | 2018-01-29 10:00:00 | GRAND TURK | (R55) Syncope and collapse | Cat 3 - Medical disembarkation to a local healthcare facility, Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 19 | Carnival Vista | LEONARD, NATHAN JOSEPH | 1990-10-08 | 2018-01-30 14:00:00 | SAN JUAN | (M48.0) Spinal stenosis | Cat 3 - Medical disembarkation to a local healthcare facility |
| 20 | Carnival Sunshine | NEWTON, JOHN PHILLIP | 1936-06-22 | 2018-02-05 11:58:00 | SAN JUAN | (J18.9) Pneumonia, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 21 | Carnival Magic | PANGBORN, KIM ARDEN X | 1939-10-31 | 2018-02-28 02:34:00 | SAN JUAN | (K92.2) Gastrointestinal haemorrhage, unspecified | Cat 1 - Medical disembarkation (direct) without escort, Cat 3 - Medical disembarkation to a local healthcare facility |
| 22 | Carnival Magic | CROSBY, JAMES | 1954-08-15 | 2018-02-28 06:21:00 | SAN JUAN | (I50) Heart failure | Cat 1 - Medical disembarkation (direct) without escort, Cat 3 - Medical disembarkation to a local healthcare facility, Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 23 | Carnival Ecstasy | SMITH, SARAH | 1992-06-17 | 2018-03-07 12:32:00 | GRAND TURK | (G40.6) Grand mal seizures, unspecified (with or without petit mal) | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 24 | Carnival Ecstasy | SMITH, SARAH | 1992-06-17 | 2018-03-07 13:00:00 | GRAND TURK | (G40.6) Grand mal seizures, unspecified (with or without petit mal) | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 25 | Carnival Sunshine | CHAPMAN, HERMAN | 1950-05-27 | 2018-03-30 04:41:00 | GRAND TURK | (J81) Pulmonary oedema | Cat 2 - Medical disembarkation (direct) with escort |
| 26 | Carnival Sensation | FOUNTAIN, DELORES | 1958-11-25 | 2018-04-03 12:45:00 | GRAND TURK | (E87.2) Acidosis | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility, Cat 5 - Medical disembarkation involving operational disruption |
| 27 | Carnival Glory | MONCRIEF, PATSY LOUISE | 1933-02-21 | 2018-04-04 08:46:00 | SAN JUAN | (E27.2) Addisonian crisis | Cat 2 - Medical disembarkation (direct) with escort |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | Carnival Vista | JILLSON, ARIANA HARRINGTON | 1992-11-24 | 2018-04-24 08:55:00 | SAN JUAN | (K58.9) Irritable bowel syndrome without diarrhoea | Cat 3 - Medical disembarkation to a local healthcare facility |
| 29 | Carnival Conquest | NEVERDON, PEARL LEE | 1947-03-19 | 2018-05-04 06:16:00 | GRAND TURK | (I24.9) Acute ischaemic heart disease, unspecified | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 30 | Carnival Magic | MEJIA, MARIA | 1970-02-25 | 2018-05-10 06:49:00 | GRAND TURK | (R11) Nausea and vomiting | Cat 3 - Medical disembarkation to a local healthcare facility |
| 31 | Carnival Glory | FAITH, GARY VICTOR | 1945-10-21 | 2018-05-15 12:30:00 | SAN JUAN | (J44.9) Chronic obstructive pulmonary disease, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 32 | Carnival Glory | POWELL, CECIL NAGLE | 1934-09-17 | 2018-05-15 17:51:00 | SAN JUAN | (I20.0) Unstable angina | Cat 3 - Medical disembarkation to a local healthcare facility |
| 33 | Carnival Pride | CHILES, SUZETTE BROWN | 1941-05-23 | 2018-05-23 09:46:00 | GRAND TURK | (R10.0) Acute abdomen | Cat 3 - Medical disembarkation to a local healthcare facility |
| 34 | Carnival Glory | PENLEY, ZANDER | 2015-09-24 | 2018-05-29 06:13:00 | SAN JUAN | (A09.9) Gastroenteritis and colitis of unspecified origin | Cat 3 - Medical disembarkation to a local healthcare facility |
| 35 | Carnival Glory | GRECO, CHARLES | 1938-04-16 | 2018-05-29 16:50:00 | SAN JUAN | (I50.0) Congestive heart failure | Cat 3 - Medical disembarkation to a local healthcare facility |
| 36 | Carnival Pride | CRISSMAN, ERIC LANE | 1970-09-21 | 2018-05-30 05:01:00 | GRAND TURK | (K56.6) Other and unspecified intestinal obstruction | Cat 1 - Medical disembarkation (direct) without escort |
| 37 | Carnival Pride | FROEHLICH, SUSAN MARIE | 1973-10-09 | 2018-05-30 05:03:00 | GRAND TURK | (R10.3) Pain localized to other parts of lower abdomen | Cat 1 - Medical disembarkation (direct) without escort |
| 38 | Carnival Pride | EARLEY, DELENA MARIE | 1955-03-28 | 2018-05-30 05:08:00 | GRAND TURK | (S52) Fracture of forearm | Cat 1 - Medical disembarkation (direct) without escort |
| 39 | Carnival Magic | GARZORIA CASTRO, ENRIQUETA | 1953-05-04 | 2018-05-30 07:07:00 | SAN JUAN | (K92.2) Gastrointestinal haemorrhage, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 40 | Carnival Pride | THARNISH, CAROL JEAN | 1955-10-28 | 2018-05-30 09:11:00 | GRAND TURK | (S620) Fracture at wrist and hand level closed | Cat 3 - Medical disembarkation to a local healthcare facility |
| 41 | Carnival Magic | MCNAMEE HARPER, PHILLIP | 1989-11-13 | 2018-05-30 11:56:00 | SAN JUAN | (K62.5) Haemorrhage of anus and rectum | Cat 3 - Medical disembarkation to a local healthcare facility |
| 42 | Carnival Magic | ALMON, ROBERT HOLTZCLAW | 1932-01-23 | 2018-05-30 12:39:00 | SAN JUAN | (S82.6) Fracture of lateral malleolus | Cat 3 - Medical disembarkation to a local healthcare facility |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | Carnival Magic | DAVENPORT, ROBERT | 1943-06-08 | 2018-06-19 06:05:00 | SAN JUAN | (K92.1) Melaena | Cat 3 - Medical disembarkation to a local healthcare facility |
| 44 | Carnival Pride | WHITBY, WILLIAM RAWLINGS | 1963-01-09 | 2018-06-20 05:54:00 | GRAND TURK | (L03) Cellulitis | Cat 1 - Medical disembarkation (direct) without escort, Cat 3 - Medical disembarkation to a local healthcare facility |
| 45 | Carnival Magic | WILDE, WILLIAM CHARLES | 1960-01-06 | 2018-06-26 06:06:00 | SAN JUAN | (R16.0) Hepatomegaly, not elsewhere classified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 46 | Carnival Sensation | ST PIERRE, ILIA | 1999-06-10 | 2018-06-26 12:50:00 | GRAND TURK | (S14.1) Other and unspecified injuries of cervical spinal cord | Cat 3 - Medical disembarkation to a local healthcare facility |
| 47 | Carnival Pride | MYFORD, THOMAS ALAN | 1947-05-03 | 2018-06-27 09:39:00 | GRAND TURK | (I50.0) Congestive heart failure | Cat 2 - Medical disembarkation (direct) with escort |
| 48 | Carnival Glory | WEMES, JOHN LAURENCE | 1999-03-12 | 2018-07-10 07:57:00 | SAN JUAN | (L55.1) Sunburn of second degree | Cat 3 - Medical disembarkation to a local healthcare facility |
| 49 | Carnival Vista | JOHNSON, DEBORAH MICHELLE | 1966-10-27 | 2018-07-16 08:38:00 | GRAND TURK | (R10) Abdominal and pelvic pain | Cat 3 - Medical disembarkation to a local healthcare facility |
| 50 | Carnival Pride | MC NAIR, MINERVA HALTIWANGER | 1948-06-15 | 2018-08-01 08:16:00 | GRAND TURK | (S52) Fracture of forearm | Cat 3 - Medical disembarkation to a local healthcare facility |
| 51 | Carnival Pride | KUNERT, DARIN GERARD | 1964-10-20 | 2018-08-01 08:30:00 | GRAND TURK | (Z00.0) General medical examination | Cat 2 - Medical disembarkation (direct) with escort, Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 52 | Carnival Sunshine | LOCKETT, SHAMIKKI LASHAWN | 1976-01-23 | 2018-08-02 10:32:00 | SAN JUAN | (C95.9) Leukaemia, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 53 | Carnival Magic | BAUSCH, WILLIAM ANDREW | 1956-07-26 | 2018-08-02 13:18:00 | GRAND TURK | (Z72.1) Alcohol use | Cat 3 - Medical disembarkation to a local healthcare facility |
| 54 | Carnival Glory | SUTTON, DERRELL EVERETTE | 1972-06-12 | 2018-08-06 11:55:00 | GRAND TURK | (L03.1) Cellulitis of other parts of limb | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 55 | Carnival Glory | TAYLOR, BERNARD | 1967-07-27 | 2018-09-04 13:15:00 | SAN JUAN | (Z00.0) General medical examination | Cat 3 - Medical disembarkation to a local healthcare facility |
| 56 | Carnival Sunshine | SANFORD, RICHARD | 1956-01-20 | 2018-09-12 21:47:00 | SAN JUAN | (R56.8) Other and unspecified convulsions | Cat 3 - Medical disembarkation to a local healthcare facility |
| 57 | Carnival Vista | HART, MELISSA LEE | 1966-07-17 | 2018-09-13 08:35:00 | SAN JUAN | (K35) Acute appendicitis | Cat 3 - Medical disembarkation to a local healthcare facility |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58 | Carnival Sunshine | MARTIN, LOIS MARIE | 1936-09-25 | 2018-09-27 10:08:00 | GRAND TURK | (S09.9) Unspecified injury of head | Cat 3 - Medical disembarkation to a local healthcare facility |
| 59 | Carnival Glory | NIFORD, DUANE ALAN | 1970-06-26 | 2018-10-03 12:31:00 | SAN JUAN | (S01.3) Open wound of ear | Cat 3 - Medical disembarkation to a local healthcare facility |
| 60 | Carnival Breeze | WEST, SHERI LYNNE | 1966-02-27 | 2018-10-10 11:40:00 | SAN JUAN | | Cat 3 - Medical disembarkation to a local healthcare facility |
| 61 | Carnival Glory | WILSON, AYDEN | 2011-12-27 | 2018-10-15 09:33:00 | GRAND TURK | (J18.0) Bronchopneumonia, unspecified | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |
| 62 | Carnival Glory | AFFOLTER, LARRY EUGENE | 1952-01-27 | 2018-10-15 20:36:00 | SAN JUAN | (I50.9) Heart failure, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 63 | Carnival Magic | SPARKS JR, GREGORY | 1981-04-15 | 2018-10-25 15:50:00 | SAN JUAN | (I64) Stroke, not specified as haemorrhage or infarction | Cat 5 - Medical disembarkation involving operational disruption |
| 64 | Carnival Glory | DUNDON, GERALD WILLIAM | 1957-04-28 | 2018-10-30 09:00:00 | SAN JUAN | (J81) Pulmonary oedema | Cat 3 - Medical disembarkation to a local healthcare facility |
| 65 | Carnival Sunshine | EDWARDS, TERRY LEWIS | 1947-11-15 | 2018-11-13 07:58:00 | SAN JUAN | (K92.2) Gastrointestinal haemorrhage, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 66 | Carnival Glory | OLSON, BRIAN QUIN | 1960-09-03 | 2018-11-27 16:26:00 | SAN JUAN | (J20) Acute bronchitis | Cat 3 - Medical disembarkation to a local healthcare facility |
| 67 | Carnival Conquest | BLANCHARD, JERRIL ELDON | 1949-05-02 | 2018-11-30 10:52:00 | GRAND TURK | (G45.9) Transient cerebral ischaemic attack, unspecified | Cat 3 - Medical disembarkation to a local healthcare facility |
| 68 | Carnival Sunshine | MARLENE HALL, SHERRY | 1948-03-09 | 2018-12-03 | GRAND TURK | (W69) Drowning and submersion while in natural water | Cat 4 - Medical disembarkation off the ship in port with transfer to regional healthcare facility |