UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

ANN O'MALLEY,

Plaintiff,

CASE NO.: 1:25-CV-24748-KMW

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_______________________________________/

**JOINT NOTICE OF RESOLUTION OF DISCOVERY DISPUTE**

The parties, by and through undersigned counsel, hereby notify the Court that they have resolved the discovery dispute set forth in their Joint Motion for Discovery Hearing [ECF No. 22]. Therefore, the parties respectfully request that the Court cancel the discovery hearing set for May 11, 2026.

Respectfully submitted,

*/s/ Laurence M. Krutchik, Esq.*
Thomas B. Scolaro, Esq.
Florida Bar No. 178276
Scolaro Law
1728 Coral Way, Suite 702
Miami, Florida 33145
Tel: (305) 424-2300
Fax: (305) 424-2140
tom@usinjury.law

Laurence M. Krutchik, Esq.
Florida Bar No. 69449
LMK Legal
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Tel: (305) 527-6866
Fax: (305) 433-2334
lmk@lmklegal.com
*Attorneys for Plaintiff*

*/s/ Michael J. Drahos, Esq.*
Michael J. Drahos, Esq.
Florida Bar No. 0617059
Ashley Genoese
Florida Bar No. 1019357

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33140
Telephone: (561) 268-5727
Michael.drahos@gray-robinson.com
Ashley.genoese@gray-robinson.com
Lilia.parker@gray-robinson.com

*Attorneys for Defendant*