UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

ANN O'MALLEY,

Plaintiff,

CASE NO.: 1:25-CV-24748-KMW

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_______________________________________/

**JOINT NOTICE OF RESCHEDULED MEDIATION**

Pursuant to this Paperless Order [ECF No. 28], dated July 9, 2026, notice is hereby given that the parties have agreed to mediate this matter with Certified Mediator Elisabeth M. Rock of EMC Mediation Solutions. The mediation will take place via Zoom on Friday, August 14, 2026, at 10:00 a.m.

Dated: July 13, 2026

Respectfully submitted,

*/s/ Laurence M. Krutchik, Esq.*
Thomas B. Scolaro, Esq.
Florida Bar No. 178276
Scolaro Law
1728 Coral Way, Suite 702
Miami, Florida 33145
Tel: (305) 424-2300
Fax: (305) 424-2140
tom@usinjury.law

Laurence M. Krutchik, Esq.
Florida Bar No. 69449
LMK Legal
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Tel: (305) 527-6866
Fax: (305) 433-2334
lmk@lmklegal.com
*Attorneys for Plaintiff*

*/s/ Michael J. Drahos, Esq.*
Michael J. Drahos, Esq.
Florida Bar No. 0617059
Ashley Genoese
Florida Bar No. 1019357

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33140
Telephone: (561) 268-5727
Michael.drahos@gray-robinson.com
Ashley.genoese@gray-robinson.com
Lilia.parker@gray-robinson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specific, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Laurence M. Krutchik, Esq.*
LAURENCE M. KRUTCHIK, ESQ.

## SERVICE LIST

Michael J. Drahos, Esq.
Email: michael.drahos@gray-robinson.com
Ashley Genoese, Esq.
Email: ashley.genoese@gray-robinson.com
GRAY ROBINSON
515 North Flagler Drive
Ste 1425
West Palm Beach, FL 33401
561-268-5727
Fax: 561-268-5745
*Attorneys for Defendant*

Thomas B. Scolaro, Esq.
SCOLARO LAW
1728 Coral Way, Suite 702
Miami, Florida 33145
Email: tom@usinjury.law
Telephone: (305) 424-2300
Facsimile: (305) 424-2140
*Attorney for Plaintiff*