UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

ANN O'MALLEY,

Plaintiff,

CASE NO.: 1:25-CV-24748-KMW

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_______________________________________/

**JOINT MOTION TO EXTEND THE *DAUBERT* AND DISPOSITIVE PRE-TRIAL MOTION DEADLINE**

The parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16, hereby move to extend the *Daubert* and dispositive pre-trial motion deadline, and in support thereof state as follows:

1. This case arises from injuries and damages Plaintiff allegedly suffered as a result of medical negligence onboard one of Defendant's cruise ship.

2. Pursuant to the Court's Scheduling Order [ECF No. 16], the current deadline for the parties to file *Daubert* and dispositive pre-trial motion is August 10, 2026.

3. Due to the parties' counsels' upcoming scheduled events in this case and others[1], the parties anticipate that they will require additional time to prepare and file any *Daubert* and dispositive pre-trial motions. As a result and in an abundance of caution, the parties request a brief extension of the *Daubert* and dispositive pre-trial motion deadline to August 31st.

[1] For example, Defendant's counsel has a one-week specially set trial beginning on August 3rd and mediation in this case is set for August 14th.

4. The parties have and continue to work diligently to comply with all the other pre-trial deadlines.

5. The parties only seek an extension of the *Daubert* and dispositive pre-trial motion deadline, and do not seek modify any other deadlines in the Scheduling Order. Additionally, trial is currently set to begin over five months away on January 11, 2027.

6. Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."

7. Good cause exists to extend the *Daubert* and dispositive pre-trial motion deadline. The parties are acting diligently by requesting the proposed extension before the expiration of the current deadline and because the requested extension will not impact any of the other deadlines in the Scheduling Order.

WHEREFORE the parties respectfully request that the Court briefly extend the *Daubert* and dispositive pre-trial motion deadline until August 31, 2026, allow the parties and their counsel additional time to prepare and file any *Daubert* and dispositive pre-trial motions, and grant any further relief the Court deems just and proper.

Respectfully submitted,

*<u>/s/ Laurence M. Krutchik, Esq.</u>*
Thomas B. Scolaro, Esq.
Florida Bar No. 178276
Scolaro Law
1728 Coral Way, Suite 702
Miami, Florida 33145
Tel: (305) 424-2300
Fax: (305) 424-2140
tom@usinjury.law

Laurence M. Krutchik, Esq.
Florida Bar No. 69449
LMK Legal
7450 SW 172nd Street

*<u>/s/ Michael J. Drahos, Esq.</u>*
Michael J. Drahos, Esq.
Florida Bar No. 0617059
Ashley Genoese
Florida Bar No. 1019357

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33140
Telephone: (561) 268-5727
Michael.drahos@gray-robinson.com
Ashley.genoese@gray-robinson.com
Lilia.parker@gray-robinson.com

Palmetto Bay, Florida 33157
Tel: (305) 527-6866
Fax: (305) 433-2334
lmk@lmklegal.com
*Attorneys for Plaintiff*

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specific, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Laurence M. Krutchik, Esq.*
LAURENCE M. KRUTCHIK, ESQ.

**SERVICE LIST**

Michael J. Drahos, Esq.
Email: michael.drahos@gray-robinson.com
Ashley Genoese, Esq.
Email: ashley.genoese@gray-robinson.com
GRAY ROBINSON
515 North Flagler Drive
Ste 1425
West Palm Beach, FL 33401
561-268-5727
Fax: 561-268-5745
*Attorneys for Defendant*

Thomas B. Scolaro, Esq.
SCOLARO LAW
1728 Coral Way, Suite 702
Miami, Florida 33145
Email: tom@usinjury.law
Telephone: (305) 424-2300
Facsimile: (305) 424-2140
*Attorney for Plaintiff*