UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

ANN O'MALLEY,

Plaintiff,

CASE NO.: 1:25-CV-24748-KMW

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_____________________________________/

**PLAINTIFF'S EXPERT DISCLOSURES**

Plaintiff, ANN O'MALLEY, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(2), and the Court's January 7, 2026 Scheduling Order [ECF No. 16], hereby discloses the following retained experts that will testify at trial of this matter:

**1. Victor Gomez MD, MSc, MA**
**Cra 1A # 76A-94**
**Bogota, Colombia n110221**

Dr. Gomez is a medical doctor and cruise ship medicine expert. Dr. Gomez's expert report, curriculum vitae including a list of publications, and a listing of the cases in which he has testified as an expert in the last four years are attached hereto. Dr. Gomez is being compensated at a rate of $250 per hour.

Plaintiff reserves the right to supplement Dr. Gomez's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Dr. Gomez may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Dr. Gomez may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Dr. Gomez's report, and in any supplemental and/or rebuttal report produced in this matter.

EX. A

**2. Gerald Nielsen**
**Ocean Ridge Litigation Support, LLC**
**21920 Merchants Way, Suite 200**
**Katy, TX 77449**

Mr. Nielsen is a marine surveyor, management system auditor, and incident investigator expert. Mr. Nielsen's expert report, curriculum vitae including a list of publications, and a listing of the cases in which he has testified as an expert in the last four years are attached hereto. Mr. Nielsen is being compensated at a rate of $480 per hour.

Plaintiff reserves the right to supplement Mr. Nielsen's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Mr. Nielsen may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Nielsen may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Mr. Nielsen's report, and in any supplemental and/or rebuttal report produced in this matter.

**3. Ali S. Saber Tehrani, MD, PhD**
**Johns Hopkins Hospital**
**600 N. Wolfe Street**
**Pathology 2 building, suite 215**
**Baltimore, MD 21287**

Dr. Tehrani is a medical doctor and neurology expert. Dr. Tehrani's expert report, curriculum vitae including a list of publications, and a listing of the cases in which he has testified as an expert in the last four years are attached hereto. Dr. Tehrani is being compensated at a rate of $800 per hour.

Plaintiff reserves the right to supplement Dr. Tehrani's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Dr. Tehrani may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Dr. Tehrani may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Dr. Tehrani's report, and in any supplemental and/or rebuttal report produced in this matter.

**4. Robert P. Tremp, Jr., MA, CRC, CLCP**
**Client M.D. Life Care Plans**
**628 Bypass Drive**
**Clearwater, FL 33764**

Mr. Tremp is a Certified Rehabilitation Counselor/Certified Life Care Planner expert. Mr. Tremp's expert report, curriculum vitae including a list of publications, and a listing of the cases in which he has testified as an expert in the last four years, his fee schedule, and an invoice of charges to date are attached hereto.

Plaintiff reserves the right to supplement Mr. Tremp's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Mr. Tremp may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Mr. Tremp may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Mr. Tremp's report, and in any supplemental and/or rebuttal report produced in this matter.

**5. Nik Volkov, Ph.D., CVA, MAFF**
**Client M.D. Life Care Plans**
**628 Bypass Drive**
**Clearwater, FL 33764**

Dr. Volkov is a forensic economist expert. Dr. Volkov's expert report, curriculum vitae including a list of publications, a listing of the cases in which he has testified as an expert in the last four years, his fee schedule, and an invoice of charges to date are attached hereto.

Plaintiff reserves the right to supplement Dr. Volkov's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Dr. Volkov may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Dr. Volkov may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Dr. Volkov's report, and in any supplemental and/or rebuttal report produced in this matter.

**6. Victor Isaac, MD, FAAPMR, CLCP**
**Client M.D. Life Care Plans**
**628 Bypass Drive**
**Clearwater, FL 33764**

Dr. Isaac is a physical medicine, rehabilitation, and pain management expert. Dr. Isaac's expert report, curriculum vitae including a list of publications, a listing of the cases in which he has testified as an expert in the last four years, his fee schedule, and an invoice of charges to date are attached hereto.

Plaintiff reserves the right to supplement Dr. Isaac's report and/or to provide a rebuttal report based on additional information that has not yet been made available, including documents and data that will be requested in discovery. Dr. Isaac may use any document produced or offered as an exhibit, including those which may not have been disclosed to date, and the transcript of any hearing or deposition taken in this action. Dr. Isaac may also refer to public documents, professional treatises and publications, and other illustrations to aid the Court in understanding his testimony. He may also testify to additional opinions in rebuttal to Defendant's experts' opinions. Plaintiff reserves the right to present testimony concerning any matter set forth herein, within Dr. Isaac's report, and in any supplemental and/or rebuttal report produced in this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail this 25th day of June 2026 to:

Michael J. Drahos, Esq.
Email: michael.drahos@gray-robinson.com
Ashley Genoese, Esq.
Email: ashley.genoese@gray-robinson.com
GRAY ROBINSON
515 North Flagler Drive
Ste 1425
West Palm Beach, FL 33401
561-268-5727
Fax: 561-268-5745
*Attorneys for Defendant*

Thomas B. Scolaro, Esq.
Email: tom@usinjury.law
SCOLARO LAW
1728 Coral Way, Suite 702
Miami, Florida 33145
Telephone: (305) 424-2300
Facsimile: (305) 424-2140
*Attorneys for Plaintiff*

/s/ Laurence M. Krutchik, Esq.
LAURENCE M. KRUTCHIK, ESQ.
Fla. Bar No. 69449
LMK LEGAL
LMK@LMKLEGAL.COM
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Telephone: (305) 537-6866
*Co-Counsel for Plaintiff*

# MEDICAL EXPERT REPORT

## I. INTRODUCTION

I, Victor Gomez, MD, have been retained by Tom Scolaro of Scolaro Law, to review and analyze the medical care provided to Mrs. Ann O'Malley aboard the *Emerald Princess*. The incident in question occurred during a scheduled "15-Night Panama Canal Ocean to Ocean Cruise" departing from Los Angeles to Fort Lauderdale (February 6, 2024, to February 21, 2024). My review specifically focuses on the initial medical management of her systemic infection on the evening of February 6, the adequacy of her resuscitation, and the circumstances surrounding her hemodynamic collapse that ultimately necessitated an emergency ship deviation to Cabo San Lucas, Mexico, on February 8, 2024. I have been asked to render opinions regarding whether the care provided by the shipboard medical team onboard the *Emerald Princess* met the applicable standard of care. The standard of care is defined as the level and type of care that a reasonably competent and skilled healthcare professional, with a similar background and in the same medical community, would have provided under the same or similar circumstances. For cruise ships, this standard is defined by the American College of Emergency Physicians (ACEP) Cruise Ship Health Care Guidelines (1). The scope of my review includes the following issues:

**A. Initial triage, diagnosis, and treatment.** The adequacy of the initial assessment and treatment provided to Mrs. O'Malley upon her presentation to the ship's medical center on the evening of February 6, 2024. This includes the evaluation and management of her systemic infection, profound volume depletion, severe tachycardia, elevated lactate, and the failure to monitor urine output to assess for acute kidney injury (AKI), as well as the sufficiency of her intravenous (IV) fluid resuscitation prior to her IV cannula being prematurely removed.

**B. Monitoring, failure to admit, and discharge decision.** The adequacy of the medical team's ongoing monitoring, and whether the decision to discharge Mrs. O'Malley to an unmonitored cabin on February 6 at 20:57, rather than admitting her for intensive care, was consistent with the standard of care, particularly considering her dropping mean arterial pressure (MAP), progression into septic shock, and documented active orthostatic intolerance.

**C. Clinical management after collapse:** The appropriateness of the shipboard medical team's subsequent management after Mrs. O'Malley collapsed and was readmitted in shock, including

the use of aggressive IV fluids, vasopressor support (Dopamine and Norepinephrine), the failure to assess blood gases, monitoring, and ICU-level care.

**D. Medical disembarkation:** The timeliness and appropriateness of the decision to medically disembark Mrs. O'Malley, including the delayed referral ordered by Dr. Jericho Bautista on February 7, 2024, the shoreside corporate team's administrative handling of the evacuation despite the patient's clinical urgency, and her subsequent disembarkation in Cabo San Lucas, Mexico, on February 8, 2024.

**E. Failure to recognize evolving stroke:** The adequacy of the shipboard medical team's clinical assessments in recognizing and responding to Mrs. O'Malley's evolving acute ischemic stroke.

My opinions are based on my review of the shipboard and shoreside medical records for Mrs. O'Malley, the 2023 ACEP Cruise Ship Health Care Guidelines, my education, training, and experience in maritime medicine, emergency medicine, remote medical care, aeromedical evacuations, and my work as a medico-legal expert in cruise-ship medical cases. All opinions in this report are held to a reasonable degree of medical probability.

## II. MATERIALS REVIEWED

**Shipboard Records**

- Emerald Princess Complete Medical File (February 6, 2024 – February 8, 2024)
- Emerald Princess Itinerary (February 6, 2024 – February 21, 2024)

**Shoreside Records**

- BlueNet Hospitals Records (February 8, 2024 – February 14, 2024)
- Mexican MRI Reports (February 11, 2024)
- Mayo Clinic Records (February 22, 2024 – September 23, 2024)
- Rockledge Regional Medical Center Records (July 12, 2024)

**Medical Guidelines**

- American College of Emergency Physicians (ACEP) Cruise Ship Health Care Guidelines (October 2023)

**Peer-Reviewed Medical Literature**

- Referenced at the end of the report

## III. QUALIFICATIONS

I am a medical doctor with formal postgraduate education in Emergency Medicine & Critical Care Medicine, Emergency & Disaster Management, Occupational Health & Safety, Artificial Intelligence, and Digital Transformation. My academic training integrates clinical medicine, emergency preparedness, mass-casualty response, and medical decision-making in high-risk and resource-limited environments. I earned my medical degree from Pontificia Universidad Javeriana in 2006, followed by a Master of Science in Emergency Medicine and Critical Care at the University of Barcelona (2009–2011), and a Master of Arts in Disaster Management at Florida International University (2022–2023). I have also pursued advanced training in Artificial Intelligence, Industrial Hygiene, Occupational Health and Safety, and Digital Transformation.

In addition to my formal academic and clinical training, I possess extensive firsthand experience practicing medicine aboard large passenger cruise vessels. My cruise ship medical career extends from 2011 through 2023, during which I served aboard vessels operated by Royal Caribbean International, Celebrity Cruises, MSC Cruises, and Azamara Cruises. In these environments, I was responsible for continuous emergency readiness and the management of high-acuity medical events within large, complex maritime healthcare systems.

From 2011 through 2017, I served as a Medical Officer and subsequently Senior Medical Officer aboard vessels operated by Royal Caribbean International and Celebrity Cruises. In these roles, I held supervisory responsibility for shipboard medical operations and provided direct emergency and inpatient care.

Across my maritime career, which also includes serving as the sole onboard physician and Senior Medical Officer for Azamara Cruises, I routinely evaluated and treated large volumes of passengers, led shipboard emergency response teams, and managed medical emergencies including trauma. I gained direct operational familiarity with cruise ship medical staffing models, onboard diagnostic capabilities, emergency evacuation logistics, and the real-world application of international cruise ship medical standards.

## IV. CASE SUMMARY

**Shipboard Medical Leadership:** Dr. Jericho Jett Bautista served as the Senior Doctor aboard the Emerald Princess. His role as the vessel's lead shipboard physician is reflected in his official performance appraisals, his signature stamp on Mrs. O'Malley's electrocardiograms, and Carnival's internal shoreside Health Operations Center (HOC) communications. As Senior Doctor, Dr. Bautista had supervisory responsibility for the shipboard medical center's clinical operations,

including oversight of the second ship physician, Dr. Martelie Angela Rhius, and participation in decisions concerning emergency medical disembarkation.

**Note on Medical Record Timestamps:** The timeline of events in this report is reconstructed based on the clinical documentation. It must be noted that the ship's electronic medical record system (Seacare) experienced a documented malfunction on the evening of February 6, 2024. While the vessel formally advanced its time zone from UTC-08:00 to UTC-07:00 on February 7 at 02:00, the Seacare system began improperly stamping entries in the UTC-07:00 time zone hours prior to the official change. Paramedic Sheehan documented this software failure at 23:06 on February 6, noting: *"NOTE: EVEN THOUGH SEACARE CLOCK HAS BEEN CHANGED TO THE CORRECT TIME. SOME ENTRIES ARE LOGGED AN HOUR AHEAD OF ACTUAL TIME AS SEACARE SEEMS TO KEEP RESETTING ITSELF?"*. Therefore, the chronological sequence of Mrs. O'Malley's rapid clinical deterioration is established based on the chronological progression of clinical events and the manual corrections entered by the responding medical staff.

**February 6, 2024**

- **Prior to 17:33 (Initial 911 Call from Cabin):** James O'Malley calls 911 from their cabin to report his wife is shaking and shivering, noting that a hot shower helped and that symptoms started at 16:45. *(Note: This earlier cabin call was retrospectively logged into the electronic system by Paramedic Tindel under the heading "Triage," which the Seacare system stamped at 18:33 UTC-07:00).*
- **17:33 (Physical Arrival and Registration):** Mrs. O'Malley physically presents to the medical center. The handwritten registration form signed by her husband documents her arrival time as 5:33 PM
- **17:45 UTC-07:00:** Initial triage vital signs are recorded by Registered Nurse (RN) Natasha Smith:
    - Temperature: 39.8°C (103.6°F)
    - Heart Rate: 114 bpm
    - Blood Pressure: 152/69 mmHg (MAP 96)
    - Respiratory Rate: 16 breaths/min
    - SpO2: 90% on room air

- Neurological: Patient is alert (AVPU: A) with a normal Glasgow Coma Scale (GCS) of 15 (Eye Opening 4/4, Verbal 5/5, Motor 6/6). Muscle strength and tone are documented as "good".

- **18:15 UTC-07:00:** A 20G IV cannula is inserted into the left antecubital fossa (ACF) by RN Natasha Smith. Blood is drawn for laboratory investigations.
- **18:20 UTC-07:00:** An IV infusion of Paracetamol (1 Gram / 100 ml) is started by RN Natasha Smith.
- **18:36 UTC-08:00:** Physical examination is performed by Dr. Bautista. The examination notes "Moderate" dehydration and a tachycardic, regular heart rate. Dr. Bautista documents diagnoses of "Volume depletion" and "Urinary tract infection, site not specified (probably pyelonephritis)".
- **18:44 / 18:50 UTC-07:00:** Intravenous Ceftriaxone (2 Grams) mixed with 500 ml of 0.9% Normal Saline is started by RN Natasha Smith.
- **19:16 UTC-07:00:** An additional 500 ml of 0.9% Normal Saline IV bolus is ordered to run for 1 hour.
- **19:25 UTC-07:00:** Vital signs are recorded by RN Natasha Smith:
  - Temperature: 38.0°C (100.4°F)
  - Blood Pressure: 102/45 mmHg (MAP 64)
  - Heart Rate: 86 bpm
  - Respiratory Rate: 16 breaths/min
  - SpO2: 93% on room air
  - Neurological: Patient remains alert (AVPU: A).
- **19:37 UTC-07:00:** A metabolic lactate panel is ordered by Dr. Bautista. (Laboratory results from the blood draw record a Lactate of 2.85 mmol/L and Creatinine of 112 μmol/L).
- **19:45 UTC-07:00:** The IV cannula is removed, and a band-aid is applied to the puncture area by RN Natasha Smith. An oral prescription of Amoxicillin + Clavulanic Acid (875 mg / 125 mg) is dispensed to the patient.
- **20:46 UTC-07:00:** Discharge documents are generated and signed by the patient's husband, James O'Malley.
- **20:56 UTC-07:00:** Vital signs are recorded by RN Natasha Smith:

- Blood Pressure: 106/68 mmHg (MAP 80)
- Heart Rate: 87 bpm
- SpO2: 94% on room air
- Neurological: Patient remains alert (AVPU: A) immediately prior to discharge.

- **20:57 UTC-07:00:** RN Natasha Smith documents the discharge event: *"The guest is discharged from the medical centre. Medication was dispensed and explained to the guest and her husband. Guest IV cannula was removed and a bandaid was applied to the puncture area. The guest and her husband were walking out of the medical centre and she started to feel light-headed The guest was placed in a wheelchair and was taken back to ward 1. Observations were done and the guest was encouraged to lay on the bed for a couple of minutes. Wheelchair assistance was called to take the guest back to her cabin"*.

***(Patient released to unmonitored cabin)***

- **Prior to 22:30 (911 Call logged at 23:48 UTC-07:00):** A 911 call is made by James O'Malley reporting that his wife has collapsed in the bathroom after a bowel movement, and he cannot move her. Paramedic Sheehan responds to the cabin. The patient is found in the shower, semi-recumbent, very pale, with "no radial pulse palpable". Paramedic Sheehan documents: "Guest has no strength coordination or cognitive ability to assist us".
- **22:30 UTC-07:00 (Physical Extraction):** Paramedic Sheehan logs the precise time of Mrs. O'Malley's rescue: "Physical lifting from the shower floor to the wheelchair and conveyed to the medical centre".
- **22:50 UTC-07:00:** The patient is readmitted to the medical center. Vital signs are recorded by RN Deshan Govender:
    - Temperature: 36.4°C (97.5°F)
    - Blood Pressure: 70/37 mmHg (MAP 48)
    - Heart Rate: 85 bpm
    - Respiratory Rate: 27 breaths/min
    - SpO2: 90% on room air
    - Neurological: RN Govender confirms she only responds to voice (AVPU: V) with a reduced GCS of 13 (Eye opening 3, Verbal 4, Motor 6). He specifically notes under Muscle Strength/Tone: "Weakness to bilateral hands and bilateral legs.".

- **22:50 UTC-07:00:** A new 20g Jelco is inserted into the left dorsal vein by RN Deshan Govender.
- **23:00 UTC-07:00:** The patient is transferred to an ICU bed and placed on a 15 L/min non-rebreather mask. 1,000 ml of 0.9% Normal Saline IV infusion is started by RN Deshan Govender. Dr. Bautista examines the patient and orders new treatments and bloods.
- **23:00 UTC-08:00:** Vital signs recorded by Paramedic Sheehan note a critically low blood pressure of 60/38 mmHg (MAP 45), severe tachypnea with a respiratory rate of 28 breaths/min and continue to show an AVPU of V and a GCS of 12.
- **23:30 UTC-07:00:** The patient is connected to a C-Pap mask at 10 L/min via oxygen concentrator by RN Deshan Govender.
- **23:37 UTC-07:00:** Vital signs recorded by Paramedic Sheehan note a blood pressure of 63/44 mmHg (MAP 50) and a GCS of 13. She continues to only respond to voice (AVPU: V).
- **23:55 UTC-07:00:** RN Deshan Govender notes the patient is "very restless, moving a lot, unable to obtain bloods". Dr. Bautista is informed and orders a Complete Blood Count (CBC) and new treatments.

**February 7, 2024**

- **00:00 UTC-07:00:** An additional 500 ml of intravenous fluids is initiated by RN Deshan Govender.
- **00:30 UTC-07:00:** Vital signs record a blood pressure of 68/38 mmHg (MAP 48). A Dopamine infusion (200 mg in 500 ml 0.9% Normal Saline) is commenced at 26 ml/hr by RN Deshan Govender. The patient remains only responsive to voice (AVPU: V).
- **00:35 - 01:20 UTC-07:00:** The Dopamine infusion is sequentially titrated upward by RN Deshan Govender from 30 ml/hr to 100 ml/hr in response to dropping mean arterial pressures.
- **01:00 UTC-07:00:** An additional 500 ml of intravenous fluids is initiated.
- **01:10 UTC-07:00:** Vital signs record a blood pressure of 74/37 mmHg (MAP 49).
- **01:25 - 05:06 UTC-07:00:** Following the fluid boluses and vasopressor titration, blood pressures begin to stabilize. At 01:25, BP is 112/46 mmHg (MAP 68). By 05:06, BP is 126/60 mmHg (MAP 82), with an SpO2 of 100% on 10 L/min of oxygen.

- **02:00 UTC-07:00:** Official Clock Change. RN Deshan Govender documents: *"Clocks set 1 hour forward."*
- **02:30 UTC-07:00 (System Timestamp Paradox):** Dr. Bautista's electronic chart logs an examination documenting a GCS of 14 (E4V4M6) and "Mild" dehydration. *(Note: Because the ship's clocks were set forward one hour at 02:00, 02:30 did not physically exist on the ship. Paramedic notes from the same shift confirm the Seacare software was malfunctioning and logging entries "an hour ahead of actual time," indicating this exam likely occurred at 01:30).*
- **03:00 UTC-07:00:** Following resuscitation, vital signs indicate the patient's consciousness has recovered to "Alert" (AVPU: A).
- **07:42 UTC-07:00:** Laboratory results report a markedly elevated BNP (Natriuretic peptide) of 282 pg/ml.
- **08:17 UTC-08:00:** Dr. Bautista generates a Medical Referral Letter requesting "CRITICAL CARE" with an "URGENT" priority. The provisional diagnoses are listed as Septic shock, Volume depletion, and Urinary tract infection/probable pyelonephritis
- **08:24 UTC-07:00:** Retrospectively documenting the prior readmission, Dr. Bautista notes the patient was "awake, alert but confused" and "follows some command."
- **08:26 UTC-08:00:** Vital signs confirm she remains Alert (AVPU: A).
- **08:40 UTC-07:00:** Vital signs confirm her GCS has recovered to 15.
- **11:15 UTC-07:00 (13:15 EST):** The shoreside Health Operations Center (HOC), Carnival Corporation's internal corporate medical logistics department in Miami, opens the case Nr. 1553 log with HOC First Responder Jared Davis. The corporate medical notes document a "discussion on treatment of a 77 yo guest with suspicion of urosepsis" and note that Carnival's shoreside physician, Dr. Monika Pisonic, "looped into call". The internal shoreside notes state this discussion occurred "after team has had a consult with telemedicine, which they agreed with present treatment". This indicates that the independent clinical consultation with Dr. Cardenas, an outside specialist from the University of Texas, was already completed prior to this 11:15 (UTC-07:00) corporate administrative call. Despite recognizing the "urosepsis" diagnosis and having clinical guidance from an independent expert, Carnival's shoreside team and Dr. Bautista decided that because the Princess Cruises vessel was en route to Puerto Vallarta, "passing Cabo San

Lucas... will be their best option to debark the guest". The evacuation is categorized as a tender boat transfer ("Cat 5b") with the explicit administrative impact logged as "No impact on the voyage".

- **12:00 UTC-07:00:** RN Margaret Lyall Erasmus notes the patient's oxygen is discontinued and she is saturating at 97% on room air. Blood pressure is 120/62 mmHg. Intravenous antibiotic therapy is continued.
- **12:13 UTC-07:00:** By aligning the shipboard and shoreside timestamps, the records indicate that the telemedicine consultation with Dr. Cardenas from the University of Texas had already occurred prior to the 11:15 (UTC-07:00) corporate HOC call. However, the official order and clinical findings for this consultation were not formally entered into the ship's electronic Seacare system by Dr. Bautista until 12:13 (UTC-07:00).
- **13:04 UTC-07:00:** The official NAPA Deck Log documents the ship's engine room changing the engine configuration to "3+1" with the explicit remarks: "medical disembarcation [sic]".
- **13:23 UTC-07:00:** RN Margaret Lyall Erasmus conducts a neurological assessment. While she documents the patient is Alert with a GCS of 15, she specifically notes a new deficit of "Expressive dysphasia" under Communication/Speech.
- **14:10 UTC-07:00:** RN Margaret Lyall Erasmus notes the patient has "Slight difficulty with forming some sentences as confirmed by husband, but oriented to place and time".
- **15:07 UTC-07:00 (HOC Watch Log Chat):** Dr. Monika Pisonic (Carnival Corporation's internal shoreside HOC Doctor) messages Dr. Bautista via Teams regarding the shoreside transfer: "Jericho I have already shared this plan with BlueNet leadership and once ETA more exact please share so we can advise".
- **16:48 UTC-07:00:** A "Category 5 - Medical disembarkation involving operational disruption" is formally entered into the medical record by Dr. Bautista, designating a deviation to Cabo San Lucas, Mexico. The risk priority reason is documented as "Septic Shock from Urosepsis" and marked as "Red".
- **17:42 UTC-07:00:** Dr. Bautista conducts a physical examination. Under neurological higher cortical function, he documents speech and language as "Normal".
- **17:54 UTC-07:00:** RN Margaret Lyall Erasmus notes the patient's white blood cell count has increased since the previous day.

- **19:19 UTC-07:00:** Dr. Bautista formally enters the electronic referral order for Cabo San Lucas into the Seacare system. The specialty is listed as an "Internal Medicine Referral" with the note, "Thank you for seeing this 77 year old female".
- **18:39 UTC-07:00:** Dr. Martelie Angela Rhius documents a handover note stating Mrs. O'Malley is "fully conscious and stable and has no complaints".
- **20:30 UTC-07:00:** RN Natasha Smith conducts a neurological assessment. She documents the patient is alert with a GCS of 15 but notes a deficit of "Receptive dysphasia" under Communication/Speech.
- **23:05 UTC-07:00:** Dr. Bautista conducts a physical examination and documents a neurological deterioration. He records her GCS has dropped back down to 13 (Eye Opening 4/4, Verbal 3/5, Motor 6/6). Also, he notes bilateral motor weakness, recording both upper limbs and lower limbs as having only 2/5 motor strength.

**February 8, 2024**

- **03:22 UTC-06:00:** The shipboard medical equipment documents a finding of "Atrial fibrillation on ECG".
- **03:25 - 03:30 UTC-06:00:** Additional unconfirmed shipboard ECGs note a heart rate of 107 to 133 bpm and indicate potential atrial fibrillation. Vital signs at 03:30 record a blood pressure of 156/74 mmHg (MAP 101).
- **04:00 UTC-06:00:** Dr. Rhius enters a clinical note marked as "written in retrospect" regarding an earlier bedside assessment for an elevated heart rate. In this retrospective entry, she documents finding the patient "fully conscious and alert".
- **08:10 UTC-06:00:** RN Deshan Govender takes over patient care, noting the patient is awake and responsive with a recovered GCS of 15/15. IV lines are in situ and infusing well.
- **08:11 UTC-06:00:** RN Deshan Govender enters a chart correction noting: *"Error on previous entry - correction of Dopamine to Norepinephrine infusion at 20ml/hr."*
- **08:21 UTC-07:00 (System Disembarkation Stamp):** The official disembarkation time is documented in the Seacare system as 08:21 UTC-07:00. *(Note: The ship's official NAPA deck log reveals the physical medical evacuation in Cabo San Lucas did not actually occur until that afternoon).*

- **08:30 UTC-06:00 / 11:00 UTC-06:00 (Urine Output):** RN Govender notes the patient passed 200 mls of urine at 08:30, and at 11:00 documents: "Patient assisted with using bedside commode, passed urine x1".
- **11:05 UTC-06:00:** Clinical vital signs are recorded:
  - **Temperature:** 36.7°C (98.1°F)
  - **Blood Pressure:** 119/65 mmHg (MAP 83)
  - **Heart Rate:** 109 bpm
  - **SpO2:** 98% on room air
  - **Neurological:** Alert (AVPU: A).
- **12:29 UTC-06:00:** Clinical vital signs prior to physical departure are recorded by RN Deshan Govender:
  - **Temperature:** 36.7°C (98.1°F)
  - **Blood Pressure:** 124/61 mmHg (MAP 82)
  - **Heart Rate:** 87 bpm
  - **Respiratory Rate:** 18 breaths/min
  - **SpO2:** 98% on room air
  - **Neurological:** Alert (AVPU: A)
- **13:19 UTC-07:00 / 14:08 UTC-06:00 (Physical Medical Disembarkation):** The Seacare system logs an appointment time of 13:19 for BlueNet Hospitals. The NAPA Deck Log confirms the Emerald Princess held position in Cabo San Lucas, Mexico, and at 14:08 UTC-06:00, "Casualty disembarked" via a local tender boat.

Table 1 (below) summarizes the vital signs documented during O'Malley's first medical-center consultation on Tuesday, February 6, 2024, prior to the discharge signature at 20:46 UTC-07:00, with subsequent post-discharge vital signs shown separately for temporal context. Abnormal vital signs are highlighted with red boxes, while borderline or clinically concerning values are highlighted with orange boxes.

**February 8 to February 20, 2024: BlueNet Hospitals (Cabo San Lucas, Mexico)**

- **February 8:** Following the emergency medical disembarkation, Mrs. O'Malley is admitted to BlueNet Hospitals where she is treated for urosepsis with intravenous antibiotics and fluid resuscitation.

- **February 11:** Due to her ongoing neurological deficits, a Brain MRI is performed, which confirms a stroke.
- **February 11 - February 20:** She is treated with a 10-day course of Cerebrolysin (a neurotrophic peptide mixture) for the stroke. Clinical evaluations note visual field deficits resulting in the inability to see the left half of her visual field in both eyes, as well as expressive aphasia.
- **February 20:** Mrs. O'Malley is discharged from the Mexican facility and flies back to the United States.

**February 22, 2024: Mayo Clinic Emergency Department (Jacksonville, FL)**

- **12:30:** Mrs. O'Malley presents to the Mayo Clinic Hospital ED for a continued evaluation of her stroke-like symptoms and irregular heartbeat.
- **14:03:** Initial laboratory panels are drawn, showing a normalizing metabolic state.
- **15:16:** A formal Neurology consultation is conducted. The neurologist documents an NIH Stroke Scale of 2, noting moderate expressive aphasia and visual field deficits.
- **18:07 - 18:32:** A CT Angiogram (CTA) of the Head and Neck with IV contrast is performed. The imaging confirms a subacute left Middle Cerebral Artery (MCA) territory stroke with involvement of the parieto-occipital region and posterior temporal lobe. The scan reveals no aneurysms and confirms that the cerebral and carotid arteries are patent without high-grade stenosis.
- **19:43:** Patient is discharged to home with instructions to continue daily Aspirin (81 mg) and start Atorvastatin (40 mg), with outpatient follow-ups scheduled for neurology and speech therapy.

**February 24 to March 25, 2024: Cardiac Telemetry Monitoring**

- **February 24 (10:26) to March 25 (14:11):** To rule out a cardiac etiology for the stroke, Mrs. O'Malley wears a continuous Mobile Cardiac Telemetry (MCT) monitor for 28 days.
- **March 31 (Reporting Date):** The final MCT End-of-Service report is generated, confirming a baseline normal sinus bradycardia (average HR 67 bpm). The monitor detects exactly 0% Atrial Fibrillation (AF) burden, 0 symptomatic events, and less than 1% burden of both Premature Ventricular Contractions (PVCs) and Premature Atrial Contractions (PACs).

**April 5, 2024: Speech-Language Pathology (SLP) Evaluation**

- **10:00:** Mrs. O'Malley undergoes an outpatient SLP evaluation at the Mayo Clinic.
- **Assessment:** The pathologist formally diagnoses her with a "mild anomic aphasia, including a dyscalculia component". Her deficits are characterized by intermittent word-finding difficulty (anomia), slowed processing of complex information, and specific difficulties with numbers/math. She is prescribed ongoing outpatient SLP services.

**May 21, 2024: Neurology Outpatient Follow-up**

- **08:00:** Mrs. O'Malley returns to the Mayo Clinic Neurology Continuity Clinic.
- **Clinical Status:** She reports significant improvement in her speech. She has transitioned to utilizing a computerized therapy app on her iPad, practicing for up to 3 hours every day. Her vision is also noted to be improving.

**June 17, 2024: Neuro-Ophthalmology Evaluation**

- **13:02:** Mrs. O'Malley is evaluated in the Neuro-Ophthalmology Unit for her visual field defect. An Optical Coherence Tomography scan is performed, showing normal ganglion cell layers and normal temporal/superior thickness.

**July 10 to July 12, 2024: Final Diagnostic Testing & Follow-ups**

- **July 10:** During a Neurology follow-up, she reports an 85% improvement in her speech since the stroke, though she still experiences word-finding difficulties mid-sentence and mental fatigue after prolonged activity. An updated Brain MRI confirms the left posterior MCA territory chronic infarction and notes an incidental, small (10 x 6 mm) left parietal parasagittal meningioma.
- **July 11:** An outpatient Echocardiogram with Doppler is performed. *(Note: As established in previous records, this echo, alongside a nuclear stress test on July 12, showed normal cardiac function with no high-risk markers).*

**September 23, 2024: Neuro-Ophthalmology Follow-up**

- Mrs. O'Malley is seen for a follow-up regarding her partial right-sided homonymous hemianopic visual field defect resulting from prolonged hypoperfusion.

**Table 1. Mrs. O'Malley Vital Signs, Feb. 6–8, 2024 (Prepared by Victor Gomez, MD based on ship medical records)**

| Date/Time UTC | BP (MAP) | HR | RR | SpO2 + O2/FiO2 | Cap refill | GCS | AVPU |
|---|---|---|---|---|---|---|---|
| Feb 6, 2024 17:45 | 152/69 (96) | 114 | 16 | 90%, room air | -- | 15 | A |
| Feb 6, 2024 19:25 | 102/45 (64) | 86 | 16 | 93%, room air | -- | -- | A |
| Feb 6, 2024 20:56 | 106/68 (80) | 87 | -- | 94%, room air | -- | -- | A |
| Feb 6, 2024 20:46 | Patient was discharged to cabin (Discharge signature by Mrs O'Malley) | | | | | | |
| Feb 6, 2024 21:20 | | No radial pulses present | 14 | | "delayed" | 12 | V |
| Feb 6, 2024 22:20 | - | Pulse not palpable | 18 | -- | -- | 12 | V |
| Feb 6, 2024 22:50 | 70/37 (48) | 85 | 27 | 90%, room air | -- | 13 | V |
| Feb 6, 2024 22:55 | -- | -- | -- | 91%, 6 L/min nasal cannula | -- | -- | -- |
| Feb 6, 2024 23:00 | 60/38 (45) | 77 | 28 | 97%, 10 L/min | -- | 12 | V |
| Feb 6, 2024 23:37 | 63/44 (50) | 77 | 16 | -- | -- | 13 | V |
| Feb 7, 2024 00:30 | 68/38 (48) | 79 | 25 | 99%, 10 L/min | -- | -- | V |
| Feb 7, 2024 01:10 | 74/37 (49) | -- | -- | -- | -- | -- | -- |
| Feb 7, 2024 01:20 | 103/46 (65) | 81 | 22 | 98%, 10 L/min | -- | -- | -- |
| Feb 7, 2024 01:25 | 112/46 (68) | -- | -- | -- | -- | -- | -- |
| Feb 7, 2024 01:35 | 122/39 (66) | -- | -- | -- | -- | -- | -- |
| Feb 7, 2024 03:00 | 119/45 (69) | 84 | 24 | 100%, 10 L/min | -- | -- | A |
| Feb 7, 2024 04:00 | 114/55 (74) | 87 | 20 | 100%, 10 L/min | -- | -- | A |
| Feb 7, 2024 05:06 | 126/60 (82) | 88 | 21 | 100%, 10 L/min | -- | -- | -- |
| Feb 7, 2024 06:09 | 115/52 (73) | 84 | 19 | 97%, 10 L/min | -- | -- | -- |
| Feb 7, 2024 07:05 | 101/55 (70) | 79 | 19 | 98%, 10 L/min | -- | -- | A |
| Feb 7, 2024 07:54 | 101/61 (74) | 78 | 18 | 100%, 10 L/min | -- | -- | A |
| Feb 7, 2024 08:26 | 75/54 (61) | 78 | 25 | 98%, oxygen flow not stated | -- | -- | A |
| Feb 7, 2024 08:39 | 111/57 (75) | 78 | -- | 98%, 4 L/min | -- | -- | -- |
| Feb 7, 2024 08:40 | 109/61 (77) | 78 | 19 | 100%, 10 L/min | -- | 15 | A |
| Feb 7, 2024 08:54 | -- | -- | -- | -- | -- | 15 | -- |
| Feb 7, 2024 10:10 | 111/69 (83) | 78 | 23 | 100%, 4 L/min | 2 sec peripheral | -- | A |
| Feb 7, 2024 10:55 | 111/67 (81) | 77 | 18 | 97%, 4 L/min | 2 sec peripheral | -- | A |
| Feb 7, 2024 11:58 | 120/62 (81) | 78 | 20 | 96%, room air | 2 sec peripheral | -- | A |
| Feb 7, 2024 12:54 | 119/59 (79) | 76 | 21 | 98%, room air | -- | -- | A |
| Feb 7, 2024 14:07 | 117/56 (76) | 73 | 20 | 94%, room air | 2 sec peripheral | -- | A |
| Feb 7, 2024 15:18 | 115/59 (77) | 78 | 22 | 97%, room air | 2 sec peripheral | -- | A |
| Feb 7, 2024 17:02 | 125/61 (82) | 75 | 19 | 100%, room air | -- | -- | A |
| Feb 7, 2024 17:51 | 106/52 (70) | 75 | 24 | 95%, room air | -- | -- | A |
| Feb 7, 2024 19:04 | 144/61 (88) | 73 | 18 | 97%, room air | -- | -- | A |
| Feb 7, 2024 19:53 | 128/61 (83) | 74 | 11 | 98%, room air | -- | -- | A |
| Feb 7, 2024 21:05 | 130/63 (85) | 67 | 16 | 97%, room air | -- | -- | A |
| Feb 7, 2024 22:00 | 133/57 (82) | 76 | 16 | 97%, room air | -- | -- | A |
| Feb 7, 2024 23:00 | 138/56 (83) | 79 | 17 | 96%, room air | -- | -- | A |
| Feb 8, 2024 00:06 | 136/60 (85) | 71 | 20 | 95%, room air | -- | -- | A |
| Feb 8, 2024 01:06 | 136/59 (84) | 70 | 20 | 96%, room air | -- | -- | A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Feb 8, 2024 02:01 | 126/75 (92) | 89 | 15 | 96%, room air | -- | -- | A |
| Feb 8, 2024 03:30 | 156/74 (101) | 133 | 16 | 97%, room air | -- | -- | A |
| Feb 8, 2024 04:22 | 93/53 (66) | 113 | 17 | 96%, room air | -- | -- | A |
| Feb 8, 2024 04:52 | 109/62 (77) | 113 | 19 | 97%, room air | -- | -- | A |
| Feb 8, 2024 05:17 | 102/68 (79) | 108 | 20 | 97%, room air | -- | -- | A |
| Feb 8, 2024 06:25 | 113/83 (93) | 110 | 16 | 95%, room air | -- | -- | A |
| Feb 8, 2024 07:02 | 117/75 (89) | 105 | 19 | 94%, room air | -- | -- | A |

## V. EXPERT OPINIONS AND BREACHES IN THE STANDARD OF CARE

Based on my review of the shipboard medical records, shoreside records, the 2023 ACEP Cruise Ship Health Care Guidelines, and the applicable peer-reviewed medical literature, it is my professional opinion, held to a reasonable degree of medical probability, that Dr. Bautista and the *Emerald Princess* medical staff breached the standard of care in their treatment of Mrs. O'Malley. These departures from the standard of care are outlined below:

**Standard of Care and Clinician Capability**

The failures outlined below were not unavoidable errors attributable to limited training or resources. Rather, they represent departures from accepted medical practice by clinicians who seemed to have the training, experience, and clinical resources to recognize Mrs. O'Malley's evolving septic shock, respond to objective markers of hypoperfusion, monitor her clinical deterioration, escalate care appropriately, and arrange timely shoreside transfer. In my opinion, within a reasonable degree of medical probability, these failures fell below the applicable standard of care and more likely than not contributed to Mrs. O'Malley's prolonged shock state, delayed stroke recognition, delayed access to definitive care, and permanent neurological injury.

### A. Initial Triage, Diagnosis, and Treatment.

Mrs. O'Malley's initial shipboard medical encounter presented a clear pattern of suspected systemic infection, documented volume depletion, and evolving hypoperfusion. Dr. Bautista correctly diagnosed "Volume depletion" and "probable pyelonephritis," but the subsequent treatment did not match the severity of the objective clinical findings. The key failures during this initial encounter were the failure to administer adequate guideline-directed intravenous fluid resuscitation, the failure to respond appropriately to objective markers of hypoperfusion, the premature removal of intravenous access, and the failure to complete time-sensitive sepsis resuscitation during the early treatment window.

**Failure to Administer Guideline-Directed Fluid Volumes**

Upon her initial presentation, Dr. Bautista correctly diagnosed "Volume depletion" and "probable pyelonephritis" in a patient presenting with severe tachycardia (114 bpm) and a fever of 39.8°C (103.6°F). The standard of care for fluid resuscitation in sepsis requires the administration of at least 30 mL/kg of IV crystalloid fluid within the first 3 hours for adults with sepsis-induced hypoperfusion (2). This requirement exists because early crystalloid resuscitation is intended to restore intravascular volume, improve tissue perfusion, and prevent progression from sepsis-induced hypoperfusion to clinical shock.

Despite recognizing Mrs. O'Malley's moderate dehydration, the shipboard medical staff prescribed a maximum of only 1,100 mL of intravenous fluids, roughly half of the minimum recommended volume. The inadequacy of this approach is further underscored by the absence of any documented measured body weight or weight-based fluid calculation in the shipboard records. Instead, the records describe her only generally as having an "average" weight-to-height build. Within a reasonable degree of medical probability, this failure to calculate and administer adequate weight-based crystalloid resuscitation fell below accepted sepsis-resuscitation practice.

Furthermore, there was no documented urine output monitoring during the initial encounter, representing a critical gap in the assessment of sepsis-associated AKI. Urine output is a core clinical marker used in the diagnosis and staging of AKI, and in a patient with suspected systemic infection, volume depletion, elevated lactate, and abnormal renal function, the failure to monitor urine output left the medical team without an essential measure of renal perfusion and response to resuscitation (3). In fact, throughout her entire admission, even after she progressed into profound cardiovascular collapse, the shipboard records do not document the placement of a Foley or urinary catheter. Urine output appears to have been assessed only intermittently through commode-assisted voiding, rather than through continuous catheter-based measurement. Within a reasonable degree of medical probability, this omission fell below accepted sepsis-resuscitation practice. The failure to establish continuous urine-output monitoring left the medical team without an essential objective measure of fluid responsiveness, renal perfusion, and end-organ perfusion during the active management of her shock.

In a patient with suspected systemic infection, elevated lactate, increased creatinine, fever, tachycardia, and documented dehydration, fluid resuscitation should have been calculated using an actual or reasonably estimated body weight and then titrated to objective markers of perfusion, including blood pressure, MAP, urine output, renal function, lactate clearance, and clinical

response (4). More likely than not, the failure to calculate and administer adequate weight-based crystalloid resuscitation, together with the failure to monitor urine output, left Mrs. O'Malley under-resuscitated during the critical early treatment window and contributed to her subsequent hemodynamic deterioration.

**Ignored Objective Markers of Hypoperfusion.**

The Surviving Sepsis Campaign (SSC) guidelines establish that a Mean Arterial Pressure (MAP) below 65 mmHg or a serum lactate level above 2 mmol/L are objective indicators of sepsis-induced tissue hypoperfusion requiring continued resuscitation and reassessment (2).

At 19:25 (UTC-07:00), Mrs. O'Malley's MAP decreased to 64 mmHg. Furthermore, the metabolic panel drawn during her initial consultation on February 6 at 19:37 (UTC-07:00), confirmed an elevated initial lactate of 2.85 mmol/L. Taken together, these findings more likely than not demonstrated ongoing sepsis-induced hypoperfusion while Mrs. O'Malley remained under the care of the shipboard medical team.

Lactate elevation is common in patients with sepsis, is associated with increased mortality, and requires continued fluid resuscitation to avoid progression to clinical shock (4). Within a reasonable degree of medical probability, Mrs. O'Malley's MAP below 65 mmHg and elevated lactate required ongoing monitoring, maintenance of intravenous access, continued resuscitation, and reassessment of perfusion rather than discharge.

In addition to failing to adequately respond to the documented hypotension and elevated lactate, the shipboard medical records reflect inconsistent assessment and use of fundamental bedside markers of tissue perfusion. Capillary refill time was not documented during the initial February 6 medical-center evaluation, including the 17:45 (UTC-07:00) initial vital-sign assessment, when Mrs. O'Malley had fever of 39.8°C, tachycardia of 114 bpm, and oxygen saturation of 90% on room air. Capillary refill was also not documented at the 19:25 (UTC-07:00) reassessment, when her blood pressure had fallen to 102/45 mmHg with a MAP of 64 mmHg, or at 19:37, when the metabolic panel reported an elevated lactate of 2.85 mmol/L.

When capillary refill was later documented by paramedic Mark Anthony Sheehan at 21:20 (UTC-07:00), it was recorded as delayed, together with absent radial pulses, clammy/diaphoretic skin, pallor, very warm skin, and altered responsiveness, with Mrs. O'Malley responding only to voice and a GCS of 12. These findings provided objective bedside evidence of poor peripheral

perfusion and evolving shock physiology requiring escalation, continued monitored care, and aggressive hemodynamic resuscitation.

Capillary refill time is a core, non-invasive bedside assessment used to rapidly evaluate peripheral perfusion and hemodynamic status in patients with suspected sepsis and volume depletion (2,5). It is my further opinion, within a reasonable degree of medical probability, that the failure to act on these objective markers more likely than not fell below the applicable standard of care and contributed to her unresolved hypoperfusion and subsequent hemodynamic deterioration.

**Premature IV Removal During Hemodynamic Decline.**

Despite these objective markers of worsening shock and incomplete initial resuscitation, Nurse Natasha Smith removed the IV cannula and applied a band-aid at 19:45 (UTC-07:00). The medical literature establishes that fluid administration must be continued until evidence of hypoperfusion resolves, the patient no longer responds to fluid, or the patient shows evidence of fluid overload (4). At the time her IV access was discontinued, Mrs. O'Malley had not demonstrated resolution of hypoperfusion, lack of fluid responsiveness, or evidence of fluid overload. To the contrary, the available objective markers showed ongoing hypoperfusion requiring continued treatment and reassessment.

Removing Mrs. O'Malley's only intravenous access, just 20 minutes after documenting a hypotensive MAP of 64 mmHg (at 19:25 UTC-07:00), and only 8 minutes after reporting on Seacare an elevated lactate of 2.85 mmol/L (at 19:37 UTC-07:00), was inconsistent with accepted sepsis management (4). Within a reasonable degree of medical probability, the removal of IV access under these circumstances was inconsistent with accepted sepsis management and fell below the applicable standard of care. More likely than not, this premature removal interrupted the ongoing resuscitation Mrs. O'Malley required and contributed to her unresolved hypoperfusion and subsequent hemodynamic collapse.

**The "Golden Hours" of Sepsis and Time-Dependent Mortality.**

The medical literature emphasizes these early "golden hours" because sepsis outcomes are highly time-sensitive (6,7). Delays in completing the initial sepsis care bundle are associated with increased mortality. In a 2017 study of more than 49,000 patients, each additional hour to completion of the 3-hour sepsis bundle was associated with a measurable increase in the odds of in-hospital mortality, with an adjusted odds ratio of 1.04 per hour, meaning that for every hour that

the full early sepsis bundle was delayed, the patient's odds of dying in the hospital increased by about 4%, after accounting for other clinical factors (8).

This evidence supports the requirement for prompt recognition, early antibiotics, timely lactate assessment, and adequate weight-based crystalloid resuscitation in patients with suspected sepsis and hypoperfusion (2). While the *Emerald Princess* medical staff did initiate an intravenous antibiotic (Ceftriaxone) at 18:44 (UTC-07:00), the standard of care is not satisfied by a single intervention; it requires the completion of the entire resuscitation bundle.

By prematurely discontinuing Mrs. O'Malley's IV access at 19:45 (UTC-07:00), the medical staff interrupted this critical 3-hour emergency treatment window. At that time, Mrs. O'Malley still required guideline-directed treatment to correct hypoperfusion and prevent progression to clinical shock.

It is further my opinion, within a reasonable degree of medical probability, that the failure to complete guideline-directed resuscitation during the critical early treatment window more likely than not materially contributed to Mrs. O'Malley's progression to profound septic shock, cerebral hypoperfusion, and subsequent ischemic stroke. More likely than not, the interruption of intravenous access at 19:45 (UTC-07:00) left Mrs. O'Malley under-resuscitated during the precise period when continued fluid resuscitation, monitoring, and reassessment were required.

**B. Monitoring, Failure to Admit, and Discharge Decision.**

It is my opinion, within a reasonable degree of medical probability, that Dr. Bautista and the shipboard medical team breached the standard of care by failing to adequately monitor Mrs. O'Malley's response to the limited fluids provided, and by making the decision to discharge a hemodynamically unstable patient with objective evidence of ongoing sepsis-induced hypoperfusion and evolving shock physiology to an unmonitored cabin.

**Discharging a Patient Meeting Sepsis-3 Criteria.**

At the time of her 20:57 (UTC-07:00) discharge, Mrs. O'Malley had objective evidence of ongoing sepsis-induced hypoperfusion and evolving shock physiology. The standard of care recognizes that a MAP below 65 mmHg and a serum lactate level greater than 2.0 mmol/L are objective markers of sepsis-induced tissue hypoperfusion requiring continued resuscitation, reassessment, and close monitoring (9,10).

The Surviving Sepsis Campaign guidelines emphasize that serum lactate is a critical biomarker of tissue hypoxia, and that elevated lactate provides objective evidence of cellular stress

accompanying hypotension (2,11). By proceeding with the discharge despite documented hypotension, elevated lactate, elevated creatinine, incomplete resuscitation, and unresolved perfusion abnormalities, the medical staff failed to act on these objective warning signs and fell below the applicable standard of care. Within a reasonable degree of medical probability, Mrs. O'Malley should not have been discharged from active medical observation while these markers of hypoperfusion remained unresolved.

**Active Orthostatic Intolerance at Discharge.**

The decision to discharge Mrs. O'Malley at 20:57 (UTC-07:00) was a departure from the standard of care. The nursing notes document that as she attempted to walk out of the clinic, she "started to feel light-headed." She exhibited active orthostatic intolerance to the point that she had to be placed in a wheelchair and required assistance to be transported back to her cabin.

This active presyncope was clinically significant evidence that Mrs. O'Malley had not recovered sufficient hemodynamic stability to safely ambulate or return to an unmonitored cabin (12). More likely than not, a reasonably prudent shipboard medical provider would have interpreted this event as evidence of persistent instability requiring continued observation, repeat vital signs, reassessment of perfusion, and escalation of care rather than discharge.

**Failure to Secure Intensive Care Admission.**

The standard of care mandates that sepsis and septic shock are medical emergencies requiring ongoing re-evaluation and prompt intensive care admission, not discharge to a standard cabin. The 2021 Surviving Sepsis Campaign International Guidelines recommend that adults with sepsis or septic shock who require ICU admission should be admitted within six hours of presentation (2).

This is further emphasized by the updated clinical guidelines, which stress that intensive care admission must be completed within six hours because mortality increases when emergency department or clinic stays exceed that time frame (13). The medical literature supports the clinical importance of avoiding delayed ICU admission, with an extensive 2022 meta-analysis of 34 observational studies demonstrating that delayed ICU admission independently increases the odds of death by 61% compared to patients admitted without delay (14).

Rather than transferring her to a monitored intensive care bed on board for ongoing cardiovascular monitoring, reassessment, and hemodynamic support, the medical staff discharged her to an unmonitored cabin at 20:57 (UTC-07:00). Within a reasonable degree of medical probability, the decision to discharge Mrs. O'Malley to an unmonitored cabin, rather than admit

her for continued observation and escalation of care, fell below the applicable standard of care. More likely than not, this failure allowed her unresolved hypoperfusion to progress outside the medical center, delayed recognition of her deterioration, and substantially contributed to her subsequent collapse and progression to profound septic shock.

**C. Clinical Management After Collapse.**

It is my opinion, within a reasonable degree of medical probability, that the shipboard medical team's management of Mrs. O'Malley after her collapse demonstrated delayed restoration of adequate perfusion and involved documentation discrepancies regarding critical, life-saving vasoactive medications. More likely than not, these failures impaired the safety, precision, and continuity of her septic shock resuscitation.

**Prolonged Refractory Hypotension.**

Upon being discovered collapsed and readmitted to the medical center at 22:50 (UTC-07:00), Mrs. O'Malley was in profound, life-threatening shock physiology consistent with septic shock. Her vital signs recorded a critically low blood pressure of 70/37 mmHg (MAP 48), and she was only responsive to voice with a depressed GCS of 13. The medical staff initiated 1,000 mL of 0.9% Normal Saline at 23:00 (UTC-07:00), followed by additional 500 mL boluses at 00:00 (UTC-07:00) and 01:00 (UTC-07:00). Despite these interventions, her MAP remained critically below the perfusion threshold of 65 mmHg for over two and a half hours after her readmission (2,11). The standard of care requires targeting a MAP of at least 65 mmHg during septic shock resuscitation, as MAPs below approximately 60 mmHg are associated with decreased organ perfusion that tracks linearly with MAP (2). It was not until 01:20 (UTC-07:00) that her blood pressure finally rose to a MAP of 65 (103/46 mmHg).

This prolonged, multi-hour period of severe, inadequately corrected hypotension, with MAP as low as 48 mmHg, more likely than not exacerbated cerebral hypoperfusion and materially contributed to the ischemic brain injury later confirmed on neuroimaging. The February 11, 2024, MRI confirmed acute ischemic infarction in the territories of both the left posterior cerebral artery and left middle cerebral artery, a pattern consistent with a hypoperfusion-mediated ischemic mechanism in the setting of prolonged systemic hypotension and septic shock. Sepsis damages cerebral vasomotor regulation and blood pressure autoregulation, affects cerebral perfusion, and causes multiple microinfarcts, especially in areas with relatively low cerebral blood flow (15,16). Abrupt variations in systemic blood pressure during sepsis, including cardiovascular

collapse, favor the onset of ischemic lesions to the brain, particularly in areas susceptible to hypotension and hypoxia (17). Necropsy studies confirm that septic shock is associated with a high prevalence of ischemic neurons and hemorrhage in vulnerable brain regions (17). Within a reasonable degree of medical probability, the prolonged failure to restore and maintain adequate MAP after collapse fell below accepted septic shock resuscitation practice.

**Failure to Assess Acid-Base Status and Blood Gases**

Despite Mrs. O'Malley presenting in profound cardiovascular collapse upon her readmission on February 6, 2024, at 22:50 (UTC-07:00), with documented tachypnea of 28 breaths per minute at 23:00 (UTC-07:00) and requiring escalation to a 15 L/min non-rebreather mask at 23:00 (UTC-07:00) and subsequent CPAP therapy at 23:30 (UTC-07:00), the medical records do not document that the shipboard medical team obtained an Arterial Blood Gas (ABG) or Venous Blood Gas (VBG). In a critically ill patient with septic shock and a known elevated lactate of 2.85 mmol/L (drawn earlier at 19:37 (UTC-07:00), an ABG or VBG is a clinically indicated assessment required to evaluate blood pH, base deficit, and the partial pressures of oxygen and carbon dioxide (2,18).

It is my opinion, within a reasonable degree of medical probability, that the failure to obtain blood gas measurements in a patient exhibiting severe shock physiology and respiratory compromise fell below the standard of critical care. By failing to assess her acid-base status and objective ventilation parameters, the medical team lacked essential clinical data required to guide her resuscitation and oxygen therapy safely and effectively. More likely than not, this clinically significant diagnostic omission further compromised the precision and safety of her already inadequate resuscitation.

**Failure to Document Structured Airway and Ventilation Assessment**

As Mrs. O’Malley’s condition deteriorated into profound cardiovascular collapse, she developed clinical features requiring close airway and respiratory reassessment. By approximately 23:00 (UTC-07:00) on February 6, her blood pressure had fallen to a critically low level of 60/38 mmHg (MAP 45), her respiratory rate had increased to 28 breaths per minute, and her neurological status had declined to a GCS of 12. These findings reflected a critically ill patient with septic shock, altered mental status, tachypnea, and increased risk for respiratory decompensation.

The shipboard medical team escalated her respiratory support to high-concentration supplemental oxygen and later to CPAP. The 2021 Surviving Sepsis Campaign Guidelines caution that the principal risk of noninvasive ventilation in acute respiratory failure is that it may delay

needed intubation, and that NIV failure is associated with increased mortality in this population (2).

Dr. Bautista's own credentialing materials describe substantial experience with advanced airway management, including endotracheal intubation, rescue airways, rapid sequence intubation, supraglottic devices, video laryngoscopy, and mechanical ventilation. Given that claimed level of airway-management experience, the record should reflect a clear, contemporaneous assessment of Mrs. O'Malley's airway risk, oxygenation, ventilation, ability to protect her airway, tolerance of noninvasive ventilation, and criteria for escalation to endotracheal intubation.

Although the available shipboard records do not definitively establish that Mrs. O'Malley required endotracheal intubation at that moment, her altered mental status, profound shock, tachypnea, and need for escalating respiratory support required close monitoring, frequent reassessment of oxygenation and ventilation, and readiness to secure the airway if her mental status, work of breathing, oxygenation, ventilation, or ability to protect her airway deteriorated. The absence of documented ABG or VBG testing further limited the medical team's ability to assess ventilation, acid-base status, and the physiologic adequacy of noninvasive respiratory support.

Instead, the shipboard records do not document blood gas testing, a structured airway assessment, or a reasoned explanation for continuing noninvasive support in a patient with septic shock, altered mental status, tachypnea, and increased oxygen requirements. Within a reasonable degree of medical probability, the failure to document a structured airway and ventilation assessment in these circumstances fell below accepted critical-care practice. More likely than not, this failure impaired the safe management of Mrs. O'Malley's shock state and further supports that she required ICU-level monitoring, frequent reassessment, and urgent shoreside transfer.

**Norepinephrine as First-Line Vasopressor: The Evidence-Based Standard**

When intravenous fluids failed to restore her blood pressure, the standard of care required the timely, accurate, and precisely documented administration of vasopressors to achieve a target MAP of at least 65 mmHg. Vasopressors are high-risk medications frequently prescribed in the intensive care unit, and monitoring for efficacy with titration to the lowest effective dose for safety purposes is required (19,20). Vasopressors are potent, life-saving medications that directly affect blood pressure, cardiac rhythm, tissue perfusion, and organ function in critically ill patients (19,21). The selection of a first-line vasopressor in septic shock is guided by evidence-based

critical care standards because vasopressor choice affects both clinical outcomes and medication-related safety risks. These risks include tachycardia, tachyarrhythmias, atrial fibrillation, ventricular arrhythmias, myocardial ischemia, excessive vasoconstriction, digital or organ ischemia, hyperglycemia, and hyperlactatemia (20,21).

It is my opinion, within a reasonable degree of medical probability, that the shipboard medical team's selection of dopamine as the initial vasopressor for Mrs. O'Malley departed from evidence-based septic shock management standards, because norepinephrine, not dopamine, is the recommended first-line vasopressor for septic shock.

**Critical Documentation Errors.**

The 2021 Surviving Sepsis Campaign Guidelines strongly recommend norepinephrine as the first-line vasopressor for septic shock, rather than dopamine (2). This recommendation is supported by clinical evidence demonstrating that norepinephrine results in lower mortality and lower risk of arrhythmias compared with dopamine. The guidelines note that "special attention should be given to patients at risk for arrhythmias when using dopamine" (2).

The pharmacologic rationale for preferring norepinephrine is clear: Norepinephrine is a potent α-1 and β-1 adrenergic receptor agonist that results in vasoconstriction and increased MAP with minimal effect on heart rate (2). In contrast, dopamine's β-1 adrenergic receptor activity can lead to dose-limiting arrhythmias, and at higher dosages its α-adrenergic receptor activity predominates, but with a higher risk of adverse cardiac events (2). The guidelines note that "special attention should be given to patients at risk for arrhythmias when using dopamine" (2).

Despite this clear evidence, Dr. Bautista initiated dopamine as the first-line vasopressor, representing a critical departure from evidence-based septic shock management. The medical records document the following sequence:

- February 7, 00:30 (UTC-07:00): Dr. Bautista ordered *"200 MILLIGRAM DOPAMINE INJECTION 40MG/ML WITH 500 MILLILITER SODIUM CHLORIDE 0.9% INFUSION"* with administration instructions to "*Start dopamine at 30ml/hr and titrate to BP> 90 or MAP >60."*
- February 7, 00:30-01:20 (UTC-07:00): RN Deshan Govender documented sequentially titrating this dopamine infusion upward from 30 ml/hr to a maximum of 100 ml/hr in response to continuing low blood pressures.

- February 7, 08:24 (UTC-07:00): Dr. Bautista's retrospective medical note documents *"Started on Dopamine drip"*.
- February 7, 13:03 (UTC-07:00): RN Margaret Lyall Erasmus documents *"2nd Norepinephrine infusion commenced with 4mg Norepinephrine in 250mls glucose - infusing at 55mls per hour"*.
- February 7, 15:08 (UTC-07:00): The official medication action log shows a Norepinephrine base injection marked as *"STARTED"* by Dr. Bautista.
- February 7, 18:39 (UTC-07:00): Dr. Martelie Angela Rhius documented the patient *"currently attached to cardiac monitor and on dopamine infusion"*.
- February 8, 04:00 (UTC-06:00): Dr. Rhius again documented the patient *"connected to cardiac monitor on dopamine infusion"* and noted plans to *"titrate down Norepinephrine infusion from 50ml/hr"*.
- February 8, 08:10 (UTC-06:00): RN Deshan Govender documented *"Dopamine infusing at 20ml/hr"*.
- February 8, 08:11 (UTC-06:00): One minute later, RN Govender entered a chart correction stating: "*Error on previous entry - correction of Dopamine to Norepinephrine infusion at 20ml/hr*".

These contradictory medication records create material ambiguity about the actual vasopressor management and represent a significant breach of critical care medication-documentation standards. The documentation shows multiple providers charting dopamine administration over a nearly 31-hour period (exactly 30 hours and 40 minutes of physical elapsed time), from 00:30 (UTC-07:00) on February 7 through 08:10 (UTC-06:00) on February 8, while simultaneously other providers documented norepinephrine at different time points and different rates. The official medication log indicates Dr. Bautista *"STOPPED"* the dopamine order on February 7 but fails to provide the exact time, yet physicians and nurses continued to document managing a "dopamine infusion" well into February 8.

RN Govender's retrospective correction, entered on February 8 at 08:11, just one minute after he himself documented *"Dopamine infusing at 20ml/hr",* attempts to correct the identity of the vasopressor then allegedly infusing. However, this single late correction does not reconcile the consistent, real-time clinical documentation by multiple independent providers, including Dr. Rhius on February 7 at 18:39 (UTC-07:00) and February 8 at 04:00 (UTC-06:00), and RN

Govender himself on February 8 at 08:10 (UTC-06:00). Most significantly, the attending physician, Dr. Bautista, verified the treatment plan in his own retrospective summary at 08:24 (UTC-07:00) on February 7, formally documenting: *"Started on Dopamine drip and titrated to maintain MAP >60. Metronidazole IV was given."*

Accurate identification, titration, and documentation of vasoactive medications are essential components of critical care safety because vasopressors directly affect blood pressure, cardiac rhythm, tissue perfusion, and organ function. Attempting to correct or recharacterize the identity of a vasoactive infusion after multiple clinicians documented dopamine administration undermines the reliability of the medication record and creates a medication-safety risk in the management of septic shock. The medical team's choice to initiate dopamine as the first-line vasopressor, despite clear guideline recommendations for norepinephrine, combined with materially inconsistent medication documentation over a nearly 31-hour period, represents a departure from critical care protocols that more likely than not compromised the safety and precision of her resuscitation efforts.

Within a reasonable degree of medical probability, the selection of dopamine as Mrs. O'Malley's initial vasopressor, combined with materially inconsistent documentation concerning whether dopamine or norepinephrine was being administered, fell below accepted septic shock management and medication-safety standards. More likely than not, these combined failures impaired the safe and precise titration of vasoactive support during the period when restoration and maintenance of adequate perfusion was clinically essential.

**Failure to Escalate Care During Neurological Deterioration**

Because the medical staff had previously discharged Mrs. O'Malley and removed her IV access, her resuscitation had to be reinitiated at 22:50 (UTC-07:00) while she was already in circulatory collapse. During this subsequent ICU resuscitation, her neurological status objectively deteriorated, with the staff noting a GCS drop to 12 and explicit *"weakness to bilateral hands and bilateral legs"*. The prolonged delay in restoring her cerebral perfusion pressure during this readmission phase is clinically consistent with her sustained neurological deficits and later diagnosis of a left Middle Cerebral Artery (MCA) territory stroke. Sepsis-induced hypoperfusion creates an ischemic and inflammatory state in the brain, resulting in acute mental status changes and cognitive dysfunction (22). The brain is particularly vulnerable during septic shock due to impaired cerebral microcirculation, microthrombus formation, and tissue hypoxia (15). Imaging

studies of patients with sepsis and abnormal neurological examinations have shown multiple cerebral infarcts in as many as one in three patients (17).

Within a reasonable degree of medical probability, the failure to promptly restore adequate perfusion after Mrs. O'Malley's collapse fell below accepted critical care practice. More likely than not, the prolonged period of severe hypotension and inadequate cerebral perfusion was a substantial contributing cause of her neurological deterioration and subsequent ischemic stroke.

**D. Medical Disembarkation.**

It is my opinion, within a reasonable degree of medical probability, that the shipboard medical team breached the standard of care by delaying the decision to medically disembark Mrs. O'Malley, retaining a critically ill patient with recent vasopressor requirement, and evolving neurological deficits aboard the vessel for over 38 hours (exactly 38 hours and 38 minutes of physical elapsed time from her extraction to her physical disembarkation) after her collapse. More likely than not, this delay reduced Mrs. O'Malley's opportunity for timely access to definitive critical care, advanced neuroimaging, and potential time-sensitive stroke interventions.

**Delayed Decision-Making for a Critical Patient.**

Upon her readmission at 22:50 (UTC-07:00) on February 6 in profound, life-threatening septic shock, her condition more likely than not exceeded the ongoing capabilities of the ship's medical center. The standard of care for a patient requiring continuous ICU-level care, aggressive vasopressor titration, and advanced neurological diagnostics requires urgent coordination for shoreside medical evacuation. Because the vessel was not a definitive intensive care unit and lacked advanced neuroimaging and stroke-intervention capabilities, standard medical practice required transfer to a definitive shoreside facility as safely and rapidly as possible.

However, Dr. Bautista waited until 08:17 (UTC-08:00) on February 7, nearly eight and a half hours (exactly 8 hours and 27 minutes) after her readmission, to generate an "URGENT" Medical Referral Letter for "CRITICAL CARE." Furthermore, although the need for definitive shoreside transfer was clinically apparent during the early post-readmission period, the formal decision to initiate a "Category 5" medical disembarkation and deviate the ship was not officially documented until 16:48 (UTC-07:00) on February 7, nearly 17 hours (exactly 16 hours and 58 minutes) after Mrs. O'Malley's readmission. Within a reasonable degree of medical probability, this delay in definitive transfer planning fell below accepted maritime emergency medical practice.

The medical literature supports that delayed ICU admission is clinically consequential and is associated with increased mortality and worse outcomes in critically ill patients (14). Earlier referral and ship deviation would more likely than not have improved Mrs. O'Malley's opportunity for timely definitive ICU care, stroke-capable evaluation, advanced neuroimaging, and assessment for mechanical thrombectomy where clinically indicated (23). Instead, the delay in transfer planning contributed to her continued retention aboard the vessel for more than 38 hours after her collapse, delaying access to definitive shoreside care and time-sensitive stroke evaluation.

**Delay Despite Operational Readiness**

The shipboard records reveal a significant disconnect between the vessel's operational preparation for medical disembarkation and the timing of formal medical and corporate escalation. By 13:04 (UTC-07:00) on February 7, the NAPA Deck Log recorded that the ship's engineering team changed the engine configuration to support a "medical disembarkation," indicating that operational preparations for medical transfer were already underway before the formal Category 5 medical-disembarkation entry was made. Furthermore, by 21:15 (UTC-07:00), the Master's Deck Officer Orders directed the bridge team to execute a "MEDEVAC- ASAP @ Cabo S.Lucas."

Although the ship's command and engineering records reflect operational preparation for medical disembarkation, the medical and corporate documentation does not reflect escalation consistent with Mrs. O'Malley's critical condition and evolving neurological deficits. At 15:07 (UTC-07:00), Dr. Monika Pisonic of the HOC messaged Dr. Bautista that she had "shared this plan with BlueNet leadership" and was waiting for an exact ETA. It was not until 16:48 (UTC-07:00), nearly four hours after the engine room began preparations, that a Category 5 medical disembarkation was officially declared in the medical center.

Rather than escalating the urgency, Dr. Bautista accepted this delayed transfer timeline. At 18:18 (UTC-07:00), he replied that the "ETA is 1PM Cabo San Lucas time," and at 19:08 (UTC-07:00), he confirmed he was arranging for a local tender transfer with the port agent, instead of an emergency rescue vessel. Further compounding this delay, the referral order was not formally entered into the Seacare system until 19:19, and it was categorized as an "Internal Medicine Referral" despite Mrs. O'Malley's septic shock, vasopressor requirement, and evolving neurological deficits.

**Delay in Medical Disembarkation Despite Clinical Urgency**

The standard of care, as reflected in the SSC Guidelines, recognizes that patients in septic shock require urgent admission to a definitive intensive care unit within six hours (2). Because her critical condition exceeded the ongoing capabilities of the ship's medical center, standard medical practice required an urgent medical evacuation. The HOC Watch Log from 13:15 EST (11:15 UTC-07:00) reveals that corporate operations categorized this life-threatening emergency as a tender-boat transfer (Cat 5b) specifically because the ship "will be passing Cabo San Lucas". Notably, the HOC officially documented that this evacuation would have "No impact on the voyage".

It is my professional opinion, held to a reasonable degree of medical probability, that Dr. Bautista and the shoreside HOC breached the standard of care by failing to arrange urgent medical disembarkation despite Mrs. O’Malley’s critical illness, vasopressor requirement, evolving neurological deficits, and need for shoreside critical-care and stroke-capable evaluation. Rather than documenting consideration of faster evacuation options for a patient with recent vasopressor requirement and evolving neurological deficits, the records reflect a plan for transfer at Cabo San Lucas because the vessel was already expected to pass that location.

This administrative handling failed to reflect the urgency of Mrs. O’Malley’s condition and was inconsistent with the need for timely disembarkation to a facility capable of critical-care management, advanced neuroimaging, and stroke evaluation. As a result, Mrs. O’Malley remained aboard the vessel for more than 38 hours after her collapse, delaying access to advanced neuroimaging, stroke characterization, and potential time-sensitive neurological intervention.

**Underappreciation of Urgency and Incomplete Communication of Clinical Status**

Furthermore, the internal Health Operations Center (HOC) Watch Log (Case Nr. 1553) reflects a material disconnect between Mrs. O’Malley’s documented clinical condition and the way her status was communicated to shoreside operations. A Category 5 medical disembarkation is defined in Princess Cruises' policies as an emergency "involving operational disruption." However, the HOC Watch Log is inconsistent with this designation, documenting the case impact as "No impact on the voyage" and noting that Cabo San Lucas was the "best option" because the ship would be passing it anyway.

The documented chat communications did not adequately convey the clinical urgency of Mrs. O’Malley’s evolving neurological deficits or the need for timely stroke-capable evaluation. On the morning of February 8, at 10:08 (UTC-06:00), while Mrs. O'Malley was exhibiting evolving

neurological deficits later confirmed as acute ischemic stroke, the shoreside HOC inquired, "Good morning, how's our lady holding up?" At 10:17 (UTC-06:00), Dr. Bautista replied, "She is doing well, we have down-titrated the noradrenaline to minimum as her heart rate was increasing. Labs are improving and urine output is adequate".

It is my opinion, within a reasonable degree of medical probability, that Dr. Bautista's 10:17 (UTC-06:00) communication to shoreside operations understated the severity and urgency of Mrs. O'Malley's neurological deterioration. Although Mrs. O'Malley was not physically disembarked until 14:08 (UTC-06:00) on February 8, 2024, the 10:17 (UTC-06:00) communication did not accurately convey that she was a recently vasopressor-dependent septic-shock patient with progressive dysphasia and severe bilateral motor weakness requiring stroke-capable evaluation, advanced neuroimaging, and neuro-critical care.

**Prolonged Retention During Active Neurological Decline.**

The consequences of this delayed decision-making were clinically significant. While being retained on the vessel, Mrs. O'Malley began exhibiting objective signs of an evolving stroke. At 13:23 (UTC-07:00) on February 7, nursing staff documented a new deficit of "Expressive dysphasia," and by 23:05 (UTC-07:00), Dr. Bautista documented that her bilateral motor strength had declined to 2/5.

The standard of care for suspected acute ischemic stroke requires rapid recognition and urgent access to brain imaging, because CT or MRI is necessary to guide thrombolysis decisions, and CT angiography or MR angiography is necessary when large-vessel occlusion is suspected to determine eligibility for mechanical thrombectomy. In a shipboard setting where these imaging modalities are unavailable, the appropriate response is not continued onboard observation, but urgent medical disembarkation to a stroke-capable facility (23). Current guidelines recognize that stroke treatment benefits are highly time-dependent, with assessment and treatment needing to be instituted as rapidly as possible (24). While mechanical thrombectomy can be performed up to 24 hours after stroke onset in selected patients, this requires advanced neuroimaging including CT/MR angiography and perfusion imaging to identify salvageable brain tissue and determine treatment eligibility, imaging modalities that were unavailable aboard the cruise ship (23,24).

Despite these indicators of an evolving ischemic stroke requiring emergent advanced neuroimaging unavailable on the vessel, she was not physically disembarked in Cabo San Lucas until 14:08 (UTC-06:00) on February 8, representing a delay of over 38 hours (exactly 38 hours

and 38 minutes of physical elapsed time) after her initial collapse and extraction. Retaining a hemodynamically unstable patient with evolving focal neurological deficits concerning for acute ischemic stroke aboard a cruise ship for approximately 38 hours fell below the standard of maritime medical care. This delay reduced her opportunity for timely access to advanced neuroimaging, stroke characterization, and potential interventions that define modern stroke care. Within a reasonable degree of medical probability, this prolonged retention aboard the vessel delayed definitive neurological evaluation and more likely than not reduced Mrs. O'Malley's opportunity for timely diagnosis, stroke characterization, and potential intervention.

**E. Failure to Recognize Evolving Stroke.**

It is my opinion, within a reasonable degree of medical probability, that the shipboard medical team breached the standard of care by failing to recognize and respond to Mrs. O'Malley's evolving acute ischemic stroke, despite the presence of progressive neurological deficits that should have prompted urgent stroke-focused assessment, activation of a stroke protocol, and expedited disembarkation to a stroke-capable facility. More likely than not, this failure delayed definitive neuroimaging, delayed stroke-directed treatment, and substantially contributed to the severity of her permanent neurological injury.

**ACLS Requirements for Stroke Recognition.**

The ACEP Cruise Ship Health Care Guidelines require all clinical staff to maintain ACLS certification, renewed every two years (1). The 2010 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care include stroke as a core component of ACLS training, emphasizing the time-sensitive nature of stroke care with the principle "Time is Brain" (25). ACLS-trained providers are expected to use validated stroke screening tools such as the Cincinnati Prehospital Stroke Scale (CPSS), which assesses three physical findings: facial droop, arm weakness, and speech abnormalities (25). The presence of even a single abnormality on the CPSS indicates possible stroke and requires urgent evaluation (25,26). Within a reasonable degree of medical probability, a shipboard medical team trained in ACLS should have recognized new speech disturbance, motor weakness, or altered mental status as possible stroke until proven otherwise.

**Documented Neurological Deficits Not Adequately Recognized.**

Despite their required ACLS training, the medical team documented multiple objective findings consistent with acute stroke but failed to recognize them as such:

- Speech abnormalities: Expressive dysphasia (difficulty speaking or conveying thoughts) documented at 13:23 (UTC-07:00) on February 7 (RN Margaret Lyall Erasmus), progressing to receptive dysphasia (difficulty understanding language) by 20:30 (UTC-07:00) on February 7 (RN Natasha Smith).
- Progressive motor weakness: Documented motor strength was a normal 5/5 without sensory deficits during daytime examinations at 13:10 (UTC-07:00) and 17:42 (UTC-07:00) on February 7 (Dr. Bautista). However, by 23:05 (UTC-07:00) that same night, a significant neurological deterioration was documented, recording severe bilateral motor weakness of 2/5 in all four limbs (Dr. Bautista). An acute decline from normal 5/5 strength to severe 2/5 motor weakness represents clinically significant neurological deterioration and should be treated as evidence of a possible evolving neurological emergency. Despite documenting this severe weakness, the medical team failed to activate a stroke protocol and kept her aboard the vessel for over 14 hours (exactly 14 hours and 3 minutes) until she was physically disembarked.
- Altered cognition: "Abnormal" memory and GCS of 14 documented at 02:30 (UTC-07:00) on February 7 (Dr. Bautista). Because the ship's clocks were advanced one hour forward at 02:00 (UTC-08:00), the 02:30 (UTC-07:00) timestamp reflects a system error. Concurrent paramedic notes confirm the medical software was logging entries "an hour ahead of actual time," indicating this neurological assessment likely occurred at 01:30 (UTC-08:00).
- Superficial Examinations and Failure to Recognize Stroke: Further compounding this failure, the ship's physicians performed clinically inadequate examinations that failed to integrate the real-time observations of their own staff. During his physical examination at 17:42 (UTC-07:00) on February 7, Dr. Bautista documented that Mrs. O'Malley's higher cortical function, including speech and language, was "Normal". Just hours earlier, at 14:10 (UTC-07:00), RN Margaret Lyall Erasmus had already documented that the patient had "Slight difficulty with forming some sentences as confirmed by husband". Furthermore, by 20:30 (UTC-07:00), RN Natasha Smith documented worsening "Receptive dysphasia".

Dr. Bautista's failure to recognize her evolving stroke was compounded by the failure to reconcile his neurological assessment with the speech and language abnormalities documented by the nursing staff. Describing a patient's speech as "normal" while the nursing staff is actively documenting progressive language failure, supports the conclusion that the examination was

incomplete or inadequately reconciled with nursing observations, and that he was not incorporating the clinical warnings in the patient's chart. This pattern of failing to recognize and reconcile Mrs. O'Malley's neurological deterioration was also evident in the assessment of the second ship physician, Dr. Martelie Angela Rhius. At 18:39 (UTC-07:00) on February 7, after nursing staff had documented expressive dysphasia at 13:23 (UTC-07:00) and shortly before receptive dysphasia was documented at 20:30 (UTC-07:00), Dr. Rhius wrote a handover note stating that Mrs. O'Malley was "fully conscious and stable and has no complaints". Later, during a retrospective note entered on February 8 at 04:00 (UTC-06:00), Dr. Rhius again documented finding the patient "fully conscious and alert". Describing a patient as fully conscious, stable, and without complaints while nursing staff had documented progressive language failure demonstrates that both Dr. Bautista and Dr. Rhius failed to reconcile the documented neurological deficits with their own assessments and failed to perform an adequate stroke-focused neurological examination.

Each of these findings, speech disturbance, arm weakness, and altered mental status, represents a positive finding on the CPSS that should have triggered immediate stroke protocol activation (25,26). More likely than not, the documented progression from expressive dysphasia to receptive dysphasia, together with worsening motor weakness and altered cognition, reflected an evolving acute neurological emergency requiring urgent escalation.

**Failure to Activate Stroke Protocol.**

Despite documenting these classic stroke symptoms over the ensuing clinical course, there is no evidence the team recognized these findings as an evolving stroke, performed a formal stroke assessment, or urgently escalated the need for shore-based neuroimaging. The telemedicine consultation with Dr. Cardenas at 12:13 (UTC-07:00) on February 7 occurred just 70 minutes before the first documented stroke symptom (expressive dysphasia at 13:23 (UTC-07:00)), yet there is no evidence Dr. Bautista communicated the subsequent neurological deterioration or requested stroke management guidance after these deficits emerged.

Within a reasonable degree of medical probability, the failure to activate a stroke protocol, perform a structured stroke assessment, communicate evolving neurological deficits to the telemedicine consultant, and urgently arrange transfer for neuroimaging fell below the applicable standard of care. More likely than not, this failure delayed recognition of Mrs. O'Malley's acute ischemic stroke and delayed access to definitive stroke evaluation.

**Resulting Harm from Delayed Stroke Recognition**

Mrs. O'Malley's February 11, 2024, brain MRI confirmed acute ischemic stroke in left posterior cerebral artery and left middle cerebral artery territories. The delay in recognizing her evolving stroke and obtaining definitive neuroimaging more likely than not contributed to the extent of her permanent neurological injury, including persistent aphasia and visual field deficits (27,28). Within a reasonable degree of medical probability, earlier recognition of her evolving stroke would have prompted urgent disembarkation, advanced neuroimaging, stroke characterization, and evaluation for time-sensitive intervention.

**VI. CAUSATION AND DAMAGES**

Based on my review of the medical records, it is my opinion, within a reasonable degree of medical probability, that the multiple breaches of the standard of care by the Emerald Princess medical team were substantial contributing causes of Mrs. O'Malley's prolonged cerebral hypoperfusion, delayed stroke recognition, delayed access to stroke-capable care, and permanent neurological injury.

**Hypoperfusion as a Substantial Contributing Mechanism of Stroke**

It is more likely than not that profound, prolonged cerebral hypoperfusion secondary to inadequately corrected septic shock was a substantial contributing cause of Mrs. O'Malley's acute ischemic stroke. By failing to provide adequate initial fluid resuscitation, prematurely removing her IV, and discharging her to an unmonitored cabin, the medical team allowed her condition to progress into cardiovascular collapse. Following her readmission, she experienced prolonged, multi-hour refractory hypotension, with MAP critically low at 48 mmHg.

The medical literature establishes that such variations in systemic blood pressure and prolonged tissue hypoxia are associated with ischemic brain injury in vulnerable regions (15–17). This mechanism is strongly corroborated by comprehensive shoreside diagnostic testing at the Mayo Clinic, which did not identify an alternative high-risk cardioembolic or large-vessel etiology. Specifically, a 28-day continuous cardiac telemetry monitor, an echocardiogram, and a nuclear stress test ruled out a cardiogenic embolic source (recording 0% atrial fibrillation), and a CTA of the head and neck confirmed her cerebral and carotid arteries were patent without high-grade stenosis. Therefore, it is my opinion, within a reasonable degree of medical probability, that the shipboard medical team's failure to maintain adequate systemic blood pressure and cerebral perfusion was a substantial contributing cause of her brain infarction.

**Atrial Fibrillation as a Consequence of Prolonged Septic Shock Physiology**

The shipboard medical records document a new finding of atrial fibrillation on the February 8 ECG. While a cardioembolic event secondary to newly developed atrial fibrillation is a recognized mechanism of ischemic stroke, Mrs. O'Malley's atrial fibrillation was more likely than not clinically related to the preceding septic shock physiology and vasopressor exposure. First, the shipboard records document that Mrs. O'Malley maintained a normal rhythm throughout her initial admission and resuscitation. The ECG taken at the time of her collapse on February 6 confirmed "Sinus rhythm," and nursing notes repeatedly documented "Sinus rhythm maintained" throughout the following day.

Because the atrial fibrillation did not emerge until February 8, it occurred only after she had experienced profound, inadequately corrected septic shock physiology, and prolonged refractory hypotension. Furthermore, subsequent 28-day continuous cardiac telemetry monitoring at the Mayo Clinic documented a 0% atrial fibrillation burden, confirming she does not suffer from a chronic arrhythmia.

Within a reasonable degree of medical probability, the acute onset of atrial fibrillation on February 8 was more likely than not related to the severe myocardial and metabolic stress of the prolonged septic shock. The use of Dopamine, despite evidence-based recommendations favoring Norepinephrine as the first-line vasopressor in septic shock, further increased the risk of tachyarrhythmia because Dopamine is recognized to be associated with dose-limiting arrhythmias. The 2021 SSC Guidelines recommend norepinephrine over dopamine because dopamine's β-1 adrenergic receptor activity causes dose-limiting arrhythmias (Evans et al., 2021). Meta-analyses further confirm that dopamine administration is associated with a significantly higher incidence of arrhythmic events compared to norepinephrine administration (De Backer et al., 2012). Additionally, medical literature links prolonged intensive care hypotension and higher vasopressor use directly to increased rates of atrial fibrillation (Maheshwari et al., 2018).

Regardless of whether the stroke mechanism was primarily hypoperfusion-mediated or cardioembolic, the neurological injury remained medically related to the shipboard medical team's failures to maintain adequate perfusion, recognize evolving neurological deficits, and arrange timely stroke-capable evaluation. The team's inadequate neurological examinations, failure to escalate care after documenting an acute decline from normal 5/5 strength to severe 2/5 motor weakness, and failure to integrate progressive dysphasia documented by nursing staff delayed recognition of a possible acute stroke and delayed activation of a stroke protocol. This failure

reduced Mrs. O'Malley's opportunity for timely stroke-capable evaluation, advanced neuroimaging, treatment-eligibility assessment, and potential time-sensitive intervention, including systemic thrombolysis or mechanical thrombectomy where clinically indicated. More likely than not, the delay reduced her opportunity for stroke characterization, treatment eligibility assessment, and intervention during the period when salvageable brain tissue may still have been present.

**Exacerbation of Injury Due to Delayed Medical Evacuation**

Furthermore, it is my opinion, within a reasonable degree of medical probability, that the shipboard medical team's failure to recognize her evolving neurological deficits and delay in initiating medical disembarkation more likely than not worsened her outcome. Although the NAPA Deck Log shows that operational preparations for medical disembarkation were underway by 13:04 (UTC-07:00) on February 7, the medical and shoreside coordination process failed to arrange timely transfer despite Mrs. O'Malley's critical illness, recent vasopressor requirement, and evolving neurological deficits. The HOC nevertheless documented the evacuation as having "No impact on the voyage". Mrs. O'Malley remained aboard the vessel for approximately 38 hours after her collapse, during which time she exhibited progressive neurological deficits concerning for stroke, including expressive and receptive dysphasia, severe motor weakness, and altered cognition. This delay reduced her opportunity for timely shoreside stroke-capable evaluation, advanced neuroimaging, and treatment.

The medical literature supports that delayed ICU-level care is clinically consequential, with delayed ICU admission independently associated with increased mortality and worse outcomes in critically ill patients (2,14). Furthermore, earlier referral and ship deviation would more likely than not have improved her opportunity for timely stroke evaluation, advanced neuroimaging, and assessment for mechanical thrombectomy where clinically indicated (23). Instead, the administrative decision failed to reflect the urgency of Mrs. O'Malley's condition and contributed to her prolonged retention aboard the vessel for more than 38 hours after her collapse, delaying access to advanced neuroimaging, definitive ICU care, and time-sensitive stroke evaluation and intervention (23,24,27,28). More likely than not, earlier recognition and urgent medical disembarkation would have provided access to timely diagnostic neuroimaging, stroke characterization, treatment-eligibility assessment, and advanced neurological interventions that could have mitigated the ultimate extent of her brain injury.

**Permanent Neurological Injury**

As a result of these sequential failures, Mrs. O'Malley suffered an acute ischemic stroke in the left Middle Cerebral Artery (MCA) and posterior cerebral artery territories. Consequently, she has been left with permanent, functionally significant neurological deficits, including mild anomic aphasia with a dyscalculia component. It is my opinion, within a reasonable degree of medical probability, that compliance with the applicable standards of care would more likely than not have prevented or substantially mitigated Mrs. O'Malley's permanent neurological sequelae.

**CONCLUSIONS**

It is my professional opinion, held to a reasonable degree of medical probability, that the Emerald Princess medical team committed sequential breaches of the applicable standard of care in the recognition, monitoring, treatment, escalation, and disembarkation of Mrs. O'Malley. Specifically:

**A. Initial Treatment:** The medical team failed to provide adequate, guideline-directed fluid resuscitation and prematurely removed intravenous access from a patient with objective evidence of ongoing sepsis-induced hypoperfusion.

**B. Discharge Decision:** The medical staff discharged a hemodynamically unstable patient with documented hypotension, elevated lactate, elevated creatinine, incomplete resuscitation, and active presyncope to an unmonitored cabin rather than admitting her for continued monitoring, reassessment, and escalation of care.

**C. Post-Collapse Management:** Following her cardiovascular collapse, the medical team failed to promptly restore and maintain adequate perfusion, permitted a prolonged period of severe hypotension, failed to assess her acid-base status via blood gases, failed to document structured airway and ventilation reassessment despite altered mental status, shock, tachypnea, and escalating respiratory support, initiated dopamine rather than guideline-preferred norepinephrine, and created documentation discrepancies regarding vasoactive medication administration.

**D. Medical Disembarkation:** Despite documented operational preparation for medical disembarkation and later "MEDEVAC- ASAP" bridge orders, Dr. Bautista and the shoreside medical/logistics coordination process failed to arrange timely definitive transfer for a critically ill patient with evolving neurological deficits, while the HOC documented the evacuation as having "No impact on the voyage". This delay resulted in Mrs. O'Malley remaining aboard the vessel for

approximately 38 hours after her collapse and reduced her opportunity for timely stroke-capable evaluation, advanced neuroimaging, and potential time-sensitive intervention.

**E. Stroke Recognition:** Despite required advanced life support training and the presence of progressive neurological deficits, including dysphasia, altered cognition, and worsening motor weakness, the medical team failed to recognize an evolving acute neurological emergency, activate a stroke protocol, obtain timely advanced neuroimaging, or expedite transfer to a facility capable of stroke evaluation and intervention.

More likely than not, these cumulative failures left Mrs. O'Malley under-resuscitated, allowed her sepsis-induced hypoperfusion to persist, delayed recognition of her neurological deterioration, and delayed her access to definitive critical care, stroke-capable evaluation, and advanced neuroimaging. Within a reasonable degree of medical probability, these breaches were a substantial contributing cause of her prolonged cerebral hypoperfusion, progression to profound septic shock, delayed diagnosis of acute ischemic stroke, and permanent neurological injury.

## VII. REFERENCES

1. American College of Emergency Physicians. Cruise Ship Health Care Guidelines. ACEP Policy Resource and Education Paper (PREP). United States: ACEP Cruise Ship Health Care Guidelines; 2023 Oct.
2. Evans L, Rhodes A, Alhazzani W, Antonelli M, Coopersmith CM, French C, et al. Surviving Sepsis Campaign: International Guidelines for Management of Sepsis and Septic Shock 2021. Crit Care Med. 2021 Nov;49(11):1063–143. doi:10.1097/CCM.0000000000005337
3. Bellomo R, Kellum JA, Ronco C. Acute kidney injury. The Lancet. Elsevier B.V.; 2012. p. 756–66. doi:10.1016/S0140-6736(11)61454-2 PubMed PMID: 22617274.
4. Zampieri FG, Bagshaw SM, Semler MW. Fluid Therapy for Critically Ill Adults with Sepsis: A Review. JAMA. American Medical Association; 2023. p. 1967–80. doi:10.1001/jama.2023.7560 PubMed PMID: 37314271.
5. Lara B, Enberg L, Ortega M, Leon P, Kripper C, Aguilera P, et al. Capillary refill time during fluid resuscitation in patients with sepsis-related hyperlactatemia at the emergency department is related to mortality. PLoS One. 2017 Nov 1;12(11). doi: 10.1371/journal.pone.0188548 PubMed PMID: 29176794.

6. Hedjal J. The Epidemiology of Sepsis. In: The Sepsis Codex. Elsevier; 2022. p. 11–5. doi:10.1016/B978-0-323-88271-2.00027-4 PubMed PMID: 18691094.
7. Kumar R, Kattimani B, Ojha PR, Khasage UJ. Quick Sequential Organ Failure Assessment Score, Lactate, and Neutrophil–Lymphocyte Ratio Help in Diagnosis and Mortality Prediction during Golden Hour of Sepsis in Emergency Department. J Emerg Trauma Shock. 2023;16(4):161–6. doi: 10.4103/jets.jets_37_23
8. Seymour CW, Gesten F, Prescott HC, Friedrich ME, Iwashyna TJ, Phillips GS, et al. Time to Treatment and Mortality during Mandated Emergency Care for Sepsis. New England Journal of Medicine. 2017 Jun 8;376(23):2235–44. doi:10.1056/nejmoa1703058 PubMed PMID: 28528569.
9. Shankar-Hari M, Phillips GS, Levy ML, Seymour CW, Liu VX, Deutschman CS, et al. Developing a newdefinition and assessing newclinical criteria for Septic shock: For the third international consensus definitions for sepsis and septic shock (sepsis-3). JAMA - Journal of the American Medical Association. 2016 Feb 23;315(8):775–87. doi:10.1001/jama.2016.0289 PubMed PMID: 26903336.
10. Singer M, Deutschman CS, Seymour C, Shankar-Hari M, Annane D, Bauer M, et al. The third international consensus definitions for sepsis and septic shock (sepsis 3). JAMA - Journal of the American Medical Association. American Medical Association; 2016. p. 801–10. doi:10.1001/jama.2016.0287 PubMed PMID: 26903338.
11. Meyer NJ, Prescott HC. Sepsis and Septic Shock. Hardin CC, editor. New England Journal of Medicine. 2024 Dec 5;391(22):2133–46. doi:10.1056/NEJMra2403213
12. Ricci F, De Caterina R, Fedorowski A. Orthostatic hypotension: Epidemiology, prognosis, and treatment. Journal of the American College of Cardiology. Elsevier Inc.; 2015. p. 848–60. doi: 10.1016/j.jacc.2015.06.1084 PubMed PMID: 26271068.
13. Arnold MJ. Surviving Sepsis: Updated Guidelines from the Society of Critical Care Medicine. Am Fam Physician. 2022;106(5):589–90. PubMed PMID: 36379484.
14. Kiekkas P, Tzenalis A, Gklava V, Stefanopoulos N, Voyagis G, Aretha D. Delayed Admission to the Intensive Care Unit and Mortality of Critically Ill Adults: Systematic Review and Meta-analysis. BioMed Research International. Hindawi Limited; 2022. doi:10.1155/2022/4083494 PubMed PMID: 35146022.

15. Pan S, Lv Z, Wang R, Shu H, Yuan S, Yu Y, et al. Sepsis-Induced Brain Dysfunction: Pathogenesis, Diagnosis, and Treatment. Oxidative Medicine and Cellular Longevity. Hindawi Limited; 2022. doi:10.1155/2022/1328729 PubMed PMID: 36062193.

16. Crippa IA, Subirà C, Vincent JL, Fernandez RF, Hernandez SC, Cavicchi FZ, et al. Impaired cerebral autoregulation is associated with brain dysfunction in patients with sepsis. Crit Care. 2018 Dec 4;22(1). doi:10.1186/s13054-018-2258-8 PubMed PMID: 30514349.

17. Annane D, Sharshar T. Cognitive decline after sepsis. The Lancet Respiratory Medicine. Lancet Publishing Group; 2015. p. 61–9. doi:10.1016/S2213-2600(14)70246-2 PubMed PMID: 25434614.

18. Balzanelli MG, Distratis P, Lazzaro R, Pham VH, Del Prete R, Dipalma G, et al. The importance of arterial blood gas analysis as a systemic diagnosis approach in assessing and preventing chronic diseases, from emergency medicine to the daily practice. Eur Rev Med Pharmacol Sci. 2023;27(23):11653–63. doi:10.26355/EURREV_202312_34603 PubMed PMID: 38095412.

19. Fordyce CB, Katz JN, Alviar CL, Arslanian-Engoren C, Bohula EA, Geller BJ, et al. Prevention of Complications in the Cardiac Intensive Care Unit A Scientific Statement From the American Heart Association. Circulation. Lippincott Williams and Wilkins; 2020. p. E379–406. doi:10.1161/CIR.0000000000000909 PubMed PMID: 33115261.

20. Russell JA. Vasopressor therapy in critically ill patients with shock. Intensive Care Med. 2019 Nov 1;45(11):1503–17. doi:10.1007/s00134-019-05801-z PubMed PMID: 31646370.

21. Jentzer JC, Hollenberg SM. Vasopressor and Inotrope Therapy in Cardiac Critical Care. Journal of Intensive Care Medicine. SAGE Publications Inc.; 2021. p. 843–56. doi:10.1177/0885066620917630 PubMed PMID: 32281470.

22. Morris DC, Zhang ZG, Jaehne AK, Zhang J, Rivers EP. Clinical, Molecular, and Exosomal Mechanisms of Cardiac and Brain Dysfunction in Sepsis. Shock. 2023 Feb 1;59(2):173–9. doi:10.1097/SHK.0000000000002015 PubMed PMID: 36731014.

23. Mendelson SJ, Prabhakaran S. Diagnosis and Management of Transient Ischemic Attack and Acute Ischemic Stroke: A Review. JAMA - Journal of the American Medical Association. American Medical Association; 2021. p. 1088–98. doi:10.1001/jama.2020.26867 PubMed PMID: 33724327.

24. Powers WJ. Acute Ischemic Stroke. Solomon CG, editor. New England Journal of Medicine. 2020 Jul 16;383(3):252–60. doi:10.1056/NEJMcp1917030

25. Jauch EC, Cucchiara B, Adeoye O, Meurer W, Brice J, Chan YYF, et al. Part 11: Adult stroke: 2010 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2010. doi:10.1161/CIRCULATIONAHA.110.971044 PubMed PMID: 20956227.

26. Baser Y, Zarei H, Gharin P, Baradaran HR, Sarveazad A, Dizaji SR, et al. Cincinnati Prehospital Stroke Scale (CPSS) as a Screening Tool for Early Identification of Cerebral Large Vessel Occlusions; a Systematic Review and Meta-analysis. Archives of Academic Emergency Medicine. Shaheed Beheshti University of Medical Sciences and Health Services; 2024. doi:10.22037/aaem.v12i1.2242

27. Saver JL, Goyal M, Van Der Lugt A, Menon BK, Majoie CBLM, Dippel DW, et al. Time to treatment with endovascular thrombectomy and outcomes from ischemic stroke: Ameta-analysis. JAMA - Journal of the American Medical Association. 2016 Sep 27;316(12):1279–88. doi:10.1001/jama.2016.13647 PubMed PMID: 27673305.

28. Saver JL, Fonarow GC, Smith EE, Reeves MJ, Grau-Sepulveda M V, Pan W, et al. Time to Treatment with Intravenous Tissue Plasminogen Activator and Outcome From Acute Ischemic Stroke. JAMA - Journal of the American Medical Association. 2013;309(23):2480–8. doi:10.1001/jama.2013.6959



Victor Gomez, MD, MSc, MA, MBA
Shipboard Medical Care - Expert Witness
June 25, 2026




# Victor Gomez

MD, MSc, MA, MBA(C)


Maritime medical expert with 15+ years in emergency, occupational, and cruise-ship medicine, providing expert opinions, case reviews, and testimony on shipboard standards of care, clinical decision-making, and emergency response. Experienced in evaluating documentation, triage, stabilization, and evacuation protocols within maritime medical systems.


victor@vgaglobalaccess.com | +1 305-686-9552 | Bogota, Colombia | linkedin.com/in/drvgmz


## WORK EXPERIENCE

### CEO - Founder
VGMO COLOMBIA S.A.S

*07/2025 - Present* — *Bogota, Colombia*

*VGMO COLOMBIA provides procurement, vendor coordination, and compliance logistics for Noble's Discoverer oil rig through Remote Medical International.*

*Achievements/Tasks*

- Coordinate procurement and supply of medications, medical consumables, and essential clinical materials for the Discoverer platform.
- Manage vendor relationships and service scheduling for biomedical equipment calibration and other technical requirements.
- Support compliance logistics by arranging laboratory service agreements, facilitating testing workflows, and ensuring proper documentation.

*Contact : Victor Gomez - vgomez@vgmocolombia.com*

### CEO - Founder - Maritime Medical Expert Consultant
VGA Global Access LLC

*07/2025 - Present* — *Miami, FL, USA*

*VGA provides consulting in maritime medical operations, safety systems, and regulatory compliance, including expert medical opinions and litigation support for maritime legal cases.*

*Achievements/Tasks*

- Provide expert medical opinions and case reviews for maritime litigation involving cruise ship medical care.
- Serve as an expert witness on shipboard standards of care, emergency response, and maritime medical protocols.
- Advise legal teams on cruise line medical operations, evacuation decisions, triage practices, and onboard stabilization capabilities.
- Support organizations with consulting on safety systems and regulatory compliance in high compliance operational environments.

*Contact : Victor Gomez - victor@vgaglobalaccess.com*

### Flight Physician
REVA

*07/2023 - Present* — *Barcelona, Spain*

*REVA is a global air ambulance service providing critical care transport for patients across international and remote locations.*

*Tasks*

- Deliver advanced critical care during international aeromedical evacuations.
- Collaborate with flight nurses and paramedics to execute medical emergency protocols during air transport.
- Ensure regulatory compliance with aviation and healthcare standards, managing detailed clinical documentation and patient handovers.

*Contact : Sean Bryan - sbryan@flyreva.com*

## WORK EXPERIENCE

### Senior Medical Officer
Vikand Solutions

*11/2021 - 07/2023* *Worldwide*

***Led onboard medical operations and public health programs for a worldwide cruise itinerary on the Azamara Quest.***

*Tasks/ Achievements*

- Managed all shipboard medical care, major emergencies, complex evacuations, and infection-control protocols.
- Directed health surveillance and wellness programs, achieving effective outbreak containment and regulatory compliance.
- Developed and implemented a crew health monitoring system that improved early detection of communicable illnesses and reduced sick leave rates.

*Contact : Chantal Steenkamp - Chantal.Steenkamp@vikand.com*

### Medical Doctor - Clinical Advisor
Critical Care International

*07/2021 - 11/2021* *Yanfolila, Mali*

*Critical Care International delivers medical support, health systems consulting, and risk mitigation services to remote and worksites.*

*Achievements/Tasks*

- Provided primary and emergency care in a remote mining site, managing acute and chronic conditions.
- Led occupational health surveillance and trained non-clinical staff in emergency medical procedures.
- Optimized on-site care protocols and remote consultations' outcomes.

*Contact : Julian Thompson - jthompson@critcareint.com*

### Chief Medical Officer - Public Health Advisor
International SOS

*08/2018 - 03/2021* *Papua New Guinea, Mongolia*

*International SOS provides medical, security, and health risk management services to organizations operating in remote or high-risk environments.*

*Achievements/Tasks*

- Directed clinical and emergency response services for over 15,000 workers across two remote mining operations.
- Led health surveillance, public health strategy, and pandemic preparedness in high-risk, logistically complex environments.
- Designed and implemented a comprehensive occupational health program that improved early detection of work-related illness.
- Reduced medical evacuations by enhancing on-site care capabilities and telemedicine protocols.

*Contact : Jeat Ling Yap - Jeatling.YAP@internationalsos.com*

### Medical Officer - Senior Medical Officer
Royal Caribbean group

*08/2011 - 08/2017*

*Achievements/Tasks*

- Delivered comprehensive medical care for crew and guests, including emergency response and chronic disease management.
- Led shipboard infection control, emergency preparedness drills, and cross-departmental health training.
- Decreased emergency medical evacuations by optimizing onboard care protocols, notably on *Majesty of the Seas* in 2016.

*Contact : Arthur Diskin - Adiskin@qmm.net*

### General Practitioner (Emergency Room)
Hospital Dos de Maig, Consorci Sanitari Integral

*03/2010 - 02/2011* *Barcelona, Spain*

*Hospital Dos de Maig is a public teaching hospital in Barcelona, Spain, providing comprehensive emergency*

*Achievements/Tasks*

- Delivered frontline emergency care, managing trauma, cardiac, and infectious cases in a high-demand urban hospital.
- Collaborated with multidisciplinary teams to ensure effective patient stabilization and continuity of care.
- Applied rapid triage and emergency response protocols to optimize patient outcomes during peak-volume periods.

*Contact : Miquel Angel Aguilar - MiquelAngel.AguilarAmo@sanitatintegral.org*

## WORK EXPERIENCE

### International Emergency Medical Consultant
AXA Partners

*10/2010 - 02/2011* *Barcelona, Spain*

*AXA Partners provides global medical assistance, repatriation, and travel risk services for international clients and insurers.*

*Achievements/Tasks*

- Coordinated international medical repatriations, managing transport logistics and ensuring clinical continuity of care.
- Liaised with global medical providers to facilitate timely transfers, specialist referrals, and post-travel follow-up care.
- Provided medical oversight during international evacuations, assessing patient stability, advising on transport modalities, and ensuring adherence to global medical assistance protocols.

*Contact : Anna Casas - annam.casas@gmail.com*

### Medical Officer
The Apollo Group

*05/2009 - 09/2009* *The Caribbean*

*Apollo Group provides medical, hospitality, and crew services to major cruise lines.*

*Achievements/Tasks*

- Delivered onboard medical care for crew and guests, managing both routine health needs and medical emergencies.
- Assisted with infection-control procedures, medical documentation, and coordination with onboard departments.

*Contact : Alex Tortora - alex@theapollogroup.com*

### General Practitioner (Emergency Room)
Fundacion Santa Fe de Bogota

*07/2007 - 12/2008* *Bogota, Colombia*

*Fundación Santa Fe is a leading tertiary-care teaching hospital and one of Colombia's top centers for emergency and specialized medical services.*

*Achievements/Tasks*

- Provided frontline emergency care for adult patients, managing acute medical conditions, trauma cases, and high-acuity presentations.
- Coordinated care with multidisciplinary teams to ensure effective treatment and safe patient handovers.

*Contact : Roosevelt Fajardo - rfajardo@uniandes.edu.co*

## EDUCATION

### MBA in Digital Transformation
EALDE - Business School

*03/2025 - 02/2026* *Madrid, Spain*

### Master of Science in Occupational Health and Safety
El Bosque University

*01/2024 - 12/2025* *Bogota, Colombia*

### Postgraduate Specialization in Industrial Hygiene
El Bosque University

*01/2024 - 03/2025* *Bogota, Colombia*

### Master of Science in Artificial Intelligence
CEUPE - European Postgraduate Center

*11/2023 - 03/2025* *Madrid Spain*

### Master of Arts in Disaster and Emergency Management
Florida International University

*08/2022 - 08/2023* *Miami, Fl, USA*

### Master of Science in Emergency Medicine and Critical Care
University of Barcelona

*09/2009 - 07/2011* *Barcelona, Spain*

## EDUCATION

**Medicine**
Pontificia Universidad Javeriana
*07/1999 - 06/2006* *Bogota, Colombia*

## CERTIFICATES

Diploma in Point-of-Care Ultrasound (POCUS) (2025)

Helicopter Underwater Escape Training (HUET) (2025 - 2030)

Helicopter Emergency Medical Services (HEMS) and Aeromedical Assistance Specialist (2025)

OSHA 30H General Industry (2020)

Basic Life Support (BLS) (2024 - 2026)

ITLS Provider (2024 - 2028)

PHTLS Provider (2021)

ISO 9001 Auditor (10/2025 - Present)

ISO 45001 Auditor (10/2025 - Present)

ISO 27005 Auditor (01/2026)

Ultrasound in Emergency and Trauma (2016)

Basic Offshore Safety Induction and Emergency Training (BOSIET) (2025 - 2030)

Dry Compressed Air Emergency Breathing System (CA-EBS) (2025)

STCW (2021 - 2026)

Functional Medicine Certificate (2023)

Advanced Cardiac Life Support (2024 - 2026)

Pediatric Advanced Life Support (2025 - 2027)

ADHR Provider (2021)

ISO 27001 Auditor (10/2025 - Present)

ISO 27001 Lead Implementing Auditor (01/2026)

Neonatal Resuscitation Provider (2019)

## LANGUAGES

English
*Native or Bilingual Proficiency*

Spanish
*Native or Bilingual Proficiency*

French
*Native or Bilingual Proficiency*

## SKILLS

Shipboard & Remote Medicine

Medical Evacuations (Maritime & Aeromedical)

Process Optimization & Workflow Improvement

Occupational & Workplace Medicine

Public Health & Outbreak Management

Cross-Cultural Communication

Acute Care & Emergency Medicine

Regulatory Compliance

Chronic Disease Management & Follow-Up

Health Surveillance & Risk Assessment

## VOLUNTEER EXPERIENCE

**FAST Medical Missions**
Florida international University
*2017 - 2019* *Guatemala*
*FIU-FAST provides surgical and medical care to underserved communities through volunteer missions across Latin America.*
*Tasks/Achievements*
- Delivered primary and emergency care to underserved rural populations in Guatemala during annual medical missions.
- Conducted health education sessions to promote disease prevention and public health awareness.

*Contact : Bridget Pelaez - bpelaez@fiu.edu*

## ORGANIZATIONS

American College of Emergency Physicians (12/2023 - Present)
*Member - Cruise Ship Medicine Section International Emergency Medicine Section Young Physicians Section*

FIU-FAST Medical Missions (2017 - Present)
*Volunteer Physician*

## HONOR AWARDS

WAR Award Nominee (2019)
*Newcrest Mining Limited*
- Nominated for excellence in health and safety leadership at remote mining operations in Papua New Guinea.

COVID-19 Outbreak Response Recognition (2022)
*Azamara Cruises*
- Recognized for leading the successful containment of a COVID-19 outbreak aboard a cruise ship through crisis coordination and medical leadership.

## PUBLICATIONS

*Conference Poster Presentation*
**Artificial Intelligence in the Early Diagnosis and Monitoring of Asbestos-Related Respiratory Diseases: A Scoping Review**
*February 26–27, 2025*
VIII Cancer Research Conference: Toward the Social Appropriation of Cancer Knowledge - Bogota, Colombia

resented a scoping review on AI applications for diagnosing and monitoring asbestos-related respiratory diseases. Highlighted high diagnostic accuracy across models for mesothelioma, asbestosis, and lung cancer.

## REFERENCES

Arthur Diskin MD
*"President & CEO, Quality Medical Management - Global Chief Strategy Officer, AP Companies"*
*Contact : Adiskin@qmm.net - +1 302-905-3218*

Hector Rivera
*"Program HSE Director, Saudi Arabia - Worley"*
*Contact : Hector.L.Rivera@worley.com - +1 407-443-1655*

Benjamin Huxtable
*"General Manager Sustainability and Business Optimisation- Former Manager HSSE, Lihir Island, PNG"*
*Contact : ben.huxtable@adriaticmetals.com - +387 61734669*

# Victor Gomez MD, MSc, MA, MBA

## Shipboard Medical Care - Expert Witness

## Litigation History

I have served as a consulting and testifying expert in maritime and occupational health matters for several U.S. law firms. My involvement has included the preparation of expert medical reports and participation in depositions addressing shipboard and resort medical care standards.

1. Bakshi v. Carnival – January 2024 **(Eduardo J. Hernandez, LLC)**
2. Schuman v. Royal Caribbean – March 2024 **(Lipcon)**
3. von Kutzleben v. Allianz – May 2024 **(Lipcon)**
4. Leady v. travel insurance – October 2024 **(Lipcon)**
5. Radovanovic v. Princess Cruises – December 2024 **(Lipcon)**
6. Jayishree v. Royal Caribbean – December 2024 **(Lipcon)**
7. Corpus v. Royal Caribbean – December 2024 **(Louis A. Vucci, PA)**
8. Giuffra Landi v. Holland America – January 2025 **(Dickman Epelbaum & Dickman)**
9. Lunde v. Carnival – February 2025 (**Lipcon)**
10. D'Ambra v. Carnival – February 2025 **(Lipcon) - Deposition**
11. Knapic v. Sandals Resorts – June 2025 **(Lipcon)**
12. Minnick v. Carnival – June 2025 **(Lipcon)**
13. Pejcic v. Celebrity Cruises – July 2025 **(Lipcon)**
14. Beane v. MSC Cruises – August 2025 **(Lipcon) - Deposition**
15. Jones v. NCL – August 2025 **(Lipcon)**
16. Dennis v. Carnival – August 2025 **(Scolaro Law)**
17. Marchuk v. Royal Caribbean – September 2025 **(Lipcon)**
18. Ritchie v. NCL – October 2025 **(Lipcon)**
19. Malmuth v. Disney Cruise Lines – October 2025 **(Lipcon)**
20. Yiu Fai Thomas Chow v. MSC – November 2025 **(Lipcon)**
21. Shefter v. Oceania Cruises – January 2026 **(Lipcon)**
22. Sullivan v. Royal Caribbean – January 2026 **(Lipcon)**
23. West v. Viking Ocean Cruises – February 2026 **(Lipcon)**
24. Simonton v. Princess Cruises – February 2026 **(Lipcon)**

**Litigation History**

25. O'Malley v. Princess Cruises – February 2026 **(LMK legal / Scolaro Law)**
26. Hanok v. Princess Cruises – February 2026 **(Lipcon)**
27. Sagers v. Celebrity – March 2026 **(Lipcon)**
28. Acevedo v. Celebrity – March 2026 **(Lipcon)**
29. Figas v. Princess Cruises – April 2026 **(Brais Law) - Deposition**
30. Dulaney v. Royal Caribbean Group – May 2026 **(Brais Law Firm)**

# Expert Witness Report

**Prepared By:**
Gerald Nielsen
Ocean Ridge Litigation Support LLC
24 June 2026

**Prepared For:**
Thomas Scolaro
Scolaro Law

**Regarding:**
No. 1:25-cv-24748
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

ANN O'MALLEY
vs.
PRINCESS CRUISE LINES, LTD.

---

OCEAN RIDGE
LITIGATION SUPPORT

19219 Katy Fwy, Suite 320, Houston, TX 77094
Gerry@OceanRidgeTeam.com 1-832-233-8563

**Table of Contents**


| | |
|---|---|
| Section 1 – Assignment and Opinion Summary | **3** |
| Section 2 – Author's Qualifications | **6** |
| Section 3 – Methodology | **7** |
| Section 4 – Document Review and Research | **8** |
| Section 5 – Incident Summary | **9** |
| Section 6 – Opinions and Analysis | **24** |
| Section 7 – Conclusions | **32** |
| Section 8 – Attachments | **34** |

Attachment 1 – Current Resume and Past Testimony, Gerald Nielsen
Attachment 2 – Ocean Ridge Litigation Support LLC Rate Sheet
Attachment 3 – Documentation provided by Scolaro Law

## Assignment and Opinion Summary

Gerald Nielsen, through Ocean Ridge Litigation Support LLC, has been retained by Scolaro Law to provide expert opinions regarding the case involving Ann O'Malley vs. Princess Cruise Lines Ltd. According to court documents, this is Civil Action Number 1:25-cv-24748 in the United States District Court for the Southern District of Florida, Miami Division.

Opinions contained within this report were developed following a review of relevant documents, materials, and testimony, thorough independent research, and application of expert knowledge, education, and training developed over forty years in the maritime industry. The opinions within this report are the author's own.

This case concerns the events involving Ann O'Malley beginning on 6 February 2024. On this date, Ms. O'Malley was a paying passenger on the Princess Cruise Lines vessel *Emerald Princess* with her husband. The *Emerald Princess* was on a cruise, departing from Los Angeles, CA, on 6 February 2024 and scheduled to end in Fort Lauderdale, FL, on 21 February 2024.[1]

NOTE: The case summary contains known time discrepancies with several time entries being one hour different from actual ship time. In the next two paragraphs, times are shown as they appear in the case summary, with the corresponding actual ship time highlighted in yellow. The Summary section provides a detailed explanation of UTC and the cause of these discrepancies.[2]

On 6 February 2024, the day of departure from Los Angeles, California, Ms. O'Malley woke from a nap feeling unwell and presented herself at the shipboard medical center after Mr. O'Malley called using the shipboard 911 system. The case summary has a triage time of 18:33 (6:33 p.m. UTC – 7 hours) (5:33 p.m. ship time) and states that "Guest called 911" and "Patient attends clinic for shaking"; the clinic visit was categorized as a non-urgent illness.[3]

Ms. O'Malley was released from the clinic at 20:57 (8:57 p.m. UTC -7 hours) (7:57 p.m. ship time) and was returned to her cabin with the use of a wheelchair.[4] The case summary shows that the next contact with Ms. O'Malley was at 23:48 (11:48 p.m. UTC -7 hours) (10:48 p.m. ship

[1] Defendant's responses to plaintiff's first RFP (Request #2)
[2] See Summary section of this report (page 14) for an explanation of UTC and inconsistencies in the time reporting on board the *Emerald Princess*
[3] Case Summary (GR000014)
[4] Case Summary (GR000070)

time) when her husband again called the shipboard 911 number to report, "My wife has collapsed in the bathroom, I can't move her or get her up."[5] She was returned to the clinic in a wheelchair by shipboard paramedics after losing consciousness in the shower.[6]

Ms. O'Malley remained in the medical clinic on the *Emerald Princess* until approximately 1300 (1:00 p.m. UTC -6 hours) on 8 February, when she was medically disembarked from the *Emerald Princess* by boat in Cabo San Lucas, Mexico.[7]

It is the author's opinion, as documented within this report, that Ms. O'Malley was under the care of medical staff on board the *Emerald Princess* from 6 February 2024 until her medical disembarkation on 8 February 2024. Princess Cruise Lines and industry policies call for the evacuation of passengers when care needs exceed those available on board, including the requirement by the Cruise Lines International Association (CLIA) "*To facilitate the evacuation of seriously ill or injured patients when deemed necessary by a shipboard physician.*"[8] Princess Cruises did not comply with the requirements of the ISM Code. They did not take the necessary steps to promptly medically evacuate Ms. O'Malley on 6 February 2024, even though evacuation was feasible, thereby denying Ms. O'Malley the opportunity for prompt shoreside intervention. The *Emerald Princess* medical crew did not adhere to pertinent Carnival Corporation and Princess Cruise Line policies and procedures in the time leading up to the medical disembarkation of Ms. O'Malley. Specifically:

1. Despite conditions requiring advanced medical care and immediate medical evacuation on 6 February 2024, the *Emerald Princess* continued away from accessible advanced care in California and Northern Mexico. This failure to promptly disembark Ms. O'Malley denied her the opportunity for prompt shoreside hospital evaluation or treatment.
2. Princess Cruise Line and Carnival Corporation policies that delegate the decision to disembark a patient solely to the ship's doctor conflict with the ISM Code. Commercial vessels operating internationally are required to abide by the ISM Code, which explicitly designates the captain as the overriding authority for safety

[5] Case Summary (GR000037)
[6] Complaint paragraph 28
[7] Case Summary (GR000071)
[8] CLIA Health Policy (www.cruising.org/health)

decisions, which Princess Cruise Line and Carnival Corporation's current procedures do not follow.

3. Carnival Corporation and Princess Cruise Line have multi-tiered policies and procedures regarding passenger care and medical disembarkation. The crew on the *Emerald Princess* did not follow established policies and procedures for the medical disembarkation of patients.

It is the author's understanding that discovery related to this case is ongoing, and additional information, including deposition testimony, may become available after the issuance of this report. The author may supplement or amend this report should additional information become available and provided for review.

## Author's Qualifications

The author's career in the Maritime and Offshore Industries began in 1980. He has over 40 years of experience in the maritime industry and more than 25 years of experience in incident and accident investigations. During his career, he has earned the following professional certifications, licenses, positions, and degrees:

- Bachelor of Science – Marine Engineering Systems – USMMA
- USCG Licenses – Chief Engineer of (Limited Oceans) of Motor Vessels of any Horsepower, Chief Engineer of Uninspected Motor Vessels of any Horsepower, First Assistant Engineer of Motor Vessels of any Horsepower, and Third Assistant Engineer of Steam Vessels of any Horsepower
- Lieutenant Commander - United States Naval Reserve – Honorable Discharge
- Classification Society Marine Surveyor
- Certified International Safety Management (ISM) Code Auditor
- Certified International Standards Organization (ISO) 9000 Auditor
- Certified International Standards Organization (ISO) 14000 Auditor
- Cruise Line Designated Person Ashore (DPA)
- Cruise Line Maritime Audit Director
- Cruise Line Safety and Environmental Management Director
- Maritime Consultant and Project Manager
- Certified Project Management Professional (PMP)
- Level II Certification – Nondestructive Evaluation and Qualified Welding Inspector
- Graduate coursework - M.A. Legal Studies – University of Illinois Springfield

In addition, the author has completed training in the following areas:

- OSHA 10 and OSHA 30 – Construction Safety and Health
- Ship Casualty and Incident Investigations – Lloyd's Maritime Institute
- Shipyard Competent Person
- Marine Firefighting and Emergency Training
- Non-Destructive Evaluation and Weld Inspection
- FEMA Emergency Management
- TapRooT® Root Cause Analysis
- OPITO Offshore Emergency Training
- OPITO Offshore Industry Safety Training
- OPITO Helicopter Underwater Escape Training

## Methodology

The author has been formally trained as a marine surveyor, management system auditor, and incident investigator, and applies this training during each case review. This training includes certification as an International Organization for Standardization (ISO) internal and lead auditor and as an International Safety Management (ISM) Code lead auditor.

The author's methodology provides a consistent and structured approach based on the industry standard in the ABS *Guidance Notes on the Investigation of Marine Incidents.*[9] The ABS guide was developed to provide an effective and efficient approach for investigating marine incidents of any magnitude (minor to major, including near-misses) and applies to vessels and facilities both ashore and at sea. The ABS guide provides a structured approach to investigating incidents and near-miss events. The guide also aids in identifying and documenting root causes as required by the ISM Code.

This consistent methodology requires the author's review of the case-specific facts, knowledge of applicable regulations, and experience in maritime industry practices. The author undertakes the same high-level steps in each case to ensure a thorough and consistent review:

- Gather and review available information, including events and conditions
- Determine the sequence of events leading to the incident
- Identify and analyze conditions and contributing events
- Identify and analyze causal factors[10]
- Identify corrective actions (both implemented and missed)

The ABS Guide provides detailed instructions regarding Root Cause Analysis (RCA). The additional effort and analysis required to identify root cause(s) aid in identifying, documenting, and trending incident causes as required by the ISM Code.[11] RCA is typically not required to identify contributing events and causal factors.

The author's education in auditing against industry standards and experience with maritime industry practices were applied to the facts of this case to develop the opinions in this report.

---

[9] ABS Guidance Notes on The Investigation of Marine Incidents (Feb 2014)
[10] A causal factor is an event or condition for which steps should be taken to reduce or mitigate its occurrence.
[11] ABS Guidance Notes on The Investigation of Marine Incidents (Feb 2014) Pg. iii

## Document Review and Research

The author used several sources to prepare this report, including documentation provided by Scolaro Law, physical and digital personal library resources, and materials in the public domain. Documents provided for the author to review are listed in Attachment 3 of this report.

Other materials used by the author in the research and preparation of this report include:

- Electronic Code of Federal Regulations (www.ecfr.gov)
- Cruise Lines International Association (CLIA) website (www.cruising.org)
- Carnival Corporation website (www.carnivalcorp.com)
- Princess Cruise Line website (www.princess.com)
- Cruise Ports Guide website (https://cruiseportsguide.com)
- Port of San Diego website (https://www.portofsandiego.org)

## Incident Summary

This case concerns the events involving Ann O'Malley beginning on 6 February 2024. On this date, Ms. O'Malley was a paying passenger on the Princess Cruise Lines vessel *Emerald Princess* with her husband. The *Emerald Princess* was on a cruise, departing from Los Angeles, CA, on 6 February 2024 and scheduled to end in Fort Lauderdale, FL, on 21 February 2024.[12]

Opinions contained within this report were developed following a review of relevant documents, materials, and testimony, thorough independent research, and application of expert knowledge, education, and training developed over forty years in the maritime industry. The opinions within this report are the author's own.

The following is an overview of the entities, persons, and events relevant to this case and to the author's development of opinions.

**Carnival Corporation**

Founded in 1972 with the formation of Carnival Cruise Line, Carnival Corporation & plc has innovated and evolved the vacation experience through a dynamic portfolio of world-class cruise lines. Carnival Corporation & plc provides unparalleled cruise vacations through a world-class portfolio of cruise lines and a global fleet of more than 90 ships visiting over 800 ports and destinations around the world.[13]

Carnival Corporation is the owner of the cruise ship *Emerald Princess*.

**Princess Cruise Line**

Princess Cruises is an American cruise line owned by Carnival Corporation. The company's headquarters are in Santa Clarita, California, and it is incorporated in Bermuda. As of 2025, it is the sixth-largest cruise line by net revenue. It was previously a subsidiary of P&O Princess Cruises. The line has 17 ships cruising on global itineraries marketed to both American and international passengers.[14]

---

[12] Defendant's responses to plaintiff's first RFP (Request #2)
[13] Carnival Corporation website (www.carnivalcorp.com)
[14] Princess Cruise Lin website (https://www.princess.com/about-princess)

On their website, Princess Cruise Line states:

*Our medical centers are primarily intended to provide acute care for illness and accidents that may occur while on vacation and are not intended to provide long term care for patients with chronic illnesses or as a substitute for regular health care.*

*Our intention is to:*

- *Provide quality maritime medical care for guests and crew members aboard our ships.*
- *Initiate appropriate stabilization, diagnostic and therapeutic maneuvers for critically ill or medically unstable patients.*
- *Support, comfort and care for patients onboard.*
- *Facilitate the timely medical evacuation of patients, if appropriate.*

Princess Cruise Line is the operator of the cruise ship *Emerald Princess*.

**Cruise Ship *Emerald Princess***

The *Emerald Princess* is a cruise ship built in 2007 at the Fincantieri Cantieri Navali Shipyard in Italy. The vessel is owned by Carnival Corporation and operated by Princess Cruise Lines. The vessel operates under a Safety Management System as required by the International Safety Management (ISM) Code. The *Emerald Princess* specifications are:[15]

- Tonnage (gross): 113,561
- Length: 951 ft.
- Width: 118 feet
- Guests (max): 3,090
- Crew: 1,200

The following is a photo of the cruise ship *Emerald Princess*:[16]

[15] Emerald Princess Fact Sheet (https://www.princess.com/news/backgrounders-and-fact-sheets/emerald-princess-fact-sheet)
[16] Princess Cruise Line website



The *Emerald Princess* has an onboard medical facility staffed by doctors and nurses. As a member of the Cruise Lines International Association (CLIA), Princess Cruise Line has committed to meet or exceed the requirements of the American College of Emergency Physicians (ACEP) Health Care Guidelines for Cruise Ship Medical Facilities, as revised October 2023.[17]

The *Emerald Princess* was operating on a 16-day itinerary that included the following ports:[18]

[17] CLIA website (https://cruising.org/clia-oceangoing-cruise-lines-policies/health)
[18] Defendant's responses to plaintiff's first RFP (Request #2)

| Date | Location | Departure | Arrival |
|---|---|---|---|
| Feb. 6, 2024 | Los Angeles, CA | 06:15 | 15:00 |
| Feb. 7, 2024 | At Sea | | |
| Feb. 8, 2024 | At Sea | | |
| Feb. 9, 2024 | Puerto Vallarta | 08:00 | 17:00 |
| Feb. 10, 2024 | At Sea | | |
| Feb. 11, 2024 | Huatulco | 08:00 | 17:00 |
| Feb. 12, 2024 | At Sea | | |
| Feb. 13, 2024 | At Sea | | |
| Feb. 14, 2024 | Puntarenas | 07:00 | 19:00 |
| Feb. 15, 2024 | At Sea | | |
| Feb. 16, 2024 | Panama Canal Full Transit | 06:00 | 18:00 |
| Feb. 17, 2024 | Cartagena | 10:00 | 17:00 |
| Feb. 18, 2024 | At Sea | | |
| Feb. 19, 2024 | George Town (Grand Cayman) | 07:00 | 17:00 |
| Feb. 20, 2024 | At Sea | | |
| Feb. 21, 2024 | Fort Lauderdale, FL | 07:00 | 15:00 |

The following screenshots show the position of the *Emerald Princess* from 6-8 February 2024, specifically:

1. Entire course of *Emerald Princess* from 1700 (5:00 p.m.) on 6 February 2024 to 1400 (2:00 p.m.) on 8 February 2024
2. Location of *Emerald Princess* at 2130 (9:30 p.m.) on 6 February 2024
3. Location of *Emerald Princess* at 23000 (11:00 p.m.) on 6 February 2024



[19]

Course of *Emerald Princess* from departure from Los Angeles at 1700 (5:00 p.m.) on 6 February 2024 (Green Flag) to arrival in Cabo San Lucas at 1400 (2:00 p.m.) on 8 February 2024 (Red Flag)

[19] AIS Data from VesselFinder.com



[20]

Location of *Emerald Princess* at 2130 (9:30 p.m.) on 6 February 2024, approximately 30 miles from San Diego, CA

[20] AIS Data from VesselFinder.com



[21]

Location of *Emerald Princess* at 2300 (11:00 p.m.) on 6 February 2024, approximately 35 miles southwest of San Diego, CA and approximately 55 miles northwest of Ensenada, Mexico.

## Time Entries on board the *Emerald Princess*

Time entries on board cruise vessels are typically made using 24-hour time and are noted relative to Coordinated Universal Time (UTC). Using 24-hour time prevents confusion between a.m. and p.m. entries, as cruise ships operate 24 hours a day. Noting UTC in time entries removes the confusion caused by crossing time zones or by the vessel keeping "Ship Time" that differs from the time zone it is in. Vessels transmit their location through mandatory equipment known as the Automatic Identification System (AIS). AIS signals include (amongst other information) the

[21] AIS Data from VesselFinder.com

vessel's position and a timestamp (in UTC). Knowing how to convert local time to UTC is critical for determining a vessel's position when reviewing AIS data.

There are conflicting time entries in the documentation reviewed by the author, and an issue in timekeeping was noted in the case summary (highlighting added by author):

DATE
Feb 6, 2024 23:40 UTC-08:00

PERFORMED BY
Sheehan, Mark Anthony PARA

NOTES
Observations taken at these times are recorded an hour later than taken, because of Seacare clinch. FEB 6, 2024 20:56 UTC-07:00, FEB 6, 2024 19:25 UTC-07:00 and FEB 6, 2024 17:45 UTC-07:00

DATE
Feb 7, 2024 00:35 UTC-07:00

PERFORMED BY
Govender, Deshan RN

NOTES
Dopamine titrated to 30ml/hr.

DATE
Feb 7, 2024 00:30 UTC-07:00

PERFORMED BY
Govender, Deshan RN

NOTES
Dopamine infusion commenced at 26 ml/hr.

DATE
Feb 6, 2024 23:06 UTC-08:00

PERFORMED BY
Sheehan, Mark Anthony PARA

NOTES
NOTE: EVEN THOUGH SEACARE CLOCK HAS BEEN CHANGED TO THE CORRECT TIME. SOME ENTRIES ARE LOGGED AN HOUR AHEAD OF ACTUAL TIME AS SEACARE SEEMS TO KEEP RESETTING ITSELF? [22]

The case summary notes on the top of the first page that the time entries on 6 February 2024 are UTC – 7 hours.[23] The vessel logs indicate that the vessel time on 6 February 2024 was UTC – 8 hours.[24] As the deck logs are the official records of the vessel and UTC-8 was the correct time for Los Angeles on 6 February 2026, the author uses UTC-8 for any time conversions of AIS data from 6 February 2024.

According to ship log entries, the *Emerald Princess* changed from UTC -8 hours to UTC -7 hours at 0200 (2:00 am) on 7 February 2024. The next time change from UTC -7 hours to UTC -6 hours occurred at 0200 (2:00 a.m.) on 8 February 2024. The *Emerald Princess* remained at UTC -6 hours until after Ms. O'Malley's medical evacuation from the vessel.

[22] GR000069
[23] GR000014
[24] GR000595-001192

**Cruise Ports – San Diego, CA and Ensenada, MX**

The *Emerald Princess* passed by the cruise ports of San Diego, CA and Ensenada, MX on the evening of 6 February 2024. Each of these ports has medical facilities and the ability to disembark passengers (and crew) in the event of a medical emergency. Specifics regarding each port include:

**San Diego, CA**[25]

San Diego has two cruise ship terminals located on San Diego Bay's Embarcadero. The primary cruise ship pier is the B-Street Pier & Cruise Ship Terminal, with a secondary pier at the Port Pavilion on Broadway Pier. Cruise lines calling at San Diego include Princess Cruises, Disney Cruise Line, Royal Caribbean Cruise Line, Holland America Cruise Line, and others. San Diego has a United States Coast Guard Station and Air Station that provides emergency medical evacuation services.[26] Shoreside, San Diego has multiple hospitals, as one would expect of a major US city.

**Ensenada, MX**[27]

Located less than 100 miles south of San Diego, and a two-hour drive away, is the cruise port of Ensenada, MX. Cruise ships dock directly at the cruise pier. Used by Carnival Cruise Line, Royal Caribbean Cruise Line, Princess Cruises, Disney Cruise Lines, and others.

Medical facilities include several hospitals and clinics. News reports show that the Mexican Navy, operating through its Coast Guard duties, will conduct medical evacuations by boat in Ensenada.[28]

**International Regulations, including SOLAS and the ISM Code**

The International Safety Management (ISM) Code is a set of global rules created by the International Maritime Organization (IMO), a United Nations agency that oversees shipping safety and environmental protection. Incorporated into SOLAS (Safety of Life at Sea) by the IMO, the

---

[25] San Diego Cruise Port Guide (https://www.portofsandiego.org/maritime/cruise-operations)
[26] Multiple examples found in USCG News including: https://www.news.uscg.mil/Press-Releases/Article/3378928/coast-guard-air-station-san-diego-aircrews-medevac-4-passengers-off-cruise-ship/
[27] Ensenada Cruise Port Guide (https://www.ensenadaexcursionsandtours.com/ensenada-cruise-port)
[28] https://ggnorth.com/2024/05/ensenada-navy-conducts-med:ical-evacuation-from-cruise-ship/

ISM Code ensures that ships are operated safely and responsibly by requiring shipping companies to have a Safety Management System (SMS). This SMS includes plans for safe ship operations, emergency preparedness, crew training, and environmental protection to prevent accidents and pollution. The IMO developed the code in the 1990s after major ship accidents, and it is mandatory for most commercial ships worldwide, including cruise ships operating on international routes.

The ISM Code requires shipowners and ship managers to implement a Safety Management System (SMS) for each vessel.[29] Section 5 (Master's responsibility and authority) of the ISM Code states:

**5.2:** The company should ensure that the safety management system operating on board the ship contains a clear statement emphasizing the master's authority. The company should establish in the safety management system that the master has the overriding authority and the responsibility to make decisions with respect to safety and pollution prevention and to request the company's assistance as may be necessary.

It is generally accepted within the maritime industry that the master's responsibility extends to all persons on board and cannot be overridden by company policy. SOLAS Chapter V, Regulation 34-1 reinforces this by stating:

> ***Regulation 34-1 – Master's discretion for safe navigation***
> *The owner, the charterer, the company, as defined in regulation IX/1, or any other person shall not prevent or restrict the master of the ship from taking or executing any decision which, in the master's professional judgement, is necessary for safe navigation and protection of the marine environment.*[30]

**Cruise Lines International Association (CLIA)**

Cruise Lines International Association (CLIA) is "the preeminent cruise trade association, providing a unified voice for the industry and its members as the leading authority of the global cruise community."[31]

CLIA states, in their Medical Facilities policy, that:

---

[29] International Safety management (ISM) Code 2018 Edition.
[30] MSC-MEPC.7/Circular.7 – Guidance on Near-Miss Reporting – (10 October 2008)
[31] CLIA website (https://cruising.org/about-cruise-lines-international-association)

*Cruise Lines International Association (CLIA) Cruise Line Members collaborated with the American College of Emergency Physicians (ACEP) to develop and implement guidelines on cruise ship medical facilities. These guidelines, which are mandatory for CLIA oceangoing Cruise Line Members, specify that cruise ships must have at least one qualified medical professional available 24/7 for medical bay visits or cabin "house calls." Also, cruise ships must have an examination room, an intensive care room and equipment for processing labs, monitoring vital signs and administering medications. Patients requiring more comprehensive facilities or treatment are typically referred to a shore side medical facility.*

The CLIA mandatory guideline also states that the intention of the guideline is to foster the following objectives:

- To provide reasonable emergency medical care for passengers and crew aboard cruise vessels
- To stabilize patients and/or initiate reasonable diagnostic and therapeutic intervention
- To facilitate the evacuation of seriously ill or injured patients when deemed necessary by a shipboard physician[32]

Princess Cruise Lines is a member of CLIA.

**Carnival Corporation and Princess Cruise Line Policies and Procedures**

Carnival Corporation generates and issues policies and procedures that apply to all its operating brands. More specific policies and procedures are developed for each cruise brand, including Princess Cruise Lines, and incorporated into their Safety Management System. Specific policies and procedures provided to the author for review include:

Carnival Corporation

- MED-3002 First Response and Triage (Archived Revision)[33]
- MED-3101 Completing a Patient Encounter[34]
- MED-3102 Patient Admission and Discharge from the Medical Center[35]

[32] CLIA Health Policy (www.cruising.org/health)
[33] GR001193-001196
[34] GR000578-000584
[35] GR001197-001202

- MED-3103 Patient Referral[36]
- MED-3104 Medical Disembarkation[37]
- MED-3104-A4 Disembarkation Considerations[38]
- MED-3104-A2 Disembarkation Categories[39]
- MED-3104-A4 USCG Rescue Coordination Centers Contact Details[40]
- MED-3104-A5 Workflow for Disembarkation with Potential Operational Disruption[41]
- MED-3105 Shoreside Information Resources[42]
- MED-3701 Documentation Management[43]
- MED-3903 Medical Staff Handover and Performance Management[44]
- MED-4002 Medicines Management[45]
- MEDICO / MEDEVAC Checklist (No HESS number)[46]

Princess Cruise Lines

- HAG-MED-3104-A1 Medevac Briefing Guidance[47]
- HAG-MED-3104-A5 Guidance for Assignment of Disembarkation Risk Priority[48]
- HAG-MED-3104-A7 Disembarkation Communication Matrix[49]
- HAG-MED-3104-D1 HAGROUP Specific Procedures Requirements for Disembarkation (archived)[50]

The above policies and procedures provide details on many aspects of medical care. They are part of the larger Safety Management Systems required by international law, specifically the International Safety Management (ISM) Code.

[36] GR001203-001205
[37] GR000001-000007
[38] GR001206
[39] GR001212-001213
[40] GR001217-001218
[41] GR001214
[42] GR001207-001211
[43] GR001219-001224
[44] GR000589-000592
[45] GR001225-001232
[46] GR001215-001216
[47] GR001233-001235
[48] GR001236
[49] GR001237
[50] GR000008-000013

**Princess Medical Staff Performance Appraisals**

Princess Cruise Lines uses a form titled "Performance Partnership Form" to document appraisals of medical staff. The appraisal of Dr. Rhius dated 26 April 2024 has the following comments regarding Managing Company Resources which is counted as 20% of the appraisal:

| Managing Company Resources<br>20% of Appraisal | |
|---|---|
| Minimum of 2 Observations to be entered here based on: what the teammember did, how they did it, and how consistently they did it.<br>• Responsibly handles all assets (supplies, equipment, materials) with care to avoid damage, loss, or unnecessary waste.<br>• Displays an understanding of how the team member directly or indirectly impacts the financial success of the operations.<br>• Responsibly oversees business operations and adherence to relevant policies and procedures.<br>• Carefully monitors costs, expenditures, and inventory of all assigned departments and achieves targets within the established budget. | Meets and Sometimes Exceeds Standards |
| *Observations* | |
| Martelie is extremely mindful when looking at cost to company whether it's about doctors shoreside appointments, teleconsults, drug choices and disembarkation options. She is always taking into consideration the cost but not negatively impact the patient outcome. | |
| *Section Score* | *4.00* |

**Ms. O'Malley**

Ms. O'Malley was a 77-year-old passenger on the *Emerald Princess*. She was a United States citizen residing in Texas and joined the *Emerald Princess* in Los Angeles, California, on 6 February 2024 for a cruise terminating in Fort Lauderdale, Florida. She was accompanied by her husband, Mr. James O'Malley. At approximately 5:30 p.m. on 6 February 2024, Ms. O'Malley experienced shaking and shivering, causing her husband to call the medical facility on the *Emerald Princess*.[51] On February 8, the *Emerald Princess* diverted to Cabo San Lucas, where Ms. O'Malley was medically disembarked by boat transfer.[52]

**Timeline of 6-8 February 2024[53] (Times in ship time (UTC -8 hours)**

6 February

5:33 p.m. Ms. O'Malley attends the ship medical center for shaking and shivering.

7:57 p.m. Ms. O'Malley is discharged from the ship medical center after observation and immediately returns with wheelchair assistance due to feeling light-headed.

[51] Case Summary (GR000037)
[52] Case Summary (GR000071)
[53] Timeline based on Case Summary (GR000014-000073) unless noted otherwise, all times converted to ship time which was UTC -8 hours on 6 February, UTC -7 hours on 7 February, and UTC -6 hours on 8 February.

**Actual time of call not known:** Case Summary shows 10:54 p.m., but that does not appear to be the actual time of the call. 9:54 p.m. aligns with the remainder of the 6 February timeline entries. Mr. O'Malley calls shipboard 911, advising that Ms. O'Malley lost consciousness in the cabin bathroom. Ship Paramedic responds.

10:00 p.m. Ms. O'Malley was brought back to the ship's medical center in a wheelchair by a paramedic. Placed in an ICU bed, connected to a cardiac monitor and placed on oxygen. Nurse notes:

10:55 p.m. Noted as restless, moving a lot, and Dr. informed that staff were unable to obtain blood.

12:00 (midnight) Ms. O'Malley soiled herself while in ICU bed

7 February

All Day – Ms. O'Malley in the ship medical center the entire day

8 February

2:00 p.m. Ms. O'Malley transferred ashore after the vessel diverted to Cabo San Lucas.

The deck log for the *Emerald Princess* contains several references to a medical disembarkation on 8 February 2024, without reference to the person being disembarked by name, concluding with "casualty disembarked" at 14:08 (2:08 p.m. UTC -6 hours).[54] The deck logs do not contain any reference to communications between the bridge and the vessel hospital or discussions regarding potential medical evacuation.

It is the author's opinion, as documented within this report, that Ms. O'Malley was under the care of medical staff on board the *Emerald Princess* from 6 February 2024 until her medical disembarkation on 8 February 2024. Princess Cruise Lines and industry policies call for the evacuation of passengers when care needs exceed those available on board, including the requirement by the Cruise Lines International Association (CLIA) that "*To facilitate the*

[54] GR000696

*evacuation of seriously ill or injured patients when deemed necessary by a shipboard physician.*"[55] Princess Cruise Lines did not abide by the requirements of the ISM Code, nor did they take the steps necessary to promptly medically evacuate Ms. O'Malley on 6 February 2024, even though evacuation was viable, and denied Ms. O'Malley the opportunity for shoreside hospital evaluation or treatment. The *Emerald Princess* medical crew did not adhere to pertinent Carnival Corporation and Princess Cruise Line policies and procedures in the time leading up to the medical disembarkation of Ms. O'Malley.

It is the author's understanding that discovery related to this case is ongoing, and additional information, including deposition testimony, may become available after the issuance of this report. The author may supplement or amend this report should additional information become available and be provided for review.

[55] CLIA Health Policy (www.cruising.org/health)

## Opinions and Analysis

## Opinion #1

**Despite conditions requiring advanced medical care and immediate medical evacuation on 6 February 2024, the *Emerald Princess* continued away from accessible advanced care in California and Northern Mexico. This failure to promptly disembark Ms. O'Malley denied her the opportunity for prompt shoreside hospital evaluation or treatment.**

Ms. O'Malley was onboard the *Emerald Princess* and under the care of the ship's medical team starting at approximately 5:30 p.m. on 6 February 2024. By approximately 10:00 p.m. on 6 February 2024, Ms. O'Malley was showing signs of a serious condition requiring advanced medical care not available on the *Emerald Princess*. Instead of immediately rerouting to San Diego, California or Ensenada, Mexico, both established cruise ports with medical facilities and disembarking Ms. O'Malley, the *Emerald Princess* continued heading away from suitable care towards its next scheduled arrival port.

Ms. O'Malley was not medically disembarked from the *Emerald Princess* until approximately 2:00 p.m. on 8 February 2024. The failure to immediately medically disembark Ms. O'Malley in San Diego or Ensenada resulted in her condition worsening on board for more than 36 hours before her disembarkation in Cabo San Lucas.

The timeline of care provided to Ms. O'Malley is outlined in the *Incident Summary* section of this report.

According to the plaintiff's complaint, the seriousness of Ms. O'Malley's condition and need for an immediate medical evacuation were known by shipboard medical staff by approximately 6:30 p.m. on 6 February 2024.[56] The following screenshots show the location of the *Emerald Princess* hourly between 6:00 p.m. and 12:00 p.m. midnight on 6 February 2024:

[56] Plaintiff's Complaint (filed 20 November 2025)




[57]

Had the decision been made to provide Ms. O'Malley with a medical evacuation at 6:30 p.m. on the evening of 6 February 2024, rerouting would have taken approximately two hours for

[57] AIS Data from VesselFinder.com

the *Emerald Princess* to return to Los Angeles or 3.5 hours to continue south and divert into San Diego.

Later on, the evening of 6 February 2024, after Ms. O'Malley collapsed in her stateroom and was taken back to the ship's medical center and admitted, options for medical evacuation were still available. At 11:00 p.m., the *Emerald Princess* was approximately 35 miles southwest of San Diego and approximately 55 miles Northwest of Ensenada, MX. Rerouting back to San Diego would have taken approximately two hours, and diverting to Ensenada would have taken approximately three hours, with minimal impact to the ship's schedule, as it was going to pass by Ensenada as part of its passage plan. Both San Diego and Ensenada are established cruise ports with medical facilities and vessels suitable for ship-to-shore medical transfers.

The decision for the *Emerald Princess* to continue its scheduled route with medical diversion to Cabo San Lucas resulted in Ms. O'Malley remaining on board until 8 February 2024.

It is the author's opinion that the decision to continue to the next scheduled port of call instead of rerouting and disembarking Ms. O'Malley in San Diego or Ensenada resulted in an avoidable delay in transferring Ms. O'Malley to a shore-side medical facility. Had the vessel returned to Los Angeles or diverted to San Diego when Ms. O'Malley's condition became known at 6:30 p.m., she could have been transferred to a shoreside hospital by approximately 8:00 p.m. in Los Angeles or 10:00 p.m. in San Diego. Had the vessel returned to San Diego or diverted to Ensenada at 11:00 p.m., she could have been transferred to a shoreside hospital by approximately 1:00 a.m. in San Diego or 2:00 a.m. p.m. in Ensenada. This course of action would have followed regulations and best practices. The decision to continue south, with an eventual diversion to Cabo San Lucas, and to transport Ms. O'Malley to a hospital from there, delayed her access to shoreside care by more than 36 hours.

## Opinion #2

> **Princess Cruise Line and Carnival Corporation policies delegating the decision to disembark a patient solely to the ship's doctor conflict with the ISM Code. Commercial vessels operating internationally are required to abide by the ISM Code, which explicitly designates the captain as the overriding authority for safety decisions, which Princess Cruise Line and Carnival Corporation's current procedures do not follow.**

A cornerstone of the International Safety Management Code is the requirement for companies to develop a Safety Management System (SMS) for each vessel.[58] Section 5 (*Master's responsibility and authority*) of the ISM Code states:

> **5.2:** *The company should ensure that the safety management system operating on board the ship contains a clear statement emphasizing the master's authority. The company should establish in the safety management system that the master has the overriding authority and the responsibility to make decisions with respect to safety and pollution prevention and to request the company's assistance as may be necessary.*

It is generally accepted throughout the maritime industry that the master's responsibility and undivided authority are essential for the safety of the ship, crew, passengers, and cargo, both at sea and in port. Companies cannot delegate this master's authority to other crew or contracted personnel.

Carnival Corporation, through its established policies and procedures, has delegated responsibility for passenger safety to the shipboard doctor, without requiring collaborative decision-making or even notification. This delegation is found in policy *MED-3104-Medical Disembarkation* that states: "The decision to disembark a patient is the responsibility of the ship's treating doctor."[59]

The delegation of this responsibility to a contract employee, the doctor, who has no maritime training or experience, conflicts with the clearly stated requirement of the ISM Code. It

[58] International Safety management (ISM) Code 2018 Edition.
[59] MED-3104-Medical Disembarkation Section 2.1 (GR000001-000007)

effectively negates the captain's ability to make decisions that are in the best interest of personnel safety.

In documentation supporting this policy, Carnival Corporation does acknowledge the need for discussion with the captain:

MED-3104-Medical Disembarkation:

Section 2.4 Medical Disembarkation Involving Significant Operational Disruption:

- Discussion with the Captain should consider relevant case information and potential disembarkation options
- The discussion details and agreed plan should be documented

Section 2.5 Communication Briefings

- Pertinent information pertaining to "disembarkation considerations" that will assist with the decision-making process should be available for discussion with shoreside personnel.

MED 3104-A2 Disembarkation / Repatriation Categories

- Category 5: If evacuation requires helicopter, boat, operational delays (logistics that would require discussion with the captain and acknowledges that boat and air transfers are possible and to be planned for)[60]

MED-3104-A5 Workflow for Disembarkations with Potential Operational Disruptions

- This section contains considerations that require communication and coordination with senior shipboard staff and shoreside resources:

[60] Category 5 disembarkations are considered a RED (most critical) Risk Priority (GR001212-001213)

**MED-3104-A5 Workflow for Disembarkations with Potential Operational Disruptions**




The communication delineated in these supporting documents is essential as it is the captain, not the doctor, who will understand the options available when a medical disembarkation is needed, including any immediate actions that may be taken to divert the vessel towards appropriate facilities.

Having a policy wherein the shipboard doctor is the sole decision-maker ignores the communication required, as shown in the policy excerpts above. The doctor cannot know the operational considerations that would factor into the captain's decision for the safety of a person, his crew, or his vessel.

It is the author's opinion that Carnival Corporation and Princess Cruise Lines' policies are not in compliance with the ISM Code. The policies fail to establish that the captain is ultimately responsible for the safety of all persons on board. The *Medical Disembarkation* policy and supporting workflow should mandate that the captain be notified immediately if a passenger or crew member may require medical evacuation.

## Opinion #3

**Carnival Corporation and Princess Cruise Line have multi-tiered policies and procedures regarding passenger care and medical disembarkation. The crew on the *Emerald Princess* did not follow established policies and procedures for the medical disembarkation of patients.**

Carnival Corporation has established policies and procedures covering many aspects of its medical operations. The policies and procedures apply to Princess Cruise Line vessels and may be supplemented by operating company-specific policies and procedures. In addition to documented policies and procedures, there are role descriptions for the positions of nurse, doctor, and senior doctor. The author has received and reviewed these role descriptions, in addition to the Carnival Corporation and Princess Cruise Line policies and procedures noted in the *Incident Summary* section and the previous opinion of this report.

Multiple sections of the Carnival Corporation Policies and Procedures require communication between the doctor and the vessel's captain when a medical disembarkation is necessary. When the captain was not advised of the requirement for a medical evacuation, the following policies and procedures were violated (highlight added by author):

MED-3104-Medical Disembarkation:

Section 2.4 Medical Disembarkation Involving Significant Operational Disruption:

- Discussion with the Captain should consider relevant case information and potential disembarkation options
- The discussion details and agreed plan should be documented

Section 2.5 Communication Briefings

- Pertinent information pertaining to "disembarkation considerations" that will assist with the decision-making process should be available for discussion with shoreside personnel.

MED 3104-A2 Disembarkation / Repatriation Categories

- Category 5 if evacuation requires helicopter, boat, operational delays[61]

[61] Category 5 disembarkations are considered a RED (most critical) Risk Priority (GR001212-001213)

MED-3104-A5 Workflow for Disembarkations with Potential Operational Disruptions

- This section contains considerations that require communication and coordination with senior shipboard staff and shoreside resources:




It is the author's opinion that non-compliance by Princess Cruise Line medical staff of the documented Carnival Corporation and Princess Cruise Line policies and procedures resulted in the medical condition of Ms. O'Malley not being made known to the captain of the *Emerald Princess*. Had notification of the situation been provided immediately upon understanding that a medical evacuation might be needed, the *Emerald Princess* could have returned to Los Angeles or rerouted to San Diego or Ensenada and to suitable medical facilities. Continuing to the next scheduled port prevented medically disembarking Ms. O'Malley and having her transported to a medical facility equipped to handle her condition in a timely manner, depriving her of necessary shoreside intervention for more than 36 hours.

## Conclusions

It is the author's opinion that Ms. O'Malley was under the care of medical staff on board the *Emerald Princess* from 6 February 2024 until her medical disembarkation on 8 February 2024. Princess Cruise Lines and industry policies call for the evacuation of passengers when care needs exceed those available on board, including the requirement by the Cruise Lines International Association (CLIA) that "*To facilitate the evacuation of seriously ill or injured patients when deemed necessary by a shipboard physician.*"[62] Princess Cruise Lines did not abide by the requirements of the ISM Code, nor did they take the steps necessary to promptly medically evacuate Ms. O'Malley on 6 February 2024, even though evacuation was viable, and denied Ms. O'Malley the opportunity for critical shoreside intervention. The *Emerald Princess* medical crew did not adhere to pertinent Carnival Corporation and Princess Cruise Line policies and procedures in the time leading up to the medical disembarkation of Ms. O'Malley. Specifically:

1. Despite conditions requiring advanced medical care and immediate medical evacuation on 6 February 2024, the *Emerald Princess* continued away from accessible advanced care in California and Northern Mexico. This failure to promptly disembark Ms. O'Malley denied her the opportunity for prompt shoreside hospital evaluation or treatment.
2. Princess Cruise Line and Carnival Corporation policies delegating the decision to disembark a patient solely to the ship's doctor conflict with the ISM Code. Commercial vessels operating internationally are required to abide by the ISM Code, which explicitly designates the captain as the overriding authority for safety decisions, which Princess Cruise Line and Carnival Corporation's current procedures do not follow.
3. Carnival Corporation and Princess Cruise Line have multi-tiered policies and procedures regarding passenger care and medical disembarkation. The crew on the *Emerald Princess* did not follow established policies and procedures for the medical disembarkation of patients.

---

[62] CLIA Health Policy (www.cruising.org/health)

It is the author's understanding that discovery related to this case is ongoing, and additional information, including deposition testimony, may become available after the issuance of this report. The author may supplement or amend this report should additional information become available and provided for review.

______________________ 24 June 2026

Gerald Nielsen Date
Ocean Ridge Litigation Support LLC

**Attachment 1 – Current Resume and Past Testimony, Gerald Nielsen, Ocean Ridge Litigation Support LLC**

**Gerald (Gerry) Nielsen**
Montgomery, TX 77316
**gerry@OceanRidgeMaritime.com**
832-233-8563

**Maritime, Cruise, and Offshore Drilling Industry Expert Witness**

**Project Manager • Consultant • Surveyor • Auditor**

## PROFILE

Maritime, Cruise, and Offshore Drilling Industry Professional and Expert Witness with experience in Litigation Support, Project Management, Shipboard Operations, Regulatory Compliance, Audit, and Survey.

## PROFESSIONAL EXPERIENCE

**Ocean Ridge Litigation Support LLC** **2024 - Present**
Providing expert witness and litigation support to the maritime, offshore, energy, and transportation industries.

2024 – Present **Co-Founder / President**

**Ocean Ridge Maritime Consulting LLC** **2010 - 2024**
Providing expert witness, litigation support, marine survey, audit, consulting, and project management services to Law Firms, Maritime, and Offshore companies globally.

2010 – 2024 **Founder / Owner**

Ocean Ridge Maritime provides expertise in the areas of expert witness and litigation support, project management, marine survey, and audit.

**Transocean Offshore Drilling, Houston, TX** **2011 - 2020**
Transocean operates ultra-deepwater and harsh environment mobile offshore drilling units globally.

2011 – 2020 **Marine Assurance Team Lead**

All aspects of offshore drill rig preservation and reactivation including managing preservation projects and preparing rigs for reactivation. Project management including commissioning, "Ready to Operate", and acceptance testing for offshore drill rigs completing major overhauls and upgrades.

**ABS Nautical Systems, Houston, TX** **2002 - 2009**
ABS Nautical Systems is a global provider of management system solutions and associated consulting services to the maritime and offshore industry and is a division of ABS, a global provider of marine and offshore services.

2002 – 2009 **Vice President Global Operations**

Head of global operations through a period of rapid expansion and growth. In addition to operations-related duties: Program manager for government (MARAD) contracts; led merger and acquisition team; recruited staff globally for new and existing offices; supported corporate operations and strategic planning.

**Carnival Corporation, Miami, FL** **1997-2002**
Carnival Corporation is the largest cruise company in the world with a portfolio of leading cruise brands and tour companies.

1997 – 2002 **Director of Maritime Audit, Carnival Corporation**

Created and executed annual audit programs for corporate functions and subsidiary cruise lines. Led and participated in audit teams addressing regulatory, financial, and business practice reviews. Subject matter expert for regulatory compliance including ISM Code, MARPOL, SOLAS, United States Public Health and emerging regulations. Actively participated with Cruise Lines Industry Association (CLIA) on their safety, environmental, and technical committees.

1999 – 2001 **Director of Safety and Environmental Management, Cunard Line Ltd.**

Created and implemented an ISM compliant Safety Management System (SMS) that covered two cruise lines operating international itineraries under multiple flag states and classification societies. Assigned role of Designated Person (DPA) with direct reporting line to Cunard Line president.

**ABS Americas, Houston, TX** **1992-1997**
ABS Americas is an operating division of ABS, a global provider of marine and offshore classification services.

1995 – 1997 **ISM Auditor and Marine Surveyor**

Conducted initial and interim ISM audits on vessels and in shoreside offices. Performed new construction oversight at NASSCO Shipyard (San Diego, CA) for vessels being built for the US Government. Certified to conduct surveys for ABS including hull and machinery surveys.

1992 – 1995 **Program Manager, "ABS Programs"**

Global coordination of equipment and material approval programs offered by ABS including type approval and certification of preventative maintenance programs. Managed ABS "Quality Assurance" program encompassing audit and certification to manufacture ABS approved materials and equipment.

**EXXON Shipping Company, Houston, TX** **1985-1992**
EXXON Shipping Company operates EXXON owned and chartered US Flag oil, chemical and product tankers.

1985 – 1992 **Fleet Engineer**

Operated and maintained all shipboard equipment during daily watch periods on board oil, chemical and product tankers. Team member during drydock periods. Advanced USCG License to Chief Engineer.

**Global Marine Drilling, Houston, TX** **1984-1985**
Global Marine Drilling, now part of Transocean, operates offshore drilling equipment globally.

1984 – 1985 **Fleet Engineer**

Operated and maintained shipboard equipment during daily watch periods on board drillship in Gulf of Mexico.

## EDUCATION and MEMBERSHIPS

B.S., Marine Engineering Systems; US Merchant Marine Academy; Kings Point, NY, 1984
Graduate Level Courses in Legal Studies, University of Illinois (Springfield), 2021 - 2022
Maritime Law Association of the United States (MLAUS) Adjunct Member 2021 - present
Southeastern Admiralty Law Institute (SEALI) Associate Member 2020 - present

| Case Date Representing | Case Number | Case Name | Court | Law Firm(s) | Testimony |
|---|---|---|---|---|---|
| 2026<br>Claimant | 1:24-cv-00941 | In the matter of the Petition of the MV Dali for exoneration from or Limitation of Liability | USDC for the District of Maryland | Kreindler & Kreindler LLP<br>Dicello Levitt LLP<br>Lochner Law Firm P.C. | Deposition |
| 2026<br>Plaintiff | 4:24-cv-1623 | Clarke v RHL | USDC for the Southern District of Texas, Houston Division | Williams Hart Boundas | Deposition |
| 2025<br>Plaintiff | 2:24-02909 | Gisclair v Wood Towing | USDC for the Eastern District of Louisiana | Adam Davis Law Firm | Deposition |
| 2025<br>Plaintiff | 123-731-CV | Black v Intracoastal Tug & Barge | Brazoria County, TX | Williams Hart Boundas | Deposition |
| 2025<br>Defendant | CGC-24-277248 | Schultz v AK Steel Corp., et al. | Superior Court of the State of California for San Francisco County | Adams & Reese LLP; Jordon, Lynch & Cancienne PLLC; Hugo Parker, LLP; Wilson Elser; CBMG3 Law | Deposition |
| 2025<br>Plaintiff | 2023-24653 | Evans v Kirby | 270th Judicial District Court of Harris County, Texas | Arnold & Itkin LLP | Deposition |
| 2024<br>Plaintiff | 2023-10903 | Westerman v Oceaneering | 234th Judicial District Court of Harris County, Texas | Spagnoletti Law Firm | Court Testimony |
| 2024<br>Plaintiff | 02-2023-901317 | Randall v Cooper Marine | Circuit Court of Mobile County Alabama | Doyle Dennis LLP | Deposition |
| 2023<br>Plaintiff | 22STCV04819 | Guarrella v Conoco Phillips | Superior Court of the State of California for the County of Los Angeles | Waters Kraus & Paul | Deposition |
| 2023<br>Plaintiff | 2022-44014 | Green v Kilgore Marine, LLC & Enterprise Offshore Drilling LLC | 189th Judicial District Court of Harris County, Texas | Spagnoletti Law Firm | Court Testimony |
| 2023<br>Plaintiff | 2023-49822 | Altzner v Kirby | 55th Judicial District Court of Harris County, Texas | Doyle Dennis LLP | Deposition |
| 2023<br>Plaintiff | 2022-75527 | Gebregziabher v Maersk Line Ltd. | 215th Judicial District Court of Harris County, Texas | Doyle Dennis LLP | Deposition |
| 2022<br>Plaintiff | 20-016904 | Brian J. Fagg v Air & Liquid Systems Corporation | Broward County Florida 17th Judicial Court | Waters Kraus & Paul | Deposition |
| 2022<br>Plaintiff | 2020-79221 | Pleasant, Christopher v Transocean | 113th Judicial District Court of Harris County, Texas | Arnold & Itkin LLP | Deposition |

| Case Date Representing | Case Number | Case Name | Court | Law Firm(s) | Testimony |
|---|---|---|---|---|---|
| 2022 Plaintiff | 2021-52222 | Beatty, James v G & H Towing | 11th Judicial District Court of Harris County, Texas | Williams Hart Boundas Easterby LLP | Deposition |
| 2022 Plaintiff | 2021-38803 | Anthony Torres v Great Lakes Dredge & Dock Company, LLC | 270th Judicial District Court of Harris County, Texas | The Buzbee Law Firm | Deposition |
| 2022 Plaintiff | 3:22-cv-00015 | Thibodeaux v Equinor USA | 19th Judicial District Court, Parish of East Baton Rouge, Louisiana | Arnold & Itkin LLP | Deposition |
| 2022 Plaintiff | CV-2018-903102 | Harrington v Exxonmobil Corporation | Circuit Court of Mobile County Alabama | Fuquay Law Firm | Deposition |
| 2022 Plaintiff | 2021-29362 | Patricia Ormond v Diamond Offshore Management Company | 127th Judicial District Court of Harris County, Texas | Doyle Dennis LLP | Deposition |
| 2022 Plaintiff | 4:21-cv-00961 | Marco Antonio Rangel v MSC Esthi | USDC for the Southern District of Texas, Houston Division | Williams Hart Boundas Easterby LLP | Deposition |
| 2021 Plaintiff | 4:21-cv-00312 | Survitec Survival Products, Inc. v Fire Protection Service, Inc. | USDC for the Southern District of Texas, Houston Division | McLauchlan Law Group | Court Testimony<br>Deposition |
| 2021 Plaintiff | 2021-28083 | Alberto Camarillo v Westport Orange Shipyard, LLC, and Kirby Corporation | 127th Judicial District Court of Harris County, Texas | Arnold & Itkin LLP | Deposition |
| 2021 Plaintiff | 2:20-cv-003014 | David King v Cox Operating, L.L.C. | USDC for the Eastern District of Louisiana | Arnold & Itkin LLP | Deposition |
| 2021 Plaintiff | 2020-003485 | Eric Galerne v. BAE Systems Jacksonville Ship Repair LLC; et al. | Circuit Court of the 4th Judicial Circuit, Duval County, Florida | Doyle Dennis LLP | Deposition |
| 2021 Plaintiff | 2:21-cv-965-RMG | Provence v United States of America | USDC for the District of South Carolina | Duffy & Young, LLC | Deposition |
| 2021 Plaintiff | 2020-36729 | Gordon Gillies v. Valaris PLC | 270th Judicial District Court of Harris County, Texas | Doyle Dennis LLP | Court Testimony |
| 2020 Defendant | 2019-71794 | Kamran v. SFK, Inc. d/b/a SKK Marine | 165th Judicial District Court of Harris County, Texas | Ramey, Chandler, Quinn & Zito, P.C. | Deposition |
| 2020 Plaintiff | 2019-53974 | Cathey v. Enterprise Marine Services LLC | 269th Judicial District Court of Harris County, Texas | Doyle Dennis LLP | Deposition |

**Attachment 2 – Rate Sheet, Ocean Ridge Litigation Support LLC**

OCEAN RIDGE
LITIGATION SUPPORT

2025 Rate Sheet and Terms - Expert Witness and Consulting
Rates and terms are effective as of 1 April 2025
Rates subject to change annually

## RATES - Gerry Nielsen

**Consulting:**

Including Research, Report Writing, E-mails and Phone Calls
$480 per hour, working remotely
Time on client site billed in 4 hour increments

**Deposition and Court Time:**

In person or remote, 4 hour minimum per day
$600 per hour

**Administrative Work**

$120 per hour, document control, proofreading, other

**Travel Time:**

Travel time billed at Consulting Rate
Travel time billing capped at 10 hours per day

**Retainer Fee:**

$5000 - Will be credited against billable work (Non-refundable)

## TERMS

**General:**

Ocean Ridge Litigation Support does not accept cases without initial review of the complaint or other documentation as required specific to each case

Client shall not disclose relationship with Ocean Ridge Litigation Support until the retainer invoice has been paid

**Ocean Ridge Litigation Support, LLC**
19219 Katy Fwy., Suite 320, Houston, TX 77094
Gerry@OceanRidgeTeam.com
www.OceanRidgeLitigation.com
1-832-233-8563 (mobile)

OCEAN RIDGE LITIGATION SUPPORT

2025 Rate Sheet and Terms - Expert Witness and Consulting

Rates and terms are effective as of 1 April 2025

Rates subject to change annually

**TERMS**

**Billing and Invoicing:**

Fees billed to client in 1/10 hour increments, (2/10 hr minimum)
Invoices issued monthly
Invoices contain daily detail of services rendered
Payment terms are 30 days unless otherwise agreed to in advance
Payments by check made out to Ocean Ridge Litigation Support, LLC
Electronic payments to the account noted on Invoice
Consulting hours over 10 in a day are billed at 150% of applicable rate
Weekend and Holiday work (when required by client) billed at 150%

**Retainer:**

Retainer fee is due upon acceptance of cases
Retainer fee is applied against billable work

**Travel Expenses:**

Ocean Ridge Litigation Support will book travel for their experts
Travel cost billed at actual cost +10%
Flights booked at lowest cost refundable fare
Flights over 8 hours cumulative travel time are booked Business Class
Hotels will be Marriott, Hilton, or similar quality
Local Travel via car is billed at $1 per mile (plus tolls and parking)

**Challenge to Expert Report or Credentials:**

Client is to advise Ocean Ridge Litigation Support in writing of any challenge to an expert report or credentials within 7 days.

**Ocean Ridge Litigation Support, LLC**
19219 Katy Fwy., Suite 320, Houston, TX 77094
Gerry@OceanRidgeTeam.com
www.OceanRidgeLitigation.com
1-832-233-8563 (mobile)

**Attachment 3 - Documentation provided by Scolaro Law**

| | | | |
|---|---|---|---|
| Complaint - O'Malley (FILED) | 3/6/2026 1:18 PM | Adobe Acrobat D... | 157 KB |
| PCL's Answers to First Interrogatories | 3/3/2026 11:10 AM | Adobe Acrobat D... | 224 KB |
| PCL's Response to First Request for Admissions | 3/3/2026 11:10 AM | Adobe Acrobat D... | 138 KB |
| PCL's Response to First Request for Production | 3/3/2026 11:10 AM | Adobe Acrobat D... | 313 KB |
| PCL Doc Production GR 1-1192 | 4/23/2026 8:34 AM | Adobe Acrobat D... | 105,990 KB |
| PCL Doc Production GR 1193-1242 | 3/30/2026 2:57 PM | Adobe Acrobat D... | 8,648 KB |
| IMG_0326 | 6/12/2026 8:30 AM | JPEG File | 2,053 KB |
| IMG_0601 | 6/12/2026 8:30 AM | JPEG File | 4,224 KB |
| IMG_3559 | 6/12/2026 8:30 AM | JPEG File | 1,852 KB |
| IMG_5969 | 6/12/2026 8:30 AM | JPEG File | 4,744 KB |
| IMG_5975 | 6/12/2026 8:30 AM | JPEG File | 5,111 KB |
| IMG_5976 | 6/12/2026 8:30 AM | JPEG File | 4,145 KB |
| IMG_5977 | 6/12/2026 8:30 AM | JPEG File | 3,468 KB |
| IMG_5978 | 6/12/2026 8:30 AM | JPEG File | 2,555 KB |
| IMG_5979 | 6/12/2026 8:30 AM | JPEG File | 3,316 KB |
| IMG_5980 | 6/12/2026 8:30 AM | JPEG File | 4,229 KB |
| IMG_5990 | 6/12/2026 8:30 AM | JPEG File | 1,308 KB |
| IMG_5995 | 6/12/2026 8:30 AM | JPEG File | 3,993 KB |
| IMG_5996 | 6/12/2026 8:30 AM | JPEG File | 1,941 KB |
| IMG_5997 | 6/12/2026 8:30 AM | JPEG File | 5,354 KB |
| IMG_5998 | 6/12/2026 8:30 AM | JPEG File | 4,476 KB |
| IMG_5999 | 6/12/2026 8:30 AM | JPEG File | 3,949 KB |
| IMG_6001 | 6/12/2026 8:30 AM | JPEG File | 3,856 KB |
| IMG_6002 | 6/12/2026 8:30 AM | JPEG File | 4,524 KB |
| IMG_6003 | 6/12/2026 8:30 AM | JPEG File | 4,426 KB |
| IMG_6004 | 6/12/2026 8:30 AM | JPEG File | 5,502 KB |
| IMG_6006 | 6/12/2026 8:30 AM | JPEG File | 771 KB |
| IMG_6010 | 6/12/2026 8:30 AM | JPEG File | 4,985 KB |
| IMG_6014 | 6/12/2026 8:30 AM | JPEG File | 832 KB |
| IMG_6016 | 6/12/2026 8:30 AM | JPEG File | 677 KB |

| | | | |
|---|---|---|---|
| IMG_6017 | 6/12/2026 8:30 AM | JPEG File | 3,730 KB |
| IMG_6018 | 6/12/2026 8:30 AM | JPEG File | 4,733 KB |
| IMG_6019 | 6/12/2026 8:30 AM | JPEG File | 2,169 KB |
| IMG_6020 | 6/12/2026 8:30 AM | JPEG File | 2,125 KB |
| IMG_6022 | 6/12/2026 8:30 AM | JPEG File | 1,860 KB |
| IMG_6023 | 6/12/2026 8:30 AM | JPEG File | 1,474 KB |
| IMG_6024 | 6/12/2026 8:30 AM | JPEG File | 1,734 KB |
| IMG_6025 | 6/12/2026 8:29 AM | JPEG File | 2,596 KB |
| IMG_6026 | 6/12/2026 8:29 AM | JPEG File | 2,083 KB |
| IMG_6027 | 6/12/2026 8:30 AM | JPEG File | 2,105 KB |
| IMG_6028 | 6/12/2026 8:29 AM | JPEG File | 3,968 KB |
| IMG_6029 | 6/12/2026 8:30 AM | JPEG File | 4,331 KB |
| IMG_6030 | 6/12/2026 8:30 AM | JPEG File | 4,248 KB |
| IMG_6031 | 6/12/2026 8:29 AM | JPEG File | 2,558 KB |
| IMG_6032 | 6/12/2026 8:30 AM | JPEG File | 3,211 KB |
| IMG_6033 | 6/12/2026 8:30 AM | JPEG File | 5,460 KB |
| IMG_6035 | 6/12/2026 8:30 AM | JPEG File | 1,769 KB |
| IMG_6037 | 6/12/2026 8:30 AM | JPEG File | 1,585 KB |
| IMG_6038 | 6/12/2026 8:30 AM | JPEG File | 1,838 KB |
| IMG_6039 | 6/12/2026 8:30 AM | JPEG File | 3,894 KB |
| IMG_6040 | 6/12/2026 8:30 AM | JPEG File | 1,578 KB |
| IMG_6042 | 6/12/2026 8:30 AM | JPEG File | 3,076 KB |
| IMG_6044 | 6/12/2026 8:30 AM | JPEG File | 2,997 KB |
| IMG_6045 | 6/12/2026 8:30 AM | JPEG File | 1,629 KB |
| IMG_6047 | 6/12/2026 8:30 AM | JPEG File | 554 KB |
| IMG_6050 | 6/12/2026 8:30 AM | JPEG File | 4,213 KB |
| IMG_6053 | 6/12/2026 8:29 AM | JPEG File | 3,908 KB |
| IMG_6054 | 6/12/2026 8:29 AM | JPEG File | 2,111 KB |
| IMG_6055 | 6/12/2026 8:29 AM | JPEG File | 3,092 KB |
| IMG_6056 | 6/12/2026 8:29 AM | JPEG File | 2,675 KB |
| IMG_6057 | 6/12/2026 8:29 AM | JPEG File | 1,953 KB |
| IMG_6058 | 6/12/2026 8:29 AM | JPEG File | 2,612 KB |
| IMG_6059 | 6/12/2026 8:29 AM | JPEG File | 3,028 KB |
| IMG_6061 | 6/12/2026 8:29 AM | JPEG File | 3,518 KB |
| IMG_6062 | 6/12/2026 8:29 AM | JPEG File | 3,901 KB |

| | | | |
|---|---|---|---|
| IMG_6063 | 6/12/2026 8:29 AM | JPEG File | 3,631 KB |
| IMG_6064 | 6/12/2026 8:29 AM | JPEG File | 3,617 KB |
| IMG_6065 | 6/12/2026 8:29 AM | JPEG File | 3,353 KB |
| IMG_6066 | 6/12/2026 8:29 AM | JPEG File | 3,827 KB |
| IMG_6067 | 6/12/2026 8:29 AM | JPEG File | 3,215 KB |
| IMG_6070 | 6/12/2026 8:29 AM | JPEG File | 3,226 KB |
| IMG_6071 | 6/12/2026 8:29 AM | JPEG File | 2,216 KB |
| IMG_6072 | 6/12/2026 8:37 AM | JPEG File | 1,566 KB |
| IMG_6073 | 6/12/2026 8:37 AM | JPEG File | 1,581 KB |
| IMG_6074 | 6/12/2026 8:37 AM | JPEG File | 3,262 KB |
| IMG_6075 | 6/12/2026 8:37 AM | JPEG File | 3,465 KB |
| IMG_6076 | 6/12/2026 8:29 AM | JPEG File | 3,396 KB |
| IMG_6077 | 6/12/2026 8:29 AM | JPEG File | 3,080 KB |
| IMG_6081 | 6/12/2026 8:29 AM | JPEG File | 3,979 KB |
| IMG_6082 | 6/12/2026 8:29 AM | JPEG File | 3,524 KB |
| IMG_6084 | 6/12/2026 8:29 AM | JPEG File | 2,959 KB |
| IMG_6091 | 6/12/2026 8:29 AM | JPEG File | 3,411 KB |
| IMG_6092 | 6/12/2026 8:29 AM | JPEG File | 225 KB |
| IMG_6093 | 6/12/2026 8:29 AM | JPEG File | 3,334 KB |
| IMG_6094 | 6/12/2026 8:29 AM | JPEG File | 3,956 KB |
| IMG_6095 | 6/12/2026 8:29 AM | JPEG File | 3,882 KB |
| IMG_6096 | 6/12/2026 8:29 AM | JPEG File | 4,123 KB |
| IMG_6097 | 6/12/2026 8:29 AM | JPEG File | 693 KB |
| IMG_6098 | 6/12/2026 8:29 AM | JPEG File | 152 KB |
| IMG_8723 | 6/12/2026 8:37 AM | JPEG File | 3,996 KB |
| IMG_9851 | 6/12/2026 8:29 AM | JPEG File | 243 KB |
| IMG_5179 | 6/12/2026 8:37 AM | MOV File | 203,031 KB |
| IMG_5592 | 6/12/2026 8:37 AM | MOV File | 135,315 KB |
| IMG_5946 | 6/12/2026 8:37 AM | MOV File | 44,658 KB |
| IMG_5981 | 6/12/2026 8:36 AM | MOV File | 73,013 KB |
| IMG_5982 | 6/12/2026 8:36 AM | MOV File | 135,359 KB |
| IMG_5983 | 6/12/2026 8:37 AM | MOV File | 128,301 KB |
| IMG_5984 | 6/12/2026 8:36 AM | MOV File | 90,692 KB |

| | | | |
|---|---|---|---|
| IMG_5985 | 6/12/2026 8:35 AM | MOV File | 93,287 KB |
| IMG_5986 | 6/12/2026 8:35 AM | MOV File | 155,003 KB |
| IMG_5988 | 6/12/2026 8:34 AM | MOV File | 25,517 KB |
| IMG_5989 | 6/12/2026 8:34 AM | MOV File | 320,834 KB |
| IMG_5992 | 6/12/2026 8:33 AM | MOV File | 72,290 KB |
| IMG_6005 | 6/12/2026 8:34 AM | MOV File | 207,332 KB |
| IMG_6008 | 6/12/2026 8:32 AM | MOV File | 145,363 KB |
| IMG_6012 | 6/12/2026 8:32 AM | MOV File | 31,154 KB |
| IMG_6013 | 6/12/2026 8:32 AM | MOV File | 28,067 KB |
| IMG_6021 | 6/12/2026 8:32 AM | MOV File | 660 KB |
| IMG_6034 | 6/12/2026 8:35 AM | MOV File | 731,657 KB |
| IMG_6041 | 6/12/2026 8:32 AM | MOV File | 275,194 KB |
| IMG_6043 | 6/12/2026 8:32 AM | MOV File | 202,304 KB |
| IMG_6046 | 6/12/2026 8:30 AM | MOV File | 13,471 KB |
| IMG_6048 | 6/12/2026 8:32 AM | MOV File | 360,235 KB |
| IMG_6051 | 6/12/2026 8:30 AM | MOV File | 22,063 KB |
| IMG_6100 | 6/12/2026 8:30 AM | MOV File | 50,543 KB |
| IMG_6101 | 6/12/2026 8:30 AM | MOV File | 96,750 KB |
| IMG_0603 | 6/12/2026 8:37 AM | PNG File | 1,276 KB |
| IMG_6085 | 6/12/2026 8:30 AM | PNG File | 4,070 KB |
| IMG_6086 | 6/12/2026 8:30 AM | PNG File | 728 KB |
| IMG_6088 | 6/12/2026 8:30 AM | PNG File | 755 KB |
| IMG_6089 | 6/12/2026 8:30 AM | PNG File | 739 KB |
| IMG_6090 | 6/12/2026 8:30 AM | PNG File | 778 KB |

**Ali S. Saber Tehrani, MD PhD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu

June 10th, 2026

Dear Mr. Krutchik,

Re: Ann O'Malley v. Princess Cruises,

Thank you for asking me to review and provide an opinion on the matter of Ann O'Malley v. Princess Cruises. I am a physician licensed to practice medicine in Maryland. I completed my Neurology residency at the University of Illinois. I am a board-certified neurologist with fellowship training in Vascular Neurology at Johns Hopkins University School of Medicine and Neuro-Ophthalmology fellowship training at Harvard Medical School. I earned my medical degree from Shahid Beheshti University of Medical Sciences. I practice and teach Vascular Neurology and Neuro-Ophthalmology at Johns Hopkins Hospital, Baltimore, Maryland. I have published more than 30 scientific articles and serve as a reviewer for several prestigious journals in my field, including “Stroke” and “Neurology.” I was fortunate to receive post-doctoral training in diagnostic excellence at Johns Hopkins, supported by the Society to Improve Diagnosis in Medicine. My first-authored publication in the journal “Stroke” on the Diagnosis of Posterior Circulation Stroke in Dizzy Patients was deemed by the ABPN Board of Neurology as one of the required papers to be read by all neurologists for board recertification (Saber Tehrani et al. 2018). A copy of my curriculum vitae, which includes my publications, is attached.

My opinions are based upon the review of the medical records and documents, including:

1. Medical chart, Mayo Clinic
2. Medical chart, Rockledge Regional Medical Center
3. Medical chart, BlueNet Hospitals
4. Medical chart, ship records
5. MRI report 2/11/2024
6. Deposition Ann O’Malley

As of Feb 6th, 2024, Ms. Ann O’Malley was a 77-year-old woman with a medical history of hyperlipidemia who presented to the ship’s care facility (first documented vital signs are at 17:45 (UTC – 7:00)), complaining of being unwell, shivering, and chills. She was

**Ali S. Saber Tehrani, MD PhD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu

discharged at 20:57 after treatment with fluids and oral and intravenous antibiotics. She felt lightheaded as she was heading out and was re-admitted to the ship's care facility. While admitted, her blood pressure dropped to as low as 75/54. She demonstrated difficulty speaking and right-sided weakness. She was later hospitalized in Mexico and was found to have a stroke in the left hemisphere. Her hypotension was considered to be due to renal infection and sepsis per the care team.

Ms. O'Malley suffered a stroke in a watershed area between the left MCA (Middle Cerebral Artery) and the left PCA (Posterior Cerebral Artery) area, in the setting of hypoperfusion, resulting in aphasia, right homonymous hemianopia, and right-sided weakness. The stroke was a direct result of hypotension, as opposed to a new clot formation. The ship care team used Dopamine primarily as the vasopressor; however, the superior and first-line drug of choice is norepinephrine in the management of sepsis.

In her deposition, Ms. O'Malley reports right-sided weakness, peripheral vision changes, and difficulty with getting words out, which are the direct result of her left hemisphere stroke. Had Ms. O'Malley's blood pressure not fallen to dangerously low levels while on the cruise ship, she would not have suffered a stroke, and would not have suffered from difficulty with speech, vision changes, and right-sided weakness.

The above-stated opinions are based on my education, training, and experience. I hold them with reasonable medical certainty. My opinions are subject to change, and I reserve the right to supplement this initial report if I am provided with additional medical records, depositions, or diagnostic test data not currently available to me. I hereby certify that this report is a complete and accurate statement of all my opinions, along with the basis and reasons for them, which I will testify to under oath.

Sincerely yours,

Tehrani

Ali S. Saber Tehrani, MD PhD
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

**Ali S. Saber Tehrani, MD PhD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu

**CURRICULUM VITAE**

**Name:** Ali S. Saber Tehrani
**Email:** ali.tehrani@jhmi.edu
**Phone:** 203-589-0791

**Office**: Johns Hopkins Hospital,
600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287

**Education:**

| | |
|---|---|
| *PhD in GTPCI*<br>*Sep 2019- Aug 2024* | Graduate Training Program in Clinical Investigation,<br>Johns Hopkins Bloomberg School of Public Health, Baltimore, MD |
| *Fellowship in Diagnostic Excellence*<br>*Sep 2019-Aug 2020* | Supported by Society to Improve Diagnosis in Medicine (SIDM)<br>Johns Hopkins University School of Medicine, Baltimore, MD |
| *Vascular Neurology Clinical Fellowship*<br>*Sep 2018-Aug 2019* | Johns Hopkins University School of Medicine, Johns Hopkins Hospital and Johns Hopkins Bayview Medical Center, Baltimore, MD |
| *Neuro-Ophthalmology Clinical Fellowship*<br>*Sep 2017-Aug 2018* | Harvard Medical School, Massachusetts Eye and Ear Infirmary and Brigham and Women's Hospital, Massachusetts General Hospital, Boston, MA |
| *Neurology Residency*<br>*Sep 2013 – Aug 2017* | Department of Neurology, University of Illinois, College of Medicine at Peoria, IL |
| *Science of Clinical Investigation (SOCI) Certificate Program*<br>*Aug 2011- June 2012* | Johns Hopkins Bloomberg School of Public Health, Baltimore, MD |
| *Medical Doctorate*<br>*Oct 1999 - June 2008* | Shahid Beheshti University of Medical Sciences, Tehran, Iran |

**Career/Academic Appointments**

| | |
|---|---|
| *Apr 2026-Present* | Core Faculty, Johns Hopkins Armstrong Institute for Patient Safety and Quality |
| *Jan 2023-Present* | Associate director for diagnostic excellence, American Heart Association Strategically Focused Research Network, Johns Hopkins mTECH Center |
| *July 2020-Present* | Clinical Research Lead, Division of Neuro-Visual & Vestibular Disorders, Johns Hopkins University School of Medicine, Baltimore, MD |
| *Sep 2019- Present* | Assistant Professor of Neurology, Division of Neuro-Visual & Vestibular Disorders Hopkins, Division of Stroke, Johns Hopkins University School of Medicine, Baltimore, MD |
| *Sep 2019-Aug 2020* | Fellowship in Diagnostic Excellence, Supported by Society to Improve Diagnosis in Medicine (SIDM), Johns Hopkins University School of Medicine, Baltimore, MD |
| *Sep 2018-Aug 2019* | Clinical Vascular Neurology Fellow. Johns Hopkins University School of |

| | |
|---|---|
| | Medicine, Johns Hopkins Hospital and Johns Hopkins Bayview Medical Center, Baltimore, MD |
| *Sep 2017- Aug 2018* | Clinical Neuro-Ophthalmology Fellow. Harvard Medical School, Massachusetts Eye and Ear Infirmary, Brigham and Women's Hospital, Massachusetts General Hospital, Boston, MA |
| *Sep 2016 - Aug 2017* | Neurology Chief Resident, Department of Neurology, University of Illinois, College of Medicine at Peoria |
| *Sep 2013 - Aug 2016* | Neurology Resident Physician, Department of Neurology, University of Illinois, College of Medicine at Peoria; clinical training in general neurology |
| *Sep 2010 - Sep 2013* | Postdoctoral Fellow, Department of Neurology, Division of Neuro-Visual & Vestibular Disorders, Johns Hopkins School of Medicine, Baltimore, MD: Under supervision of Dr. David E. Newman-Toker |
| *July 2009 - Sep 2010* | Postdoctoral Associate, AIDS Program, Section of the infectious diseases, Department of Internal Medicine, Yale University School of Medicine, New Haven, CT: Under supervision of Dr. Frederick L. Altice |
| *Jun 2008 - Jul 2009* | Research Fellow, National Research Institute of Tuberculosis and Lung Diseases, Tehran, Iran |
| *Jun 2005 - Jun 2008* | Research Fellow, Neuroscience Research Center, Shahid Beheshti University of Medical Sciences, Tehran, Iran |

**Educational activities**

- Mentored MPH capstone project, student: Dr. Mina Motaghi – Video Head Impulse Test for Evaluation of Sixth Nerve Palsy.
- Taught Neurology residents during morning and noon conference at Johns Hopkins University School of Medicine, Johns Hopkins Hospital 2018-present
- Taught HINTS examination battery (Head impulse test, Direction changing Nystagmus, Test of Skew) at Neuro-ophthalmology and Neuro-vestibular Exam Lab Skills session at 67th AAN annual meeting, April 2015, Washington, DC.
- Taught medical student courses (M2 level) at University of Illinois College of Medicine at Peoria, Nov-Dec 2014, Nov 2015, and Nov 2016.
- Taught ED residents in the Johns Hopkins ED program about the diagnostic approach to dizziness to improve diagnostic accuracy, and to improve diagnostic reasoning skills using diagnostic gaming software, 2012, Baltimore, MD.

**Board Certification**

| | |
|---|---|
| ECFMG certification: | ECFMG Certified |
| Neurology Specialty Board: | American Board of Psychiatry and Neurology, board-certified |
| Vascular Neurology Board: | American Board of Psychiatry and Neurology, board-certified |

License to practice medicine:

| | |
|---|---|
| Illinois, US | 7/19/2013, expired |
| Massachusetts, US | 4/27/2017, expired |
| Maryland, US | 04/05/2018, active |

**Administrative Positions**

| | |
|---|---|
| 2023-Present | Chair, Clinical Research Committee, Division of Neuro-Visual & Vestibular Disorders, Johns Hopkins University School of Medicine, Baltimore, MD |

| | |
|---|---|
| 2020-present | Clinical Research Lead, Division of Neuro-Visual & Vestibular Disorders, Johns Hopkins University School of Medicine, Baltimore, MD |
| 2015-2017 | Illinois Neurological Institute Research Council |
| 2004-2006 | Director of Shahid Beheshti Medical Faculty Student's Research Organization, Tehran, Iran |

**Professional Honors & Recognition**

| | |
|---|---|
| 2021 | Johns Hopkins Junior Faculty Leadership Program, Baltimore, MD |
| 2020 | My first authored paper (Saber Tehrani et al. Stroke 2018, PMID: 29459396) was selected by the ABPN (American Board of Psychiatry and Neurology) as a mandatory article to be studied for Neurology board recertification |
| 2020 | Clinician Scientist Award, Johns Hopkins University |
| 2019 | Fellowship in Diagnostic Excellence |
| 2015 | Travel award, 2015 American Neurological Association Meeting, Chicago, IL |
| 2014 | Travel award, 2014 American Neurological Association Meeting, Baltimore, MD |
| 2013 | Best abstract presentation by a student; 39th Annual North American Neuro Ophthalmology Society (NANOS) meeting, Snow Bird, UT, USA |
| 2006 | Recognition of service award, Shahid Beheshti Medical Faculty Students' Research Organization (Tehran, Iran) |

**Professional Organizations**

American Heart Association/American Stroke Association: 2019 - Present

**Invited Talks, Panels**

| | |
|---|---|
| 6/2026 | Invited speaker, Dizziness Center at Seoul National University Bundang Hospital, Seoul, South Korea "Smartphone-based tools for assessment of dizziness in the acute setting", virtual |
| 05/2026 | Invited speaker, St. Gertrauden Hospital, Department of Neurology, Berlin, Germany, "the acute diagnosis and management of dizziness", virtual |
| 04/2026 | Invited speaker, The Royal Victorian Eye and Ear Hospital, Melbourne, Australia, "approach to patients with acute dizziness", virtual |
| 10/2025 | Invited speaker, Dr. Zee's International Ocular Motor & Vestibular Lecture Series, "Novel mTech tools for vestibular assessment", virtual. |
| 09/2024 | Invited speaker, 149th Annual Meeting of the American Neurological Association, "Quantifying Induced Nystagmus Using a Smartphone Eye Tracking Application", Orlando, FL |
| 12/2023 | Panelist, Carey Business School's Design Lab, Baltimore, MD |
| 11/2023 | Panelist, 7th annual research symposium on Engineering in Healthcare, Malone Center for Engineering in Healthcare, Baltimore, MD |
| 09/2023 | Panelist, Johns Hopkins University, Diagnostic Excellence Summit, Diagnostic Digital Health Research, Baltimore, MD |
| 04/2018 | Speaker, Harvard Medical School Mass. Eye and Ear Infirmary Grand Rounds, "In the brain and in the eyes", Boston, MA |
| 09/2020 | Speaker, AHA Strategically Focused Research Networks, "Johns Hopkins Center Mobile Technologies to Achieve Equity in Cardiovascular Health", online |

| | |
|---|---|
| 09/2020 | Speaker, University of Illinois College of Medicine Grand Rounds, "Developing novel tools for diagnosis and prognosis of posterior circulation strokes", online |
| 01/2021 | Speaker, Johns Hopkins University mobile Health Interest Group, "neuro-visual disorders, technological innovations, and stroke diagnosis", Baltimore, MD |

**Editorial Activities (dates, role):**
Ad Hoc Peer Reviewer, Neurology (2016-present)
Ad Hoc Peer Reviewer, Stroke (2016-present)
Ad Hoc Peer Reviewer, Journal of Neurological disorders (2016-present)
Ad Hoc Peer Reviewer, Journal of Neurology (2017-present)
Ad Hoc Peer Reviewer, Journal of Otology (2017-present)
Ad Hoc Peer Reviewer, Otology and Neuro-Otology (2016-present)
Ad Hoc Peer Reviewer, Annals of Neurology (2021-present)
Ad Hoc Peer Reviewer, Frontiers in Neurology (2021-present)

**Clinical (Service) Responsibilities:**

| | |
|---|---|
| 2020-present | Neurology Stroke inpatient service, Attending, Johns Hopkins Hospital |
| 2019-present | Neurology inpatient service, Attending, Johns Hopkins Bayview Hospital |
| 2019-present | Acute Brain Attack Team, Attending, Johns Hopkins Stroke Service |

**RESEARCH ACTIVITIES**
Google scholar profile link:
http://scholar.google.com/citations?user=6fPJDDkAAAAJ&hl=en
Google Scholar H-Index: 29
Google Scholar I 10-Index: 42
Google Scholar Number of Citations: 4791
33 Original Research Articles (authorship: 7 first, 10 second, 1 senior)
6 Educational Publications (authorship: 1 first, 3 second, 3 senior)
34 Abstracts (Oral presentations: 11, authorship: 21 first, 6 second, 5 senior)

**Peer-Reviewed Publications**

1. Hafez-Amini P, Shams J, **Saber Tehrani AS**, Haeri-Rohani A, Parivar K, Babapour V, Sahraei H. Olanzapine antagonizes the acquisition and expression of morphine-induced conditioned place preference in male and female mice. Physiology and Pharmacology. 2006, 10(2): 135-142.

2. Naderi N, Haghparast A, **Saber Tehrani AS**, Rezaii N, Alizadeh A, Khani A, Motamedi F. Interaction between cannabinoid compounds and diazepam on anxiety-like behavior of mice. Pharmacology, Biochemistry and Behavior. 2008 Mar;89(1):64-75. Epub 2007 Nov 21.PMID: 18096213.

3. Tabarsi P, **Saber Tehrani AS**, Baghaei P, Padyab M, Mansouri D, Masjedi M, Velayati A, Altice FL. Early Initiation of Antiretroviral Therapy Results in Decreased Morbidity and Mortality among Patients with Advanced HIV Disease. Journal of the International AIDS Society. 2009 Jul 16;12:14. PMID: 19607726.

4. **Saber Tehrani AS**, Naderi N, Hosseini Najarkolaei A, Haghparast A, Motamedi F. Cannabinoids and Their Interactions with Diazepam on Modulation of Serum Corticosterone Concentration in Male Mice. Neurochemical Research. 2010 Jan;35(1):60-6. Epub 2009 Jul 10. PMID: 19590959.

5. Alizadeh AH, Ranjbar M, **Saber Tehrani AS**, Keramat F, Mamani M, Rezazadeh M, Aini P, Khalilian A, Majlesi A, Hajilooi M. Seroprevalence of HDV and its risk factors in the west of Iran. J Microbiol Immunol Infect. 2010 Dec;43(6):519-23. PMID: 21195980.

6. **Saber Tehrani AS**, Bruce RD, Altice FL. Pharmacokinetic drug interactions and adverse consequences between psychotropic medications and pharmacotherapy for the treatment of opioid dependence. Am J Drug Alcohol Abuse. 2011 Jan;37(1):1-11. PMID: 21247284.

7. **Saber Tehrani AS**, Springer SA, Qiu J, Herme M, Wickersham J, Altice FL. Rationale, study design and sample characteristics of a randomized controlled trial of directly administered antiretroviral therapy for HIV-infected prisoners transitioning to the community-a potential conduit to improved HIV treatment outcomes. Contemp Clin Trials. 2012 Mar;33(2):436-44. Epub 2011 Nov 12. PMID: 22101218.

8. Broadhead RS, Borch C, van Hulst Y, Gauchat G, **Saber Tehrani AS**, Stringer KL, Heckathorn DD, Altice FL. Relying on Injection Drug Users to Access and Adhere to HIV Therapeutics Bittersweet Lessons Using Respondent-Driven Sampling and a Peer-Driven Intervention. Journal of Drug Issues. 2012 Apr, 42 (2): 127-146.

9. Springer SA, Qiu J, **Saber Tehrani AS**, Altice FL. Retention on Buprenorphine Is Associated with High Levels of Maximal Viral Suppression among HIV-Infected Opioid Dependent Released Prisoners. PloS one. 2012;7(5):e38335. Epub 2012 May 31. PMID: 22719814.

10. Gottesman R, Sharma P, Robinson KA, Arnan M, Tsui M, **Saber Tehrani AS**, Newman-Toker DE. Imaging Characteristics of Symptomatic Vertebral Artery Dissection. A Systematic Review. Neurologist. 2012 Sep;18(5):255-60. PMID: 22931729.

11. Newman-Toker DE, **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Blitz A,Ying SH, Hsieh YH, Rothman RE, Hanley D, Zee DS, Kattah JC. Quantitative video-oculography for diagnosing stroke at the bedside in acute vertigo: an "ECG" for the eyes. Stroke. 2013 Apr;44(4):1158-61. PMID: 23463752.

12. **Saber Tehrani AS**, Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 25-Year summary of US malpractice claims for diagnostic errors 1986–2010: an analysis from the National Practitioner Data Bank. BMJ Qual Saf. 2013 Aug;22(8):672-80. PMID: 23610443.

13. **Saber Tehrani AS**, Coughlan D, Hsieh YH, Mantokoudis G, Korley F, Kerber K, Frick K, Newman-Toker DE. Rising annual costs of dizziness presentations to US emergency departments. Acad Emerg Med. 2013 Jul;20(7):689-96. PMID: 23859582.

14. Newman-Toker DE, Kerber KA, Hsieh YH, Pula JH, Omron R, **Saber Tehrani AS**, Mantokoudis G, Hanley DF, Zee DS, Kattah JC. HINTS out performs ABCD2 to screen for stroke in acute continuous vertigo and dizziness. Acad Emerg Med. 2013 Oct;20(10):986-96. PMID: 24127701.

15. Herrick DB, Nakhasi A, Nelson B, Rice S, Abbott PA, **Saber Tehrani AS**, Rothman RE, Lehmann HP, Newman-Toker DE. Usability characteristics of self-administered computer-assisted interviewing in the emergency department: factors affecting ease of use, efficiency, and entry error. Appl Clin Inform. 2013 Jun 19;4(2):276-92. PMID: 23874364.

16. Kattah JC, Dhanani SS, Pula JH, Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. Vestibular signs of thiamine deficiency during the early phase of suspected Wernicke encephalopathy. Neurology Clinical Practice. 2013 Dec;3(6), 460-468.

17. Mantokoudis G, Schubert MC, **Saber Tehrani AS**, Wong AL, Agrawal Y. Early Adaptation and Compensation of Clinical Vestibular Responses After Unilateral Vestibular Deafferentation Surgery. Otology & Neurotology. 2014 Jan;35(1):148-54. PMID: 23965525.

18. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small Strokes Causing Severe Vertigo—Frequency of False-Negative MRIs and Non-Lacunar Mechanisms. Neurology. 2014 Jul 8;83(2):169-73. PMID: 24920847.

19. Mantokoudis G, **Saber Tehrani AS**, Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. VOR Gain by Head Impulse Video-Oculography Differentiates Acute Vestibular Neuritis From Stroke. Otol Neurotol. 2015 Mar;36(3):457-65. PMID: 25321888.

20. Mantokoudis G, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede I, Zee DS, Newman-Toker DE. Quantifying the vestibulo-ocular reflex with video-oculography: nature and frequency of artifacts. Audiology & Neuro-otology, Audiol Neurootol. 2015;20(1):39-50. PMID: 25501133.

21. Mantokoudis G, Agrawal Y, Newman-Toker DE, Xie L, **Saber Tehrani AS**, Wong A, Schubert MC. Compensatory saccades benefit from prediction during head impulse testing in early recovery from vestibular deafferentation. Eur Arch Otorhinolaryngol. 2016 Jun;273(6):1379-85. PMID: 26088345.

22. Mantokoudis G, **Saber Tehrani AS**, Xie L, Eibenberger K, Eibenberger B, Roberts D, Newman-Toker DE, Zee DS. The video head impulse test during post-rotatory nystagmus: physiology and clinical implications. Exp Brain Res. 2016 Jan;234(1):277-86. PMID: 26449967.

23. Mantokoudis G, **Saber Tehrani AS**, Wong AL, Agrawal Y, Wenzel A, Carey JP. Adaptation and Compensation of Vestibular Responses Following Superior Canal Dehiscence Surgery. Otol Neurotol. 2016 Oct;37(9):1399-405. PMID: 27556420

24. Mantokoudis G, **Saber Tehrani AS**, Wozniak A, Eibenberger K, Kattah J, Guede C, Zee DS, Newman-Toker DE. Impact of Artifacts on VOR Gain Measures by Video-Oculography in the Acute Vestibular Syndrome. J Vestib Res. 2016 Nov 3;26(4):375-385. PMID: 27814312.

25. Kattah JC, **Saber Tehrani AS**, Roeber S, Gujrati M, Bach SE, Newman Toker DE, Blitz AM, Horn AKE. Transient Vestibulopathy in Wallenberg's Syndrome: Pathologic Analysis. Front Neurol. 2017 May 17;8:191. PMID: 28567027

26. **Saber Tehrani AS**, Kattah JC, Kerber KA, Gold DR, Zee DS, Urrutia VC, Newman-Toker DE. Diagnosing Stroke in Acute Dizziness and Vertigo: Pitfalls and Pearls. Stroke. 2018 Mar;49(3):788-795. PMID: 29459396

27. Kattah JC, **Saber Tehrani AS**, du Lac S, Newman-Toker DE, Zee DS. Conversion of upbeat to downbeat nystagmus in Wernicke encephalopathy. Neurology. 2018 Oct 23;91(17):790-796. PMID: 30348852

28. Newman-Toker DE, Schaffer AC, Yu-Moe W, Nassery N, **Saber Tehrani AS**, Clemens GD, Wang Z, Zhu Y, Fanai M, Siegal D. 2019. Serious misdiagnosis-related harms in malpractice claims: The “Big Three” – vascular events, infections, and cancers. Diagnosis. 2019 Aug 27;6(3):227-240. PMID: 31535832

29. Newman-Toker DE, Wang Z, Zhu Y, Nassery N, **Saber Tehrani AS**, Schaffer AC, Yu-Moe W, Clemens GD, Fanai M, Siegal D. Rate of diagnostic errors and serious misdiagnosis-related harms for major vascular events, infections, and cancers: toward a national incidence estimate using the “Big Three”. Diagnosis. 2020 May 14;8(1):67-84. doi: 10.1515/dx-2019-0104. PMID: 32412440.

30. Zamaro E, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede CI, Armando L, Caversaccio MD, Newman-Toker DE, Mantokoudis G. VOR gain calculation methods in video head impulse recordings. J Vestib Res. 2020;30(4):225-234. PMID: 32804110

31. Green KE, Pogson JM, Otero-Millan J, Gold DR, Tevzadze N, **Saber Tehrani AS**, Zee DS, Newman-Toker DE, Kheradmand A. Opinion and Special Articles: Remote evaluation of acute vertigo: Strategies and technological considerations. Neurology. 2021 Jan 5;96(1):34-38.. PMID: 33004609.

32. Shaikh AG, Bronstein A, Carmona S, Cha YH, Cho C, Ghasia FF, Gold D, Green KE, Helmchen C, Ibitoye RT, Kattah J, Kim JS, Kothari S, Manto M, Seemungal BM, Straumann D, Strupp M, Szmulewicz D, Tarnutzer A, **Saber Tehrani AS**, Tilikete C, Welgampola M, Zalazar G, Kheradmand A. Consensus on Virtual Management of Vestibular Disorders: Urgent Versus Expedited Care. Cerebellum. 2021 Feb;20(1):4-8. PMID: 32794025.

33. Parker, T. M., Badihian S, Hassoon A, **Saber Tehrani AS**, Farrell N, Newman-Toker DE, Otero-Millan J. Eye and Head Movement Recordings Using Smartphones for Telemedicine Applications: Measurements of Accuracy and Precision. Frontiers in Neurology 2022 Mar;13. PMID: 35370913.

34. Tarnutzer AA, Gold D, Wang Z, Robinson KA, Kattah JC, Mantokoudis G, **Saber Tehrani AS**, Zee DS, Edlow JA, Newman-Toker DE. Impact of clinician training background and stroke location on bedside diagnostic accuracy in the acute vestibular syndrome -a meta-analysis. Ann Neurol. 2023 Apr 11. doi: 10.1002/ana.26661. Epub ahead of print. PMID: 37038843.

35. Newman-Toker DE, Nassery N, Schaffer AC, Yu-Moe CW, Clemens GD, Wang Z, Zhu Y, **Saber Tehrani AS**, Fanai M, Hassoon A, Siegal D. Burden of serious harms from diagnostic error in the USA. BMJ Qual Saf. 2023 Jul 17:bmjqs-2021-014130. PMID: 37460118.

36. Tarnutzer AA, Gold D, Wang Z, Robinson KA, Kattah JC, Mantokoudis G, **Saber Tehrani AS**, Zee DS, Edlow JA, Newman-Toker DE. Impact of Clinician Training Background and Stroke Location on Bedside Diagnostic Test Accuracy in the Acute Vestibular Syndrome - A Meta-Analysis. Ann Neurol. 2023 Aug;94(2):295-308. doi: 10.1002/ana.26661. Epub 2023 Apr 27. PMID: 37038843; PMCID: PMC10524166.

37. Bastani PB, Rieiro H, Badihian S, Otero-Millan J, Farrell N, Parker M, Newman-Toker DE, Zhu Y, **Saber Tehrani AS**. Quantifying Induced Nystagmus Using a Smartphone Eye Tracking Application (EyePhone). Journal of American Heart Association, 2024 Jan 16;13(2):e030927. doi: 10.1161/JAHA.123.030927. PMID: 38226513.

38. Intikhab O, Cristiano B, **Saber Tehrani AS**, Zeiler S, Felling RJ, Gailloud P. Role of digital subtraction angiography in acute cervical spinal cord ischemia. Interventional Neuroradiology. 2024;0(0). doi:10.1177/15910199241272610

39. Bastani PB, Badihian S, Phillips V, Rieiro H, Otero-Millan J, Farrell N, Parker M, Newman-Toker DE, **Saber Tehrani AS**. Smartphones versus goggles for video-oculography: current status and future direction. Research in Vestibular Science 2024;23(3):63-70.

40. Evaluation of Acute Dizziness and Vertigo. Bery AK, Hale EH, Newman-Toker DE, **Saber Tehrani AS**. Med Clin North Am. 2025 Mar;109(2):373-388. doi: 10.1016/j.mcna.2024.09.006. Epub 2024 Dec 31. PMID: 39893018.

41. Bastani PB, Phillips V, Phillips V, Rieiro H, Otero-Millan JZ, Zee DS, Newman-Toker DE, **Saber Tehrani AS**. Feasibility of Using Smartphone Eye-Tracking for Self-recording Positional Tests. Digit Biomark. 2025 May 23;9(1):98-103. doi: 10.1159/000545720. PMID: 40535616

42. Phillips V, Bastani PB, Rieiro H, Hale DE, Otero-Millan J, Zee DS, Newman-Toker DE, **Saber Tehrani AS**. A Pilot Study of Smartphone Eye Tracking for Detection of Positional Nystagmus. Digit Biomark. 2025 Jun 25;9(1):124-129. doi: 10.1159/000547008. PMID: 40688101

**Educational publications and case reports**

1. Tonekaboni SH, Karimi A, Armin S, Khase L, **Saber Tehrani AS**. Neurobrucellosis: A partially treatable cause of visual loss. Pediatric Neurology. 2009 May;40(5):401-3. PMID: 19380082.

2. Beh SC, **Saber Tehrani AS**, Kheradmand A, Zee D. Damping of monocular pendular nystagmus with vibration in a patient with multiple sclerosis. Neurology. 2014 Apr 15;82(15):1380-1. PMID: 24634455.

3. Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. An unusual stroke-like clinical presentation of creutzfeldt jakob disease – acute vestibular syndrome. Neurologist. 2015 Apr;19(4):96-8. PMID: 25888195.

4. Cardenas-Robledo S, **Saber Tehrani AS**, Blume G, Kattah JD. Visual, Ocular Motor, and Cochleo-Vestibular Loss in Patients With Heteroplasmic, Maternally-Inherited Diabetes Mellitus and Deafness (MIDD), 3243 Transfer RNA Mutation. J Neuroophthalmol. 2016 Jun;36(2):134-40. PMID: 26741293

5. **Saber Tehrani AS**, Desanto JR, Kattah JD. Neuroimaging" HINTS" of the Lateral Medullary Syndrome. Journal of Neuro-Ophthalmology. 2017 Dec; 37(4): 403-404. PMID: 28471903

6. Keser Z**, Saber Tehrani AS.** A brief overview of secondary stroke prevention for. Neuro-ophthalmology Virtual Education Library: NOVEL. https://collections.lib.utah.edu/ark:/87278/s6dc4262. Feb 2022.

**7.** Kim YS, **Saber Tehrani AS**, Lee HS. Sudden unilateral hearing loss and vertigo following isolated cerebellar hypoperfusion without infarction due to vertebral artery dissection. BMC Neurol. 2022 Dec 19;22(1):489. doi: 10.1186/s12883-022-03024-2. PMID: 36536304;

8. Goldberg E, Hui F, **Saber Tehrani AS**, Evan J, Hillis AE. Carotid Stenting Can Improve Contralateral Perfusion and Function. Adv Neur Neur Sci, 2023 Aug; 2(6): 219-221.

**Abstracts and Presentations**

1. Altice FL, **Saber Tehrani AS**, Qiu J, Herme M, Springer S. Directly Administered Antiretroviral Therapy (DAART) is Superior to Self-Administered Therapy (SAT) Among Released HIV+ Prisoners: Results from a Randomized Controlled Trial (RCT). 18th Conference on Retroviruses and Opportunistic Infections; 2011, Boston, MA, US.

2. **Saber Tehrani AS,** Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005. *Oral presentation* in Second annual Johns Hopkins Medicine Patient Safety Summit; June 2011, Baltimore, MD, US.

3. **Saber Tehrani AS**, Zhou Y, Lee SH, Robinson KA, Newman-Toker DE. Anterior circulation stroke causing dizziness or vertigo: a systematic review. *Oral presentation* in American Neurological Association 136th annual meeting; September 2011, San Diego, CA, US.

4. **Saber Tehrani AS**, Hsieh YH, Edlow JA, Camargo CA, Newman-Toker DE. Co-complaints influence odds of stroke diagnosis in ED dizziness. American Neurological Association 136th annual meeting; September 2011, San Diego, CA, US.

5. **Saber Tehrani AS,** Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005. AHRQ 2011 Annual Conference; September 2011, Bethesda, MD, US.

6. **Saber Tehrani AS,** Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005.

Diagnostic Error in Medicine, 4th International Conference; October 2011, Chicago, IL, US.

7. Omron R, **Saber Tehrani A.S**, Duval-Arnold J. Korley F, Lee S.H, Tarnutzer A.A. Lehmann C. Cohen M, Hsieh Y.H, Newman-Toker D. Participation in a “Vertigo Day” Multifaceted Training Intervention Results in Improved Resident Comfort Discharging Vestibular Neuritis Patients Without Unnecessary CT Scans. Annals of Emergency Medicine Nov 2012; 60 (5): S171.

8. **Saber Tehrani AS**, Rodney Omron R, Duval-Arnould J, Korley F, Lee SH, Tarnutzer A, Cohen M, Patricia Abbott P, Lehmann C, HsiehYH, Newman-Toker DE. Low-Cost Diagnostic Gaming to Measure Symptom-Specific Diagnostic Reasoning Skills. The 64th AAN Annual Meeting, April 2012, New Orleans, LA, US. Neurology April 26, 2012; 78 (Meeting Abstracts): P07.235.

9. **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Physiologic Device-Based Diagnosis of Stroke in Acute Vertigo: Proof-of-Concept. American Neurological Association 137th annual meeting; October 2012, Boston, MA, US.

10. **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Physiologic Device-Based Diagnosis of Stroke in Acute Vertigo: Proof-of-Concept. *Oral presentation*, 39th Annual North American Neuro Ophthalmology Society (NANOS) meeting; February 2013, Snow Bird, UT, US.

11. **Saber Tehrani AS**, Coughlan D, Hsieh YH, Mantokoudis G, Korley F, Kerber K, Frick K, Newman-Toker DE. Rising annual costs of dizziness presentations to US emergency departments. 65th American Academy of Neurology (AAN) annual meeting, March 2013, San Diego, CA, US.

12. **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Quantitative Video-Oculography for Diagnosing Stroke at the Bedside in Acute Vertigo: An "ECG" for the Eyes. *Oral presentation*. 65th American Academy of Neurology (AAN) annual meeting, March 2013, San Diego, CA, US.

13. **Saber Tehrani AS**, Mathews S, Frick K, Makary M, Pronovost P, Newman-Toker DE. 25-Year summary of US diagnostic error related malpractice claims against repeat offenders from 1985-2005. Diagnostic Error in Medicine 6th International Conference, Sep 2013, Chicago, IL.

14. Kattah JC, Dhanani SS, Pula JH, Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. Vestibular signs of thiamine deficiency during the early phase of suspected Wernicke encephalopathy. 40th Annual North American Neuro Ophthalmology Society (NANOS) meeting; March 2014, Rio Grande, Puerto Rico.

15. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small Posterior Fossa Strokes Causing Severe Vertigo: Anatomic Distribution and Clinical Features of the “Lacunar” Acute Vestibular Syndrome. Oral presentation in 40th Annual North American Neuro Ophthalmology Society (NANOS) meeting; March 2014, Rio Grande, Puerto Rico.

16. Zhou Y, Lee SH, Mantokoudis G, **Saber Tehrani AS**, Ying S, Hsieh YH, Robinson KA, Hanley D, Zee DS, Newman-Toker DE. Vertigo and dizziness in anterior circulation cerebrovascular

disease: a systematic review. 66th American Academy of Neurology (AAN) meeting; April 2014, Philadelphia, PA.

17. **Saber Tehrani AS,** Mantokoudis G, Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. Quantitative video-oculography to differentiate stroke from vestibular neuritis in acute vertigo—vestibulo-ocular reflex gain distributions and optimal test thresholds for diagnosis. 66th American Academy of Neurology (AAN) meeting; April 2014, Philadelphia, PA.

18. **Saber Tehrani AS**, Mantokoudis G, Agrawal Y, Kattah JC, Newman-Toker DE. Feasibility of training technicians to perform vestibulo-ocular reflex head impulse testing by video-oculography. Oral presentation in XXVIIIth Bárány Society Meeting; May 2014, Buenos Aires, Argentina.

19. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small strokes causing severe vertigo-frequency of false-negative MRIs and non-lacunar mechanisms. Oral presentation in XXVIIIth Bárány Society Meeting; May 2014, Buenos Aires, Argentina.

20. Mantokoudis G, **Saber Tehrani AS,** Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. Quantitative video-oculography to differentiate stroke from vestibular neuritis in acute vertigo—vestibulo-ocular reflex gain distributions and optimal test thresholds for diagnosis. American Neurological Association meeting; Oct 2014, Baltimore, MD.

21. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small strokes causing severe vertigo-frequency of false-negative mris and non-lacunar mechanisms. Oral presentation in American Academy of Ophthalmology (AAO) Meeting; Oct 2014, Chicago, IL.

22. Mantokoudis G, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede I, Zee DS, Newman-Toker DE. Quantifying the vestibulo-ocular reflex with video-oculography: nature and frequency of artifacts. North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2015, San Diego, US.

23. Kattah JC, De Santo J, **Saber Tehrani AS**, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. Oral presentation in North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2015, San Diego, US.

24. Kattah JC, De Santo J, **Saber Tehrani AS**, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. Oral presentation in American Academy of Neurology meeting; Apr 2015, Washington, DC, US.

25. Kattah JC, **Saber Tehrani AS**, De Santo J, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. poster presentation in American Neurologic Association meeting; Sep 2015, Chicago, IL, US.

26. **Saber Tehrani AS**, Hassanzadeh B, Samaha E, Kattah JC. Total absence of conjugate horizontal eye movements and facial paresis as the first presentation of Multiple sclerosis. Poster presentation in North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2016, Tucson, Az, US.

27. Kattah JC, **Saber Tehrani AS**, Roeber S, Gujrati M, Martin SE, Newman Toker DE, Horn AKE. Clinico-pathologic correlation in lateral medullary stroke with transient ocular motor findings mimicking peripheral vestibular dysfunction. Poster presentation in American Academy of Neurology meeting; Apr 2016, Vancouver, BC, Canada.

28. **Saber Tehrani AS**, Londono D, Rashid T, Biernot JM, Kattah JC. Alcohol is never the answer, but it does make you forget the question. Oral presentation (Walsh session) in North American Neuro Ophthalmology Society (NANOS) meeting; Apr 2017, Washington, DC, US.

29. Londono D, **Saber Tehrani AS**, Kattah JC. A Retrospective Case Study Characterizing the Oculomotor Abnormalities in Patient with Immune-mediated Cerebellar Ataxias. Poster presentation in American Academy of Neurology meeting; Apr 2017, Boston, MA, US.

30. **Saber Tehrani AS**, Ehsan M, Hassanzadeh B, Newman-Toker DE, Kattah JC. Video head impulse test for follow up of cranial nerve 3, 4, or 6 paresis. Poster presentation in American Academy of Neurology meeting; Apr 2017, Boston, MA, US.

31. **Saber Tehrani AS**, Nassery N, Schaffer A, Yu-Moe C, Clemens G, Wang Z, Fanai M, Siegal D, Newman-Toker DE. Serious Misdiagnosis-Related Harms Due to Missed Vascular Events in the United States—Incidence, Settings, and Causes. Diagnostic Errors in Medicine Meeting; Nov, 2018, New Orleans, LA, US.

32. **Saber Tehrani AS**, Nassery N, Schaffer A, Yu-Moe C, Clemens G, Wang Z, Fanai M, Siegal D, Newman-Toker DE. Serious Misdiagnosis-Related Harms Due to Missed Vascular Events in the United States—Incidence, Settings, and Causes. American Academy of Neurology Meeting; May, 2019, Philadelphia, PA, US.

33. Badihian S, Sebestyen K, Keita M, Nassery N, Wang Z, Newman-Toker DE, **Saber Tehrani AS.** Trends in Imaging Utilization and Hospitalization of Dizziness and Vertigo in US Emergency Departments (1995-2015). Annals of neurology, 2020/10/1. Vol. 88. S167-S167.

34. Bastani P, **Saber Tehrani AS**. A smartphone application for detection and quantification of eye movements. Diagnostic Excellence Summit, Johns Hopkins Armstrong Institute, June, 2022, Baltimore, MD, US.

35. **Saber Tehrani AS,** Bastani P. Smartphone based diagnosis of vestibular strokes. American Heart Association Strategically Focused Research Network Meeting, Sep 2022, San Diego, CA, US.

36. Badihian S, Zee DS, Carey JP, Blitz AM, Edlow JA, Gold DR, Goldstein JN, Jen JC, Kattah JC, Kerber KA, Kheradmand A, Lin DM, Meurer WJ, Omron R, Peterson SM, Rothman RE, **Saber Tehrani AS**, Batazzi Chang T, Economas T, …, Hanley DF, Newman-Toker DE. Remote Expert Diagnosis by Video-Oculography is More Accurate Than In-Person ED Diagnosis in Acute Vertigo and Dizziness-Preliminary Results of the AVERT Trial." Annals of Neurology. Vol. 92., NJ USA: Wiley, 2022.

37. **Saber Tehrani AS,** Bastani P. Optimizing nystagmus detection for smartphone based diagnosis of vestibular strokes. American Heart Association Strategically Focused Research Network Meeting, July 2023, Boston, MA, US.

38. Bastani PB, **Saber Tehrani AS**, Badihian B, Rastall DPW, Farrell N, Parker TM, Otero-Millan J, Rieiro H, Hassoon A, Newman-Toker DE, Clawson L, Uchil A, Riley K, Zeiler SR. Feasibility and Usability of a Smartphone Eye-Tracking Application ("EyePhone") for Self-Recording of Eye Movements in ALS Patients. American Neurological Association annual meeting, Sep 2023, Philadelphia, PA, US.
39. Bastani, P., **Saber Tehrani AS**, Badihian S, Carey JP, Zee DS, Newman-Toker DE. (2024, September). Gaps in Neuro-Vestibular Eye Movement Assessment by Clinical Neurologists in the AVERT Randomized Trial. Barany Society Meeting, Sep 2024, Uppsala, Sweden.

40. Bastani P, Phillips V, Rieiro H, Badihian S, Otero-Millan J, Farrell N, Newman-Toker DE, **Saber Tehrani AS.** 2024, September. A Pilot Study of Smartphone Eye-Tracking for Detection of Positional Nystagmus. Barany Society Meeting, Sep 2024, Uppsala, Sweden.

41. Bastani PB, Badihian S, Phillips V, Rieiro H, Otero-Millan J, Farrell N, Parker M, Newman-Toker DE, **Saber Tehrani AS**. Quantifying Induced Nystagmus Using a Smartphone Eye Tracking Application (EyePhone). 149th Annual Meeting of the American Neurological Association,"Quantifying Induced Nystagmus Using a Smartphone Eye Tracking Application", Sep 2024 Orlando, FL

42. Rajvi B, Bastani P, Rieiro H, Badihian S, Otero-Millan J, **Saber Tehrani AS.** Detecting Simulated Skew Deviation Using a Smartphone Eye-Tracking Application (EyePhone). 150th Annual Meeting of the American Neurological Association. Sep 2025 Baltimore, MD

Ali Saber Tehrani, MD PhD

List of expert testimonies at a deposition or trial:

1. Mary Godwyn vs Royal Caribbean Cruise Ltd. Deposition. Plaintiff firm: Leesfield Scolaro. Testimony: April 2021. State: MD
2. Lisa Benton Vs Carnival Corporation. Deposition. Plaintiff firm: Brais law firm. Testimony: Nov 2021, virtual
3. Kerwin Alexander vs The Emory Clinic, Inc. Deposition. Defendant firm: Bendin, Sumrall & Ladner, LLC. Testimony: Jan 2022, virtual
4. Thomas Murray Vs Carnival Corporation. Deposition. Plaintiff firm: Leesfield Scolaro. Testimony: Nov 2022. State: MD
5. Moneyham vs Miami VA Healthcare system. Deposition. Plaintiff firm: Mausner Graham Injury Law PLLC. Testimony: June 2023, virtual
6. John David v Carnival Corporation. Plaintiff firm: Leesfield Scolaro. Testimony: Jan 2024. State: MD
7. Eammon Atkinson v Movement Methods Chiropractic, PLLC. Defendant firm: Gleason, Flynn, Emig & McAfee. Testimony: June 2022, virtual
8. Genevieve Richburg v Mercy Health Services. Plaintiff firm: Berman Sobin Gross LLP. Testimony: July 2024, virtual
9. Washington v. Board of Education of Baltimore County. Deposition. Defendant firm: Anderson, Coe & King LLP. Testimony: July 2024, virtual
10. Treadwell v Capital Anesthesia Partners. Defendant firm: Taylor & Uhl, LLC. Testimony: Aug 2024, virtual
11. Kraushaar v Inova Hospital. Deposition. Plaintiff firm: Shevlin Smith, P.C. Testimony: Dec 2024, virtual
12. Williams v Northwest Hospital Center. Deposition. Defendant firm: Shaw, Barnes, Damiano & Ali Schneider. Testimony: Feb 2025, virtual
13. Estate of Woodard vs Royal Caribbean Cruise Ltd. Deposition. Plaintiff firm: Brais law firm. Testimony: March 2025. State: MD
14. McCrae v Jay. Deposition. Defendant firm: Wharton Levin. Testimony: July 2025, virtual
15. Moss v Fu. Deposition. Plaintiff firm: Injury Law Group. Testimony: Aug 2025, virtual
16. McCrae v Jay. Trial testimony. Defendant firm: Wharton Levin. Trial testimony: Jan 2026, Baltimore, MD.
17. Kelsey v Blue Ridge. Deposition. Defendant firm: Walker, Murphy, Nelson LLP. Testimony: Mar 2026, virtual
18. Phung v Potomac Valley Rehabilitation and Healthcare Center. Deposition. Defendant firm: Marks, O’neill, O’brien, Doherty & Kelly, P.C. Testimony: Mar 2026, virtual

19. Estate of Cathryne Figas v. Princess Cruise Lines. Deposition. Plaintiff firm: Brais law firm. Testimony: Apr 2026, virtual
20. Kim v Kaiser. Deposition. Defendant firm: Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chtd. Testimony: May 2026, virtual

# CLIENT M.D.
## LIFE CARE PLANS

| | |
|---|---|
| **CLIENT:** | **Ann O'Malley** |
| **TELEPHONE PRE-EVALUATION:** | **09/03/2025** |
| **DATE OF EVALUATION:** | **09/15/2025** |
| **DATE REPORT INITIATED:** | **09/15/2025** |
| **DATE REPORT FINALIZED:** | **09/24/2025** |

Ann O'Malley is a 79-year-old female who was evaluated via Zoom. Also present and participating in the evaluation is her husband, Jim O'Malley. A preliminary evaluation was conducted on 09/03/2025 with Mr. and Mrs. O'Malley in order to begin the life care planning process.

Mrs. O'Malley was referred for a rehabilitation evaluation by her attorney, Thomas Scolaro, Esq. The purpose of this evaluation is to assess future care needs, rehabilitation planning, the extent to which conditions impede her ability to live independently, and her ability to handle all activities of daily living.

**Demographic Information:**
**Client Name:** Ann O'Malley
**Address:** 1460 Sykes Creek Drive, Merritt Island, FL 32953
**County:** Brevard
**Closest Metro Area:** Orlando, FL
**Phone:** 321-332-8226
**Birthdate:** 07/07/1946
**Age:** 79
**Sex:** Female
**Marital Status:** Married
**Birthplace:** Florida
**Citizen:** Yes
**Employer at time of injury:** Retired elementary school teacher

**Bilingual:** No
**Glasses:** Reading
**Dominant Hand:** Right
**Height:** 5'6"
**Weight (present):** 125 pounds
**Date of Onset:** 02/06/2024

**The following data is based on history from the client and/or family members unless otherwise stated.**

**History:** Mrs. O'Malley was asked what she remembered about the incident on 02/06/2024, and she said she was in the bathroom one minute, then she woke up in the clinic on the ship. They took her on a boat to a town, then to a hospital in Mexico. She stated she was in bad shape and does not have much memory of the events.

Mr. O'Malley said they were in Los Angles on a cruise ship, and they were just leaving the dock. Mrs. O'Malley had been sleeping and she woke up with uncontrollable shakes. He gave her a warm shower, but she did not warm up. He took her to the clinic on the ship and he told them that she needed to be in a hospital. He was told they were moving and could not take her off the ship at that time. They gave her some medications and an IV, put her in a wheelchair, took her back to her room and put her to bed. An hour or so later, she got up to go to the bathroom, and she collapsed and had an episode of incontinence. He called for EMTs and they took her back to the clinic. Mr. O'Malley said that she was incoherent at that time. The next morning, she was still incoherent, and her blood pressure was low. The doctor told Mr. O'Malley they were treating her low blood pressure, and were going to take her off the boat in two days; they ultimately decided to take her off the boat sooner. They loaded her on one of the evacuation boats and took her to shore in Mexico. An ambulance met them and took her to a hospital. They started treating her for sepsis. They were not treating the stroke.

The incident started on 02/05/2024 and it was 02/11/2024 before she was taken for an MRI of her brain, and a neurologist diagnosed her stroke. They started her on an IV with Cerebrolysin, a medication that is not FDA approved in the United States but has been determined to be a good treatment for strokes in other parts of the world. Mr. O'Malley said on her first day of treatment, she could not play solitaire on her phone because she could not remember how to do it, but after three days of the Cerebrolysin, she was beginning to improve and could remember how to play solitaire. Mr. O'Malley added he wanted his wife medevaced to the United States, but the only way Mr. O'Malley's insurance would cover the cost would be for the Mexican hospital to say they were not equipped to treat her. He noted the hospital would not say that. After six days of treatment with Cerebrolysin, the doctors wanted to treat her as an outpatient. The treatment protocol for Cerebrolysin is 10 days. At that point, Mrs. O'Malley decided to stay in Mexico and complete the treatment as an outpatient. At the end of 10 days of treatment, they flew home.

Mr. O'Malley said all of the treatment done in Mexico did not transfer to United States. He took her to the ER at Mayo Clinic in Jacksonville, Florida on 02/22/2024. She was seen by

neurology, and they confirmed that she had a stroke. She was scheduled for an MRI and a follow-up appointment with neurology.

**Loss of Consciousness or Altered State of Consciousness:** Yes
**Length of Unconsciousness or of Altered State:** Altered consciousness for several days.
**Independent Recall:** Memory of events is cloudy.

**Rehabilitation Program(s) [In/Outpatient Since Injury]:**
Mrs. O'Malley has participated in speech therapy at Health First in Viera, Florida multiple times per week. At the end of three months, they discharged her as having recovered as much as could be expected. She did sign up for Constant Therapy, which is an online program, and she has done this program on the computer for the last year and a half.

She has not received any physical or occupational therapy. She said her issues are mostly mental.

# Chief Complaint(s)

Mrs. O'Malley describes her primary problems as having to do with her ability to communicate and produce the words that she is thinking. She has significant word finding issues, and will stop in the middle of a sentence and search for the word she is trying to say. She is very aware of her deficits, and is sensitive to hearing her husband discuss her issues.

Mr. O'Malley stated Mrs. O'Malley has a strength issue. They used to zip line, and he worries about her being able to hold on and stop the motion. She said she would zip line if her doctor said it is okay for her to do this. They go to the gym 3 to 5 times per week and work out for about an hour. Mr. O'Malley added her physical strength is less than it was before, but it has improved with the exercise.

Mrs. O'Malley said she has trouble with opposites. She will say he instead of she. When texting, she will hit 'b' instead of 'd'. She describes herself as dyslexic now. What she actually is describing is aphasia which is a language disorder caused by damage to the parts of the brain that control language. Saying the opposite word from what you mean is a type of aphasia known as semantic paraphasia. This issue makes communication difficult. Mrs. O'Malley becomes embarrassed by her verbal errors and tends not to freely interact with others.

Mrs. O'Malley added she also has a great deal of difficulty with numbers. Although she admits to never being a strong math student, she never had trouble naming and remembering numbers prior to her injury. Anomia of numbers is another aspect of aphasia that can be attributable to impairment to the language center of the brain from stroke.

Mrs. O'Malley describes herself as living in her own world, where others can visit, but they cannot really be a part of that world.

Mr. O'Malley describes his wife as being like a 14-year-old child. He added she does not care about intimacy any longer, which is a big change. He said she is happy with a hug, and that is it. He noted he has to be careful what he says to her, because she is easily upset. He must plan everything, because she is no longer able to plan things, something she was very good at before her stroke. If they are going on a trip, she will pack and then he stated he has to re-pack the bags because she forgets so many things. He worries about something happening to him, because she would not be able to care for herself. He reported she cannot manage money, and she has a difficult time making decisions.

# Head Injury Sequela

**Retrograde Amnesia:** She has some memory of becoming ill prior to her stroke.

**Post-Traumatic Amnesia:** Her memory of the events post stroke were not clear for several days.

**Attention & Concentration:** She describes herself as a lot slower doing things, and she gives examples of playing different solitaire games on her phone. Before injury, she would finish in the top third of the group playing the solitaire games. Now, she does not finish as high as she once did. Most of the time she does not finish in the top 25 of the group.

Mr. O'Malley said her ability to play the games on her phone has changed significantly. He noted she is much slower at figuring out how to play the games. He goes on to note that she has an issue addressing things. She has word finding issues. She gets things backwards. She will hold up her arm and say my leg hurts. She gets numbers backwards. She has a difficult time streaming things together consistently, and this gets worse the more stressed she becomes.

**Immediate Recall:** She does not think that she can repeat a phone number immediately. She does a Constant Therapy program online, and they do give her numbers to try to remember. She needs to do the exercises several times before she does them correctly.

**Delayed Memory:** She can usually remember things that are important to her and if it something she wants to do. If the information involves numbers, she has difficulty remembering.

Constant Therapy provides memory exercises on a regular basis. She does the lessons on a consistent basis. Mr. O'Malley has noticed if his wife does not continually do the lessons, her sharpness declines.

The Constant Therapy program offers her 10 numbers to remember, and she has trouble remembering 10 numbers. She cannot do the exercise with 13 numbers. They give her 7 words that she has to alphabetize, and she can do this if she has been practicing regularly, but if she has not been doing the exercises regularly, she cannot remember that many words. She said she loses her skills rapidly.

**Remote Memory:** She can remember big things from her past. She remembers her children being born, but she has trouble remembering how old her children are. Her daughter sends her a text the day before everyone's birthday, so she does not forget anyone. She can remember past holidays.

**Problem Solving:** She is much slower at problem solving. Mr. O'Malley said she would not be able to call a repairman if the washer was broken. She would not be able to process the issue, and cognitively come up with the need to call a repairman.

**Decision Making:** She becomes very upset if she has to make a decision. Mr. O'Malley stated he worries if he were not there to make the decisions, she would need someone to make them for her.

Mr. O'Malley said he needs to adapt to her mode of decision making, and there are times that he loses his patience with her, and then they fight.

**Speed of Thought Processing:** Very slow.

**Thought Organization & Planning:** She has difficulty organizing her thoughts. She said she can plan her day to some extent, but they have a routine they follow, and she is familiar with it. If her routine is interrupted, she is fine as long as Mr. O'Malley is around. She added he is the responsible adult now, because she is not responsible anymore. She said they are no longer a team, because she is unable to be a decision-making partner.

**Judgment:** She is always afraid of disappointing Mr. O'Malley by the decisions she makes. Mr. O'Malley encourages her to make decisions, so she has practice doing so, but she becomes very upset when he tries to force her to make decisions. She told me when Mr. O'Malley left the room, that she did want to make decisions because she did not want him to be disappointed in her if he did not like the decision that she made. I asked her if she worried that he would not tell her if he did not like the decision, and she said he would definitely tell her if he did not like her decision.

**Visual Processing**
Visual Retention: She used to have almost perfect visual memory, and she could remember where things were almost anywhere in their home. She gets upset now that she cannot remember where things are. She remembers information better now if she has auditory and visual input.

**Insight (awareness of problems):** She has good insight into her deficits.

**Expressive Language:** She has word finding problems, and she has been diagnosed with aphasia. She also is demonstrating semantic paraphasia, which is saying words that are opposite of what she means, such as raising her arm and saying her leg hurts. She is also describing anomia of numbers, another aspect of aphasia.

**Receptive Language:** She feels her receptive skills are good, but she may not get all of the conversation being directed to her. She said she tends to live in her own world and people can visit in her world, but not really enter it. She was an elementary school teacher.

**Perseveration:** She does tend to perseverate at times. She will get on a subject and she cannot let it go. She said she knows that she does this. Sometimes she introduces subjects that are irrelevant to the conversation.

**Confabulation:** None noticed.

**Ability to Engage in Purposeful Activity:** She can engage in her routine, but outside of her routine she has difficulty engaging in activities.

## Behavioral/Psychological

**Disinhibition (loss of inhibitory control):** She is more hesitant to interact. No evidence of disinhibition or loss of inhibitory control.

**Appropriateness of Response to Environment:** Mrs. O'Malley cries as Mr. O'Malley described her issues with decision making, and other limitations.

**Socially Inappropriate Behavior:** None noted.

**Social Skills Deficits:** None noted.

**Impulsivity:** Mr. O'Malley tells a story of telling his wife that they were going to go to the gym, and she ran and got ready, and he had to get everything ready, while she stood there saying she was ready.

There has been no impulsive spending or other impulsive activities. He finds her to be more withdrawn, and she shows no desire to make any kind of decision.

**Poor Self-Initiation:** She is able to initiate meeting her personal care needs without cueing. She does not clean like she once did, and she noted it just does not bother her like it would have prior to injury. She is able to initiate tasks she is interested in performing.

**Impaired Capacity for Self-Control/Self-Regulation:** They were at the bank to cash a check and Mr. O'Malley was showing her how to fill it out, and when she went to the teller to cash the check, she was asked if they needed to call for help because the man was trying to steal her money. Mrs. O'Malley was embarrassed by the fact that she did not know how to fill out the check and needed instruction and that the teller thought she was so vulnerable that she was being manipulated by a stranger.

Mr. O'Malley said he has to organize everything for them. He makes all the decisions and takes care of their financial responsibilities. He said if something happened to him, Mrs.

O'Malley would need someone to take care of her. He does not feel she could safely live alone. She is unable to run a household, manage finances, or drive.

**Social Dependency:** She is very dependent on her husband.

**Emotional/Personality Changes:** She is very sensitive and cried frequently during the evaluation process. She feels self-conscious due to her deficits and embarrassed because she feels stupid. She repeatedly referred to herself as stupid. She has a master's degree and is a retired school teacher who was always very smart, and now she feels she has lost her intelligence.

**Personality Regression:** Mr. O'Malley described his wife as being like a 14-year-old girl.

**Behavioral Rigidity or Inflexibility:** She tends to go with the flow and follow her husband's lead.

**Denial:** She is very aware of her deficits.

**Reduced Self-Esteem:** Significantly reduced self-esteem.

**Exaggeration of Previous Negative Personality Traits:** None noted.

**Interpersonal Relationship Problems:** None noted.

**Problems with Family Relationships:** Mr. O'Malley admits he loses his patience at times, and this leads to fights between he and his wife. However, they did seem to be very loving and respectful of each other during the evaluation process.

**Issues with Lifestyle:** She misses feeling in control of her life.

**Degree of Acceptance:** Fair at best.

## Motor/Physical

**Psychomotor Speed:** Physically she appears to be functional.

**Psychomotor Coordination:** Appears to be good.

**Hemiparesis:** No.

**Gait Changes:** She says her gait is slower.

**Bowel/Bladder:** Intact.

**Sense of Smell/Taste:** Intact.

# Psychosocial Issues

**Patient:** Mrs. O'Malley becomes emotional as her husband describes her deficits and gives examples of her struggles. She cries when she tells me that she just hates to disappoint anyone, especially her husband. She said she and her husband are no longer partners, because she cannot do the things she was once able to do. She relies on her husband to help her remember to do things.

**Family, Emotional Impact on Spouse/Children:** Mr. O'Malley is experiencing some caregivers burn out. He feels the pressure of having all the decisions and responsibilities placed on him. He feels he has lost his partner in life, and he is now taking care of a 14-year-old child. He noted Mrs. O'Malley no longer has any interest in a physical relationship. She is content with a hug, which is different from their relationship prior to her injury.

# Physical Limitations

**Loss of Tactile Sensation:** The bottom of her right foot is numb, but this is related to a previous fracture. This is not related to her stroke.

**Reach:** Full range of motion.

**Lift:** She said she has never been able to carry heavy things. Her husband noted she is not able to carry as much as she once could.

**Prehensile/Grip:** She has arthritis in her hands. She added her handwriting looks worse. She can open and close her hands. Due to visual deficits, she has trouble picking things up because they are not where she thinks they are. She was diagnosed with partial bilateral hemianopsia.

**Sitting:** She has no limitations in sitting, but she is more comfortable in a cushioned chair because she is thin.

**Standing:** She cannot stand for more than 15 minutes, before she feels the need to sit and rest.

**Walking/Gait:** She can walk for 30 minutes with no issues.

**Bend/Twist:** Functional.

**Kneel:** She is able to kneel and get back up, but not repetitively.

**Stoop/Squat:** Yes, but not repetitively.

**Climb:** Yes, but not repetitively.

**Balance:** Balance is intact, but she is less steady when she is tired.

**Breathing**: No dyspnea.

**Headaches:** She does not have headaches, but she describes her head as having a sensation of tiredness in the area where she had the stroke.

**Vision:** She said she has a loss of partial vision in her right eye. She was diagnosed with partial bilateral hemianopsia. She initially demonstrated visual field deficits with inability to see from the left half in both eyes. She was seen by neuro-ophthalmology on 09/23/2024. Her visual field defect was no longer apparent on estrogen visual field testing. She was released to return to follow-up with her local eye provider.

**Hearing:** She does not think her hearing is impaired, but Mr. O'Malley said he thinks she has hearing deficits, so much so he thinks she needs to have her hearing checked.

**Driving:** She has driven short distances on rare occasions, but she does not feel comfortable doing so.

**Physical Stamina (average daily need for rest or reclining):** She said she sleeps more than her husband does. Mr. O'Malley added her stamina has improved with regular gym visits. He noted she does sleep consistently more than 8 hours, and given the opportunity, she would sleep more.

# Environmental Influences

**Problems with exposure to:**
**Air Conditioning:** She gets cold more often than she used to. Extreme cold and extreme heat bothers her more than it did prior to her stroke.
**Heat:** Yes, if it is too hot, she has trouble tolerating it.
**Cold:** Yes, she gets cold easily.
**Wet/Humid:** Not an issue.
**Sudden Changes:** She does seem to have an allergic reaction with congestion to weather changes.
**Fumes:** No.
**Noise:** No.
**Stress:** Yes.

# Activities Of Daily Living

## Sleep Pattern

**Arises:** 6:00 a.m.
**Retires:** 9:00 p.m.
**Average Hours Sleep/24 Hours:** More than 8 hours

**Sleep Difficulties:** She sleeps more than she did prior to injury. Mr. O'Malley estimates she sleeps about 9 hours. She noted most nights, it takes her 5 seconds to fall asleep. She does wake to go to the bathroom at least once per night, and she has no problem going back to sleep.

### Independence In

**Personal Hygiene and Dressing:** At first, she did not know how to work her electric toothbrush but after having the IV Cerebrolysin treatment, she was better able to meet her needs. She is independent in meeting her personal care needs now.
**Housework:** She does not do housework as frequently as she once did. She said she can do it, but she does not do so as often as she did pre-injury. Mr. O'Malley noted she does not seem to be bothered by the dirt.
**Cooking:** She does not cook or bake as much as she did pre-injury.
**Laundry:** She is very good about doing the laundry.
**Yard Work:** No.

## Social Activities

**Socialization Pre/Post:** They do not socialize as much as they did prior to her injury. The issues with her ability to interact and speak with people limits their socialization. He does not like to see her struggle. They will socialize with very close friends once or twice a year. She said she was the one that used to set up social events. She would get everyone together and now she does not do that.
**Hobbies (Present):** She can still play games on her phone, but she is not as fast as she once was. If the game becomes too difficult, she will ask her husband to finish it for her.
**Hobbies (Previous):** She liked to zip line, but she cannot do this now. She loved to play solitaire and other games on her phone.

## Personal Habits

**Smoking:** No
**Alcohol:** No
**Drugs:** No
**History of Abuse and/or Treatment Programs:** No

## Socioeconomic Status

**Spouse:** Jim
**Occupation:** Retired Engineer
**First Marriage:** Yes
**Children:** They have two adult children and adult grandchildren.
**Number in Residence:** 2.
**Type of Residence:** Two story, 5 bedroom, 3.5 bath home

# Income

**S.S. Retirement:** Yes
**Other:** Teacher's pension
**Medicare:** Yes

# Other Agency Involvement

**State Vocational Rehabilitation:** No
**State Employment Services:** No
**Rehabilitation Nurse:** No
**Other Agency:** No

# Education & Training

**Highest Grade Completed:** Master's degree in education
**Literacy:** Yes
**Miscellaneous Education Information:** Retired teacher
**Felony Convictions:** No

# Employment History

**Released to Return to Work:** Retired at the time of onset.

# Present Medical Treatment

| Provider | Specialty | Phone | Frequency | Last Seen |
|---|---|---|---|---|
| Michael Dougherty, M.D. | Family Medicine | 321-452-4470 | 1X/3 months | 07/15/2024 |
| Subroto Acharjee, M.D. | Cardiology | 321-452-3811 | | |
| Ansley Madala, M.D. | Neurology | 904-953-0856 | | |
| Jaimin Shah, M.D | Neurology | 904-953-0856 | | |

**Additional Therapies/Notes:** She works on the Constant Therapy online app that provides speech and cognitive therapy. She typically spends some time on the app daily, unless they are traveling.

| Medication | Strength | Frequency | Purpose |
|---|---|---|---|
| Hydrochlorothiazide | 12.5 mg | qd | Blood pressure |
| Atorvastatin | 40 mg | qd | Cholesterol |
| Pramipexole | 0.5 mg | qd | Tremors/restless legs |
| Levothyroxine | 100 mcg | qd | Hypothyroidism |
| Amlodipine | 10 mg | bid | Heart rate |

**Over-The-Counter Medications:**
Calcium Citrate Magnesium and Zinc CoQ10; Mature Multi vitamin, CoQu10 10 mg; Vitamin D3 50 mcg, Aspirin 81 mg

**Anticipated Treatments:** Continuing to work with her Constant Therapy program. Follow-up with neurology and cardiology.

Correspondence was issued to Mrs. O'Malley's treating neurologists, Ansley Madala, M.D. and Jaimin Shah, M.D., her cardiologist Subroto Acharjee, M.D., and family physician Michael Dougherty, M.D. requesting future treatment recommendations. Additionally, she was evaluated by consulting physiatrist Victor Isaac, M.D., FAAPMR, CLCP.

**Victor Isaac, M.D., FAAPMR, CLCP** evaluated Mrs. O'Malley via Zoom on 09/09/2025. He provided the following future treatment recommendations, which have been included within the Life Care Plan:

**Projected Evaluations and Future Medical Care**

- Neurology appointments every 6 months to life expectancy (LE).
- Cardiology appointment once a year to LE.
- Primary care physician every 6 months to LE.
- Neuro-ophthalmic appointment once a year to LE. (Misha Pless, M.D., neuro-ophthalmologist with Mayo Clinic, saw Mrs. O'Malley for follow-up on 09/23/2024. Her visual field defect was no longer apparent. No need for neuro-ophthalmology follow-up. Local eye provider should follow her.)
- Physical therapy evaluation.
- Occupational therapy evaluation.

**Projected Therapeutic Modalities**

- Speech therapy 2 times a week for one year then once a week for LE.
- Cognitive and memory therapy once a week for LE.
- Physical therapy 12 visit per year to LE.
- Occupational therapy 12 visits per year to LE.

**Medication and Supplies**

- Hydrochlorothiazide 12.5 mg qd to LE.
- Atorvastatin 40MG qd to LE.
- Pramipexole 0.5MG qd to LE.
- Amlodipine 10mg qd to LE.

**Diagnostic Testing**

- Annual laboratory monitoring for kidney and liver function.
- MRI brain once every 3 years to LE.
- Nuclear stress test once a year to LE.
- EKG once a year to LE.

Repeated attempts were made, to no avail, to obtain future treatment recommendations from Mrs. O'Malley's treating neurologists, Ansley Madala, M.D. and Jaimin Shah, M.D., her cardiologist Subroto Acharjee, M.D., and family physician Michael Dougherty, M.D.

# Medical Records Reviewed

The following medical records have been reviewed:

- **Constant Therapy Records:** 02/06/2024 - 02/26/2025.
- **Emerald Princess Medical Center:** 02/06/2024 - 02/08/2024- Inpatient Admission Records.
- **Mayo Clinic:** 02/22/2024 - 07/10/2024 - Progress Notes - 3 Reports.
- **Mayo Clinic Neuro-Ophthalmology:** 09/23/2024
- **Radiologia E. Imagen Zaragoza:** 02/11/2024 - Diagnostic Report.
- **Rockledge Regional Medical Center**: 07/11/2024 - Diagnostic Reports - 2 reports.

The purpose of the review is to familiarize myself with the injury and the treatment provided and recommended. I make no editorial opinion with regard to the content of the records. I only refer to them for my understanding of the case.

# Conclusions

Careful consideration has been given to all of the medical, psychosocial, and rehabilitation/mental health counseling data contained within this file and my report. In addition to this data, consideration is given to the research literature and any applicable clinical practice guidelines related to stroke promulgated by multiple sources and cited in the Life Care Plan. Correspondence with treating physicians was issued in order to obtain future treatment recommendations. Additionally, consulting Physical Medicine and Rehabilitation Specialist, Victor Isaac, M.D., FAAPMR, CLCP, evaluated Mrs. O'Malley and provided future medical recommendations outlined within the Life Care Plan. All of these steps are taken to help in establishing the medical, case management, rehabilitation and psychological foundations for the Life Care Plan.

Mrs. O'Malley continues to have issues secondary to the injuries she suffered as a result of the event of 02/06/2024. It is anticipated that she will require ongoing medical care and support care throughout her life expectancy. A Life Care Plan has been prepared for Mrs. O'Malley and is attached as Appendix A.

A Life Care Plan is a dynamic document based upon published standards of practice, comprehensive assessment, data analysis, and research, which provides an organized and precise plan for current and future needs with associated costs for individuals who have experienced a catastrophic injury or have chronic health care needs. The goals of a comprehensive Life Care Plan are to improve and maintain the clinical state of the patient, prevent secondary complications, provide support for the family, and to provide a

management program aimed at preventing unnecessary complications and minimizing the long-term care needs of the patient.

Life expectancy noted in the life care plan is based on the following data: Arias, Elizabeth, Jiaquan Xu and Kenneth Kochanek. *National Vital Statistics Reports: United States Life Tables, 2022*. Centers for Disease Control and Prevention. Volume 74, Number 2, April 8, 2025. (Table 3. Life table for females: United States, 2022.) https://www.cdc.gov/nchs/data/nvsr/nvsr74/nvsr74-02.pdf

The opinions expressed in this report are to a reasonable degree of Life Care Planning and Vocational Rehabilitation Probability. I reserve the right to amend the opinions should new information be presented.

Respectfully Submitted,



Robert P. Tremp, Jr., MA, CRC, CLCP
Certified Rehabilitation Counselor/Certified Life Care Planner

ATTACHMENTS: Appendix A - Life Care Plan
Appendix B – Records Summary

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Projected Evaluations

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Cognitive Therapy Evaluation* | Beginning 79 2025<br>Ending 79 2025 | 1 X Only (The need for additional evaluations to be determined by therapist.) | Assess functioning and formulate cognitive therapy program. | Per Unit $338 - $561<br>Per Year | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP<br>1 |

Given the high incidence of stroke and resultant significant impacts of cognitive impairment, there is a substantial need for evidence-based interventions and multidisciplinary efforts to facilitate return to independence, work, and participation in functional aspects of daily living.[4] Cognitive rehabilitation addresses skills in the cognitive domains of attention, memory, and executive functioning and how they impact functionality and safety. In a course of cognitive rehabilitation, rehabilitative therapists commonly refer to more advanced activities of daily living that require increased cognitive demands as Instrumental Activities of Daily Living (IADLs). Examples of IADLs may include meal preparation, managing medications, housekeeping, managing financial responsibilities, time management for appointments, and self-care. Source: Mulhern M. Cognitive Rehabilitation Interventions for Post-Stroke Populations. Dela J Public Health. 2023 Aug 31;9(3):70-74. doi: 10.32481/djph.2023.08.012. PMID: 37701470; PMCID: PMC10494803.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Speech and Language Pathology Evaluation* | Beginning 79 2025<br>Ending 79 2025 | 1 X Only (The need for additional evaluations to be determined by therapist.) | Evaluate aphasia and communication deficits and formulate treatment program. | Per Unit $338 - $561<br>Per Year | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP<br>2 |

The mainstay of post-stroke aphasia therapy has always been, and continues to be, behavioral SLT (Speech Language Therapy). There have been recent innovations to enhance its effectiveness, by increasing the time in therapy (e.g., through language therapy apps), by individualizing therapy to address aphasia severity and specific speech or language deficits, or increasing access to therapy through telerehab. Behavioral SLT has also been augmented with medications or noninvasive brain stimulation methods that facilitate neural plasticity. Functional imaging studies show changes in neural networks supporting language that correlate with improvements. Source: Fridriksson J, Hillis AE. Current Approaches to the Treatment of Post-Stroke Aphasia. J Stroke. 2021 May;23(2):183-201. doi: 10.5853/jos.2020.05015. Epub 2021 May 31. PMID: 34102754; PMCID: PMC8189855.

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Projected Evaluations

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Physical Therapy Evaluation* | Beginning 79 2025<br>Ending 79 2025 | 1 X Only (The need for additional evaluations to be determined by therapist.) | Evaluate and monitor therapy needs and home exercise program | Per Unit $173 - $280<br>Per Year | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 3 |

The main objectives of rehabilitation treatment and physical therapy interventions following a stroke are to enhance the patient's functional capabilities, foster self-reliance, and enhance their overall quality of life [19,20]. There are numerous types of interventions available that are customized to address the specific requirements of each patient [21,22,23]. Among these, physical therapy is one of the most prevalent types of rehabilitative treatment provided after a stroke. Physical therapists work with stroke patients to improve their strength, coordination, and balance, with the goal of helping them regain the ability to perform everyday activities such as walking, dressing, and bathing [24,25]. Therapy may include exercises, stretching, and range of motion activities, as well as training on mobility aids such as walkers or canes [26]. Source: Shahid J, Kashif A, Shahid MK. A Comprehensive Review of Physical Therapy Interventions for Stroke Rehabilitation: Impairment-Based Approaches and Functional Goals. Brain Sci. 2023 Apr 25;13(5):717. doi: 10.3390/brainsci13050717. PMID: 37239189; PMCID: PMC10216461.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Occupational Therapy Evaluation* | Beginning 79 2025<br>Ending 79 2025 | 1 X Only (The need for additional evaluations to be determined by therapist.) | Assess needs and formulate treatment program | Per Unit $187 - $312<br>Per Year | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 4 |

Occupational therapy is another important part of post-stroke rehabilitation. Occupational therapists work with stroke patients to help them regain the ability to perform activities of daily living (ADLs), such as cooking, cleaning, and personal grooming [27]. This may involve adapting the patient's environment, such as installing grab bars in the bathroom, or using adaptive equipment, such as a specialized utensil for eating [28] Source: Shahid J, Kashif A, Shahid MK. A Comprehensive Review of Physical Therapy Interventions for Stroke Rehabilitation: Impairment-Based Approaches and Functional Goals. Brain Sci. 2023 Apr 25;13(5):717. doi: 10.3390/brainsci13050717. PMID: 37239189; PMCID: PMC10216461.

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Projected Therapeutic Modalities

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Cognitive and Memory Therapy* | Beginning 79 2025<br>Ending 89 2035 | 1 X / week (48 weeks / year) through life expectancy | Address cognitive and memory deficits and teach compensatory strategies to enhance functioning. | Per Unit $204 - $348<br>Per Year $9792 - $16704 | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 5 |

Given the high incidence of stroke and resultant significant impacts of cognitive impairment, there is a substantial need for evidence-based interventions and multidisciplinary efforts to facilitate return to independence, work, and participation in functional aspects of daily living.[4] Cognitive rehabilitation addresses skills in the cognitive domains of attention, memory, and executive functioning and how they impact functionality and safety. In a course of cognitive rehabilitation, rehabilitative therapists commonly refer to more advanced activities of daily living that require increased cognitive demands as Instrumental Activities of Daily Living (IADLs). Examples of IADLs may include meal preparation, managing medications, housekeeping, managing financial responsibilities, time management for appointments, and self-care. Source: Mulhern M. Cognitive Rehabilitation Interventions for Post-Stroke Populations. Dela J Public Health. 2023 Aug 31;9(3):70-74. doi: 10.32481/djph.2023.08.012. PMID: 37701470; PMCID: PMC10494803.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Speech Therapy* | Beginning 79 2025<br>Ending 89 2035 | 2 X / week for one year (48 weeks); then 1 X / week (48 weeks / year) for life | Address communication issues and cognitive deficits | Per Unit $143 - $229<br>Per Year | $13,728 - $21,984 for 96 sessions 1st year; then $6,864 - $10,992 for 48 sessions / year.<br>Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd.. Milwaukee. WI. | Victor Isaac, M.D., FAAPMR, CLCP 6 |

The mainstay of post-stroke aphasia therapy has always been, and continues to be, behavioral SLT (Speech Language Therapy). There have been recent innovations to enhance its effectiveness, by increasing the time in therapy (e.g., through language therapy apps), by individualizing therapy to address aphasia severity and specific speech or language deficits, or increasing access to therapy through telerehab. Behavioral SLT has also been augmented with medications or noninvasive brain stimulation methods that facilitate neural plasticity. Functional imaging studies show changes in neural networks supporting language that correlate with improvements. Source: Fridriksson J, Hillis AE. Current Approaches to the Treatment of Post-Stroke Aphasia. J Stroke. 2021 May;23(2):183-201. doi: 10.5853/jos.2020.05015. Epub 2021 May 31. PMID: 34102754; PMCID: PMC8189855.

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

DOB: Jul 7, 1946
D/A: Feb 6, 2024
Date Prepared: Sep 24, 2025
Primary Disability: Acquired Brain Injury - Stroke

### Projected Therapeutic Modalities

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Physical Therapy* | Beginning 79 2025<br>Ending 89 2035 | 12 visits / year to life expectancy | Initial therapy to address balance deficits and stamina; then periodic sessions to adjust home exercise program to maintain fitness and stamina | Per Unit $261 - $415<br>Per Year $3132 - $4980 | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 7 |

The main objectives of rehabilitation treatment and physical therapy interventions following a stroke are to enhance the patient's functional capabilities, foster self-reliance, and enhance their overall quality of life [19,20]. There are numerous types of interventions available that are customized to address the specific requirements of each patient [21,22,23]. Among these, physical therapy is one of the most prevalent types of rehabilitative treatment provided after a stroke. Physical therapists work with stroke patients to improve their strength, coordination, and balance, with the goal of helping them regain the ability to perform everyday activities such as walking, dressing, and bathing [24,25]. Therapy may include exercises, stretching, and range of motion activities, as well as training on mobility aids such as walkers or canes [26]. Source: Shahid J, Kashif A, Shahid MK. A Comprehensive Review of Physical Therapy Interventions for Stroke Rehabilitation: Impairment-Based Approaches and Functional Goals. Brain Sci. 2023 Apr 25;13(5):717. doi: 10.3390/brainsci13050717. PMID: 37239189; PMCID: PMC10216461.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Occupational Therapy* | Beginning 79 2025<br>Ending 89 2035 | 12 visits / year to life expectancy | Address issues with planning and follow through with activities of daily living, structure environment to enhance safety and self-care. | Per Unit $261 - $415<br>Per Year $3132 - $4980 | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 8 |

Occupational therapy is another important part of post-stroke rehabilitation. Occupational therapists work with stroke patients to help them regain the ability to perform activities of daily living (ADLs), such as cooking, cleaning, and personal grooming [27]. This may involve adapting the patient's environment, such as installing grab bars in the bathroom, or using adaptive equipment, such as a specialized utensil for eating [28] Source: Shahid J, Kashif A, Shahid MK. A Comprehensive Review of Physical Therapy Interventions for Stroke Rehabilitation: Impairment-Based Approaches and Functional Goals. Brain Sci. 2023 Apr 25;13(5):717. doi: 10.3390/brainsci13050717. PMID: 37239189; PMCID: PMC10216461.

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Orthopedic Equipment

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Rollator / Walker with seat* | Beginning 79 2025<br>Ending 89 2035 | 1 X / 5-7 Years (Replacement schedule reflects less frequent usage.) | Ambulation aid needed on days she feels weak and balance is off. | Per Unit $159 - $335<br>Per Year | Source: spinlife.com | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 9 |

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Home Furnishings and Accessories

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Shower Chair* | Beginning 79 2025<br>Ending 89 2035 | 1 X / 3-4 Years | Safety aid for bathing | Per Unit $108 - $284<br>Per Year | Source: spinlife.com | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 10 |
| *Mounted Hand Held Shower with Slide Bar* | Beginning 79 2025<br>Ending 89 2035 | 1 X / 3-4 Years | Needed when using shower chair to bathe | Per Unit $183 - $235<br>Per Year | Source: homedepot.com | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 11 |

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

DOB: Jul 7, 1946
D/A: Feb 6, 2024
Date Prepared: Sep 24, 2025
Primary Disability: Acquired Brain Injury - Stroke

### Aids for Independent Function

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Constant Therapy Online Traumatic Brain Injury Program* | Beginning 79 2025<br>Ending 89 2035 | Annual cost based on monthly rate. | At-home speech, cognitive and language therapy online program. | Per Unit $29.99<br>Per Year $360 | Unit cost is monthly rate.<br><br>Source: https://constanttherapyhealth.com/constant-therapy/for-patients/pricing/ | Robert Tremp, MA, CRC, CLCP and Victor Isaac, M.D., FAAPMR, CLCP<br>12 |

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

# Life Care Plan

## Ann O’Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Medications

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Prescription Medications* | Beginning 79 2025<br>Ending 89 2035 | Annual allowance | As prescribed by treating physician. | Per Unit $225<br>Per Year $2700 | Source: Goodrx.com Merritt Island, Florida | Victor Isaac, M.D., FAAPMR, CLCP<br>13 |

Mrs. O’Malley’s current medications are as follows, and Dr. Isaac anticipates that she will require these medications for life: Hydrochlorothiazide 12.5 mg (qd): **$18.82 / month** for 30 tablets; Atorvastatin 40 mg (qd): **$101.69 / month** for 30 tablets; Pramipexole 0.5 mg (qd): **$45.82 / month** for 30 tablets; Amlodipine 10 mg (bid): **$58.75 / month** for 60 tablets.

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

# Life Care Plan

## Ann O'Malley

### Home Care / Facility Care

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #1*** ***Home Care - Private Hire*** *Attendant Care - HHA* | Beginning 79 2025<br>Ending 89 2035 | 24 hours / day (8,760 hours / year) | Provide care, supervision and oversight to keep her safe and secure. | Per Unit $19.89<br>Per Year $174236 | | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 14 |

Home Health Aides in Mrs. O'Malley's geographical area earn a mean hourly wage of $16.51. (Wage Source: U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics, May 2024 Metropolitan and Nonmetropolitan Area Occupational Employment and Wage Estimates, Palm Bay, Melbourne, Titusville, FL. www.bls.gov) We must also add in an additional 20.5% factor to that hourly rate to cover legally required benefits to include Social Security, Medicare, Federal unemployment insurance, State unemployment insurance and Worker's compensation. Therefore, the total hourly rate for would be **$19.89.** (The 20.5% figure is from Bureau of Labor Statistics, U.S. Department of Labor (USDL-25 -0958 Employer Costs for Employee Compensation, June 2025. Table 1. Employer Costs for Employee Compensation by ownership. Legally required benefits to include Social Security, Medicare, Federal unemployment insurance, State unemployment insurance and Worker's compensation (Private Industry). Retrieved from https://www.bls.gov/news.release/pdf/ecec.pdf

| | | | | | | |
|---|---|---|---|---|---|---|
| ***Option #1*** ***Home Care - Private Hire*** *Additional Household Cost for Full Time Caregivers* | Beginning 79 2025<br>Ending 89 2035 | Annual Allowance | Additional household expenses food and utilities | Per Unit<br>Per Year $6039 | | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 15 |

Must also add in extra costs for another adult living in the home [food/utilities] = $5,508 - $6,569/ year; **Average $6,039 / year**
Cost of food data: U. S. Department of Agriculture. Center for Nutrition Service. Official USDA Food Plans: Cost of Food at Home at Four Levels, U.S. Average, November 2024. Retrieved from https://fns-prod.azureedge.us/sites/default/files/resource-files/Cost_Of_Food_Low_Moderate_Liberal_Food_Plans_November_2024.pdf
Cost of utilities data: $500 to $600 per month (assume of 4 people) to include electricity, heating and cooking fuels, water/sewer/septic, trash collection and phone service, internet, and streaming or cable TV services. $137.50 per person per month. (2024) Retrieved from https://homeguide.com/costs/average-utility-bill
(Data sources: U.S. Energy Information Administration, American Gas Association, Statista, Bluefield Research, Doxo. *Includes $20 to $60 per month for streaming services and $60 to $90 per month for sewer bill.)

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

### Home Care / Facility Care

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #1*** ***Home Care - Private Hire*** *Skilled Nurse Visit* | Beginning 79 2025 Ending 89 2035 | 2-hour visit one time per week (104 hours / year) | Oversee care, manage medications and provide supervision | Per Unit $47.19 Per Year $4908 | | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 16 |

RNs in Mrs. O'Malley's geographical area earn a mean hourly wage of $39.17. (Wage Source: U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics, May 2024 Metropolitan and Nonmetropolitan Area Occupational Employment and Wage Estimates, Palm Bay, Melbourne, Titusville, FL. www.bls.gov) We must also add in an additional 20.5% factor to that hourly rate to cover legally required benefits to include Social Security, Medicare, Federal unemployment insurance, State unemployment insurance and Worker's compensation. Therefore, the total hourly rate for would be **$47.19** (The 20.5% figure is from Bureau of Labor Statistics, U.S. Department of Labor (USDL-25-0958 Employer Costs for Employee Compensation, June 2025. Table 1. Employer Costs for Employee Compensation by ownership. Legally required benefits to include Social Security, Medicare, Federal unemployment insurance, State unemployment insurance and Worker's compensation (Private Industry). Retrieved from https://www.bls.gov/news.release/pdf/ecec.pdf

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #1*** ***Home Care - Private Hire*** *Case Management* | Beginning 79 2025 Ending 89 2035 | 8 -10 hours per month (96-120 hours / year) | Coordinate and oversee care | Per Unit $95 - $99 Per Year $9312 - $11640 | Source: Genex Services, LLC Phone: 888-464-3639 genexservices.com | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 17 |

It is anticipated that in the private hire options, a case manager would be required at least 8-10 hours per month in order to maintain the private hire employees and the responsibilities attached thereto.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #1*** ***Home Care - Private Hire*** *Homemaker/ Housekeeper* | Beginning 79 2025 Ending 89 2035 | Weekly services | Clean home. | Per Unit $170 - $310 Per Year $8840 - $16120 | | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 18 |

5 bed 3 bath: Weekly $170-$310; Biweekly $175-$370; Monthly $200-$380
Source: How much does a maid cost? HomeGuide. Retrieved from https://homeguide.com/costs/maid-service-cost

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

### Home Care / Facility Care

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #2*** ***Home Care - Agency Hire*** *Attendant Care - HHA* | Beginning 79 2025<br>Ending 89 2035 | 24 hours / day (8,760 hours / year) | Provide care, supervision and oversight to keep her safe and secure. | Per Unit $25<br>Per Year $219000 | Source: [https://www.caring.com/resources/how-much-is-home-health-care-per-hour-in-florida](https://www.caring.com/resources/how-much-is-home-health-care-per-hour-in-florida) | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 19 |
| ***Option #1*** ***Home Care - Agency Hire*** *Additional Household Cost for Full Time Caregivers* | Beginning 79 2025<br>Ending 89 2035 | Annual Allowance | Additional household expenses food and utilities | Per Unit<br>Per Year $6039 | | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 20 |

Must also add in extra costs for another adult living in the home [food/utilities] = $5,508 - $6,569/ year; **Average $6,039 / year**
Cost of food data: U. S. Department of Agriculture. Center for Nutrition Service. Official USDA Food Plans: Cost of Food at Home at Four Levels, U.S. Average, November 2024. Retrieved from https://fns-prod.azureedge.us/sites/default/files/resource-files/Cost_Of_Food_Low_Moderate_Liberal_Food_Plans_November_2024.pdf
Cost of utilities data: $500 to $600 per month (assume of 4 people) to include electricity, heating and cooking fuels, water/sewer/septic, trash collection and phone service, internet, and streaming or cable TV services. $137.50 per person per month. (2024) Retrieved from https://homeguide.com/costs/average-utility-bill
(Data sources: U.S. Energy Information Administration, American Gas Association, Statista, Bluefield Research, Doxo. *Includes $20 to $60 per month for streaming services and $60 to $90 per month for sewer bill.)

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #2*** ***Home Care - Agency Hire*** *Skilled Nurse Visit* | Beginning 79 2025<br>Ending 89 2035 | 2-hour visit one time per week (104 hours / year) | Oversee care, manage medications and provide supervision | Per Unit $50 - $130<br>Per Year $5200 - $13528 | Source: https://www.nursenextdoor.com/blog/how-much-does-senior-home-care-cost | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 21 |
| ***Option #2*** ***Home Care - Agency Hire*** *Case Management* | Beginning 79 2025<br>Ending 89 2035 | 3 - 4 hours per month (36 - 48 hours / year) | Coordinate and oversee care | Per Unit $95 - $99<br>Per Year $3492 - $4656 | Source: Genex Services, LLC Phone: 888-464-3639 genexservices.com | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 22 |

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

### Home Care / Facility Care

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| ***Option #2*** ***Home Care - Agency Hire*** *Homemaker/ Housekeeper* | Beginning 79 2025<br>Ending 89 2035 | Weekly services | Clean home | Per Unit $170 - $310<br>Per Year $8840 - $16120 | Assumes own home. | Robert Tremp, MA, CRC, CLCP based on medical information and client interview 23 |

5 bed 3 bath: Weekly $170-$310; Biweekly $175-$370; Monthly $200-$380
Source: How much does a maid cost? HomeGuide. Retrieved from https://homeguide.com/costs/maid-service-cost

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

### Future Medical Care Routine

**DOB:** Jul 7, 1946
**D/A:** Feb 6, 2024
**Date Prepared:** Sep 24, 2025
**Primary Disability:** Acquired Brain Injury - Stroke

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Neurologist* | Beginning 79 2025<br>Ending 89 2035 | 1 X every 6 months | Monitor and treat stroke sequelae | Per Unit $220 - $363<br>Per Year $440 - $726 | Source: Merritt Island, FL 32953-Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 24 |
| *Cardiology* | Beginning 79 2025<br>Ending 89 2035 | 1 X / Year | Monitor cardiac function which could lead to additional strokes | Per Unit $220 - $363<br>Per Year $220 - $363 | Source: Merritt Island, FL 32953-Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 25 |
| *Ophthalmology* | Beginning 79 2025<br>Ending 89 2035 | 1 X / Year | Monitor vision deficits | Per Unit $199 - $341<br>Per Year $199 - $341 | Misha Pless, M.D., neuro-ophthalmologist with Mayo Clinic, saw Mrs. O'Malley for follow-up on 09/23/2024. Her visual field defect was no longer apparent. Dr. Pless indicated no need for neuro-ophthalmology follow-up. He recommended her local eye provider follow her. | Victor Isaac, M.D., FAAPMR, CLCP 26 |

Source: Merritt Island, FL 32953-Geographic Multiplier: 1.0215; Physicians' Fee Reference; 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI.

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Primary Care Physician* | Beginning 79 2025<br>Ending 89 2035 | 1 X every 6 months | Monitor for complications related to her stroke | Per Unit $220 - $363<br>Per Year $440 - $726 | Source: Merritt Island, FL 32953-Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP 27 |
| *Pathology Lab Studies* | Beginning 79 2025<br>Ending 89 2035 | 1 X / Year | Monitor for complications | Per Unit $98 - $181<br>Per Year $98 - $181 | Creatine (estimated GFR) $22-$41; Urea nitrogen (BUN) $16-$35; Hepatic (Liver) functions $42-$77; Venipuncture $18-$28. Source: Merritt Island, FL 32953-Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd.. Milwaukee. WI. | Victor Isaac, M.D., FAAPMR, CLCP 28 |

**Growth Trend To Be Determined By Economist.**

Robert P. Tremp, Jr., MA, CRC, CLCP

# Life Care Plan

## Ann O'Malley

DOB: Jul 7, 1946
D/A: Feb 6, 2024
Date Prepared: Sep 24, 2025
Primary Disability: Acquired Brain Injury - Stroke

### Future Medical Care Aggressive Treatment

| Item / Service | Age Year | Frequency/ Replacement | Purpose | Cost | Comment | Recommended By |
|---|---|---|---|---|---|---|
| *Electrocardiogram* | Beginning 79 2025<br>Ending 89 2035 | 1 X / Year | Monitor functioning | Per Unit $63 - $109<br>Per Year $63 - $109 | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP<br>29 |
| *Nuclear Stress Test* | Beginning 79 2025<br>Ending 89 2035 | 1 X / Year | Monitor for complications | Per Unit $1357 - $2356<br>Per Year $1357 - $2356 | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP<br>30 |
| *MRI of Brain* | Beginning 79 2025<br>Ending 89 2035 | 1 X / 3 years | Monitor for potential of another stroke | Per Unit $1394 - $2349<br>Per Year | Source: Merritt Island, FL 32953- Geographic Multiplier: 1.0215 Physicians' Fee Reference 2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI. | Victor Isaac, M.D., FAAPMR, CLCP<br>31 |

**Growth Trend To Be Determined By Economist.**

 Copyright ©1994.

**Ann O'Malley Cost Request**
Merritt Island, Florida, 32953-Geographic Multiplier: 1.0215
9-11-2025

**Psychological Counseling (*Psychologist*):**
**Psychiatric Evaluation:**
- Psychiatric diagnostic evaluation
    - CPT 90791 = **$255.00** (50th percentile) **- $442.00** (90th percentile)

**Psychotherapy:**
- Psychotherapy, *30 minutes* with patient
    - CPT 90832 = **$115.00** (50th percentile) **- $197.00** (90th percentile)
- Psychotherapy, *60 minutes* with patient
    - CPT 90837 = **$184.00** (50th percentile) **- $281.00** (90th percentile)

**Average Totals = $149.50** (50th percentile) **- $239.00** (90th percentile)

**Speech Therapy:**
**Evaluations:**
- Evaluation of speech sound production; with evaluation of language comprehension and expression
    - CPT 92523 = **$338.00** (50th percentile) **- $561.00** (90th percentile)

**Sessions:**
- Treatment of speech, language, voice, communication, and/or auditory processing disorder; individual
    - CPT 92507 = **$143.00** (50th percentile) **- $229.00** (90th percentile)
- Treatment of swallowing dysfunction and/or oral function for feeding
    - CPT 92526 = **$182.00** (50th percentile) **- $293.00** (90th percentile)

**Cognitive Therapy:**
**Evaluations:**
- Evaluation of speech sound production; with evaluation of language comprehension and expression
    - CPT 92523 = **$338.00** (50th percentile) **- $561.00** (90th percentile)

**Sessions:**
- Therapeutic interventions that focus on cognitive function; *initial 15 minutes*
    - CPT 97129 = **$51.00** (50th percentile) **- $90.00** (90th percentile)
- Therapeutic interventions that focus on cognitive function; *each additional 15 minutes*
    - CPT 97130 = **$51.00** (50th percentile) **- $86.00** (90th percentile)

**One-Hour Session Totals = $204.00** (50th percentile) **- $348.00** (90th percentile)

**<u>Physical Therapy:</u>**
**Evaluations:**

- Low complexity
    - CPT 97161 = **$173.00** (50th percentile) **- $285.00** (90th percentile)
- High complexity
    - CPT 97163 = **$184.00** (50th percentile) **- $293.00** (90th percentile)

**Average Totals = $172.50** (50th percentile) **- $280.00** (90th percentile)

**Sessions:**

- Manual therapy, per 15 minutes
    - CPT 97140 = **$62.00** (50th percentile) **- $102.00** (90th percentile)
- Therapeutic exercises, per 15 minutes
    - CPT 97110 = **$61.00** (50th percentile) **- $105.00** (90th percentile)
- Neuromuscular reeducation, per 15 minutes
    - CPT 97112 = **$66.00** (50th percentile) **- $111.00** (90th percentile)
- Therapeutic activities, per 15 minutes
    - CPT 97530 = **$72.00** (50th percentile) **- $107.00** (90th percentile)

**One-Hour Session Totals = $261.00** (50th percentile) **- $415.00** (90th percentile)

**<u>Occupational Therapy:</u>**
**Evaluations:**

- Low complexity
    - CPT 97165 = **$194.00** (50th percentile) **- $318.00** (90th percentile)
- High complexity
    - CPT 97167 = **$179.00** (50th percentile) **- $306.00** (90th percentile)

**Average Totals = $186.50** (50th percentile) **- $312.00** (90th percentile)

**Sessions:**

- Manual therapy, per 15 minutes
    - CPT 97140 = **$62.00** (50th percentile) **- $102.00** (90th percentile)
- Therapeutic exercises, per 15 minutes
    - CPT 97110 = **$61.00** (50th percentile) **- $105.00** (90th percentile)
- Neuromuscular reeducation, per 15 minutes
    - CPT 97112 = **$66.00** (50th percentile) **- $111.00** (90th percentile)
- Therapeutic activities, per 15 minutes
    - CPT 97530 = **$72.00** (50th percentile) **- $107.00** (90th percentile)

**One-Hour Session Totals = $261.00** (50th percentile) **- $415.00** (90th percentile)

**<u>Case Management:</u>**
**$95.00 - $99.00**/hour
Genex Services, LLC
Phone: 888-464-3639
genexservices.com

While home health care costs differ among states, there are similarly wide-ranging prices between Florida cities. Jacksonville, Panama City and Orlando stand at an equivalent hourly rate of **$25.00** monthly, ($4,767 monthly).
https://www.caring.com/resources/how-much-is-home-health-care-per-hour-in-florida

Skilled Nursing Care: This is a specialized in-home health care service that can cost between **$50 to $130** hourly.
Source: https://www.nursenextdoor.com/blog/how-much-does-senior-home-care-cost

**Physician Office Visits-Neurologist, Cardiologist, Primary Care, Neuro-Ophthalmologist, Ophthalmologist:**
**New Patient Visits**

- Outpatient visit for evaluation and management of a new patient, *straightforward* decision making, *15-29 minutes*
  - CPT 99202 = **$157.00** (50th percentile) **- $253.00** (90th percentile)
- Outpatient visit for evaluation and management of a new patient, *high level* decision making, *60-74 minutes*
  - CPT 99205 = **$475.00** (50th percentile) **- $766.00** (90th percentile)

**Average Totals = $316.00** (50th percentile) **- $509.50** (90th percentile)

**Physician Office Visits Neurologist, Cardiologist, Primary Care, Neuro-Ophthalmologist, Ophthalmologist:**
**Established Patient Visits**

- Outpatient visit for evaluation and management of an established patient, *straightforward* decision making, *10-19 minutes*
  - CPT 99212 = **$98.00** (50th percentile) **- $163.00** (90th percentile)
- Outpatient visit for evaluation and management of an established patient, *high level* decision making, *40-54 minutes*
  - CPT 99215 = **$342.00** (50th percentile) **- $562.00** (90th percentile)

**Average Totals = $220.00** (50th percentile) **- $362.50** (90th percentile)

**Neuro-Ophthalmologist-Optical Coherence Tomography (OCT) / Optical Coherence Tomography Angiography (OCTA), performed by optometrist:**

- Computerized ophthalmic diagnostic imaging (eg, optical coherence tomography (OCT), anterior segment, with interpretation and report, unilateral or bilateral
  - CPT 92132 = **$83.00** (50th percentile) **- $157.00** (90th percentile)
- Computerized ophthalmic diagnostic imaging (eg, optical coherence tomography (OCT), posterior segment, with interpretation and report, unilateral or bilateral; optic nerve
  - CPT 92133 = **$97.00** (50th percentile) **- $192.00** (90th percentile)
- Scanning computerized ophthalmic diagnostic imaging, posterior segment, with interpretation and report, unilateral or bilateral; retina

    - CPT 92134 = **$102.00** (50th percentile) **- $204.00** (90th percentile)

**<u>Neuro-Ophthalmologist-Functional MRI of Brain:</u>**

- Brain, functional MRI; requiring physician or psychologist administration of entire neurofunctional testing
    - CPT 70555 = **$2,423.00** (50th percentile) **- $3,824.00** (90th percentile)

**<u>Ophthalmological Services - Ophthalmologist or Optometrist:</u>**
**New Patient Visits with Eye Exam**

- Ophthalmological services; *intermediate*, new patient
    - CPT 92002 **= $148.00** (50th percentile) **- $258.00** (90th percentile)
- Ophthalmological services; *comprehensive*, new patient
    - CPT 92004 = **$230.00** (50th percentile) **- $408.00** (90th percentile)

**Average Totals = $189.00** (50th percentile) **- $333.00** (90th percentile)

**Established Patient Visits with Eye Exam**

- Ophthalmological services; *intermediate*, established patient
    - CPT 92012 **= $148.00** (50th percentile) **- $255.00** (90th percentile)
- Ophthalmological services; *comprehensive*, established patient
    - CPT 92014 = **$199.00** (50th percentile) **- $341.00** (90th percentile)

**Average Totals = $173.50** (50th percentile) **- $298.00** (90th percentile)

**<u>MRI:</u>**

- **Brain, IAC's/Sella, Pituitary, without contrast**
    - CPT 70551 = **$1,394.00** (50th percentile) **- $2,349.00** (90th percentile)

**<u>Nuclear Cardiovascular Stress Test</u>**

- Cardiovascular stress test using maximal or submaximal treadmill or bicycle exercise, continuous electrocardiographic monitoring, and/or pharmacological stress; with supervision, interpretation and report
    - CPT 93015 = **$269.00** (50th percentile) **- $483.00** (90th percentile)
- Myocardial perfusion imaging, tomographic (SPECT); multiple studies
    - CPT 78452 = **$1,357.00** (50th percentile) **- $2,356.00** (90th percentile)

**<u>EKG/ECG (Electrocardiogram)</u>**

- Electrocardiogram, routine ECG with at least 12 leads; with interpretation and report
    - CPT 93000 = **$63.00** (50th percentile) **- $109.00** (90th percentile)

**<u>Labs:</u>**

- Venipuncture
    - CPT 36415 = **$18.00** (50th percentile) **- $28.00** (90th percentile)
- Hepatic (Liver) Function Panel

- CPT 80076 = **$42.00** (50th percentile) **- $77.00** (90th percentile)

- Creatinine: blood (estimated glomerular filtration rate (GFR) (eGFR))
  - CPT 82565 = **$22.00** (50th percentile) **- $41.00** (90th percentile)
- Urea nitrogen (BUN); quantitative
  - CPT 84520= **$16.00** (50th percentile) **- $36.00** (90th percentile)
- **Albumin-Creatinine ratio**
  - Albumin; urine (eg, microalbumin), quantitative
    - CPT 82043 = **$69.00** (50th percentile) **- $86.00** (90th percentile)
  - Creatinine; other source
    - CPT 82570 = **$49.00** (50th percentile) **- $69.00** (90th percentile)

**Citations:**
Merritt Island, FL 32953-Geographic Multiplier: 1.0215
Physicians' Fee Reference
2024 Physicians' Fee Reference. Yale Wasserman, D.M.D. Medical Publishers, Ltd., Milwaukee, WI.

| | |
|---|---|
| **CLAIMANT'S NAME** | **ANN O'MALLEY** |
| **DATE OF BIRTH** | **07/07/1946** |
| **DATE OF INJURY** | |

I reviewed 339 pages of medical and administrative records, submitted in 14 volumes (PDFs), provided for my review in preparation for this report. The records reviewed include, but are not limited to:

**MEDICAL/DIAGNOSTIC RECORDS REVIEWED:**

**Constant Therapy Records:** 02/06/2024 - 02/26/2025.
**Emerald Princess Medical Center:** 02/06/2024 - 02/08/2024- Inpatient Admission Records.
**Mayo Clinic:** 02/22/2024 - 07/10/2024 - Progress Notes - 3 Reports.
**Mayo Clinic Neuro-Ophthalmology:** 09/23/2024
**Radiologia E. Imagen Zaragoza:** 02/11/2024 - Diagnostic Report.
**Rockledge Regional Medical Center**: 07/11/2024 - Diagnostic Reports - 2 reports.

**Note:** Record dated 02/11/2024 is in a non-English language. It is translated and inserted for the purpose of completion.

**02/06/2024 - 02/08/2024 Emerald Princess Medical Center. Inpatient Admission Records**.

02/06/2024 Jericho Bautista, M.D. Emergency Department Record.
The patient was brought in by her husband, who stated that his wife is unwell and is shivering and having chills. Husband reported that she has been dehydrated for the past couple of days, but she got better. While being triaged, she started feeling nauseous and vomited. Covid and influenza tests came back negative.

She reports having low back pain for the past 2 days associated with pain in the right inguinal area. She has not been drinking and has only had about 2 glasses of water today. Also reports her urine looked weird.

She was started on ceftriaxone, metronidazole, dopamine, and sodium chloride.

Also started her on hydrochlorothiazide and amoxicillin/clavulanic acid.

Diagnosis: Volume depletion.

02/08/2024 Jericho Bautista, M.D. Discharge Summary:

The patent was discharged in improved and stable condition.

Diagnoses: Septic shock. Volume depletion. Urinary tract infection.

Referred to Internal Medicine.

**02/06/2024 - 02/26/2025 Constant Therapy Records.**

The patient participated in Cognitive, Speech and Language therapy from 02/06/2024 to 02/26/2025.

**02/11/2024 Radiologia E. Imagen Zaragoza, S.C. MRI of the Brain.**

Impression:
1. Acute ischemic cerebrovascular event in the territory of the left posterior cerebral artery and left middle cerebral artery.
2. Decreased cerebral volume of frontotemporal cortical type.
3. Perivascular dilation in the topography of the basal ganglia.

**02/22/2024 - 07/10/2024 Ansley Madala, M.D./Jaimin Shah, M.D. – Mayo Clinic. Progress Notes.**

Previous Neurology History (Visit dated 02/22/2024):
The patient presented to MCF Emergency Department after a recent left MCA territory stroke. She was on a cruise going to Mexico with her husband when she began to have blood pressure derangements, with hypotension on 02/06/2024. When she regained consciousness after she syncopized in the setting of hypotension, she began to demonstrate difficulty speaking notably, and she was experiencing difficulty getting words out. Thereafter, she was taken to be evaluated by the cruise ship medical personnel with ultimate hospitalization at Hospital Mexico for stroke workup. In Mexico, she underwent a brain MRI. Furthermore, on evaluation in Mexico, she demonstrated visual field deficits with inability to see the left half in both eyes. Her sepsis was attributed to a kidney infection, and she was subsequently treated with antibiotics. She was treated with a 10-day course of Cerebrolysin for stroke and given prescriptions for atorvastatin, aspirin, and blood pressure medication.

In the ED, she was evaluated by Neurology as a consultation due to the recent left parietooccipital and posterior temporal lobe subacute infarction with residual expressive aphasia and partial bilateral hemianopsia. Her NIH stroke scale was 2 at this time for visual field deficits, moderate expressive aphasia with inability to produce full sentences.

She was discharged home thereafter with continuation of aspirin, daily atorvastatin, with plans for brain MRI as well as stroke labs in the outpatient setting.

MCF Neurology Outpatient Visit 05/21/2024:
The patient has been improving from a speech standpoint as well as visual standpoint. She was previously being evaluated by speech language pathology in the outpatient setting 2 times a week. However, she has been able to graduate to the next level and currently sees

in 1 time every week. She is currently on a computerized therapy per speech language pathology called "Constant Therapy." She saw her cardiologist yesterday who ordered an echocardiogram as well as a stress test. Thirty-day Holter monitor was reviewed as well as her outside cardiologist where no occult atrial fibrillation was detected. She went to Quest Diagnostics in her hometown in March 2024 and this revealed an LDL of 77. She continues to remain on daily aspirin as well as blood pressure medications with occasional checking of her blood pressure at home.

07/10/2024, Ansley Madala, M.D.: The patient continues to work with Constant Therapy for speech improvement with her iPad daily. She reports that this has been very beneficial for her. She recently went on a trip/cruise with her husband in New York to many northeastern states. Currently, regarding her speech, she reports that she continues to experience some difficulty. However, she reports a significant improvement of up to 85% improvement in her speech since the episode of stroke. She reports that she predominantly experiences this difficulty with word finding when she is in the middle of a sentence. She also reports difficulty with numbers, though does state that she was “never good with numbers to begin with.” She reports that she has a hard time with mental calculations, remembering numbers including ages. She does report that when she was out walking, if she were to walk for a prolonged period of time, she will feel as if her brain is getting “tired. She reports that this has been new since her stroke.

She reports that she has had improvement with her vision but it was not completely resolved. She states she still has difficulty with peripheral vision in her right eye. She has continued to follow along with MCF Neuro-Ophthalmology for evaluation. She has continued to defer from driving during this time, given her peripheral vision findings.

She does report that she has had a cough that has been persistent over the past couple of months. Specifically, she reports a dry cough that is persistent. Cough arose after she experienced her stroke. She states that she was given Tessalon Perles and other cough suppressant medications without relief. Her husband reports that she “eats lozenges“ all throughout the day. He states that it is becoming increasingly more concerning to him and that it has not improved despite all the measures they have taken so far.

**She is a retired elementary school teacher.** She lives with her husband of over 50 years. Continues to refrain from driving at this time, given peripheral vision.

Assessment/Plan: Suspected stroke mechanism at this time remains cryptogenic.

Recommended repeat MRI of the brain in 6 months for monitoring of stability/progression of left parasagittal meningioma. Instructed to follow up with Neuro-Ophthalmology for visual field testing. Transthoracic echocardiogram ordered by outside cardiologist on 07/11/2024. Instructed to continue aspirin, atorvastatin, enalapril, and amlodipine. Advised to record blood pressures and send to primary care physician after a total of 7 days as well as update on improvement of cough thereafter. Instructed to follow up with MCF Neurology in 6-12 months or sooner if needed. Advised to engage in moderate aerobic

physical exercise, maintain a heart-healthy diet, abstain from tobacco use, and continue to refrain from driving given peripheral field deficits.

**07/11/2024 Subroto Acharjee, M.D. – Rockledge Regional Medical Center. Diagnostic Reports.**

Lexiscan Stress Test:
Impression:

1. Adequate hemodynamic response to Lexiscan Infusion.
2. No EKG changes to suggest ischemia.
3. Symptoms are equivocal for ischemia since Lexiscan may cause symptoms.
4. No significant arrhythmias noted.
5. Nuclear images pending.

Nuclear Stress Test:
Impression:

1. Gated imaging revealed a stress ejection fraction of 82% without wall motion abnormalities and normal thickening in all segments.

There were no high-risk markers noted with a normal TID ratio.

**Medical Summary Addendum (1): 09/11/2025**

**09/23/2024 Mayo Clinic Neuro-Ophthalmology (Misha Pless, M.D.):**

Ms. O'Malley was seen in follow-up for partial density, partial right sided homonymous hemianopic visual field deficit in context of recent left sided middle cerebral artery (posterior division) parietal stroke. She has early internal retinal membrane irregularities OS; Pseudophakic OU, and Presbyopia OU. The visual field defect was no longer apparent on estrogen visual field testing. As such the prohibition to drive can be lifted. It was mentioned to the patient that there is more to driving than just the vision components, there are orientation, motor components, as well as hearing. Her husband reported that she seldom drives. She should also be careful with walking, as well as other motor activities. There is no need for further follow-up with neuro-ophthalmology. Her local eye provider can follow her now.

# Robert P. Tremp Jr., MA, CRC, CLCP

*Mr. Tremp has years of experience working with all aspects of disabling problems including traumatic brain injury, spinal cord injury, amputations, severe burns, and etcetera.*

**Curriculum Vitae**

**Education:**

M.A. *Special Education and Rehabilitation Counseling*, University of Arizona, 2004.

Internship: Arizona Department of Economic Security, Rehabilitation Services Administration, Phoenix, Arizona, 2004 – 2005.

Scholarship to enhance quality of services delivered to persons with disabilities seeking vocational rehabilitation and counseling funded by the Arizona Department of Economic Security and U.S. Department of Education.

B. A. *Interdisciplinary Studies and Social Science, Human Resources and Society*, Michigan State University, 2002.

**License/Certifications:**

- *Licensed Associate Counselor,* Arizona Board of Behavioral Health Examiners, #314188 (expired)
- *Provisional Mental Health Counselor*, Florida Department of Health, #989 (expired)
- *Certified Rehabilitation Counselor*, 2004 Commission on Rehabilitation Counselor Certification, #73783
- *Certified Life Care Planner*, 2006 Commission on Health Care Certification, #0954

**Professional Experience:**

- **Client M.D. Life Care Plans,** (2024-Present)
- **Client M.D. Life Care Plans partnered with Discovery Life Care Planning & Vocational Rehabilitation, LLC** (2022-2024); merged into Client M.D. Life Care Plans in 2024
- **Life Care Planners of America, LLC** (2023-2024)
- **Discovery Life Care Planning & Vocational Rehabilitation, LLC (**2021-2024**)**
- **Deutsch, Tremp & Tremp, LLC,** (2014-2021)

Life Care Planning:

Develop comprehensive and needs-driven-Life Care Plans. Identify acute, short-term, long-term, medical care and rehabilitation needs of individuals secondary to disability, consistent with the definition of Life Care Planning developed by the International Academy of Life Care Planners and approved at the 2000 Life Care Planning Summit.

Clearly communicate future care needs and the effects of patient-specific-disability characteristics to all parties involved.

Utilize a Team-Approach to provide a thoroughly researched plan based upon medical, case management, rehabilitation and psychological foundations.

Earning Capacity Evaluations:

Pediatric and Adult earning capacity opinions provided on a pre and post-injury basis.

Evaluate ability to work and earn wages in the competitive labor market while considering background, age, training, skills, aptitudes, interest profile, access to the labor market and placeability.

For pediatric cases, the vocational development of the child is determined relative to the occupational history of parents/family members, educational records and standardized test results to determine vocational development potential.

**Deutsch, Tremp and Tremp, LLC** Florida, Arizona, Michigan (2014-2021)

Life Care Planning:

Develop comprehensive and needs-driven-Life Care Plans. Identify acute, short-term, long-term, medical care and rehabilitation needs of individuals secondary to disability, consistent with the definition of Life Care Planning developed by the International Academy of Life Care Planners and approved at the 2000 Life Care Planning Summit.

Clearly communicate future care needs and the effects of patient-specific-disability characteristics to all parties involved.

Utilize a Team-Approach to provide a thoroughly researched plan based upon medical, case management, rehabilitation and psychological foundations.

Earning Capacity Evaluations:

Pediatric and Adult earning capacity opinions provided on a pre and post-injury basis.

Evaluate ability to work and earn wages in the competitive labor market while considering background, age, training, skills, aptitudes, interest profile, access to the labor market and placeability.

For pediatric cases, the vocational development of the child is determined relative to the occupational history of parents/family members, educational records and standardized test results to determine vocational development potential.

**Arizona Vocational Consulting and Professional Services, Inc.** Phoenix, Arizona (2012 – 2014)

Retained in cases requiring the development of a Life Care Plan specifying future care needs and rehabilitation.

Vocational Rehabilitation/Rehabilitation Consultation and Expert Witness, Circuit Court and Federal Cases. Render expert opinions in cases related to personal injury, workers' compensation, employment law, family law, medical malpractice, and product liability.

Develop vocational rehabilitation reports rendering opinions in cases related to any alteration of earning capacity.

Administer, score and interpret comprehensive testing batteries, including but not limited to verbal and performance aptitude, vocational interests, manual dexterity and personality characteristics.

**Career Consultants of America, Inc., Michael Shahnasarian, PhD.** Tampa, Florida (2009 - 2012)

Assist with vocational counseling, assessment, and research services in a private practice specializing in vocational rehabilitation and life care planning (adult and pediatric). Assist with vocational research and support relating to labor market research. Specific responsibilities include:

Assist with earning capacity analyses and developed Life Care Plans for persons with disabilities.

Administered standardized psychological, vocational and educational tests.

Consulted with health care providers, family members, employers and other parties to assess disability-related employment issues.

**Vocational Diagnostics, Inc., Robert H. Taylor, MA, CRC, CLCP, LPC** Phoenix, Arizona (2007 - 2009)

Assessed loss of earning capacity claims and future care needs following onset of physical and/or mental disability.

Provided vocational research support and opinion related to, earning capacity analyses, labor market research and Life Care Planning for persons with disabilities.

Provided assessment of vocational potential and aptitude, vocational rehabilitation counseling, vocational testing and evaluation.

Provided rehabilitation/vocational guidance for adolescents, students and adults with disabilities.

Consulted with medical providers, family members, employers, attorneys and all other pertinent parties with regard to post injury planning.

Provided rehabilitation counseling to persons with disabilities.

**Value Options, Inc.**, Phoenix, Arizona (2004 - 2007)

Provided clinical leadership and oversight of service delivery to consumers receiving disability services; responsible and accountable for ensuring consumer's behavioral health needs and disability needs were met.

Provided written vocational rehabilitation reports. Administered and interpreted vocational testing batteries.

Provided supervision to a team of case managers providing direct services to persons with severe mental illness (SMI).

Worked with the treatment team (including patients, family members, community providers, psychiatrist, nursing staff, psychologist, case managers, and others) to assess needs and implement individualized plans of care and services.

Interviewed consumers and family members to develop individual service plans (ISP's) and assessments (comprehensive treatment plans displaying consumers' projected needs and services, as well as goal statements).

Provided counseling to consumers with serious mental illness.

Administered vocational testing batteries and interpreted results.

**Department of Economic Security,** Phoenix, Arizona (2001 - 2004)

Managed general caseload of persons with disabilities receiving vocational counseling services.

Developed Individualized Plans for Employment (IPE/IWRP) detailing needs to ensure proper rehabilitation services. Applied knowledge of Federal and State laws, statutes,

rules and regulations pertaining to provision of vocational rehabilitation services to persons with disabilities.

Applied principles and practices of vocational rehabilitation and independent living; analyzed functional limitations imposed by a variety of disabling conditions; utilized resources available in the community and integration of services.

Provided supportive counseling techniques to enhance client's understanding of their disability; analyzed qualifications and requirements for a wide range of occupations and labor market trends applicable to the community.

Interviewed and counseled consumers to elicit and provide information; resolve problems; motivate and achieve predicted outcomes while protecting confidentiality and the rights of the individual.

Performed medical, psychological and vocational data analysis for evaluation and interpretation as it impacted potential employment and or independent living. Provide supervision of case managers and support staff.

Administered and interpreted vocational testing batteries.

**Professional Recognition:**

*Leadership Award,* Development of alternative finances and grant writing proposals for the Trilateral Partnership for the Development of Community Rehabilitation and Studies, Hermosillo Mexico, University of San Diego, Universidad de Sonora, Universidad del Noreste, University of Arizona 2004.

# Robert P. Tremp Jr., MA, CRC, CLCP

| Year: 2012 | | | |
|---|---|---|---|
| **Case** | **Case No.** | **Testimony** | **Date** |
| Tina Fleitz v. James Baker et al.<br>Taber, Tyrell (Plaintiff) | CV2011-001585 (AZ) | Deposition | 5/2/2012 |
| Timothy Lee v. M and H Enterprises<br>Lyons, George (Plaintiff) | CV2010-001154(AZ) | Deposition | 6/5/2012 |
| Kenneth Ritchie vs. Tim Costello et al.<br>Pearson, Mike (Plaintiff) | CV2011-80212(AZ) | Deposition | 11/19/2012 |
| **Year: 2013** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Timothy Lee v. M and H Enterprises<br>Lyons, George (Plaintiff) | CV2010-001154(AZ) | **Trial** | 1/25/2013 |
| Penny Shaffer v. Joseph Ortiz<br>Wattel, David (Plaintiff) | CV2012-093237(AZ) | Deposition | 4/3/2013 |
| Daniel Salazar v. United States of America<br>Mosier, Robert (Plaintiff) | CV-11-1184-PHX-SPL<br>Federal Court | Deposition | 4/5/2013 |
| **Year: 2014** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Philip Zeblisky v. Washington Elementary School Dist. No. 6<br>Ostreicher, Jeffrey (Plaintiff) | CV2013-013631(AZ) | Deposition | 5/1/2014 |
| Michael Weiland v. Bryan Wall, M.D.<br>Levin, Mick (Plaintiff) | CV2012-004798(AZ) | **Trial** | 6/11/2014 |
| Charles Nixon v. Hayman Multi- Care<br>Cunningham, Shawn (Plaintiff) | CV2013-00433(AZ) | Deposition | 7/17/2014 |
| Hawkins/Mascaro v. Mascaro, et al.<br>Wattel, David (Plaintiff) | CV2011-011925(AZ) | **Trial** | 9/18/2014 |
| Jennifer Stamm v. Scottsdale Training and Rehabilitation Services, et al.<br>Page, Jim (Plaintiff) | CV2012-054610(AZ) | Deposition | 12/29/2014 |
| Kabrina Kershaw v. Arizona Hand & Wrist et al.<br>Snyder, Brian (Plaintiff) | CV2013-52200(AZ) | Deposition | 11/24/2014 |
| **Year: 2015** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Joseph Planter v. Gary Wilczek<br>Alex, Andrew (Plaintiff) | N.Y. Supreme Ct. 2010-004131(NY) | Deposition | 3/25/2015 |
| James Wedel v. Western Refining Co.<br>Wenk, Russell (Plaintiff) | 2013DCV3496(TX) | Deposition | 4/8/2015 |
| Saul Calderon v. Hetal C. Chah, et al.<br>Alex, Andrew (Plaintiff) | CV2013-52200(AZ) | Deposition | 4/23/2015 |
| Sandra Wiley v. Newport Rithchey Hospital<br>Roth, Robert (Defense) | 51-2012-CA (FL) | Deposition | 5/13/2015 |
| Jennifer Stamm v. Scottsdale Training and Rehabilitation Services, et al.<br>Page, Jim (Plaintiff) | CV2012-054610(AZ) | **Trial** | 8/17/2015 |

| | | | |
|---|---|---|---|
| Ennis, Lanna v. Neunschwander, M.D.<br>Randall, Anne (Plaintiff) | 14-28382-NH(MI) | Deposition | 8/19/2015 |
| Ralph Sidell v. Selective Insurance<br>Foley, Kate (Plaintiff) | 1:2014 cv00558 (NY) | **Trial** | 10/13/2015 |
| Orlando Martinez v. DPD Midstream<br>Medina, Israel (Plaintiff) | 2014-60902 (TX) | Deposition | 11/10/2015 |
| **Year: 2016** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| David Santiago v. Osceola Regional Hospital<br>Draper, Charles (Plaintiff) | 12-CA-4175ON (FL) | Deposition | 1/28/2016 |
| Alayna Ishmael v. General Growth Properties<br>Hoffer, Michael (Defense) | 2014-RCCV372 (GA) | Deposition | 3/14/2016 |
| Homayoun Iravani v. Wal-Mart Stores<br>Bolin, Andrew (Defense) | H27-2014-CA1223 (FL) | Deposition | 5/2/2016 |
| Robert Schilleman v. Corizon Health<br>Chami, David (Plaintiff) | 14-01825 (AZ) | Deposition | 5/10/2016 |
| Michael Spradlin v. Ring Power Corp,<br>Genie Industries and Terex Corp. | 16-2014-CA1165MA (FL) | Deposition | 6/16/2016 |
| Patrick Sutter v. Robert C. Youngman<br>Lopez, Fermin (Plaintiff) | 2014-11664 CIDL (FL) | Deposition | 6/28/2016 |
| Isaish Fileus v. HHC Atlantic, LLC<br>Waring, Michael (Defense) | 502013CA015051 (FL) | Deposition | 6/28/2016 |
| David Johnson v. Christ Hospital<br>Brannon, Dwight (Plaintiff) | A1501878 (OH) | Deposition | 7/1/2016 |
| Preston Stern v. St. John's Rehab. Hospital<br>Martin, Matthew (Defense) | CACE-15-006320 (FL) | Deposition | 7/13/2016 |
| Martinez, Julio v.Bland Farms<br>Production & Packing<br>Jones, Justin (Plaintiff) | 2014-V-230-CR (GA) | Deposition | 7/18/2016 |
| Glass, Sharon v. Arizona Center for<br>Hematology and Oncology,PLC<br>(Snyder, Brian) (Plaintiff) | CV2014-01475 (AZ) | Deposition | 8/25/2016 |
| Williams, Chris V. Carnival Corporation<br>(Walker, Christine) (Defense) | 15-CV-22763-KMM (FL) | Deposition | 8/29/2016 |
| Ingerto, Mark V. John B. Turner, MD<br>Caldwell, Thomas (Plaintiff) | 2016 30386CICI (FL) | Deposition | 9/8/2016 |
| Biggs, Shawn V. Midway Chevrolet Company<br>Negretti, Jonathan (Plaintiff) | CV2015-001982 (AZ) | Deposition | 9/22/2016 |
| Santiago, Jose<br>Cancia-Biaggi, Juan (Plaintiff) | 3:14-CV-01551-CVR (PR) | Deposition | 10/5/2016 |
| Mangione, Joseph V. William E. Felicetti,<br>S&B Industrial Minerals North America, Inc.<br>Boyd, Steven (Plaintiff) | Index No.150586<br>Niagara County (NY) | **Trial** | 10/6/2016 |
| Clyburn, Stanley & Hill V. Murphy<br>Duquin, Scott (Plaintiff) | Index No. 001247-2013<br>Erie County (NY) | **Trial** | 10/7/2016 |

| | | | |
|---|---|---|---|
| Brooklyn Wallace V. Centura Health<br>Eldredge, Scott (Plaintiff) | 2016 CV 30014 (KS) | Deposition | 11/22/2016 |
| Larsgard, John V Ryan<br>Chami, David (Plaintiff) | 2:12-CV-02149-SPL | **Trial** | 12/21/2016 |
| **Year: 2017** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Blake, Jennifer V. Werner Enterprises<br>Blake, Nathan, Blake, Brianna<br>(Hilty, Amanda) (Defense) | #2015-36666<br>127th District Court (TX) | Deposition | 1/19/2017 |
| Deitz, Mykendra V, BWC Trucking<br>(Lewis Brisbois Bisgaard Smith)(Defense) | Case # 2:15-CV-08257 (WV) | **Trial** | 2/1/2017 |
| Maxwell, Maison V. Michelle-Vogel-MD, Sarah<br>Eldredge, Scott | 16-CV-30434 (CO) | Deposition | 2/28/2017 |
| Trejo, Raymond V. Stodola<br>Torba, Brian (Plaintiff) | CV-2015-093676 (AZ) | Deposition | 3/10/2017 |
| David Johnson v. Christ Hospital<br>Brannon, Dwight (Plaintiff) | A1501878 (OH) | **Trial** | 3/30/2017 |
| Van Scotter V Lamontagne<br>Yochim, Karen (Divorce) | 01-2013-DR-003410 (FL) | Deposition | 4/12/2017 |
| Van Scotter V Lamontagne<br>Yochim, Karen (Divorce) | 01-2013-DR-003410 (FL) | **Trial** | 5/3/2017 |
| Cisneros, Javier V Gerrardo Barraza<br>Lopez, Joe (Plaintiff) | 2013 DCV-2790 (TX) | Deposition | 5/15/2017 |
| Puthiyapurayil, Haridas<br>Vandenbrink, Jessica (Plaintiff) | Arb. No. 13305 (CA) | Deposition | 7/19/2017 |
| Stafford, Deann V Watersound Beach<br>Kennedy, Cameron (Plaintiff) | 2015-CA-281 (FL) | Deposition | 7/21/2017 |
| Roebuck, Raymond V Haven Hale<br>Broughan, Crystal (Defense) | 2014-CA-002481 (FL) | Deposition | 7/28/2017 |
| Wise, Shelby V Union Elementary School Dist.<br>Breyer, Mark (Plaintiff) | CV-012481 (AZ) | Deposition | 8/7/2017 |
| Parker, Jerome V Richardson, Oneka<br>Charles Merkel (Plaintiff) | CV-15-107-PA (MS) | **Trial** | 8/22/2017 |
| Cawthorn, Madison V Auto Owners<br>Kalbac, Joseph (Plaintiff) | CV-02240 (FL) | Deposition | 8/29/2017 |
| Stelly, Nelda V Cambridge Downs<br>Blaska, Charles (Plaintiff) | 14-EV-002610-D (GA) | Deposition | 9/5/2017 |
| Dan Hughes V Ritz-Carlton Hotel<br>Michael Gaines (Plaintiff) | 16SL-CC00634 (MO) | Deposition | 9/28/2017 |
| Matthew Wallick V Red Coach, Inc.<br>David Harrigan (Defense) | 2016-CA-000272 (FL) | **Trial** | 11/8/2017 |
| Roger Burns, IV V Amisub et al.<br>Lisa Weinstein (Plaintiff) | 2015-CP-46-03507 (SC) | Deposition | 11/16/2017 |
| **Year: 2018** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |

| | | | |
|---|---|---|---|
| Jeff Salliotte V Ford Motor Company et al.<br>Michael Hersch (Plaintiff) | 2014-CA-001436 (FL) | Deposition | 1/16/2018 |
| Donna King V Charles West et al.<br>Simon Wiseman (Plaintiff) | 2016-CA-009011-O (FL) | Deposition | 1/22/2018 |
| Mark Hodgin V Wellstar Health System et al.<br>John Bevis (Plaintiff) | 15-A-1538 (GA) | Deposition | 1/25/2018 |
| Mark Wieczorek V State Farm Auto Ins.<br>Andrew Rariden (Plaintiff) | 6:17-CV-00379-JA-KRS (FL) | Deposition | 2/1/2018 |
| Jayme Mast V Gerard Desimone<br>Lea Costanzo (Plaintiff) | 803977/2016 (NY) | **Trial** | 2/6/2018 |
| Zachary Beasley V Pediatrix of Maryland<br>Chris Norman (Plaintiff) | 429801 V (MD) | Deposition | 2/18/2018 |
| Manuel Martinez V James Martin, MD<br>Gerald Jowers (Plaintiff) | 13-CP-10-1392 (SC) | Deposition | 3/7/2018 |
| Sherry Coffman V O'Reilly Automotive<br>Tom Carse (Plaintiff) | 01-16-0004-8627 (TX) | Deposition | 3/9/2018 |
| Jackson Canavan V Sway<br>Justin Sorel (Defense) | 502016CA010055(FL) | Deposition | 3/19/2018 |
| Michael Warren V Mark Best<br>Dennis Hernandez (Plaintiff) | 16-CA-7952 (FL) | Deposition | 4/4/2018 |
| Serge Myrtil V Rolando Garcia<br>Cosme Caballero (Plaintiff) | 2016-004811CA 06 (FL) | Deposition | 4/19/2018 |
| Sandra Hudson V Delwyn Worthington<br>Burg Simpson (Plaintiff) | CV2016-005309 (AZ) | Deposition | 6/7/2018 |
| Odette Massoud<br>Thomas Grissoni (Plaintiff) | CV2017-0967689 (AZ) | Deposition | 6/13/2018 |
| Braylon Jordan V Maxfield Overton<br>Victor Welsh (Plaintiff) | CV22-CWR-LRA (MO) | **Trial** | 6/27/2018 |
| Tim Poiniatowski V Linda Luce<br>David Heil (Plaintiff) | 2014 10016 CIDL(FL) | Deposition | 7/17/2018 |
| Serina Holguin V Nicole Cardenas<br>Brian Torba (Plaintiff) | CV2016-096261(FL) | Deposition | 8/16/2018 |
| Saul Contreras V HS Supply<br>Gant Pierce (Plaintiff) | BC65-7737 (CA) | Deposition | 8/22/2018 |
| Tammi I Griffin V Gaten L Blanchette<br>W. Andrew Rariden, Esquire (Plaintiff) | 6:17-CV1748-Or1-18(FL) | Deposition | 9/10/2018 |
| Tamera Mata V Gary Louis Escobar<br>Daniel Torrens (Plaintiff) | CV2016-01348 (AZ) | Deposition | 9/11/2018 |
| Jacquelyn Johnston V Gary Border<br>Jason Gordon (Plaintiff) | No. 17-10642 (FL) | **Trial** | 10/3/2018 |
| Sylvia Arab V Larkin Community Hospital<br>Jorge P. Gutierrez (Plaintiff) | 17-23828CA01 (FL) | Deposition | 10/17/2018 |
| J.D.Rentas V United States of America<br>Kenneth Suggs (Plaintiff) | 1:16-CV-1190-SS (SC) | Deposition | 10/19/2018 |

| | | | |
|---|---|---|---|
| Saul Martinez Contreras V HD Supply<br>Gantt Pierce (Plaintiff) | BC647737 (CA) | **Trial** | 10/22/2018 |
| Scott Stratmann V AAA Insurance Company.<br>David Wattel (Plaintiff) | 6:15-cv-01036 (AZ) | Deposition | 10/29/2018 |
| Margaret Armstrong V Target<br>Karina Perez (Plaintiff) | 8:2018cv00938 (AZ) | Deposition | 11/1/2018 |
| Thumbelina Hinshaw V United States of America et al<br>Linda Lam (Plaintiff) | CV-15-01847-PHX-JWS (CA) | Deposition | 11/5/2018 |
| Jonathan Menendez V Fluor International Inc.<br>Kenneth Goode (Plaintiff) | 6:14-CV-04902-BHH (SC) | Deposition | 11/6/2018 |
| Jerome Ross v Kish<br>Jack Grewer (Plaintiff) | No. 2016 L077 | Deposition | 11/14/2018 |
| Barbara Sutterfield v Ronald Burt<br>Jerry Levy (Plaintiff) | 2018-CV-000082 (KS) | Deposition | 11/20/2018 |
| Nicholas Hearndon v George William Gray Jr. M.D P.A<br>Michelle DeLong (Plaintiff) | 31-2017-CA-000203 (FL) | Deposition | 11/27/2018 |
| Roy Turner v Meritus Medical Center Inc., et al<br>Christopher Norman (Plaintiff) | 21-C-17-61176 (MD) | Deposition | 11/29/2018 |
| Kylie Fox v The John Hopkins Health System Corporation, et al.<br>Keith Forman (Plaintiff) | 24-C-18-000642 MM (MD) | Deposition | 12/17/2018 |
| **Year: 2019** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Maria Alvidrez v Daniel Frasier<br>S. Burgess Williams (Plaintiff) | D-1-GN-17-006858 (TX) | Deposition | 1/9/2019 |
| Roger Vitkansas v New Your City Transit Authority<br>Gerard Misk (Plaintiff) | 162725/15 (NY) | **Trial** | 1/10/2019 |
| John Ganczak v Houston Healthcare System Inc.<br>Gerald Jowers (Plaintiff) | 17-CV-386 (GA) | Deposition | 1/15/2019 |
| Jean Henriquez Rodriguez v 160 West 118th Street Corp et al<br>Marvin Fuhrman (Plaintiff) | 23380/2014E (NY) | **Trial** | 1/30/2019 |
| Deniya Jackson v Harbor Hospital, Inc. D/B/A Medstar Harbor Hospital, et al<br>Chris Norman (Plaintiff) | 24-C-18-001463 (MD) | Deposition | 2/11/2019 |
| Michael Warren V Best Mark<br>Dennis Hernandez (Plaintiff) | 16-CA-7952 (FL) | **Trial** | 2/21/2019 |
| Ankrom v Wal-Mart<br>Todd Wiseman (Plaintiff) | No. 15-C-319 (WV) | **Trial** | 2/27/2019 |
| Jesus Marin & Zunilda Marin v. 60 Broad Street, LLC et al<br>Keith Gross (Plaintiff) | 152266/13E (NY) | **Trial** | 3/8/2019 |
| John M. Williams v. Tiffany Davidson et al<br>William Jones (Plaintiff) | 18CV3693 (GA) | Deposition | 4/4/2019 |

| | | | |
|---|---|---|---|
| Korie Soares v. Developmental Therapy Inc., et al<br>Fred Sayre (Plaintiff) Katrina Yu (Plaintiff) | 37-2017-00011759-CU-PO-CTL (CA) | Deposition | 4/5/2019 |
| Karissa Smith v. Wal-Mart Stores<br>Renee Knaust (Defense) | 17-CV-2993-T-24JSS (FL) | Deposition | 4/8/2019 |
| Anthony Ellis v. Emily Trevino et al<br>Stephanie Miles (Plaintiff) | 17-CA-003495 (FL) | Deposition | 4/10/2019 |
| Raymond Kirkpatrick v. Van Ness Orthopedics & Sports Medicine Inc, et al<br>Josh Tolin (Plaintiff) | 17SF-CC00226 (MO) | Deposition | 4/11/2019 |
| Jacoby Montgomery, a minor, By and through his next friend, Carrie Montgomery v. Phillip L. Kintner, MD et al<br>Josh Tolin (Plaintiff) | 17SF-CC00157 (MO) | Deposition | 4/12/2019 |
| Luis Lopez v. Charly Elie et al<br>Catherine Darlson (Plaintiff) | CACE-17-014682 (FL) | Deposition | 4/14/2019 |
| Barbara Sutterfield v. Ronald Burt, MD<br>Jerry K. Levy (Plaintiff) | 2018-CV-000082 (KS) | **Trial** | 5/15/2019 |
| Christopher J. Peters v. Image Building Systems, L.L.C. et al<br>Brian Fawber and Mark Breyer (Defense) | CV2015-005067 (AZ) | **Trial** | 5/20/2019 |
| Brittany Kirby v. The Hertz Corporation and Bernard Ward<br>Karen Wasson (Plaintiff) | 2015 30537 CICI DIV. 32 (FL) | Deposition | 5/29/2019 |
| Linda Watts v. Home Depot, USA<br>J. Kyle Bachus (Plaintiff) Claire Soto (Plaintiff) | 1:17-CV-01320-WJM-MEH (CO) | Deposition | 6/20/2019 |
| Theresa Quirion v. Kevin Hoddinott, MD et al<br>Scott McMillen (Plaintiff)<br>Allison McMillen (Plaintiff) | 2017-1334-CAG (FL) | Deposition | 6/26/2019 |
| Kathryn Burns v. USAA<br>Daniel Ryan (Plaintiff)<br>Thomas Ryan (Plaintiff) | CV-17-880062 (OH) | Deposition | 7/1/2019 |
| Gale Crawford v. University Hospitals of Cleveland Medical Center et al.<br>Daniel Ryan (Plaintiff) | CV-17-888647 (OH) | Deposition | 7/2/2019 |
| Kyle Power and Estefania Bates v. Bigge Crane and Rigging Co.<br>Rick Block (Plaintiff)<br>Dustin Middleton (Plaintiff) Ryan Rudd (Plaintiff) Brian Brandt (Plaintiff) | RIC 1719507 (CA) | Deposition | 7/6/2019 |
| Eileen Kress V Ethicon Inc.<br>Laura Baughman (Plaintiff) | 2:14-cv-19292 (FED) | Deposition | 7/17/2019 |
| Craig Salvani V Corizon Health<br>Allistar McKenzie (Plaintiff) | CV-24567 (FL) | Deposition | 7/19/2019 |
| Robert Wade V AOSH<br>James R. Page (Plaintiff) | CV-2015-055432 (AZ) | Deposition | 8/6/2019 |

| | | | |
|---|---|---|---|
| Sarah Wilkins and Sebastian Wilkins, a minor, by and through his Next Friend and Mother V University of Kansas d/b/a University of Kansas Medical Center, et al.<br>Jeff Carey (Plaintiff) | CV-2016-000792 (MO) | Deposition | 9/19/2019 |
| Danette Scott V Lake Hospital System, Inc. et al.<br>Chris Patno (Plaintiff) | CV 17 887614 (OH) | Deposition | 9/20/2019 |
| Tasha Steele V Willam Marshall<br>Clancy Boylan (Plaintiff) | (PA) | **Trial** | 10/2/2019 |
| Eric Thomas V Steven Hirshorn (Plaintiff) | CV-2017-6065924-S (CT) | Deposition | 10/4/2019 |
| Joao Abilio Silva V Conti Enterprises, Inc. et als (Plaintiff) | MID-L-7167-15 (NJ) | **Trial** | 10/23/2019 |
| Minne Ingram V State Farm Mutual Automobile Insurance Company<br>W. Doug Martin (Plaintiff) | 2018-CA-001420 (FL) | Deposition | 10/28/2019 |
| Brad Kidder V CPLG FL Properties, LLC a foreign Limited<br>Liability Company d/b/a La Quinta Inn & Suites (Plaintiff) | 2018-018810 CA (13) (FL) | Deposition | 10/29/2019 |
| Gregory S. Davis vs J&H Waterstop Utilities, Inc. and et als (Plaintiff) | 2018-CA-002364 (FL) | Deposition | 11/12/2019 |
| Tammy Pizzitola vs Ehticon, Inc., et al (Plaintiff) | Civil Action 2:13-cv-00249 (TX) | Deposition | 11/18/2019 |
| Shiron Mills vs FCA US LLC f/k/a<br>Chrylser Group L.L.C., et al (Plaintiff) | Civial Action 18-cv-01891-MSK-STV (CO) | Deposition | 11/25/2019 |
| Catia Prophete vs Schindler Elevator Corp. et al. (Plaintiff) | Case No. CACE-16-005462 (FL) | Deposition | 11/26/2019 |
| David Santiago vs Osceola Regional Medical Center (Plaintiff) | Case No. 2012-CA004175 (FL) | Deposition | 12/5/2019 |
| **Year: 2020** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Tonie Broadway vs Silver Springs Bottled Water Co. (Plaintiff) | 16-1680-CAG (AZ) | Deposition | 1/9/2020 |
| Jerez Luz VS Bartlett Steven (Plaintiff) | BER-L-000073-18 (NJ) | **Trial** | 1/14/2020 |
| Maurice Coleman, guardian of Claudia Coleman vs Impatient Consultants of Missouri, Inc. et al (Plaintiff) | 16SL-CC00476 (MO) | Deposition | 1/16/2020 |
| Tonie Broadway vs Silver Springs Bottled Water Co. (Plaintiff) | Case No. 2016-CA-1680 (FL) | **Trial** | 2/4/2020 |
| Gregory Davis vs J&H Waterstop Utilities et al (Plaintiff) | Case No. 2018-CA-002364 (FL) | **Trial** | 2/6/2020 |
| Robert W. Fogarty vs McDonald Transit Assoc, Inc. et al (Plaintiff) | Case No. 2018-CA-1258 (FL) | Deposition | 2/12/2020 |
| Eliza M. Santana V. York Hospital et al (Plaintiff) | Case No. 2011-SU-001971-82 (PA) | **Trial** | 3/4/2020 |
| Michael Rey vs FLP LLC dba Fine Living Products et al (Plaintiff) | Case No. CV2018-006290. (AZ) | Deposition | 3/5/2020 |

| | | | |
|---|---|---|---|
| David Santiago vs Osceola Regional Hospital, Inc. et al (Plaintiff) | Case No. 2012 CA 004175 ON. (FL) | **Trial** | 3/10/2020 |
| Muhammad Albasheer vs Board of Regents of the University System of Georgia, et al (Plaintiff) | Case No. 2016-RCCV-00582 (GA) | Deposition | 3/10/2020 |
| Charity Purdie, Individually & as Mother & Next Friend of Julian Waller minor vs Mercy Medical Center, Inc., et al. (Plaintiff) | Case # 24-C-19-001260 MM. (MD) | Deposition | 4/14/2020 |
| Curtis Feggins vs Dewayne Gilmore et al (Plaintiff) | SPCV18-00484-KA. (GA) | Deposition | 4/20/2020 |
| Nyle Mays vs Orlando Health, inc et al (Plaintiff) | 2016-CA-011164-O. (FL) | Deposition | 4/22/2020 |
| Angel Alban vs Jose E. Lopez and Horgan & Horgan, Inc. (Plaintiff) | 16-CA-7345-O. (FL) | Deposition | 5/13/2020 |
| William Coleman vs Blink Construction and Underground Specialists, inc. (Plaintiff) | Case No. 18-003264 (FL) | Deposition | 5/21/2020 |
| Norman Taylor vs James River Insurance Company (Plaintiff) | Case No. 2018-CA-13390-O. (FL) | Deposition | 6/3/2020 |
| Marilee Marlar vs Mark D. Oliver, MD. et al (Plaintiff) | Case No. 17-1963-CA. (FL) | Deposition | 6/23/2020 |
| Connor Leibel et.al vs City of Buckeye, et.al. (Plaintiff) | Case No. 2:18-cv-01743-DWL. (AZ) | Deposition | 8/6/2020 |
| Danielle Dover vs Shannon O'Boyle, Jr., et. al. (Plaintiff) | Case No. A-18-779904-C (AZ) | Deposition | 8/20/2020 |
| Limor Caspi vs Economy Preferred Insurance Co. (Plaintiff) | Case No, CV-19-4707-PHX-MTL (AZ) | Deposition | 8/25/2020 |
| Greg Jarman vs American Family Insurance Company (Plaintiff) | Case No. CV-18-00526-PHX-SMB (AZ) | **Trial** | 8/27/2020 |
| Shannon Dickson vs Kevin Leighton, et al (Plaintiff) | Case No. 2017-CA-010491-O (FL) | Deposition | 8/31/2020 |
| Heather Hill vs Publix Super Markets, Inc. (Plaintiff) | Case No. 2018 CA 336 (FL) | Deposition | 9/2/2020 |
| Lev I. Vinokur vs Fred Kraus (Plaintiff) | Case No. 2018-CA003288-O (FL) | Deposition | 9/8/2020 |
| Terry Pauling Fadley vs Encompass (Plaintiff) | Case No. CV2017-007473 (AZ) | **Trial** | 9/15/2020 |
| Rigoberto Manriquez, Jr. vs Nathan Timmons, et al. (Plaintiff) | Case No. 2020CV30413 Div 275 (CO) | Deposition | 10/29/2020 |
| Horacio Delgado Cueves vs Georgia-Pacific Consumer Operations, LLC, et al (Plaintiff) | Civil Action: 4:19-cv-00346-RSB-CLR (GA) | Deposition | 11/3/2020 |
| Cindy Thayer vs Randy Marion Chevrolet Buick Cadillac, LLC (Plaintiff) | Case No. 6:19-cv-00784-Orl-31LRH (FL) | Deposition | 11/4/2020 |
| Kelly Schroth, et al vs Monkey Trunks SACO, LLC, et al (Plaintiff) | Case No. 2:19-cv-131 (ME) | Deposition | 11/17/2020 |
| Scott Terrell, as POA of Marlene Terrell vs Munroe HMA Hospital, LLC, et al. (Plaintiff) | Case No. 18-CA-1453 (FL) | Deposition | 12/2/2020 |
| Bernadette Watson vs Benjamin F. Singleton and Central States Trucking Co. dba CST (Plaintiff) | Civil Action No. 2018-CP-07-02283 (SC) | Deposition | 12/3/2020 |
| Keving Watson vs April M. Johnson and Ranger Construction Industries, Inc. (Plaintiff) | Case No. 2019 10352 CIDL (FL) | Deposition | 12/14/2020 |

| | | | |
|---|---|---|---|
| Deandre Richard Sr. vs Children's Hospital of Michigan, Inc. et al (Plaintiff) | Case No. 19-011773-NH (MI) | Deposition | 12/17/2020 |
| **Year: 2021** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Karrie Ham vs Christopher Fischer and MKD Electric, Inc. (Plaintiff) | Cause No. 45D05-2001-CT-000005 (IN) | Deposition | 1/8/2021 |
| Supreet Singh vs Russell Harrison, First Transit, Inc., et al (Plaintiff) | Cause No. 2019-67175 (TX) | Deposition | 1/12/2021 |
| Sheila Knepfle vs J-Tech Corporation, et al (Plaintiff) | Case No. 8:115-CV-00543-TPB-CPT (FL) | Deposition | 1/25/2021 |
| Andrew Ridge vs Safeco Insurance Company of Illinois (Plaintiff) | Case No. 2019CA-003680 (FL) | Deposition | 2/8/2021 |
| Blake Swallows, a minor, Kristina Swallows, Kenneth Swallows vs. Donna Adams-Pickett, M.D., Doctors Hospital of Augusta, LLC., et al. (Plaintiff) | Civil Action No. 2015RCSC00152 (GA) | Deposition | 2/10/2021 |
| Kifah Adileh vs Jonathan Lewis Lavoie, Uber Technologies, Inc. et al. (Plaintiff) | Case No. 19-004043-CI (FL) | Deposition | 2/11/2021 |
| Nurie Jashari vs Danielle and John Doe Dewitt, et al. (Plaintiff) | No. CV2020-090336 (AZ) | Deposition | 2/22/2021 |
| Donna M. Witkowski vs Augustus Minardi (Plaintiff) | Case No. 2019 31849 CICI (FL) | Deposition | 2/23/2021 |
| Jesus Ivan Flores-Mendoza; Karla Shederi Zamora-Contreras, vs KGS Steel, Inc., et al. (Plaintiff) | Civil Action No. 68-CV-2016-900611 (AL) | Deposition | 2/24/2021 |
| Ayaz Mohammad vs Richard Etherton and Regal Marine Industries, Inc. (Plaintiff) | Case No. 2019-CA-012820-O (FL) | Deposition | 3/3/2021 |
| Candice Ward vs Harry Morris (Plaintiff) | Case No. 2019-CA-3242 (FL) | Deposition | 3/4/2021 |
| James Little vs New Prime Inc. et al. (Plaintiff) | CAFN: 1:19-cv-02683-MLB (GA) | Deposition | 3/11/2021 |
| Olivia Webb v. Bruce January M.D. (Plaintiff) | Cause No. 2019CI07649 (TX) | Deposition | 3/22/2021 |
| Christi Wadsworth vs. A&CC Express Inc., et al. (Plaintiff) | Case No. 2019-CA-002295000 000 (FL) | Deposition | 3/23/2021 |
| Jorge Zavala vs Carson and Lynette Earley (Plaintiff) | Case No. 18-CA-000363-AZ (FL) | Deposition | 3/24/2021 |
| Michael McDougald, et al. vs Coosa Country Club Corp., et al. (Plaintiff) | Case No. 19A77691 (GA) | Deposition | 3/30/2021 |
| James Indelicato vs. Martinez 2 Transport, LLC., et al. (Plaintiff) | Case No. 20-CA-4739 Div. F (FL) | Deposition | 4/6/2021 |
| Valerie Plymale vs Cheddar's Casual Café, Inc. (Plaintiff) | Civil Action No: 7:20-CV-00102-WLS (GA) | Deposition | 4/15/2021 |
| April Panozzo vs Marshalls of CA, LLC, et al., (Plaintiff) | Case No. BC632948 (CA) | Deposition | 4/22/2021 |
| Dalton Morrow vs Tucker Energy Services Inc. (Plaintiff) | Case No. CJ-18-188. (OK) | **Trial** | 4/27/2021 |
| Mark Zahler v Swift Transportation Co., Inc. (Plaintiff) | NO. 01-18-0001-9401 (AZ) | **Trial** | 4/28/2021 |
| Heather Hill vs Publix Super Markets Inc. (Plaintiff) | Case No. 2018 CA 336 (FL) | **Trial** | 5/5/2021 |

| | | | |
|---|---|---|---|
| Donna McGee vs Boston Scientific Corporation (Plaintiff) | Case No. 8:19-cv-1561-TPB-JSS (FL) | Deposition | 5/11/2021 |
| Eileen Warburton, et al v. Tio Gringo's Inc., et al. Atty: Steve Markey (Plaintiff) | Civil Action: 1:20-CV-00775-CCB (MD) | Deposition | 5/18/2021 |
| Susanna Regions v. Makk-Taylor Residential, Inc., et al Atty: Amy Wilson (Plaintiff) | CV2020-003909 (AZ) | Deposition | 5/20/2021 |
| Jorge Zavala vs Carson & Lynette Earley Atty: Justin Pimenta (Plaintiff) | Case No. 18CA000363AX (FL) | **Trial** | 5/25/2021 |
| Nicole Ford vs. M.S.A. Inc. et al Atty: Mark B. Stanley (Plaintiff) | C.A. NO. 3:20-CV002873-JMC (SC) | Deposition | 6/2/2021 |
| Christopher Fallin vs Gregory Kent Odom, et al Atty: M. David Shapiro (Plaintiff) | Case No. 2019-CA-3224 (FL) | **Trial** | 6/8/2021 |
| William Watts vs Wal-Mart Stores Texas, LLC Atty: Obaid Shariff (Plaintiff) | Civil Action No. 20-00091 (TX) | Deposition | 6/16/2021 |
| Angel McClucas, Parent for Kaylee McClucas vs Uday R. Nakkarny, M.D., et al. Atty: April L. Strang-Kutay, Esq. (Plaintiff) | No. CI-16-05955 (PA) | **Trial** | 6/23/2021 |
| Peggy Stith vs Belle Vita Health & Rehabilitation Center, et al Atty: Ilya E. Lerma, Esq. (Plaintiff) | No. CV2016-050619 (AZ) | Deposition | 6/25/2021 |
| Christine Diaz & Frank Pagan vs Terry Lewis and Superior Roadway Services, LLC Atty: Jeffrey Humphries (Plaintiff) | Case No. 2019-CA-0128141-O (FL) | Deposition | 7/8/2021 |
| Okeino Parchment vs The Lane Construction Corporation, et al. Atty: Jared M. Wise (Plaintiff) | Case No. 2019-CA-3350-O (FL) | Deposition | 7/20/2021 |
| Sean K. Lennon vs Preston D. Smith and Robyn Smith Atty: Dan Morgan (Plaintiff) | Case No. 219-CA-013524-O (FL) | Deposition | 7/26/2021 |
| Michael Gordon vs United States of America Atty: Jorge P. Gutierrez, Jr (Plaintiff) | Case No. 20-14118-CV-MARRA (FL) | Deposition | 7/28/2021 |
| Simin Akefa Baqri vs Lloyd L. Olsen, Jr. Atty: Dan Morgan (Plaintiff) | Case No. 2020-CA-1666 (FL) | Deposition | 8/6/2021 |
| Cheryl Karanzalis vs William Justin Brown, Timothy Robert Brown , and James Richard Delahunty Atty: Brian Steed Tatum (Plaintiff) | Case No. 19-CVS-13374 (NC) | Deposition | 8/12/2021 |
| Frank Schauer vs Gregory Ingram and E.W. Wylie Corporation Atty: Jeffrey Humphries (Plaintiff) | Case No. 2019-CA-000553 (FL) | Deposition | 8/27/2021 |
| Donna M. Witkowski vs Augustus Minardi Atty: Susan Tolbert (Plaintiff) | Case No. 2019-31849-CICI (FL) | **Trial** | 8/31/2021 |
| Rigoberto Manriquez, Jr vs Nathan Timmons and United Parcel Service, dba UPS Atty: William R. McBride & Alicia M. Reinken (Plaintiff) | Case No. 2020CV30413 (CO) | **Trial** | 9/1/2021 |

| | | | |
|---|---|---|---|
| Desimen Brandon vs Libaldy Placeres, Yasmany Dominguez and Central Florida Express Logistics, Inc<br>Atty: Bryce P. Spano (Plaintiff) | Case No. 20-CA-005083 (FL) | Deposition | 9/16/2021 |
| Brenda C. Morris Wilton vs Euphoria Salon & Spa and Becker Enterprises, Inc.<br>Atty: Steve Boyd (Plaintiff) | Case No. 18-9554-RT (NY) | Arbitration | 9/20/2021 |
| Jonathan Hunter Williams, a Minor, Nathan Williams and Camella Leigh Williams vs The Sunshine House, Inc, Marion Hatfield and Jane Doe<br>Atty: Stephanie Capezzuto (Defense) | Case No. 19-C-00753-S6 (GA) | Deposition | 9/22/2021 |
| Mark Woodward and Rachel Woodward vs Mack Trucks, LP, Berry Contracting, Austin Bridge and Road Services, LP and Joint Venture<br>Atty: Jessica Pritchett (Plaintiff) | Case No. 2018CCV-60520-3 (TX) | Deposition | 9/23/2021 |
| Brian Bak vs Michelle Allison Paiva and The A2 Milk Company<br>Atty: Riley Cho (Plaintiff) | Case No. 2020-CA-1659-O (FL) | Deposition | 9/27/2021 |
| Shahzad S. Massiha vs Janet Howard, Geico Casualty Insurance Co & Privilege Underwriters Reciprocal Exchange<br>Atty: Edwin M. Shorty (Plaintiff) | Case No. 2019-06964 (LA) | Deposition | 10/5/2021 |
| Yue Zhang, et al. vs Greater Baltimore Medical Center, Inc.<br>Atty: Keith D. Forman (Plaintiff) | Case No. C-03-CV-20-003583 (MD) | Deposition | 10/20/2021 |
| Daniel Weyer vs State Farm Mutual Automobile Insurance Company<br>Atty: Jared Wise (Plaintiff) | Case No. 2020 10839 CIDL (FL) | Deposition | 10/26/2021 |
| Alan Birchall vs John Sancin and Christine Sancin<br>Atty: Christopher Kellman (Plaintiff) | Case No. 2020 CA 919 NC (FL) | Deposition | 10/28/2021 |
| Eric Thomas, et al, vs Steven A. Hirshorn, MD et al.<br>Atty: Jeffrey Cooper (Plaintiff) | Case No. FBT-CV-17-6065924-S (FL) | **Trial** | 10/29/2021 |
| Lauerel Estep vs Andrew Paul Kish; State of Arizona & the Arizona Dept of Public Safety<br>Atty: Dave Wattel (Plaintiff) | Case No. S1100CV202000872 (AZ) | Deposition | 11/3/2021 |
| James Lockett vs Stephen Carson<br>Atty: Derrick Connell (Plaintiff) | Case No. 2019-CA-056355 (FL) | Deposition | 11/4/2021 |
| Lev Vinokur vs Fred Kraus<br>Atty: Dan Morgan (Plaintiff) | Case No. 2018-CA-003288-O (FL) | **Trial** | 11/9/2021 |
| William Bodner, and his wife, Teri Bodner vs Thunderbird Products Corp, Formula Boats, Porter Inc d/b/a Formula Boats; Motion Systems Corporation<br>Atty: Mark Packo (Plaintiff- Federal Court) | Case No. 5:19-cv-00357 (FL) | Deposition | 11/12/2021 |
| Salo Sanchez, vs The Sherwin-Williams Company<br>Atty: John C. Duff (Plaintiff) | Case No. 2020-CI-05818 (TX) | Deposition | 11/15/2021 |

| | | | |
|---|---|---|---|
| Jacob Cook vs Hensel Phelps Construction Co. A Delaware General Partnership; Hensel Phelps Parent 1 Inc, Intel Corporation.<br>Atty: David Cluff (Plaintiff) | Case No. CV2019-003972 (AZ) | Deposition | 11/17/2021 |
| | | | |
| KiKi Siegel & KiKi Siegal as parent/guardian of Benjamin Siegel vs Gulf Stream Isles Apartments, LLC Waterton Property Management Florida LLC Starwood Capital Group I LLC & Townsend Contracting Inc<br>Atty: Yesenia Lara (Defense) | Case No. 19-CA-8296 (FL) | Deposition | 11/17/2021 |
| | | | |
| Virginia Abraham & Virginia as a parent/guardian of Chauncey Filsaime vs Arnaldo Urbina-Salinas and Waste Pro of Florida Inc.<br>Atty: Scott Liotta (Plaintiff) | Case No. 2019-CA-011583-O (FL) | Deposition | 11/18/2021 |
| | | | |
| Deanna Dennehy & Shawn Dennehy vs Geico General Insurance Company<br>Atty: David Moffett (Plaintiff) | Case No. CA18-1492 (FL) | **Trial** | 12/7/2021 |
| | | | |
| David Klein vs Luis Carasas and Rasier, LLC<br>Atty: Seth Diamond (Plaintiff) | Case No. 4:20-cv-00272 (GA) | Deposition | 12/21/2021 |
| | | | |
| Angela Summers vs Luis Carasas and Rasier, LLC<br>Atty: Seth Diamond (Plaintiff) | Case No. 4:20-cv-00271 (GA) | Deposition | 12/21/2021 |
| **Year: 2022** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Janell Pattison vs. Robert T. Weisenbarger<br>Atty: Dan Morgan (Plaintiff) | Case No. 2019-CA-2563-O (FL) | Deposition | 1/12/2022 |
| | | | |
| Weslee Villani and John Villani vs Samuel Koszer, M.D. and Janet Marie Salisbury, et al.<br>Atty: Laurence Deutsch (Plaintiff) | Case No. 2017-50604 (NY) | **Trial** | 1/13/2022 |
| | | | |
| Tina Patel and Arjun G. Patel vs. Sam's East, Inc.,<br>Atty: Michael Mills (Plaintiff) | Case No. 2019-CA-000469-O (FL) | Deposition | 1/18/2022 |
| | | | |
| Sarah Choquette vs State Farm Mutual Ins. Co.<br>Atty: Joel Yanchuck (Plaintiff) | Case No. 17-001753-CI-19 (FL) | **Trial** | 1/25/2022 |
| | | | |
| Patricia Hoeland vs MKLH Enterprises, LLC D/B/A EZ Exterior Cleaning and Carlos Anico<br>Atty: Nick Borrego (Plaintiff) | Case No. 112020CA0019060001XX (FL) | Deposition | 1/31/2022 |
| | | | |
| Michael F. Gordon and Anita L. Gordon vs United States Of America<br>Atty: Jorge P. Gutierrez, Jr. (Plaintiff) | Case No. 20-14118-CV-MARRA (FL) | **Trial** | 2/16/2022 |
| | | | |
| Joseph Gliatta vs Avista Properties V, LLC D/B/A Radisson Lake Buena Vista<br>Atty: Maddge Penton (Defense) | Case No. 2020-CA-005215-O (FL) | Deposition | 2/17/2022 |
| | | | |
| Patricia Hoeland vs MKLH Enterprises, LLC, D/B/A EZ Exterior Cleaning and Carlos Anico<br>Atty: Nick Borrego (Plaintiff) | Case No. 112020CA0019060001(FL) | **Trial** | 2/18/2022 |
| | | | |

| | | | |
|---|---|---|---|
| Jack Kowalski on behalf of his children Maya Kowakski & Kyle Kowalski, minors and Personal Representative of the Estate of Beata Kowalski, deceased vs Johns Hopkins All Children's Hospital, Inc; Johns Hopkins Health System Corp, Inc, Suncoast Center, Inc; Catherine Bedy and Sally M. Smith, MD.<br>Atty: Gregory Anderson (Plaintiff) | Case No. 2018-CA-005321-NC (FL) | Deposition | 2/23/2022 |
| | | | |
| Blake Swallows, a minor through his parents Kristina Swallows and Kenneth Swallows vs Donna Adams-Pickett, M.D. of Augusta, a Georgia Corp, and Augusta Women's Heath and Wellness Center<br>Atty: Scott J. Eldredge (Plaintiff) | Case No. 2015-RCSC-00152 (GA) | Deposition | 3/1/2022 |
| | | | |
| Dana Peeples vs William A. Hernstein and Hernstein Auto Group, LLC<br>Atty: Christopher Gibb (Plaintiff) | Case No. 9:20-CV-04463-RMG (SC) | Deposition | 3/1/2022 |
| | | | |
| Doris Priscilla Roman vs Orlando Utilities Commission<br>Atty: Rachel Kilbert (Plaintiff) | Case No. 2017-CA-004705-0 (FL) | Deposition | 3/3/2022 |
| | | | |
| Jessica Alicia Hannah vs Alain Suarez Diaz and Customized Trucking Services, Inc.<br>Atty: Jeffrey Humphries (Plaintiff) | Case No. 16-2020-CA-006793 (FL) | Deposition | 3/7/2022 |
| | | | |
| Heidi Peterson vs Marquis Jackson<br>Atty: Seth Diamond (Plaintiff) | Case No. STCV17-01604 (GA) | Deposition | 3/9/2022 |
| | | | |
| Veronica Carlin vs Rigoberto Rodriguez Becerra, and DOES 1 to 100, inclusive.<br>Atty: Aimee Kirby (Plaintiff) | Case No. 19STCV02304 (CA) | Deposition | 3/22/2022 |
| | | | |
| Kristin Martin vs Brasfield & Gorrie, LLC; Hunton Brady Architects, P.A.; Wal-Mark Contracting Group, LLC; and Coastal Mechanical Services, LLC.<br>Atty: Randy Pelham (Plaintiff) | Case No. 2018-CA-008115-O (FL) | Deposition | 3/28/2022 |
| | | | |
| Jonathan Bailey, individually, and Rebecca Bailey, his spouse vs Lennar Corporation; Lennar Homes, LLC; and Bayonet Plumbing, Heating & Air-Conditioning, LLC.<br>Atty: Fermin Lopez (Plaintiff) | Case No. 53-2019-CA-000744 (FL) | Deposition | 3/30/2022 |
| | | | |
| Wendy Hunter vs Roy Griffin and Coastal Regional Commission of Georgia<br>Atty: Seth Diamond (Plaintiff) | Case No. SUV2019000002 (GA) | Deposition | 4/20/2022 |
| | | | |
| Kristen D. Mauceri vs Ivy Davis and USAA Casualty Insurance Company<br>Atty: Dan Morgan (Plaintiff) | Case No. 2020-CA-005170-O (FL) | Deposition | 4/21/2022 |
| | | | |
| James Banks, et al. vs University of Maryland Medical System, et al.<br>Atty: Khadijah Ali (Plaintiff) | Case No. C-08-CV-21-000012 (MD) | Deposition | 4/27/2022 |
| | | | |
| German Ramos vs M.E. Thompson, Inc<br>Atty: Dan Morgan (Plaintiff) | Case No. 2020-CA-3379 (FL) | Deposition | 4/29/2022 |
| | | | |

| | | | |
|---|---|---|---|
| Freddie Lucas vs Jose Lazaro Paez & Titan Florida, LLC f/k/a Tarmac Florida, LLC<br>Atty: Dan Morgan (Plaintiff) | Case No. 2018-CA-000993 (FL) | Deposition | 5/2/2022 |
| Valerie Salvato vs Kyle Andryshak & CM Designs, Inc<br>Atty: Tom Caldwell (Plaintiff) | Case No. 2020-30332-CICI (FL) | Deposition | 5/4/2022 |
| Josephine A. Vitale vs State Farm Mutual Automobile Insurance Company, and State Farm Florida Insurance Company<br>Atty: Jeremy Block (Plaintiff) | Case No. 15-005855-CI (FL) | Deposition | 5/9/2022 |
| Craig Joseph Baker v Ted R. Williams; Ryder Truck Rental, Inc dba Ryder Transportation Services; Ryder Integrated Logisitcs, Inc, dba Ryder; Ryder System, Inc; Midwest Construction Services, Inc, dba Trillium Driver Solutions, Inc; Poch Staffing Inc dba Trillium Staffing Solutions; Does 1-20; and Roe Business Entities 1-20, inclusive.<br>Atty: Tom Caldwell (Plaintiff) | Case No. A-20-820549-C (NV) | Deposition | 5/10/2022 |
| Jessica Alicia Hannah vs Alain Suarez Diaz and Customized Trucking Services, Inc.<br>Atty: Jeffrey Humphries (Plaintiff) | Case No. 16-2020-CA-006793 (FL) | **Trial** | 5/17/2022 |
| Gwendolyn Lewis vs Truly Nolen of America, Inc., and Marlon Murcelly<br>Atty: Nicholas Borrego (Plaintiff) | Case No. 2019-030811-CA-01 (FL) | **Trial** | 5/18/2022 |
| Tammy F. Compton and Carey M. Compton, her husband vs Joshua M. Finley; PWD-Orlando, Inc; GEICO Casualty Company<br>Atty: Nicholas Borrego (Plaintiff) | Case No. 2019-CA-002380-08-L (FL) | Deposition | 5/26/2022 |
| Mario Delbridge vs Billy Jeffcoat and Modern Exterminating Company of Columbia, SC<br>Atty: Breon Walker (Plaintiff) | Case No. 2020CP4001875 (SC) | Deposition | 6/1/2022 |
| Donna Witkowski vs Augustus Minardi<br>Atty: Susan Tolbert (Plaintiff) | Case No. 2019 31849 CICI (FL) | Deposition | 6/3/2022 |
| Donna Witkowski vs Augustus Minardi<br>Atty: Susan Tolbert (Plaintiff) | Case No. 2019 31849 CICI (FL) | **Trial** | 6/8/2022 |
| Jean Claude Charles vs Steven Ray Harvard and Sunrise Electric of Central Florida, Inc.<br>Atty: Dan Morgan (Plaintiff) | Case No. 2021-CA-000553-O (FL) | Deposition | 6/9/2022 |
| Oliver Harrison vs Julio C. Henriquez<br>Atty: Jorge Garcia (Plaintiff) | Case No. 2021-009052-CA-01 (07) (FL) | Deposition | 6/13/2022 |
| Bobbie J. Walker & Kenneth Walker vs Dr. Gregory H. Esselman, MD; Dr. William McCutchen III, DO; and Tyler Childers, AA<br>Atty: William Jones (Plaintiff) | Case No. 2019-CP-02-02131 (SC) | **Trial** | 6/22/2022 |
| Cheryl Karanzalis vs William Justin Brown, Timothy Robert Brown, and James Richard Delahunty<br>Atty: Brian Tatum (Plaintiff) | Case No. 19-CVS-13374 (NC) | **Trial** | 6/29/2022 |

| | | | |
|---|---|---|---|
| Kenneth Morrison and Lori Morrison vs Charlie Little, Jr. and Waste Connections of Florida, Inc<br>Atty: Ethan Kim (Plaintiff) | Case No. 35-2019-CA-000444-A (FL) | Deposition | 7/7/2022 |
| Tina Burris vs Ethicon Inc, et al<br>Atty: Laura Baughman (Plaintiff) | Case No. 3:20 CV 1450 (OH) | **Trial** | 7/15/2022 |
| Wildenis Rojas-Aventin vs John Milligan and McEachern Enterprises, Inc.<br>Atty: Jason McMinn (Plaintiff) | Case No. D-1-GN-21-003389 (TX) | Deposition | 7/22/2022 |
| Kenneth Vega/Gonzalez vs St. Joseph Hospital, et al.<br>Atty: Edward Aucoin (Plaintiff) | Case No. 19 L 002615 (IL) | Deposition | 8/2/2022 |
| Dwanda Chavous vs Joshua Frase, Malak Logistics, LLC, and Otman Trucking Logistics, LLC.<br>Atty: Jeffrey Humphries (Plaintiff) | Case No. 2020-CA-001500 (FL) | Deposition | 8/3/2022 |
| Steve Lanser vs United Services Automobile Association (USAA)<br>Atty: Bryan Matthews (Plaintiff) | Case No. 2019-CA-0557 (FL) | Deposition | 8/4/2022 |
| Chondra Pampkin vs Essential Medical Supplies, Inc<br>Atty: Clayton Dowd (Plaintiff) | Case No. 20SL-CC05346 (MO) | Deposition | 8/9/2022 |
| Shanda Stewart vs. Don and Venice, LLC<br>Atty: Mark Stanley (Plaintiff) | Case No. 2020-CP-40-03973 (SC) | Deposition | 8/12/2022 |
| Shanda Stewart vs. Don and Venice, LLC<br>Atty: Mark Stanley (Plaintiff) | Case No. 2020-CP-40-03973 (SC) | **Trial** | 8/12/2022 |
| Sarah Green, et al. vs. Modern Comfort Systems, et al<br>Atty: Michele Harper (Defendant) | Case No. C-06-CV-20-000384 (MD) | **Trial** | 8/24/2022 |
| Denise Michelle Kennedy vs. Country Lakes Co-Op, Inc.; and Newby Management<br>Atty: Michael Valen (Plaintiff) | Case No. 2020-CA-4394 (FL) | Deposition | 9/14/2022 |
| Jacquelyne Morrison vs. Brianna Leigh Mack, Gail Marlene Rickman, and Barry A. Rickman.<br>Atty: Mark Stanley (Plaintiff) | Case No. 2021-CP-40-01488 (SC) | Deposition | 9/15/2022 |
| Shapitra Townsend vs Philip Brent Barfield<br>Atty: Mark Stanley (Plaintiff) | Case No. 2021-CP-10-03541 (SC) | Deposition | 9/19/2022 |
| Catherine Hudnall vs State Farm Mutual Automobile Insurance Company<br>Atty: Crystal Broughan (Defense) | Case No. 2017-CA-003146 (FL) | Deposition | 9/20/2022 |
| Shapitra Townsend vs Philip Brent Barfield<br>Atty: Mark Stanley (Plaintiff) | Case No. 2021-CP-10-03541 (SC) | **Trial** | 9/21/2022 |
| Abrahan de Jesus Canaan vs Sheriff John Mina<br>Atty: Walter Ketcham (Defense) | Case No. 6:21-CV-0149-ORL-78GJK (FL) | Deposition | 9/28/2022 |
| Nancy K. Steverson, as Personal Representative of the Estate of Jeremy E. Brooks vs Marcos Diaz Vences, and Skanska-Granite-Lane.<br>Atty: Shawn Jiles (Plaintiff) | Case No. 2019-CA-002955-AN (FL) | Deposition | 10/3/2022 |

| | | | |
|---|---|---|---|
| Mario Delbridge vs Billy Jeffcoat and Modern Exterminating Company of Columbia, SC<br>Atty: Breon Walker (Plaintiff) | Case No. 2020CP4001875 (SC) | Deposition | 10/4/2022 |
| Josephine A. Vitale vs State Farm Mutual Automobile Ins Co. and State Farm Florida In Co.<br>Atty: Jeremy Block (Plaintiff) | Case No. 15-005855-CI (FL) | **Trial** | 10/7/2022 |
| Jacquelyne Morrison vs. Brianna Leigh Mack, Gail Marlene Rickman, and Barry A. Rickman.<br>Atty: Mark Stanley (Plaintiff) | Case No. 2021-CP-40-01488 (SC) | **Trial** | 10/10/2022 |
| Candice Ward vs Harry Morris<br>Atty: Jared Wise (Plaintiff) | Case No. 2019-CA-003242 (FL) | **Trial** | 10/12/2022 |
| Sabrina Bloodworth vs David Ray<br>Atty: Dustin Middleton (Plaintiff) | Case No. 2020-CA-006790 (FL) | Deposition | 10/13/2022 |
| Joseph Kelly & Jane Kelly vs Urologic Clinics of North Alabama, P.C. d/b/a Poplar Bluff Urology, et al<br>Atty: Alvin Wolff (Plaintiff) | Case No. 21SO-CV00312 (MO) | Deposition | 10/14/2022 |
| Brandie Schiedel vs Briggs Equipment Inc<br>Atty: Marlon White (Plaintiff) | Case No. 2020-CA-004648-O (FL) | Deposition | 10/17/2022 |
| Lori Morrison and Kenneth Morrison vs Charlie Little, Jr. Progressive Solutions, Inc, Waste Connections of Florida, Inc<br>Atty: Ethan Kim (Plaintiff) | Case No. 35-2019-CA-000444-A (FL) | **Trial** | 10/20/2022 |
| Shawn Heath vs Lorrene Woods<br>Atty: Seth Diamond (Plaintiff) | Case No. 19SV00121 (GA) | **Trial** | 10/26/2022 |
| Kasey Sloan Franks vs Timburr Express, LLC, and Gary Dale Eldridge<br>Atty: Juana Cetoute (Defense) | Case No. 20001739CA (FL) | Deposition | 11/9/2022 |
| Jessica Holder, as individual, and as Parent and Natural Guardian of Walker Holder and Carly Holder, minor children vs. Sunbelt Rentals, Inc, and Yury Perez-Mesa<br>Atty: James Biggart (Plaintiff) | Case No. 012020CA000657 (FL) | Deposition | 11/17/2022 |
| Talia Thompson vs Henry Humphries III, and Michael Wayne Riley<br>Atty: Dayna Nilsen (Plaintiff) | Case No. 2020-CA-010753- O (FL) | Deposition | 11/30/2022 |
| LaKesha Fulton-Bostic vs Progressive Casualty Insurance Co<br>Atty: Michael Walker (Plaintiff) | Case No. 50-2019-CA015007 / 50-2019-CA015008 (FL) | Deposition | 12/5/2022 |
| Rodolfo Elias Medina vs Paul Penzone, Maricopa County Sheriff, et al<br>Atty: Charles Slack-Mendez (Plaintiff) | Case No. CV2020-005893 (AZ) | Deposition | 12/13/2022 |
| Ida Biggins vs Robert Herbert Dean, Jr., Darling Ingredients, Inc., Jimmy Washington, JL Green Trucking Co, and QFS Transportation, LLC.<br>Atty: Matthew Hilt (Plaintiff) | Case No. SSTCV19-01904 (GA) | Deposition | 12/14/2022 |

| | | | |
|---|---|---|---|
| Jose Mercado-Ortiz vs Gemini Motor Transport, L.P., Ernesto Docando Guerra<br>Atty: William McBride (Plaintiff) | Case No. CV55731 (TX) | Deposition | 12/15/2022 |
| **Year: 2023** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Mario Delbridge vs Billy Jeffcoat and Modern Exterminating Company of Columbia, SC<br>Atty: Breon Walker (Plaintiff) | Case No. 2020CP4001875 (SC) | **Trial** | 1/3/2023 |
| Francis Copeland vs Wal-Mart Stores East, LP, and Alejandro Suarez<br>Atty: Perry Nava (Plaintiff) | Case No. 2020-CA-000873 (FL) | Deposition | 1/5/2023 |
| Jason Mussman (Petitioner) vs Pooneh Mussman (Respondent)<br>Atty: Steven D. Wolfson (Respondent) | Case No. FC2021-004651 (AZ) | Deposition (Divorce) | 1/9/2023 |
| Ruth Ann McCart vs Wal-Mart Stores East, L.P.<br>Atty: Michael Valen (Plaintiff) | Case No. 8:22-cv-389-VMC-AEP (FL) | Deposition | 1/11/2023 |
| Aida M. Torres Diaz vs Alexander M. Rodriguez, Kelly Kay Rice, and Florida Outdoor Landscape Design, LLC.<br>Atty: Manuel Stefan (Plaintiff) | Case No. 2020-CA-001645-O (FL) | Deposition | 1/12/2023 |
| Ketti McBride v Mike Bartek, Manhard Consulting, LTD, and Does 1-50.<br>Atty: Josh Dowling (Plaintiff) | Case No. CV21-00600 (NV) | Deposition | 1/17/2023 |
| Christian Boulier, a minor,by and through the Conservator of his Estate, Denice Shepherd vs Northwest Hospital, LLC, dba Northwest Medical Center Community Health Systems<br>Atty: Barry Mac Ban (Plaintiff) | Case No. C2018-3156 (AZ) | Deposition | 1/24/2023 |
| Jonathan Godoy (Julio Rios client) vs United States of America<br>Atty: Aimee Kirby (Plaintiff) | Case No. 5:22-cv-00173-JWH-KK (CA) | Deposition | 1/31/2023 |
| Dale Sterling vs Job Joseph, individually and The H.T. Hackney Co.<br>Atty: Ryan McCarthy (Plaintiff) | Case No. 2022-CA-001495 (FL) | Deposition | 2/6/2023 |
| Roy L. Brown and Charles John Stutts vs Glenda Gann Page, an individual, Tennessee Farmers Mutual Ins Co, and GEICO General Ins Co<br>Atty: Ryan Hughes (Plaintiff) | Case No. 19-CA-007176 (FL) | Deposition | 2/8/2023 |
| Carmen Crawley vs W.M. Barr & Company, Inc.<br>Atty: John Duff (Plaintiff) | Case No. CT-004400-18 (TN) | Deposition | 2/13/2023 |
| Antonio Carmona vs Marshall Strauder Nelson<br>Atty: Jason McMinn (Plaintiff) | Case No. D-1-GN-22-001476 (TX) | Deposition | 2/16/2023 |
| C.L. et. al. vs City of Buckeye. et. al.<br>Atty: Nicolas Jimenez (Plaintiff) | Case No. 2:18-cv-01743-DWL (AZ) | **Trial** | 2/24/2023 |
| Aimy Leanne Richards vs Tony Keith Henderson, and Twin Rivers Trucking, LLC.<br>Atty: Jeffrey Humphries (Plaintiff) | Case No. SUV2021000180 (GA) | **Trial** | 3/7/2023 |

| | | | |
|---|---|---|---|
| Tuan B. Bell vs C.E. Gibson Transport, Inc Charles Edward Gibson, Jr., d/b/a C.E. Gibson Transport; and Charles Edward Gibson, Jr., individually<br>Atty Mark Stanley (Plaintiff) | Case No. 2022-CP-40-00646 (SC) | Deposition | 4/4/2023 |
| Jonathan Wasserman vs Daniel Pearsall<br>Atty Dustin Middleton (Plaintiff) | Case No. 502021CA009272 (FL) | Deposition | 4/18/2023 |
| Maria Rodriguez vs Jacob Moylan and Pro-Team Plumbing, LLC<br>Atty Paul Lazaro (Plaintiff) | Case No. 2020-CA-4390 (FL) | Deposition | 4/21/2023 |
| Loraine Hammer vs The Standard Fire Insurance Company<br>Atty Nik Panagakis (Plaintiff) | Case No. 21CA5999 DIV T (FL) | Deposition | 4/24/2023 |
| Angela Parochniak and Jason Parochniak vs Henderson Water Park, LLC et al.<br>Atty Mark Albright & Matthew Pfau (Plaintiff) | Case No. A-20-814479-C (NV) | Deposition | 4/25/2023 |
| Aretina Robinson - McClean vs Luthi Machinery CO, Inc., Atlas Pacific Engineering Company, Inc., and Daniel G Rosas<br>Atty Andrew Feske (Defense) | Case No. STCV18-01743 (GA) | Deposition | 4/26/2023 |
| Jonathan Grant vs Miguel Mariana and Stevens Transport, Inc<br>Atty Marlon White (Plantiff) | Case No. 2020-CA-006994-O (FL) | Deposition | 4/27/2023 |
| Meta James vs C.R. Jackson, Inc. and Troy B. Durst<br>Atty Mark Stanley (Plantiff) | Case No. 2022CP4001718 (SC) | Deposition | 5/1/2023 |
| Tuan B. Bell vs C.E. Gibson Transport, Inc Charles Edward Gibson, Jr., d/b/a C.E. Gibson Transport; and Charles Edward Gibson, Jr., individually<br>Atty Mark Stanley (Plaintiff) | Case No. 2022-CP-40-00646 (SC) | **Trial** | 5/2/2023 |
| Glenn Allan Boggs and Barbara Jean Boggs, husband and wife vs. Douglas L. Naig and Jane Doe Naig, husband and wife, YGP, Inc., et al.<br>Atty David Shapiro (Plaintiff) | Case No. S0300CV202100171 (AZ) | Deposition | 5/18/2023 |
| Shelley Malone vs Lou Ellen Combs<br>Atty Ethan Kim (Plaintiff) | Case No. 2021-CA-012171-O (FL) | Deposition | 5/24/2023 |
| Jarrod Newsome vs International Paper Company<br>Atty Joseph Jones (Plaintiff) | Case No. 4:20-CV-1481 (TX) | Deposition | 5/30/2023 |
| JOANN IVY-JONES, as Plenary Guardian of the Estate of DELORISE COLLINS, a disabled person, RUTH ANN LOCKE, as Independent Administrator of the Estate of ROBERT COLLINS, deceased and ANTWAN COLLINS, individually and as parent and next Friend of **JERMALLE COLLINS**, a minor, Plaintiffs. vs KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., et al.<br>Atty TIm Whiting (Plaintiff) | Case No. 21 1 2395 & 21 L 2396 (IL) | Deposition | 6/14/2023 |

| | | | |
|---|---|---|---|
| Kimberely Smith vs Georgia Martin and Michael Labelle Atty Dustin Middleton (Plaintiff) | Case No. 16-2019-CA-008200 (FL) | Deposition | 6/19/2023 |
| James Wheeler vs Andrea Bramley, Gilead Sciences, Inc., and Wheels LT. Atty Bryan Matthews (Plaintiff) | Case No. 2021CA002802 (FL) | Deposition | 6/20/2023 |
| Bruce Salvador vs Hendrix Transport, Inc. and Jeffrey Slone Atty Tom Caldwell (Plaintiff) | Case No. 2021-30209-CICI (FL) | Deposition | 6/21/2023 |
| Joseph Gunn vs Joseph Delbert Moser, and FedEx Freight, Inc. Atty Nick Russo (Plaintiff) | Case No. 2021-CA-008651-O (FL) | Deposition | 7/10/2023 |
| Sedric Addison vs,. MLBD Transportation, LLC and Yonas Ghebremeskel Atty Chris Pinedo (Plaintiff) | Case No. DC-21-08276 (TX) | Deposition | 7/12/2023 |
| Kimberely Smith vs Georgia Martin and Michael Labelle Atty Dustin Middleton (Plaintiff) | Case No. 16-2019-CA-008200 (FL) | **Trial** | 7/13/2023 |
| Charles Michael Brams vs Julie Albright, Lindsey Leeann Albright, and Progressive American Insurance Company. Atty Josh Castro (Plaintiff) | Case No. 21-002628-CI (FL) | Deposition | 7/14/2023 |
| Curtis Feggins vs Dewayen Gilmore & Moran Environment Recovery, LLC. Atty Jseth Diamond (Plaintiff) | Case No. SPCV18-00484-KA (GA) | **Trial** | 7/19/2023 |
| Doris Priscilla Roman vs Orlando Utilities Commission Atty: William McBride (Plaintiff) | Case No. 2017-CA-004705-O (FL) | **Trial** | 7/25/2023 |
| Nancy K. Steverson, as Personal Representative of the Estate of Jeremy E. Brooks vs Marcos Diaz Vences, and Skanska-Granite-Lane. Atty: Shawn Jiles (Plaintiff) | Case No. 2019-CA-002955-AN (FL) | **Trial** | 7/27/2023 |
| Richard Jorza vs Home Depot USA, Inc, and Christopher Currie Atty: Jared Lee (Plaintiff) | Case No. 2021-CA-002383 (FL) | Deposition | 8/4/2023 |
| Charles Zett Sumlin vs Heradis Lopez Barreira and JJR Transport & Logistics, Inc. Atty: Jeffrey Humphries (Plaintiff) | Case No. 2022-CA-001898 (FL) | Deposition | 8/7/2023 |
| Charles Michael Brams vs Julie Albright, Lindsey Leeann Albright, and Progressive American Ins Co. Atty: John Castro (Plaintiff) | Case No. 21-002628-CI (FL) | **Trial** | 8/15/2023 |
| Marietta Reinberger vs Progressive Select Insurance Company Atty: Christopher Borzell (Plaintiff) | Case No. 2021-000503 (FL) | Deposition | 8/21/2023 |
| Jarrad Cawley vs Miguel Iza Herraera and Fedex Ground Pachage System, Inc. Atty: Hannah Dantzler-Fleming (Plaintiff) | Case No. 2021-CA-1222 (FL) | Deposition | 8/28/2023 |

| | | | |
|---|---|---|---|
| Roberto Lopez Hernandez vs Federal Express Corporation, abd Luke Leager<br>Atty: George Farah (Plaintiff) | Case No. 2021-05277 (TX) | Deposition | 9/13/2023 |
| Louis Edward Hill vs Century Arms, Inc., and Century International Arms, Inc.<br>Atty: Matthew Garmon (Plaintiff) | Case No. 3:21-CV-31-TAV-DCP (TN) | Deposition | 9/15/2023 |
| Donald Hoiland va AJD Constructions Company, et al<br>Atty: Gerald Clark (Plaintiff) | Case No. HUD-L-2754-19 (NJ) | **Trial** | 9/18/2023 |
| Ayanna Jackson vs. Lisa Driggers<br>Atty: Seth Diamond (Plaintiff) | Case No. SUCV2021000013 (GA) | Deposition | 9/22/2023 |
| Taylor Daly; Anthony Gentile & Noah Schlei, minors by & through their next of friend, Taylor Daly vs. Patricia Ann Tobin & John Doe Tobin wife & husband; Travelers Property Casualty Ins Co., et al.<br>Atty: Thomas Grisoni (Plaintiff) | Case No. CV2021-096012 (AZ) | Deposition | 9/28/2023 |
| Isabel Martinez and Marta Martinez - Guzman vs Comfort Care Transportation, LLC, Wellmed Medical Management, Inc, and Fernando Rodriguez<br>Atty: CJ Chambers (Defense) | Case No. 2021CI17580 (TX) | Deposition | 10/10/2023 |
| Maya Kowalksi vs Johns Hopkins All Children's Hospital, Inc., and Catherine Bedy<br>Atty: Gregory Anderson (Plaintiff) | Case No. 2018-CA-005321 (FL) | **Trial** | 10/13/2023 |
| Antonio Ray vs Lake Wales Ministries, Inc., and Mercy Housing Management Group, Inc.<br>Atty: Cory Baird (Plaintiff) | Case No. 532021CA003559000000 (FL) | Deposition | 10/20/2023 |
| Cyrus Dandridge vs Sherwin Williams, Inc.<br>Atty: Michael Mann (Plaintiff) | Case No. 01-21-0017-7317 (FL) | Deposition | 11/2/2023 |
| James Tully vs Cynthia Blomquist and The Standard Fire Insurance Company.<br>Atty: Thomas Caldwell (Plaintiff) | Case No. 2022-11112-CIDL (FL) | Deposition | 11/6/2023 |
| Peggy Stith vs Belle Vita Health & Rehabilitation Center, et al<br>Atty: Ilya E. Lerma, Esq. (Plaintiff) | No. CV2016-050619 (AZ) | **Trial** | 11/8/2023 |
| Jeryn Coleman vs Wesleyan Homes, Inc dba The Wesleyan<br>Atty:Tim Gregg (Plaintiff) | No. 20-1697-C368 (AZ) | Deposition | 11/10/2023 |
| Tracey Reeves vs. SeaWorld of Florida, LLC dba Discovery Cove, Sunbeam Products, Inc. and USA Hospitality, Inc<br>Atty:Tyler Kobylinski (Plaintiff) | No. 2020-CA-010208-O (FL) | Deposition | 11/13/2023 |
| Natalie Fogah vs Sisters of Charity Housing<br>Atty:Jonathan Ratchik (Plaintiff) | No. 156308/2014 (NY) | **Trial** | 12/5/2023 |
| Joseph Dionne vs Highwoods Properties, LLC.; Highwoods Realty Limited Partnership; Donald Green; and Bay Area Pools and Spas, Inc.<br>Atty:Trevor Hawes (Plaintiff) | No. 2022-CA-001501-O (FL) | Deposition | 12/6/2023 |

| | | | |
|---|---|---|---|
| Jared Gerard Rivers vs Julio Pena and Fedex Ground Package System, Inc.<br>Atty:Jeffrey Humphries (Plaintiff) | No. 24-2021-CA-22 (FL) | Deposition | 12/7/2023 |
| Heather Camarena, and Helena Fuimaono<br>Atty:Shannon Wise (Plaintiff) | No. A-20-819565-C (NV) | Deposition | 12/11/2023 |
| Bobbiejo Johnson vs Peter Grange<br>Atty: Karen Wasson (Plaintiff) | No. 20-001935-CI (FL) | Deposition | 12/14/2023 |
| **Year: 2024** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Tonya Nettles vs. Shakti Narain, M.D., and Shakti Narain, M.D., P.A.<br>Atty: David Eaton (Plaintiff) | No. 2022-CA-001006 (FL) | Deposition | 1/3/2024 |
| Christopher Daniel Burke vs. John Olfat Mansour<br>Atty: Marlon White (Plaintiff) | No. 2021-CA-011080-O (FL) | Deposition | 1/4/2024 |
| Cristina Reid and Ryan Reid vs Ariana Juarez and John Doe Juarez; et al.<br>Atty: Brian Riley (Plaintiff) | No. CV2022-000488 (AZ) | **Trial** | 1/11/2024 |
| Jonathan Hernandez vs James Bradford Thomas and Marten Transport, LTD<br>Atty: Jeffrey Humphries (Plaintiff) | No. C2:22-CV-00066-LGW-BWC (GA) | Deposition | 1/19/2024 |
| Rebecca Reid vs. Evolve Vacation Rental Network, Inc., Toes in the Water Sass in the Sand, LLC , Airbnb, Inc., XYZ Corp, Nos 1-5<br>Atty: W. Jay Degenhart (Plaintiff) | No. STCV22-00505 (GA) | Deposition | 1/24/2024 |
| LaKesha Fulton-Bostic vs Progressive Casualty Insurance Co<br>Atty: Michael Walker (Plaintiff) | Case No. 50-2019-CA015007 / 50-2019-CA015008 (FL) | **Trial** | 1/29/2024 |
| Alla Balabi and Mohammed Alkowni, as aprents and natural guardians of K.A., a minor.<br>Atty: Iva Crane (Plaintiff) | Case No. 2022 CA 0001640 MP (FL) | Deposition | 2/13/2024 |
| Peter Currier vs. Richard Markko, Fusion Logistics, Inc., Palco Enterprises, LLC, and Hartford Underwriters Ins Co.<br>Atty: John Castro (Plaintiff) | Case No. 2018-003629-CI (FL) | Deposition | 2/20/2024 |
| Shammah Powell, et al vs. Adventist Healthcare, Inc. et al<br>Atty: Gregory Kirby (Plaintiff) | Case No. C-15-CV-22-003858 (MD) | Deposition | 2/26/2024 |
| Jacob Maxfield vs Allstate Fire and Casualty Ins Co.<br>Atty: John Castro (Plaintiff) | Case No. 2022-CA-007506 (FL) | Deposition | 4/3/2024 |
| Hugo Reyes, Arnulfo Olmeda, Juan Angel Olmeda, & Matthew Rock vs CBX Oil Field Services, LLC.<br>Atty: Alyssa Romero (Plaintiff) | Case No. 17-11-57723-CV (TX) | Deposition | 4/10/2024 |
| Freddy Allen Bailey and Dianna Kay Bailey vs Adan Martinez, Emkay Inc. Trust, Beam Concrete Construction, Inc. F/K/A Kirk Concrete Construction, Inc., and Liberty County Mutual Ins Co.<br>Atty: Austin Hartley (Plaintiff) | Case No. 429-01937-2023 (TX) | Deposition | 4/12/2024 |

| | | | |
|---|---|---|---|
| Dung Tien Do and Sandra Ann Do vs Escambia County, FL; Santa Rosa Island Authority, et al.<br>Atty: Brandon Perkins (Defense) | Case No. 2018 CA 001548 (FL) | Deposition | 4/16/2024 |
| ChristohperTyree ad Lentoya Tyree vs Teddie Phillips, RN, John Doe Travel Nurses, Inc., and Savannah Health Services, LLC d/b/a Memorial Health University Medical Center, Inc.<br>Atty: Beth Boone (Defense) | Case No. STCV20-02096 (GA) | Deposition | 4/24/2024 |
| Amber Rae Kelly, Personal Representative of the estate of Elizabeth Jane Johnson vs Norht Florida Regional Medical Center, Inc, et al.<br>Atty: Kyla Lemieuxe (Plaintiff) | Case No. 2021-CA-003636 (FL) | Deposition | 4/26/2024 |
| Kianna Oropeza vs. Daniel Oliva and TTL, Inc<br>Atty: Israel Medina (Plaintiff) | Case No.2022CI14295 (TX) | Deposition | 5/9/2024 |
| Amanda Gail Barger, as Special Admin of the Estate of Trenton Barger, deceased, Traci Barger, and Cameron McKittrick vs Marten Transport, LTD.; Marten Transport Services, LTD.; Marten Transport Logistics, LLC; Marten Transport of Wisconsin, LTD; Keith Gaynor, and John Doe 1-3<br>Atty: Geoff Hamby (Plaintiff) | Case No.42PCV-23-93 (AR) | Deposition | 5/13/2024 |
| Elizabeth Ann Harre- Orr vs Stephanie Marsan<br>Atty: John Castro (Plaintiff) | Case No.22-CA-002200 (FL) | Deposition | 5/16/2024 |
| Tonya Nettles vs. Shakti Narain, M.D., and Shakti Narain, M.D., P.A.<br>Atty: David Eaton (Plaintiff) | No. 2022-CA-001006 (FL) | **Trial** | 5/20/2024 |
| Albert Bott v Affordable Granite Concepts, Inc.<br>Atty: Susan Payne (Plaintiff) | No. 2022-CA-10725-O (FL) | Deposition | 5/30/2024 |
| Richard Miller v. Conrad Cowart<br>Atty: Michael Woodlief (Plaintiff) | No. 22-CA-007258 (FL) | Deposition | 6/19/2024 |
| Nohemy Enamorado v. Ramiro Agutin Najera, Adelaida, Dimas, Roberto Sanchez Solis, Jessica McLarty, Robert Merrill Dimick, and Waste Connections Lone Star, Inc.<br>Atty: Joe Lopez (Plaintiff) | No. D-1-GN-21-006298 (TX) | Deposition | 6/24/2024 |
| David Baker v Walt Disney Parks and Resorts, U.S., Inc.<br>Atty: Michael McAleese (Plaintiff) | No. 2019-CA-002714-O (FL) | Deposition | 6/24/2024 |
| Richard Hedges v Richard Burton Smith an Preferred Materials, Inc.<br>Atty: Thomas Caldwell (Plaintiff) | No. 2022-30767-CICI (FL) | Deposition | 7/2/2024 |
| Taylor Hague-Rogers v Matthew Masters and L&J Building Enterprises, Inc.<br>Atty: Thomas Caldwell (Plaintiff) | No. 2022-31383-CICI (FL) | Deposition | 7/8/20204 |
| Breanna Bishop v Twin Creeks Cinemas, LLC d/b/a The Marqui Cinema 10<br>Atty: Evin Childs (Plaintiff) | No. 2022-CA-001912I (FL) | Deposition | 7/18/2024 |

| | | | |
|---|---|---|---|
| Cicily Lewis v Duane A. Nelson, Power Electric Services, Inc., and Robert Liu<br>Atty: Kevin Sparkman (Plaintiff) | No. 23-CA-000005 (FL) | Deposition | 7/23/2024 |
| Darren Tucker vs Stephanie Marsan<br>Atty: John Castro (Plaintiff) | No. 22-CA-002198 (FL) | Deposition | 8/1/2024 |
| Sheena Stanfa and Brendan Stanfa, individually and as parents and next friends of Ella Stanfa, minor vs Javon Bea Hospital D/B/A Mercyhealth ) Hospital-Rockton Avenue F/D/B/A; Rockford Memorial Hospital; Rockford Health Physicians; Phillip Higgins, M.D.; and Melissa Byars, Msn, Rnc-Ob,<br>Atty: David Grzechowiak (Plaintiff) | No. 2020 L 000355 (IL) | Deposition | 8/19/2024 |
| Edenilson Beltran vs J.E. Dunn Construction Company, J.E. Dunn Construction Group, Inc., J.E. Dunn Logistics, Inc., Blue Hat Crane, LLC., Harris Susan Chiles Trust And Ann Chiles Graham Trust<br>Atty: Robert Melendez (Plaintiff) | No. D-1-GN-20-004101 (TX) | Deposition | 8/15/2024 |
| Richard Hedges vs Richard Burton Smith and Preferred Material, Inc<br>Atty: Thomas Caldwell (Plaintiff) | No. 2022-30767-CICI (FL) | **Trial** | 9/4/2024 |
| Billy Stearns vs Billy V. Stewart, Bertha Stewart and Stewart Motels, LLC A/K/A Best Western Plus<br>Atty: Roy Elizondo (Plaintiff) | No. 2CV2203056 (TX) | **Trial** | 9/11/2024 |
| Glenn A. Thorpe vs All Medical Personnel, LLC, Regine Toussaint and Quest Labsoratories, Inc<br>Atty: Jeffrey Badgley (Plaintiff) | No. 282022CA000552GCAXMX (FL) | Deposition | 9/12/2024 |
| Janine Bouie vs Geico Generla Insurance Co.<br>Atty: Thomas Caldwell (Plaintiff) | No. 2023-10409-CIDL (FL) | Deposition | 9/23/2024 |
| Henry Celestine vs Salmon & Sons Trucking, Inc, Robert Earl Limbrick and Taz Services, LLC<br>Atty: Alex Ivanov (Plaintiff) | No. 23DCCV0469 (FL) | Deposition | 9/25/2024 |
| James Horner vs Universal City Development Partners, LTD, d/b/a Universal Studios<br>Atty: Susan Payne (Plaintiff) | No. 2023-CA-002329-O (FL) | Deposition | 10/17/2024 |
| J.O.C, a minor, by anf through Latia Daley, his mother and natural guardian, and Latia Daley, individually and as parent of J.O.C. vs South Broward Hospital Disctrict d/b/a Memorial Regional Hospital, and Venetian Isle Medical OB/GYN Consultants, Inc<br>Atty: Lauren Gallagher (Plaintiff) | No. CACE-23-009508 (FL) | Deposition | 10/21/2024 |
| Tracey Reeves vs. SeaWorld of Florida, LLC dba Discovery Cove, Sunbeam Products, Inc. and USA Hospitality, Inc<br>Atty:Tyler Kobylinski (Plaintiff) | No. 2020-CA-010208-O (FL) | **Trial** | 10/24/2024 |
| Summer Rose Chartier vs Dominque K'Andre Howell and Cypress Truck Lines, Inc.<br>Atty:Jeffrey Humphries (Plaintiff) | No. 16-2023-CA-000805 (FL) | Deposition | 10/28/2024 |

| | | | |
|---|---|---|---|
| Tanisha Mabry vs Jose De Jesus Arriaga Garcia and Reeder's Landscaping, Inc.<br>Atty:John Castro (Plaintiff) | No. 23-CA-001393 (FL) | Deposition | 10/31/2024 |
| Donald Navarro vs Pablo Roberto Ortiz, and Fun Planners, LLC<br>Atty Alexandra Steele-Duff (Plaintiff) | No. 2022-CA-6359- O (FL) | Deposition | 11/1/2024 |
| Corinna Hamilton vs Fun Spot Florida, Inc<br>Atty Bruce Bogan (Defense) | No. 2023-CA-005901-O (FL) | Deposition | 11/6/2024 |
| Brandon Virgil Patterson, john Richard Fields, and Joshua Douglas Fields vs. Naamon Germiah Johnson, Waste Pro of Florida, Inc., and Progressive Express Ins. Company<br>Atty Cord Grimes (Plaintiff) | No. 22-CA-000286 (FL) | Deposition | 11/14/2024 |
| Gregg James Cosgrove vs. Vantapro Specialty Insurance Co.<br>Atty David Rosenbaum (Plaintiff) | No. 23-002013-CI (FL) | Deposition | 12/2/2024 |
| Maria Martinez vs. Suncoast Psychiatry & Counseling, LLC and Ronald Webber, MD<br>Atty Kenneth Mastrilli (Plaintiff) | No. 2023-CA-004151 (FL) | Deposition | 12/5/2024 |
| Judith Huskins vs Jonathan John O'Neill, Installed Building Products of Fort Myers LLC, and Progressive Select Ins Co.<br>Atty Sara Marin (Plaintiff) | No. 23-CA-002114 (FL) | Deposition | 12/9/2024 |
| Jessica Etchieson and Jason Donald vs. HMShost Corp, and Nunez Construction, Inc.<br>Atty Elizabeth Zwibel (Plaintiff) | No. 2023-021843-CA-01 (FL) | Deposition | 12/13/2024 |
| **Year: 2025** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Amber Rae Kelly, Personal Representative of the estate of Elizabeth Jane Johnson vs Norht Florida Regional Medical Center, Inc, et al.<br>Atty: Kyla Lemieuxe (Plaintiff) | No. 2021-CA-003636 (FL) | Deposition | 1/8/2025 |
| Rhonda Pena parent and natural guardian vs Lloyd Dennis, GFL Solid Waste Coutheast, LLC.<br>Atty Ehtan Kim (Plaintiff) | No. 59-2023-CA-002170 (FL) | Deposition | 1/10/2025 |
| Brian Craig Ziegenfuss, individually, and as a natural parent and guardian of Nicholas Ziegenfuss vs. C&C Loader Service, Inc, Mark Steven Lee, and GEICO General Ins. Co.<br>Atty C.Garrett Gaa (Plaintiff) | No. 2023-CA-001298 (FL) | **Trial** | 1/13/2025 |
| Brian Douglas vs. Marie Romelus, and Werner Enterprises, Inc<br>Atty Tanya Barge (Plaintiff) | No. 2023-CA 004493 (FL) | Deposition | 1/15/2025 |
| Rafeek Williams vs Paul Casino, Montana Construction, John Doe 1-5 and ABC Corp, 1-5<br>Atty Max Stagliano (Plaintiff) | No. ESX-L-008435-20 (NJ) | **Trial** | 1/16/2025 |
| Patricia Bowen vs United States of America<br>Atty Michael Marrese (Plaintiff) | No. 3:23-cv-26-MCR (FL) | Deposition | 1/17/2025 |

| | | | |
|---|---|---|---|
| Christopher Daniel Burke vs. John Olfat Mansour<br>Atty: Marlon White (Plaintiff) | No. 2021-CA-011080-O (FL) | **Trial** | 1/22/2025 |
| Sarah Folk (McNally) vs Jonathan Morris Levonne Merrell and Doordash, Inc<br>Atty: Afram Malki (Plaintiff) | No. 2023-CA-1448 CAAXWS (FL) | Deposition | 1/23/2025 |
| Shawn Heath vs Lorrene Woods<br>Atty: Seth Diamond (Plaintiff) | No. 19SV00121 (GA) | **Trial** | 1/28/2025 |
| Betty Tedesco vs Filiberto Rodriguez, Amazon Sheds and Gazebos, Inc., and Progressive America Ins, Co.<br>Atty:Alex Serrano (Plaintiff) | No. 23-CA-002302 (FL) | Deposition | 2/3/2025 |
| Lawrence Amos vs Inverwood Condominium Assoc, Inc, and Inter State Security, Corp.<br>Atty: David Emas (Plaintiff) | No. CACE- 23-010070 (FL) | Deposition | 2/11/2025 |
| Rebecca Keller and Connor Keller vs Joshua Lemanski and Bay Area Enviromental Services, Inc.<br>Atty: Jesus Rosas (Plaintiff) | No. 22-CA-008802 (FL) | Deposition | 2/24/2025 |
| Lacy Guyton vs James W. Southall and Lynda G. Southall<br>Atty: Jesus Rosas (Plaintiff) | No. 30CV-21-391 (AR) | **Trial** | 2/27/2025 |
| Kimberly King and Izabella King, a minor by and through, Kimberly King, as a parent and natural guardian vs Ernesto Moreno Lajos, Aridanes Transport, Inc, and Allstate Ins Co.<br>Atty: Neil Semple (Plaintiff) | No. 2023-CA-000250 (FL) | Deposition | 3/12/2025 |
| Deitra Lynn Morman vs Donald James Richard and Globetrotter Trucking, LLC<br>Atty: Jeffrey Humphries (Plaintiff) | No. 16-2023-CA-006080 (FL) | Deposition | 3/14/2025 |
| Paul Ofili vs Michael Baska and SPE Utility Contractors, LLC<br>Atty: Afram Malki (Plaintiff) | No. 23-CA-015341 (FL) | **Trial** | 3/18/2025 |
| Michele Nowlan vs Darrin Thomas Killmer, and Sunbelt Rentals, Inc<br>Atty: Matthew Haftel (Defense) | No. CA23-0349 (FL) | Deposition | 3/26/2025 |
| Jason Rose vs Lectric Ebikes, LLC<br>Atty: Christian Leger (Plaintiff) | No. 2023 CA 000358 A (FL) | Deposition | 3/27/2025 |
| Mina Benjamin vs. Fontainebleau Construction, LLC, Fontainebleau Development, LLC, and Beach Club Acquisition, LLC.<br>Atty: Zahra Khan (Plaintiff) | No. 2023-003677-CA-01 (FL) | Deposition | 3/31/2025 |
| Billy Mundy and Amber Mundy vs Clickstop, Inc d/b/a US Cargo Control<br>Atty: Jim Harris (Plaintiff) | No. CI -23-6600 (NE) | Deposition | 4/7/2025 |
| Kevin Knudsen vs Pinal County, AZ<br>Atty: David Chami (Plaintiff) | No. S-1100-CV-202201238 (AZ) | **Trial** | 4/8/2025 |

| | | | |
|---|---|---|---|
| Salo Sanchez, vs The Sherwin-Williams Company<br>Atty: John C. Duff (Plaintiff) | Case No. 2020-CI-05818 (TX) | **Trial** | 4/14/2025 |
| Vanessa L. Parascandalo vs Gregory Henry Gentsch and Jane Doe Gentsch, Diana Valentina Feraru, John Doe Feraru, et al.<br>Atty: Jackson Ross (Plaintiff) | Case No. CV2021-054004 (AZ) | Deposition | 4/14/2025 |
| Andrew Blake Eriksen and Lauren Eriksen vs Pentair Water Pool and Spa, Inc., Red Rhino of FL, Inc., and Hollywood Pool Service, LLC d.b.a Bass Pools.<br>Atty: Christian Leger (Plaintiff) | Case No. 2023-CA-002637 (FL) | Depostion | 4/15/2025 |
| Amanda Freck vs David Hackthal, and Panthers Bobcat Serives, Inc.<br>Atty: Luis Figueroa (Plaintiff) | Case No. 23-CA-006994 (FL) | Depostion | 4/17/2025 |
| LILLIAN HURTADO,<br>HELEN LAURA LOPEZ, as Personal Representative of the Wrongful Death Estate of VICTORIA VAUGHT, Deceased; DANIEL VAUGHT, Individually; TODD LOPEZ, as Personal Representative of the Wrongful Death Estate of MARIAH HURTADO, KRISTINA MARTINEZ as Personal Representative of the Wrongful<br>Death Estate of TINA HURTADO; JASON HURTADO, Individually and as Next Friend of E.H. and K.L., minors; and SHIVAUN CARTER, Individually; Vs. AM TRANSPORT SERVICES, INC., LARIE APARICIO, AMT LEASING, INC., MAURICIO MARQUEZ, FNF CONSTRUCTION INC., ROADSAFE TRAFFIC SYSTEMS, INC., Individually and as Successor-in-interest to Highway Supply Company, Inc. a/k/a Highway Supply, LLC, and NOMOREHS, LLC, f/k/a Highway Supply, LLC<br>Atty: Samuel Mason (Plaintiff) | Case No. 1:22-cv-00599-KG-JFR (NM) | Depostion | 4/24/2025 |
| Steven Markart V. Paul Freet and Cameron Freet<br>Atty: Brandi Gartrell (Plaintiff) | Case No. 2024-CA-000018 (FL) | Depostion | 4/29/2025 |
| Charlotte Victoria Morris vs Kylee Layne Beck-Hawkesworth, Kayla Renee Beck, and Allstate Fire & Casualty Ins Co.<br>Atty: Michael Marrese (Plaintiff) | Case No. 2023-CA-1747 (FL) | Depostion | 4/30/2025 |
| Loraine Hammer vs The Standard Fire Insurance Company<br>Atty Nik Panagakis (Plaintiff) | Case No. 21CA5999 DIV T (FL) | **Trial** | 5/8/2025 |
| Rebecca Keller and Connor Keller vs Joshua Lemanski and Bay Area Enviromental Services, Inc.<br>Atty: Jesus Rosas (Plaintiff) | No. 22-CA-008802 (FL) | **Trial** | 5/9/2025 |
| Wendee Ricker vs Jackson Carl Locklier and Rayley Properties<br>Atty: Breon Walker (Plaintiff) | No. 2023-CP-40-02161 (SC) | Depostion | 5/14/2025 |
| Darren Tucker vs Stephanie Marsan<br>Atty: John Castro (Plaintiff) | No. 22-CA-002198 (FL) | **Trial** | 5/20/2025 |

| | | | |
|---|---|---|---|
| Carrie Donnelly vs. BT Hotel Las Colinas, LLC, Prism Hotel Partners GP, Inc, and Prism Hospitality, L.P.<br>Atty: Hardin Ramey (Plaintiff) | No. CC-22-01093-D (TX) | Deposition | 5/29/2025 |
| Mailyn Camacho Broche vs. Roberto Arturo Sosa and Ruth Helen Sosa<br>Atty: John Castro (Plaintiff) | No. 24-CA-000609 (FL) | Deposition | 5/29/2025 |
| Sanjanette Scott vs Adventist Health System/Sunbelt, Inc d/b/a/ Florida Hospital; Manuel Perez-Izquierdo, M.D. and Florida Hospital Medical Group, Inc d/b/a/ Vascular Institute of Central Florida.<br>Atty: Vanessa Brice (Plaintiff) | No. 2019-CA-007907-O (FL) | Deposition | 5/30/2025 |
| Mudtadi Caines vs DANYA CEBUS CONSTRUCTION, LLC; MEADOW PARTNERS LLC;SLATE PROPERTY GROUP; NORTHEAST INTERIORS SPECIALISTS, LLC; ONE FLATBUSH AVENUE PROPERTY LLC;<br>Atty: James Greenberg (Plaintiff) | No.522897-2017 (NY) | **Trial** | 6/6/2025 |
| Harold Sutton vs Lennie Walters and Tri-County Electric, Inc.<br>Atty: Afram Malki (Plaintiff) | No.2022-CA-009218 (FL) | Deposition | 6/23/2025 |
| Sara Abraham, by and through her guardian Ad Litem, Monica Tutak vs Silverado Calabasas Memory Care Community, Mary Waronov, and Does 1-100, inclusive.<br>Atty: Cristina Garcia (Plaintiff) | No.25VECV00160 (CA) | Deposition | 6/24/2025 |
| Sonya Andrea Turner vs Alied Services, LLC, and Todd Fitzgerald Washington.<br>Atty: Mark Stanley (Plaintiff) | No.2024-CP-40-00516 (SC) | Deposition | 6/26/2025 |
| Michael Miller vs Noah Vakanin and Dwight Brown<br>Atty: Anthony LoGalbo (Plaintiff) | No.24-CA-000481 (FL) | **Trial** | 7/1/2025 |
| Vivian Fortier vs Alan Keith Roush and Allstate Fire and Casualty Ins Co.<br>Atty: Paola Ramos (Plaintiff) | No.23-008570-CI (FL) | Deposition | 7/7/2025 |
| Joseph Felix vs. Yordanys Leon Fiallo, and Y Leon Transport, LLC.<br>Atty: Michael Brehne (Plaintiff) | No.2023-CA-002275 (FL) | Deposition | 7/9/2025 |
| Joseph Felix vs. Yordanys Leon Fiallo, and Y Leon Transport, LLC.<br>Atty: Michael Brehne (Plaintiff) | No.2023-CA-002275 (FL) | **Trial** | 7/10/2025 |
| Amanda Love Gardner vs. David Edward Dunfee, Rountree Transports & Rigging, Inc, Daniel Kelley, and J&C Pilot/Escort LLC<br>Atty: Jeffrey Humphries (Plaintiff) | No.2023-CA-002176 (FL) | Deposition | 7/11/2025 |
| Gary Reese vs Otaman Trans Group, Inc.; Sona Transport, Inc.; and Yurii Yantsiuk<br>Atty: Wm. Blake Montgomery (Plaintiff) | No. 4:24-cv-04035 (AR) | Deposition | 7/14/2025 |

| | | | |
|---|---|---|---|
| Dwight Rogers vs Safariland, LLC<br>Atty: Joshua Moore (Plaintiff) | No. 2023-CA-001665 (FL) | Deposition | 7/14/2025 |
| Elizabeth Ann Harre-Orr vs Stephanie Marsan<br>Atty: John Castro (Plaintiff) | No. 22-CA-002200 (FL) | **Trial** | 7/16/2025 |
| Sharon McDade and Ronald R. Blewett vs John Walker and Melanie Ann Soldevilla<br>Atty: Mitchel Woodlief (Plaintiff) | No. CA23-0924 (FL) | Deposition | 7/16/2025 |
| Lacey Nicole Young and Christopher Van Horn vs Blue Bell Creameries, LP and Jose Maniel Moreno jr<br>Atty: Ryan Rudd (Plaintiff) | No. 2035CI04072 (TX) | Deposition | 7/22/2025 |
| Hannah M. Jones vs Colton J. Odom, Brockman Site Development LLC, GPH Services LLC<br>Atty: Robin Treto (Plaintiff) | No. 2024-CA-001906-O (FL) | Deposition | 7/31/2025 |
| **Trachelle Hill**, Darien Hill, and **Traci Baudie**r vs Janes Hlis and Mark Hlis<br>Atty: Roman Diveev (Plaintiff) | No. 203-CA-000114 (FL) | Deposition | 8/7/2025 |
| Debra Johnson Burnsed va Jimmy Watkins<br>Atty: Brandi Gartrell (Plaintiff) | No. 16-2023-CA-007925 (FL) | Deposition | 8/8/2025 |
| Richard Boles vs Olivia Moore and J & J Package Service, Inc.<br>Atty: Seth Diamond (Plaintiff) | No. CE24-00480 (GA) | Deposition | 8/12/2025 |
| Vanessa Wirght vs Cape Canaveral Hospital, Inc<br>Atty: Andrew Bolin (Plaintiff) | No. 05-2022-CA-032579 (FL) | Deposition | 8/25/23025 |
| Teri Schneider vs Kathryn Bruce Grammer and Progressive Select Ins Co.<br>Atty: Stephen Craig (Plaintiff) | No.2023-CA-006238-O (FL) | Deposition | 8/27/2025 |
| Candelaria Arriaga, Martin Arriaga and **Edith Arriaga**<br>Atty: Stephen Craig (Plaintiff) | No. A-20-05-0509-CV (TX) | Deposition | 9/3/2025 |
| Annie G. Pyle vs Joan H. Polanco<br>Atty: Alex Serrano (Plaintiff) | No. 2023-CA-002313 (FL) | Deposition | 9/10/2025 |
| Leshay Pundak vs Harry George Mills, and State Farm Mutual Auto Ins, Co.<br>Atty: Marc Matthews (Plaintiff) | No. 2022-CA-004723 (FL) | Deposition | 9/12/2025 |
| Jonathan Hernandez vs James Bradford Thomas and Marten Transport, LTD<br>Atty: Jeffrey Humphries (Plaintiff) | No. C2:22-CV-00066-LGW-BWC (GA) | **Trial** | 9/24/2025 |
| Bryan Allen Murphy vs Emma Jane Johnson & Johnson Harvesting, Inc., and Andrea Handley Johnson Atty: A. Crosby Crane (Plaintiff) | No. 252024 CA 000128 (FL) | Deposition | 9/25/2025 |
| Barron Winningham; Mary Winningham; and Elizabeth Winningham vs HOWARD LEONARD MILES III; MILLWOOD TRUCKING, INC.; and TYSON FOODS, INC.<br>Atty: Wm. Blake Montgomery (Plaintiff) | No. 29CV-24-18-2 (AR) | Deposition | 10/10/2025 |

| | | | |
|---|---|---|---|
| Bryan Allen Murphy vs Emma Jane Johnson & Johnson Harvesting, Inc., and Andrea Handley Johnson Atty: A. Crosby Crane (Plaintiff) | No. 252024 CA 000128 (FL) | **Trial** | 10/14/2025 |
| | | | |
| Sonya Turner vs Allied Services, LLC, and Todd Fitzgerald Washington Atty: Mark Stanley (Plaintiff) | No. 2024-CP-40-00516 (SC) | **Trial** | 10/22/2025 |
| | | | |
| David R. Baxter vs. Jason Stevens and USAA Casualty Ins Co Atty: John Castro (Plaintiff) | No. 23-CA-010807 (FL) | Deposition | 10/31/2025 |
| | | | |
| Jonathan Wasserman vs Daniel Pearsall Atty Dustin Middleton (Plaintiff) | Case No. 502021CA009272 (FL) | Deposition | 11/3/2025 |
| | | | |
| Melissa Barech vs Ronald Brown and Smyrna Ready Mix Concrete, LLC Atty Seth Diamond (Plaintiff) | Case No. 24EV005800 (GA) | Deposition | 11/4/2025 |
| | | | |
| Teri Schneider vs Kathryn Bruce Grammer and Progressive Select Ins Co. Atty: Stephen Craig (Plaintiff) | No.2023-CA-006238-O (FL) | **Trial** | 11/10/2025 |
| | | | |
| Joseph McGinnis vs Joseph Hosack, and CP Rankin, Inc Atty Elizabeth Zwibel (Plaintiff) | Case No. 23-002542-CI (FL) | Deposition | 11/12/2025 |
| | | | |
| David Shipp vs Gold's Texas Holdings Group,Inc; GGI Holdings, LLc; Jorge Maldonado and Maria Maldonado DBA J&M Quality Cleaning Services Atty Abraham Garcia (Plaintiff) | Case No. 2020-3922-4 (TX) | **Trial** | 11/19/2025 |
| | | | |
| Samantha Thomas vs Tower Hill Office Asso, Inc,., and Martinback Group Real Estate, Inc. Atty Greg Berry (Plaintiff) | Case No. 012024CA000092 (FL) | Deposition | 11/20/2025 |
| | | | |
| Chon Fa Chen vs Inliner Transport, CO. f/k/a Granite Transport Co. Melissa Fay Hall, Forza Transportation Services, Inc., Emiliano Gabriel Garcia Hernandez Atty John Piccin (Plaintiff) | Case No. 24-CA-000070 (FL) | Deposition | 11/20/2025 |
| | | | |
| ERIN GAENG and TIMOTHY GAENG, As parents and natural guardians of J.G., a minor. Vs NEW PORT RICHEY HOSPITAL, INC. d/b/a MEDICAL CENTER OF TRINITY, MELINDA GRAHAM, M.D., ORANGE BLOSSOM WOMEN'S GROUP, PLLC, JENNY BUCK, M.D. and WOMEN'S HEALTH HOSPITALISTS, LLC. Atty Christa Carpenter (Plaintiff) | Case No. 2024-CA-001452 (FL) | Deposition | 11/24/2025 |
| | | | |
| DANIELLE MARKS and JEREMY DOMINGUEZ, individually and as parents and natural guardians of J.D., a minor. vs OSCEOLA REGIONAL HOSPITAL, INC. d/b/a OSCEOLA REGIONAL MEDICAL CENTER, AMY OSBORNE, M.D., OSCEOLA OB/GYN, P.A. d/b/a HUNTER'S CREEK WOMAN'S HEALTH CENTER, UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES Atty Christa Carpenter (Plaintiff) | Case No. 2024-CA-001328 (FL) | Deposition | 12/15/2025 |
| | | | |

| | | | |
|---|---|---|---|
| Christie Harkleroad vs Cory Brooks, Highway Safety Devices, Inc.<br>Atty Ethan Kim (Plaintiff) | Case No. 2024-CA-004862 (FL) | Deposition | 12/18/2025 |
| **Year: 2026** | | | |
| **Case** | **Case No.** | **Testimony** | **Date** |
| Samantha Thomas vs Tower Hill Office Asso, Inc,., and Martinback Group Real Estate, Inc.<br>Atty Greg Berry (Plaintiff) | Case No. 012024CA000092 (FL) | **Trial** | 1/6/2026 |
| Mailyn Camacho Broche vs Roberto Arturo Sosa and Rith Helen Sosa<br>Atty John Castro (Plaintiff) | Case No. 24-CA-000609 (FL) | Deposition | 1/12/2026 |
| Lacey Nicole Young and Christopher Van Horn vs Blue Bell Creameries, LP and Jose Maniel Moreno jr<br>Atty: Ryan Rudd (Plaintiff) | No. 2035CI04072 (TX) | **Trial** | 1/15/2026 |
| Helen Diane Matz vs Earlondez Donta Bond and Mccormick Trucking, Inc., and Geico General Insurance Co.<br>Atty Jeffrey Humphries (Plaintiff) | Case No. 3:25-cv-397-MMH-LLL (FL) | Deposition | 1/20/2026 |
| Eneida Hatch vs Darwin Maxwell Hale and Darwin Ramon Hale<br>Atty Christopher Borzell (Plaintiff) | Case No. 2023-CA-1673 (FL) | Deposition | 1/22/2026 |
| Lazara Guevara Lemus vs Wal-Mart Stores East, LP.<br>Atty Kielan Saborit (Plaintiff) | Case No. 1:24-cv-21144 (FL) | Deposition | 1/29/2026 |
| Philip Filippelli vs Sariah Lakaya Hearns, Sasha Marie Williams, & Assisting Hands Home Care, LLC<br>Atty Martin Hernandez (Plaintiff) | Case No. 122-CA-003198 (FL) | Deposition | 2/4/206 |
| W. Michael Junge vs Tin Roof Acquisition Company, LLC, DBA Tin Roof<br>Atty Doug Martin (Plaintiff) | Case No. 2023-CA-004009-O (FL) | Deposition | 2/17/2026 |
| Ricardo Ray Ramirez vs Adolfo Jimenez Martine, Primos Two Concretem INC, & GEICO Casualty Co.<br>Atty John Castro (Plaintiff) | Case No. 24-CA-001843 (FL) | Deposition | 2/18/2026 |
| Anthony Jay Taylor vs Hub Group Trucking, Inc, Clinton Lee Jordan, Fred Iannoti, and Clay Andrews.<br>Atty Thomas Scolaro (Plaintiff) | Case No. 2021-31105 CICI 2 (FL) | Deposition | 2/20/2026 |
| Natalia Grilletto vs USAA Casualty Ins. Co.<br>Atty Robin Treto (Plaintiff) | Case No. 05-2024-CA-035885 (FL) | Deposition | 2/25/2026 |
| Shannon Biggs vs Brinker Scc, Llc, D/B/A, Senior Care At Denton Post Acute Care, F/K/A Senior Care Health Rehabilitation Center- Denton, And Robert Laird O'bryan & Melissa Ann O'bryan, D/B/A The Renovators Of Denton<br>Atty Aidan Moffatt (Plaintiff) | Case No. 23-1622-431 (TX) | Deposition | 2/26/2026 |
| Tazz Hampton vs Jeffrey Gully and Grayson Gully<br>Atty Dustin Middleton (Plaintiff) | Case No. 2024-CA-002820 (FL) | Deposition | 2/27/2026 |

| | | | |
|---|---|---|---|
| D.C., a minor child, by S.C and B.C,his friends and natural guardians vs Access Charter School, Inc, Roger W. Watkinsn,II, H. Douglas B. Cox, and Kathyrn Steger<br>Atty Mike Mann (Plaintiff) | Case No. 2022- CA-007393 (FL) | Deposition | 3/2/2026 |
| | | | |
| Luis Lupercerio Alcala vs Hausmann Construction, Inc, JHBE, LLC d/ba/ Aksarben Roofing and Does 1-15<br>Atty Sam Mason (Plaintiff) | Case No. CI 24-213 and 212 (FL) | Deposition | 3/5/2026 |
| | | | |
| Ameleidys Elias Guerra vs Loren Stuart Granoff<br>Atty Kielan Saborit (Plaintiff) | Case No. 2025-004433-CA-01 (FL) | Deposition | 3/11/2026 |
| | | | |
| LINCOLN HAWK GARLAND, a minor child, by and through his parents and Next Friends, SCARLETT ERICA GARLAND and JEFFREY MORGAN GARLAND vs. LIVINGSTON REGIONAL HOSPITAL, LLC, and AMG-LIVINGSTON, LLC d/b/a UPPER CUMBERLAND CENTER FOR WOMEN,<br>Atty Mike Mann (Plaintiff) | Case No. 2022-CV-35 (TN) | Deposition | 3/12/2026 |
| | | | |
| Terry Conway vs Liam Wolf-Bielawa, Team Driven, LLC Atty David Papa (Plaintiff) | Case No. 23-006229-CI (FL) | Deposition | 3/24/2026 |
| | | | |
| Evgenii Gavrilov vs Julianna Ross<br>Atty Leo Kremenchuker (Plaintiff) | Case No. 41-2024-CA-001965-CA (FL) | Deposition | 3/25/2026 |
| | | | |
| Eneida Hatch vs Darwin Maxwell Hale and Darwin Ramon Hale<br>Atty Christopher Borzell (Plaintiff) | Case No. 2023-CA-1673 (FL) | **Trial** | 4/1/2026 |
| | | | |
| Osniel Valdes vs National Water Main Cleaning Co. and Zurich American Ins Co.<br>Atty Stephanie Graves (Plaintiff) | Case No. 24-019202EBG (FL) | Deposition | 4/3/2026 |
| | | | |
| Jennifer Mount va Sam's East, Inc d/b/a Sam's Club<br>Atty Doug Martin (Plaintiff) | Case No. 05-2024-CA-037368XXCA-BC (FL) | Deposition | 4/8/2026 |
| | | | |
| Monica Medrano vs Freddie Franklin Griffin and Griffin Fence & Clearing, Inc. and State Farm Mutual Automobile Ins Co.<br>Atty Yulric Abercrombie (Plaintiff) | Case No. 24-CA-000431 (FL) | Deposition | 4/9/2026 |
| | | | |
| Shawn Charles vs Sunrise Hospital and Medical Center, LLC; Andrew Sheep, M.D; Fremont Emergency Services (Mandavia) Ltd (AKA Fremont Emergency Services (Scherr), Ltd.); and Does 1-10; and Roes A-Z<br>Atty Shirley Blazich (Plaintiff) | Case No. A-23-875752-C (NV) | Deposition | 4/13/2026 |
| | | | |
| Jacqueline McDonald vs Home Depot USA. Brian Lenkiewicz, Phil Kramer, ABC Corps 1-10, and Joh Does 1-10<br>Atty Max Stagliano (Plaintiff) | Case No. MON-L-1975-24 (NJ) | Deposition | 4/21/2026 |
| | | | |
| Jessica Cosgrove vs Rosemary Tedesco<br>Atty Seth Diamond (Plaintiff) | Case No. SUCV2024000185 (GA) | **Trial** | 4/22/2026 |
| | | | |

| | | | |
|---|---|---|---|
| Rory Martineau vs Lydia Nicole Buscemi and USAA Casualyt Ins Co.<br>Atty John Castro (Plaintiff) | Case No. 25-CA-003157 (FL) | Deposition | 4/29/2026 |
| Leshay Pundak vs Harry George Mills, and State Farm Mutual Auto Ins, Co.<br>Atty: Marc Matthews (Plaintiff) | No. 2022-CA-004723 (FL) | **Trial** | 5/6/2026 |
| Stacy Ann Marshall vs Austin Nelson Hartsfield and Keller, Schleicher & MacWilliam Engineering and Testing, Inc.<br>Atty John Castro (Plaintiff) | Case No. 2025CA000015 (FL) | Deposition | 5/7/2026 |
| Monica Medrano vs Freddie Franklin Griffin and Griffin Fence & Clearing, Inc. and State Farm Mutual Automobile Ins Co.<br>Atty Yulric Abercrombie (Plaintiff) | Case No. 24-CA-000431 (FL) | **Trial** | 5/8/2026 |
| Donte Harris vs Amports, Inc, and Larry McDowell<br>Atty Mitchel Woodlief (Plaintiff) | Case No.13-2023-CA-007586 (FL) | Deposition | 5/26/2026 |
| Mykayla Cooks vs Romaro Daniel Graves, New Horizons Leasing, Inc, and Western Exprexx, Inc<br>Atty Brandi Gartrell (Plaintiff) | Case No. 2024-CA-005909 (FL) | Deposition | 5/27/2026 |
| Vicki Plattel vs Terry Ford, Limetree Bay Owenrs, LLC, and Lime Tree Bay Resort, LLC<br>Atty John Curry (Plaintiff) | Case No. 2025-CA-000621(FL) | Deposition | 6/8/2026 |
| Mallory Delaine Odam vs Dasher Trucking, LLC and Stephanie Tanisha Williams<br>Atty Brandi Gartrell (Plaintiff) | Case No. 23-CA-0000-23-AXYX (FL) | Deposition | 6/10/2026 |
| Angel A. Miller vs Erik Velazquez-Madison and Ashley Elliott Atty John Curry (Plaintiff) | Case No. 20-CA-0005633 (FL) | Deposition | 6/17/2026 |
| Jason Akers- Arnette vs Christopher Riley<br>Atty Seth Diamond (Plaintiff) | Case No. SPCV25-00494-KA (GA) | Deposition | 6/22/2026 |

CLIENT M.D.
LIFE CARE PLANS

Assessment of the Present Value of the Life Care Plan of

Ann O'Malley (Injured)

**September 28, 2025**

This report is intended for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report is prohibited without the written consent of Client M.D. Life Care Plans.

I, Nik Volkov, Ph.D., CVA, MAFF, am a consulting economist. I am a forensic economist with Client M.D. Life Care Plans. I have included a copy of my current resume and a list of recent testimonies with this report. I was retained by Thomas Scolaro, Esq. of Scolaro Law, P.A., to determine the present value of the life care plan for Ann O'Malley.

I was asked to analyze certain documents, perform calculations, and undertake appropriate research, as I deemed necessary to form opinions in connection with this matter. The work I performed and the opinions I have formed are based on my training and experience as a forensic economist.

I will be compensated for my work on this report and any future work on this case. Since my assignment is not complete and may entail testimony at trial and/or deposition, as well as possible supplementation of this report, it is not now possible to determine the total compensation to be paid to my firm for this engagement. Payment for my services is not contingent upon my findings or the results of this matter.

I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature and content of the documentation, data, proof and other evidence or testimony that either party or its experts may present, or based on additional discovery or other information provided to me in this matter. I reserve the right to supplement and revise this report upon presentation of, but not limited to, additional, relevant depositions, expert witness reports, exhibits and information.

I have prepared this report summarizing my opinions at this time. A list of the documents that I have reviewed in forming my opinions is attached to this report or included by reference in the report.

Prepared and submitted by:

Nik Volkov, Ph.D., CVA, MAFF
Forensic Economist
Client M.D. Life Care Plans

# Ann O'Malley

## Introduction and Background

This report assesses the value of the Life Care Plan prepared for Ann O'Malley by Robert P. Tremp, Jr., MA, CRC, CLCP on September 24, 2025.

The present value of the life care plan is estimated at **$2,513,198** if the Private Hire option of the Home Care component of the Life Care Plan is considered in the calculations.

**Ann O'Malley**
**Value of Life Care Plan - Option 1 (Home Care - Private Hire)**

**Values of Future Care Costs**

| Description of Cost Items | FV Total | PV Total | Growth Rate |
|---|---|---|---|
| Projected Evaluations | $1,403 | $1,387 | 2.02% |
| Projected Therapeutic Modalities | $347,762 | $304,037 | 2.02% |
| Orthopedic Equipment | $511 | $466 | 0.84% |
| Home Furnishings and Accessories | $1,342 | $1,210 | proj CPI |
| Aids for Independent Function | $4,079 | $3,552 | proj CPI |
| Medications | $31,718 | $27,570 | 2.91% |
| Home Care / Facility Care Option 1 - Private Hire | $2,449,410 | $2,128,970 | Various |
| Future Medical Care Routine | $21,057 | $18,337 | Various |
| Future Medical Care Aggressive Treatment | $31,927 | $27,669 | 2.02%, 5.49% |
| **Totals:** | **$2,889,208** | **$2,513,198** | |

The present value of the life care plan is estimated at **$2,951,753** if the Agency Hire option of the Home Care component of the Life Care Plan is considered in the calculations.

**Ann O'Malley**
**Value of Life Care Plan - Option 2 (Home Care - Agency Hire)**

**Values of Future Care Costs**

| Description of Cost Items | FV Total | PV Total | Growth Rate |
|---|---|---|---|
| Projected Evaluations | $1,403 | $1,387 | 2.02% |
| Projected Therapeutic Modalities | $347,762 | $304,037 | 2.02% |
| Orthopedic Equipment | $511 | $466 | 0.84% |
| Home Furnishings and Accessories | $1,342 | $1,210 | proj CPI |
| Aids for Independent Function | $4,079 | $3,552 | proj CPI |
| Medications | $31,718 | $27,570 | 2.91% |
| Home Care / Facility Care Option 2 -Agency Hire | $2,954,057 | $2,567,525 | Various |
| Future Medical Care Routine | $21,057 | $18,337 | Various |
| Future Medical Care Aggressive Treatment | $31,927 | $27,669 | 2.02%, 5.49% |
| **Totals:** | **$3,393,855** | **$2,951,753** | |

All one-time items are assumed to take place in year one unless their timing is specified. The midpoint of the item costs and quantity of items is used when a range is provided.

Ann O'Malley is a 79.2-year-old female (as of the date of the life care plan); she resides in Merritt Island, Florida (Palm Bay-Melbourne-Titusville, FL metropolitan area). Ann

O'Malley's Life Care Plan quantifies the costs of her future medical needs using today's prices; however, it does not consider the economic impact of inflation on the future value of anticipated expenditures. In short, the cost calculation in Ann O'Malley's Life Care Plan, which accounts for a duration of care to her life expectancy, does not account for the increase in the future cost of care. Furthermore, the life care plan does not account for the time value of money. Both concepts are discussed and explained in more detail in the following sections of this report.

**Duration of Care**

The Life Care Plan is prepared for a duration of care of ten years. I compute the present value of the life care plan for a duration of 10 years through the year 2035.

**Time Value of Money**

The time value of money is the foundational concept of financial theory. It simply maintains that money today is worth more than money tomorrow. This is true, because money can earn interest.

The time value of money calculations seeks to equate the present value of money (what it's worth today) to the future value of money (what it's worth tomorrow), and vice versa. To accurately calculate the amount of money Ann O'Malley would require today to afford medical costs, which will occur in the future, two important economic considerations must be accounted for:

1. The impact of inflation on the prices of medically-related goods and services, and

2. The amount of interest Ann O'Malley will be able to earn between now, and the times at which his future expenditures are expected to occur.

This Report calculates the future values of goods and services by accounting for inflation, and it converts future values into present values using discount rates (appropriately risk-adjusted rates which can be earned on Ann O'Malley's money).

**Inflation Rates**

Inflation is the general rise in the prices of goods and services over time. Not all goods and services increase in price at the same rate. It is, therefore, necessary to identify *category-specific* inflation (growth) rates for different types of medically related goods and services.

**Historic Inflation Rates**

The Medical Care Index (MCI), published by the Bureau of Labor Statistics (BLS), includes historic inflation rate information for different categories of medical care:

- Eyeglasses and Eyecare

- Hospital Services
- Medical Care
- Medical Care Commodities
- Medical Care Services
- Nonprescription Medical Equipment & Supplies
- Nursing Home & Adult Day Care Services
- Outpatient Hospital Services
- Physicians' Services
- Prescription Drugs
- Services by Other Medical Professionals

The Bureau of Labor Statistics also publishes a detailed Consumer Price Index (CPI), which includes data for changes in the prices of all items, (e.g. transportation, other consumer goods, etc.) and the Employment Cost Index (ECI) which includes data on wages and salaries for occupations.

**Future Inflation Rates**

Calculations of categorical *future* growth rates in this Report are based upon past increases in the Bureau of Labor Statistics' Medical Care Index, the Consumer Price Index, and the Congressional Budget Office's (CBO's) forecast increase in the CPI and the Employment Cost Index (ECI).

The United States Old Age Survivors Insurance & Federal Disability Insurance (OASDI) Trust Funds' 2025 Annual Report of the Board of Trustees' [intermediate] forecast of the CPI and average annual wage growth has also been considered.

Specifically, I considered the OASDI's intermediate (most probable) projection of the Consumer Price Index, and Average Annual Wage in Covered Employment for the period 2036 – 2098.

**Measuring the Bureau of Labor Statistics' Medical Care Price Changes**

Using Bureau of Labor Statistics data, growth rates for medical care in this Report are calculated as the 24-year average nominal growth rate per category, for the period 2000[1]-2024 (if available).

These calculations result in the following values for the following cost categories:

---

[1] *Data from the January 2000 through 2024 Consumer Price Index Detailed Report Annual Average Tables, Table 3A. Consumer Price Index for all Urban Consumers (CPI-U): U.S. city average, detailed expenditure categories.*

| Item | Definition | Calculated Growth % (2000-2024) |
|---|---|---|
| **Physician Services** | Services by medical physicians in private practice, including osteopaths, which are billed by the physician. Includes house, office, clinic, and hospital visits. (Excludes independent lab work and ophthalmologists. See Eyeglasses and eye care.) | **2.32%** |
| **Services by Other Medical Professionals** | Services performed by other professionals such as psychologists, chiropractors, physical therapists, podiatrists, social workers, and nurse practitioners in or out of the office. Also, includes independent lab work and imaging services. | **2.02%** |
| **Dental Services** | Services performed by dentists, oral or maxillofacial surgeons, orthodontists, periodontists, or other dental specialists in group or individual practice. Treatment may be provided in the office or hospital. | **3.60%** |
| **Eyeglasses and Eyecare** | Services and goods provided by opticians, optometrists, and ophthalmologists. Includes eye exams, dispensing of eyeglasses and contact lenses, office visits, and surgical procedures in the office or hospital. | **1.46%** |
| **Nursing Home & Adult Day Care Services** | Charges for residential care at nursing homes, nursing home units of retirement homes, and convalescent or rest homes. Also includes non-residential adult day care. | **3.85%** |
| **Care of invalids and elderly at home** | Fees paid to individuals or agencies for the personal care of invalids, elderly or convalescents in the home including food preparation, bathing, light house cleaning, and other services | **2.86%** |
| **Nursing Care**** | Includes non-residential adult day care performed by a nurse. Per OES data, 2000-2024, Registered Nurse | **3.14%** |
| **Attendant Care**** | Includes non-residential adult day care performed by a non-nurse attendant. Per OES data, 2000-2024, Home Health Aides | **3.04%** |
| **Hospital Services (Inpatient & Outpatient)** | Services provided to patients classified as outpatients in hospitals, free standing services facilities, ambulatory surgery, and urgent care centers, and services classified as inpatient in hospitals, free standing services facilities, ambulatory surgery, and urgent care centers. | **5.49%** |
| **Inpatient Hospital Services** | Services for inpatients. Includes a mixture of itemized services, Diagnosis Related Group -based services, per diems, packages, or other bundled services. | **5.38%** |
| **Outpatient Hospital Services** | Services provided to patients classified as outpatients in hospitals, free standing services facilities, ambulatory surgery, and urgent care centers. | **5.41%** |
| **Medical Equipment and Supplies*** | Supportive and convalescent medical equipment (i.e. adhesive strips, heating pads, athletic supporters, and wheelchairs). | **0.84%** |
| **Prescription Drugs** | All drugs dispensed by prescription. Mail order outlets are included. Prices reported represent transaction prices between the pharmacy, patient, and third party payer, if applicable. | **2.91%** |
| **Non-Prescription Drugs*** | All nonprescription drugs, including topicals | **0.77%** |
| **Transportation: New Cars and Trucks** | New cars and trucks | **0.92%** |
| **CPI** | Consumer Price Index - All Items | **CBO Forecast (CPI)** |

| | |
|---|---|
| * | Data available after year 2010 |
| ** | Per OES Data |

**Congressional Budget Office Forecast of the CPI**[2]

| Year | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ≥ 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBO forecast of CPI | 2.70% | 2.30% | 2.40% | 2.30% | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.20% | 2.40% |

**Congressional Budget Office Forecast of the ECI**[3]

| Year | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | ≥ 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBO forecast of ECI | 3.70% | 3.50% | 3.30% | 3.20% | 3.00% | 3.00% | 2.90% | 2.90% | 2.90% | 2.90% | 2.90% | 2.90% | 3.56% |

## Discount Rates

### The Function of Discount Rates in Present Value Analysis

Discount rates are rates of interest used to perform calculations, which convert (discount) future values into present values.

Discounting is necessary because any monetary reward received by Ann O'Malley to cover the cost of future medical expenditures will most likely be received in the present year, which means Ann O'Malley's principle will be able to be invested in relatively risk-free instruments and can thereby earn interest until her future medical expenditures are required.

The present value of each of Ann O'Malley's future medical expenditures is the amount of money it would take, if it were invested today earning compound interest, to equal the value of each expenditure at the point in time when each expenditure is forecast to occur.

The interest rate at which Ann O'Malley's principle is invested is the discount rate. It is the rate, which makes the present value and the future value equal, even though they occur at different points in time.

### Discount Rate Selection

1. Risk: Rate is a function of risk; and rate and risk increase in relative proportion to one another. The appropriate investment objective for Ms. O'Malley is *capital preservation*, which means we need to select relatively risk-free (low rate) instruments to perform an appropriately risk-adjusted present value calculation.

---

[2] *Data from the Congressional Budget Office's (CBO's) forecast increase in the Consumer Price Index (CPI), Economic Projections for 2025 to 2035, Table C-1, by Calendar Year. An Update to The Budget and Economic Outlook: 2025 to 2035, January 2025. For years after 2035, data from the United States Old Age Survivors Insurance & Federal Disability Insurance (OASDI) Trust Funds' 2025 Annual Report of the Board of Trustees' [intermediate] forecast of the CPI has been used.*

[3] *Data from the Congressional Budget Office's (CBO's) forecast increase in the Employment Cost Index (ECI), Economic Projections for 2025 to 2035, Table C-1, by Calendar Year. An Update to The Budget and Economic Outlook: 2025 to 2035, January 2025. For years after 2035, data from the United States Old Age Survivors Insurance & Federal Disability Insurance (OASDI) Trust Funds' 2025 Annual Report of the Board of Trustees' [intermediate] forecast of the wages in covered employment has been used.*

2. Tax Consequences: Taxes reduce return on investments and add complexity to investment analysis. Therefore, taxes on the interest earned on the investment of a potential award must be accounted for.

For these reasons, I have selected United States, AAA Rated, Tax-Exempt, Municipal Bonds.

**Discount Rate Calculation**

In finance and economics, low risk bonds (e.g. U.S. Treasuries and AAA Municipal Bonds) are commonly used to price assets. Bonds trade in both primary and secondary Markets; therefore, their yields change continuously. A yield curve expresses individual yields on different maturities of a fixed income security at a given moment in time.

The yield curve used to discount future values to present values in this Report is produced by Municipal Market Analytics (MMA), an independent financial research firm which provides U.S. Municipal Bond Market analytics for purposes of fixed income analysis, portfolio management, risk management, etc.

MMA consolidates and calculates yield curve information on a daily basis and publishes the results on Bloomberg under symbol CMMA, or GDCO4211.

As of August 29, 2025, Municipal Market Analytics Yield Curve was published as follows:

**MMA**

The Power of **Independence**

# MUNICIPAL HIGH GRADE AAA G.O. INDEX

## August 29, 2025

| | | Yield* |
|---|---|---|
| 1 | 2025 | 2.27 |
| 2 | 2026 | 2.27 |
| 3 | 2027 | 2.27 |
| 4 | 2028 | 2.32 |
| 5 | 2029 | 2.41 |
| 6 | 2030 | 2.57 |
| 7 | 2031 | 2.73 |
| 8 | 2032 | 2.89 |
| 9 | 2033 | 3.04 |
| 10 | 2034 | 3.18 |
| 11 | 2035 | 3.32 |
| 12 | 2036 | 3.45 |
| 13 | 2037 | 3.58 |
| 14 | 2038 | 3.7 |
| 15 | 2039 | 3.81 |
| 16 | 2040 | 3.92 |
| 17 | 2041 | 4.03 |
| 18 | 2042 | 4.12 |
| 19 | 2043 | 4.2 |
| 20 | 2044 | 4.27 |
| 21 | 2045 | 4.33 |
| 22 | 2046 | 4.38 |
| 23 | 2047 | 4.43 |
| 24 | 2048 | 4.46 |
| 25 | 2049 | 4.49 |
| 26 | 2050 | 4.52 |
| 27 | 2051 | 4.55 |
| 28 | 2052 | 4.56 |
| 29 | 2053 | 4.57 |
| 30 | 2054 | 4.58 |

**Average Laddered Yield 30-Year:** **3.64%**

**Summary**

Robert P. Tremp, Jr., MA, CRC, CLCP, prepared a Life Care Plan for Ann O'Malley on September 24, 2025. I have applied the appropriate growth rate to each category to obtain the present value of the Life Care Plan. The calculations and summary of the plan are attached. The present growth rates are based on past increases in the Medical Care Indexes by the Bureau of Labor Statistics for Services by Other Medical Professionals, Physician Services, Eyeglasses and Eyecare, Nursing Care, Attendant Care, Medical Equipment and Supplies, Prescription Drugs and Hospital Services. Non-medical items are grown into the future at the projected growth rate of the CPI and the ECI as per the CBO and the OASDI.

The present value of the life care plan is estimated at **$2,513,198** if the Private Hire option of the Home Care component of the Life Care Plan is considered in the calculations.

The present value of the life care plan is estimated at **$2,951,753** if the Agency Hire option of the Home Care component of the Life Care Plan is considered in the calculations.

Please see attached summary tables and categories.

I reserve the right to update my report should additional information become available.

**DOCUMENTS REVIEWED**


Consumer Price Index Detailed Report, Table 3A. Historical Consumer Price Index for All Urban Consumers (CPI-U) (U.S. city average, by commodity and service group, and detailed expenditure categories), January 2000 through January 2024.

Office of the Actuary, Centers for Medicare & Medicaid Services (CMS) *National Health Price Increase Projections – 2016-2025, Annual Price Growth.*

U.S. Bureau of Labor Statistics Consumer Price Index, *Measuring Price Change for Medical Care in the CPI*

CBO's Economic Projections by Calendar Years 2025 to 2035, *Table C-1, An Update to The Budget and Economic Outlook: 2025 to 2035, January 2025,* The Congress of the United States, Congressional Budget Office. https://www.cbo.gov

The United States Old Age Survivors Insurance & Federal Disability Insurance (OASDI) Trust Funds' 2025 Annual Report of the Board of Trustees, Table V.B.1.-Principal Economic Assumptions.

Life Care Plan for Ann O'Malley prepared by Robert P. Tremp, Jr., MA, CRC, CLCP on September 24, 2025.

Municipal Bond AAA Yield Curve: 1 - 30 Year Maturities, *Municipal Bonds Yields: Triple-A Rated, Tax-Exempt Insured Bonds*, Latest update August 29, 2025. Report produced by Municipal Market Analytics (MMA).

Changes in the Distribution of Worker's Hourly Wages Between 1979 and 2009, The Congress of the United States, Congressional Budget Office.

**Ann O'Malley**

**Projected Evaluations**

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | 2.02% |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 449.50 | 1.0 | 1 | $ 449.5 | 1.0 |
| 2 | 79.2 | 1 | $ 449.50 | 1.0 | 1 | $ 449.5 | 1.0 |
| 3 | 79.2 | 1 | $ 226.50 | 1.0 | 1 | $ 226.5 | 1.0 |
| 4 | 79.2 | 1 | $ 249.50 | 1.0 | 1 | $ 249.5 | 1.0 |

| | | | | | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | Cognitive Therapy Evaluation | | Speech and Language Pathology Evaluation | | Physical Therapy Evaluation | | Occupational Therapy Evaluation | |
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.02% | 2.27% | $459 | **$453** | $459 | **$453** | $231 | **$228** | $255 | **$252** |
| **Totals:** | | | | | **$459** | **$453** | **$459** | **$453** | **$231** | **$228** | **$255** | **$252** |

| | |
|---|---|
| Future Value Total: | $1,403 |
| **Present Value Total:** | **$1,387** |

**Ann O'Malley**

**Projected Therapeutic Modalities**

| | | |
|---|---|---|
| Date of Birth: | 7/7/1946 | |
| Date of Injury: | 2/6/2024 | |
| Age @ Date of LCP: | 79.2 | |
| Start Date: | 9/24/2025 | (Start Date) |
| Category inflation: | 2.02% | |
| Age at Life Expectancy: | 89.2 | |
| Residual Life Expectancy: | 10.0 | |
| LE Date: | 9/24/2035 | |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration | |
|---|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 276.00 | 48.0 | 1.0 | $ 13,248.0 | 10.0 | |
| 2 | 79.2 | 1 | $ 186.00 | 96.0 | 1.0 | $ 17,856.0 | 10.0 | once a week after first year |
| 3 | 79.2 | 1 | $ 338.00 | 12.0 | 1.0 | $ 4,056.0 | 10.0 | |
| 4 | 79.2 | 1 | $ 338.00 | 12.0 | 1.0 | $ 4,056.0 | 10.0 | |

| | | Care Cost Item and Duration | | | 1 Cognitive and Memory Therapy | | 2 Speech Therapy | | 3 Physical Therapy | | 4 Occupational Therapy | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.02% | 2.27% | $13,516 | **$13,365** | $18,217 | **$18,013** | $4,138 | **$4,092** | $4,138 | **$4,092** |
| 80.2 | 2 | 09/24/2027 | 2.02% | 2.27% | $13,789 | **$13,332** | $9,292 | **$8,985** | $4,222 | **$4,082** | $4,222 | **$4,082** |
| 81.2 | 3 | 09/23/2028 | 2.02% | 2.27% | $14,067 | **$13,300** | $9,480 | **$8,963** | $4,307 | **$4,072** | $4,307 | **$4,072** |
| 82.2 | 4 | 09/24/2029 | 2.02% | 2.32% | $14,351 | **$13,244** | $9,672 | **$8,926** | $4,394 | **$4,055** | $4,394 | **$4,055** |
| 83.2 | 5 | 09/24/2030 | 2.02% | 2.41% | $14,641 | **$13,153** | $9,867 | **$8,864** | $4,483 | **$4,027** | $4,483 | **$4,027** |
| 84.2 | 6 | 09/24/2031 | 2.02% | 2.57% | $14,937 | **$12,991** | $10,066 | **$8,755** | $4,573 | **$3,977** | $4,573 | **$3,977** |
| 85.2 | 7 | 09/23/2032 | 2.02% | 2.73% | $15,239 | **$12,791** | $10,270 | **$8,620** | $4,665 | **$3,916** | $4,665 | **$3,916** |
| 86.2 | 8 | 09/24/2033 | 2.02% | 2.89% | $15,547 | **$12,556** | $10,477 | **$8,461** | $4,760 | **$3,844** | $4,760 | **$3,844** |
| 87.2 | 9 | 09/24/2034 | 2.02% | 3.04% | $15,861 | **$12,296** | $10,689 | **$8,287** | $4,856 | **$3,765** | $4,856 | **$3,765** |
| 88.2 | 10 | 09/24/2035 | 2.02% | 3.18% | $16,181 | **$12,018** | $10,905 | **$8,099** | $4,954 | **$3,680** | $4,954 | **$3,680** |
| | | **Totals:** | | | **$148,128** | **$129,047** | **$108,933** | **$95,973** | **$45,351** | **$39,509** | **$45,351** | **$39,509** |

Future Value Total: $347,762

**Present Value Total: $304,037**

**Ann O'Malley**

## Orthopedic Equipment

| | | |
|---|---|---|
| Date of Birth: | 7/7/1946 | |
| Date of Injury: | 2/6/2024 | |
| Age @ Date of LCP: | 79.2 | |
| Start Date: | 9/24/2025 | (Start Date) |
| Category inflation: | 0.84% | |
| Age at Life Expectancy: | 89.2 | |
| Residual Life Expectancy: | 10.0 | |
| LE Date: | 9/24/2035 | |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 247.00 | 1.0 | 6.0 | $ 247.0 | 10.0 |

| | | | | | 1 | |
|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | Rollator / Walker with seat | |
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 0.84% | 2.27% | $249 | **$246** |
| 80.2 | 2 | 09/24/2027 | 0.84% | 2.27% | | |
| 81.2 | 3 | 09/23/2028 | 0.84% | 2.27% | | |
| 82.2 | 4 | 09/24/2029 | 0.84% | 2.32% | | |
| 83.2 | 5 | 09/24/2030 | 0.84% | 2.41% | | |
| 84.2 | 6 | 09/24/2031 | 0.84% | 2.57% | | |
| 85.2 | 7 | 09/23/2032 | 0.84% | 2.73% | $262 | **$220** |
| 86.2 | 8 | 09/24/2033 | 0.84% | 2.89% | | |
| 87.2 | 9 | 09/24/2034 | 0.84% | 3.04% | | |
| 88.2 | 10 | 09/24/2035 | 0.84% | 3.18% | | |
| **Totals:** | | | | | **$511** | **$466** |

| | |
|---|---|
| Future Value Total: | $511 |
| **Present Value Total:** | **$466** |

**Ann O'Malley**

**Home Furnishings and Accessories**

| | | |
|---|---|---|
| Date of Birth: | 7/7/1946 | |
| Date of Injury: | 2/6/2024 | |
| Age @ Date of LCP: | 79.2 | |
| Start Date: | 9/24/2025 | (Start Date) |
| Category inflation: | proj CPI | |
| Age at Life Expectancy: | 89.2 | |
| Residual Life Expectancy: | 10.0 | |
| LE Date: | 9/24/2035 | |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 196.00 | 1.0 | 3.5 | $ 196.0 | 10.0 |
| 2 | 79.2 | 1 | $ 209.00 | 1.0 | 3.5 | $ 209.0 | 10.0 |

| | | | | | 1 | | 2 | |
|---|---|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | Shower Chair | | Mounted Hand Held Shower with Slide Bar | |
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.30% | 2.27% | $201 | **$198** | $214 | **$211** |
| 80.2 | 2 | 09/24/2027 | 2.40% | 2.27% | | | | |
| 81.2 | 3 | 09/23/2028 | 2.30% | 2.27% | | | | |
| 82.2 | 4 | 09/24/2029 | 2.20% | 2.32% | $215 | **$198** | $229 | **$211** |
| 83.2 | 5 | 09/24/2030 | 2.20% | 2.41% | | | | |
| 84.2 | 6 | 09/24/2031 | 2.20% | 2.57% | | | | |
| 85.2 | 7 | 09/23/2032 | 2.20% | 2.73% | | | | |
| 86.2 | 8 | 09/24/2033 | 2.20% | 2.89% | $234 | **$189** | $250 | **$202** |
| 87.2 | 9 | 09/24/2034 | 2.20% | 3.04% | | | | |
| 88.2 | 10 | 09/24/2035 | 2.20% | 3.18% | | | | |
| **Totals:** | | | | | **$649** | **$586** | **$692** | **$624** |

| | |
|---|---|
| Future Value Total: | $1,342 |
| **Present Value Total:** | **$1,210** |

## Ann O'Malley

## Aids for Independent Function

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | proj CPI |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 29.99 | 12.0 | 1.0 | $ 359.9 | 10.0 |

| | | | | | 1 | |
|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | Constant Therapy Online Traumatic Brain Injury Program | |
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.30% | 2.27% | $368 | **$364** |
| 80.2 | 2 | 09/24/2027 | 2.40% | 2.27% | $377 | **$365** |
| 81.2 | 3 | 09/23/2028 | 2.30% | 2.27% | $386 | **$365** |
| 82.2 | 4 | 09/24/2029 | 2.20% | 2.32% | $394 | **$364** |
| 83.2 | 5 | 09/24/2030 | 2.20% | 2.41% | $403 | **$362** |
| 84.2 | 6 | 09/24/2031 | 2.20% | 2.57% | $412 | **$358** |
| 85.2 | 7 | 09/23/2032 | 2.20% | 2.73% | $421 | **$353** |
| 86.2 | 8 | 09/24/2033 | 2.20% | 2.89% | $430 | **$347** |
| 87.2 | 9 | 09/24/2034 | 2.20% | 3.04% | $439 | **$341** |
| 88.2 | 10 | 09/24/2035 | 2.20% | 3.18% | $449 | **$334** |
| **Totals:** | | | | | **$4,079** | **$3,552** |

Future Value Total: $4,079

**Present Value Total: $3,552**

**Ann O'Malley**

**Medications**

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | 2.91% |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 225.00 | 12.0 | 1.0 | $ 2,700.0 | 10.0 |

| | | | | | | 1 | |
|---|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | | Prescription Medications | |
| Age | YR | Year Ending | Cost Growth | Discount Rate | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.91% | 2.27% | $2,779 | **$2,748** |
| 80.2 | 2 | 09/24/2027 | 2.91% | 2.27% | $2,859 | **$2,765** |
| 81.2 | 3 | 09/23/2028 | 2.91% | 2.27% | $2,942 | **$2,782** |
| 82.2 | 4 | 09/24/2029 | 2.91% | 2.32% | $3,028 | **$2,794** |
| 83.2 | 5 | 09/24/2030 | 2.91% | 2.41% | $3,116 | **$2,799** |
| 84.2 | 6 | 09/24/2031 | 2.91% | 2.57% | $3,207 | **$2,789** |
| 85.2 | 7 | 09/23/2032 | 2.91% | 2.73% | $3,300 | **$2,770** |
| 86.2 | 8 | 09/24/2033 | 2.91% | 2.89% | $3,396 | **$2,743** |
| 87.2 | 9 | 09/24/2034 | 2.91% | 3.04% | $3,495 | **$2,709** |
| 88.2 | 10 | 09/24/2035 | 2.91% | 3.18% | $3,596 | **$2,671** |
| **Totals:** | | | | | **$31,718** | **$27,570** |

| | |
|---|---|
| Future Value Total: | $31,718 |
| **Present Value Total:** | **$27,570** |

**Ann O'Malley**

**Home Care / Facility Care Option 1 - Private Hire**

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | 2.90% |
| Category inflation: | proj CPI |
| Category inflation: | proh ECI |
| Category inflation: | 3.00% |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 19.89 | 8760.0 | 1.0 | $ 174,236.4 | 10.0 |
| 2 | 79.2 | 1 | $ 6,039.00 | 1.0 | 1.0 | $ 6,039.0 | 10.0 |
| 3 | 79.2 | 1 | $ 47.19 | 104.0 | 1.0 | $ 4,907.8 | 10.0 |
| 4 | 79.2 | 1 | $ 97.00 | 108.0 | 1.0 | $ 10,476.0 | 10.0 |
| 5 | 79.2 | 1 | $ 240.00 | 52.0 | 1.0 | $ 12,480.0 | 10.0 |

| | | | | | | | | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | | | | **Attendant Care - HHA** | | **Additional Household Cost for Full Time Caregivers** | | **Skilled Nurse Visit** | | **Case Management** | | **Homemaker/ Housekeeper** | |
| Age | **YR** | Year Ending | Cost Growth | Cost Growth | Cost Growth | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.90% | 2.30% | 3.50% | 3.00% | 2.27% | $179,462 | **$177,460** | $6,178 | **$6,109** | $5,050 | **$4,994** | $10,843 | **$10,722** | $12,767 | **$12,625** |
| 80.2 | 2 | 09/24/2027 | 2.90% | 2.40% | 3.30% | 3.00% | 2.27% | $184,845 | **$178,725** | $6,326 | **$6,117** | $5,196 | **$5,024** | $11,200 | **$10,830** | $13,073 | **$12,641** |
| 81.2 | 3 | 09/23/2028 | 2.90% | 2.30% | 3.20% | 3.00% | 2.27% | $190,389 | **$180,000** | $6,472 | **$6,119** | $5,347 | **$5,055** | $11,559 | **$10,928** | $13,374 | **$12,644** |
| 82.2 | 4 | 09/24/2029 | 2.90% | 2.20% | 3.00% | 3.00% | 2.32% | $196,100 | **$180,974** | $6,614 | **$6,104** | $5,502 | **$5,077** | $11,906 | **$10,987** | $13,668 | **$12,614** |
| 83.2 | 5 | 09/24/2030 | 2.90% | 2.20% | 3.00% | 3.00% | 2.41% | $201,982 | **$181,456** | $6,760 | **$6,073** | $5,661 | **$5,086** | $12,263 | **$11,017** | $13,969 | **$12,550** |
| 84.2 | 6 | 09/24/2031 | 2.90% | 2.20% | 2.90% | 3.00% | 2.57% | $208,040 | **$180,940** | $6,908 | **$6,008** | $5,825 | **$5,066** | $12,618 | **$10,975** | $14,276 | **$12,417** |
| 85.2 | 7 | 09/23/2032 | 2.90% | 2.20% | 2.90% | 3.00% | 2.73% | $214,280 | **$179,866** | $7,060 | **$5,926** | $5,994 | **$5,031** | $12,984 | **$10,899** | $14,590 | **$12,247** |
| 86.2 | 8 | 09/24/2033 | 2.90% | 2.20% | 2.90% | 3.00% | 2.89% | $220,707 | **$178,245** | $7,216 | **$5,827** | $6,167 | **$4,981** | $13,361 | **$10,790** | $14,911 | **$12,043** |
| 87.2 | 9 | 09/24/2034 | 2.90% | 2.20% | 2.90% | 3.00% | 3.04% | $227,326 | **$176,238** | $7,374 | **$5,717** | $6,346 | **$4,920** | $13,748 | **$10,659** | $15,240 | **$11,815** |
| 88.2 | 10 | 09/24/2035 | 2.90% | 2.20% | 2.90% | 3.00% | 3.18% | $234,145 | **$173,911** | $7,537 | **$5,598** | $6,530 | **$4,850** | $14,147 | **$10,508** | $15,575 | **$11,568** |
| | | **Totals:** | | | | | | **$2,057,276** | **$1,787,814** | **$68,444** | **$59,598** | **$57,616** | **$50,082** | **$124,630** | **$108,314** | **$141,445** | **$123,162** |

Future Value Total: $2,449,410

**Present Value Total: $2,128,970**

**Ann O’Malley**

**Home Care / Facility Care Option 2 -Agency Hire**

| | | |
|---|---|---|
| Date of Birth: | 7/7/1946 | |
| Date of Injury: | 2/6/2024 | |
| Age @ Date of LCP: | 79.2 | |
| Start Date: | 9/24/2025 | (Start Date) |
| Category inflation: | 2.90% | |
| Category inflation: | proj CPI | |
| Category inflation: | proh ECI | |
| Category inflation: | 3.00% | |
| Age at Life Expectancy: | 89.2 | |
| Residual Life Expectancy: | 10.0 | |
| LE Date: | 9/24/2035 | |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 25.00 | 8760.0 | 1.0 | $219,000.0 | 10.0 |
| 2 | 79.2 | 1 | $ 6,039.00 | 1.0 | 1.0 | $ 6,039.0 | 10.0 |
| 3 | 79.2 | 1 | $ 90.00 | 104.0 | 1.0 | $ 9,360.0 | 10.0 |
| 4 | 79.2 | 1 | $ 97.00 | 42.0 | 1.0 | $ 4,074.0 | 10.0 |
| 5 | 79.2 | 1 | $ 240.00 | 52.0 | 1.0 | $ 12,480.0 | 10.0 |

| | | | | | | | 1 | | 2 | | 3 | | 4 | | 5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Care Cost Item and Duration | | | | | | Attendant Care - HHA | | Additional Household Cost for Full Time Caregivers | | Skilled Nurse Visit | | Case Management | | Homemaker/ Housekeeper | |
| YR | Year Ending | Cost Growth | Cost Growth | Cost Growth | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 1 | 09/24/2026 | 2.90% | 2.30% | 3.50% | 3.00% | 2.27% | $225,569 | **$223,051** | $6,178 | **$6,109** | $9,631 | **$9,524** | $4,217 | **$4,170** | $12,767 | **$12,625** |
| 2 | 09/24/2027 | 2.90% | 2.40% | 3.30% | 3.00% | 2.27% | $232,334 | **$224,642** | $6,326 | **$6,117** | $9,910 | **$9,582** | $4,356 | **$4,212** | $13,073 | **$12,641** |
| 3 | 09/23/2028 | 2.90% | 2.30% | 3.20% | 3.00% | 2.27% | $239,303 | **$226,244** | $6,472 | **$6,119** | $10,197 | **$9,641** | $4,495 | **$4,250** | $13,374 | **$12,644** |
| 4 | 09/24/2029 | 2.90% | 2.20% | 3.00% | 3.00% | 2.32% | $246,480 | **$227,468** | $6,614 | **$6,104** | $10,492 | **$9,683** | $4,630 | **$4,273** | $13,668 | **$12,614** |
| 5 | 09/24/2030 | 2.90% | 2.20% | 3.00% | 3.00% | 2.41% | $253,873 | **$228,074** | $6,760 | **$6,073** | $10,796 | **$9,699** | $4,769 | **$4,284** | $13,969 | **$12,550** |
| 6 | 09/24/2031 | 2.90% | 2.20% | 2.90% | 3.00% | 2.57% | $261,488 | **$227,426** | $6,908 | **$6,008** | $11,109 | **$9,662** | $4,907 | **$4,268** | $14,276 | **$12,417** |
| 7 | 09/23/2032 | 2.90% | 2.20% | 2.90% | 3.00% | 2.73% | $269,331 | **$226,076** | $7,060 | **$5,926** | $11,431 | **$9,595** | $5,049 | **$4,239** | $14,590 | **$12,247** |
| 8 | 09/24/2033 | 2.90% | 2.20% | 2.90% | 3.00% | 2.89% | $277,409 | **$224,038** | $7,216 | **$5,827** | $11,762 | **$9,499** | $5,196 | **$4,196** | $14,911 | **$12,043** |
| 9 | 09/24/2034 | 2.90% | 2.20% | 2.90% | 3.00% | 3.04% | $285,730 | **$221,516** | $7,374 | **$5,717** | $12,103 | **$9,383** | $5,347 | **$4,145** | $15,240 | **$11,815** |
| 10 | 09/24/2035 | 2.90% | 2.20% | 2.90% | 3.00% | 3.18% | $294,300 | **$218,591** | $7,537 | **$5,598** | $12,453 | **$9,250** | $5,502 | **$4,086** | $15,575 | **$11,568** |
| | **Totals:** | | | | | | **$2,585,817** | **$2,247,126** | **$68,444** | **$59,598** | **$109,884** | **$95,517** | **$48,467** | **$42,122** | **$141,445** | **$123,162** |

| | |
|---|---|
| Future Value Total: | $2,954,057 |
| **Present Value Total:** | **$2,567,525** |

**Ann O'Malley**

**Future Medical Care Routine**

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | 2.32% |
| Category inflation: | 1.46% |
| Category inflation: | 2.02% |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 291.50 | 2.0 | 1.0 | $ 583.0 | 10.0 |
| 2 | 79.2 | 1 | $ 291.50 | 1.0 | 1.0 | $ 291.5 | 10.0 |
| 3 | 79.2 | 1 | $ 270.00 | 1.0 | 1.0 | $ 270.0 | 10.0 |
| 4 | 79.2 | 1 | $ 291.50 | 2.0 | 1.0 | $ 583.0 | 10.0 |
| 5 | 79.2 | 1 | $ 139.50 | 1.0 | 1.0 | $ 139.5 | 10.0 |

| | | Care Cost Item and Duration | | | | | 1 Neurologist | | 2 Cardiology | | 3 Ophthalmology | | 4 Primary Care Physician | | 5 Pathology Lab Studies | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | YR | Year Ending | Cost Growth | Cost Growth | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.32% | 1.46% | 2.02% | 2.27% | $597 | **$590** | $298 | **$295** | $274 | **$271** | $597 | **$590** | $142 | **$141** |
| 80.2 | 2 | 09/24/2027 | 2.32% | 1.46% | 2.02% | 2.27% | $610 | **$590** | $305 | **$295** | $278 | **$269** | $610 | **$590** | $145 | **$140** |
| 81.2 | 3 | 09/23/2028 | 2.32% | 1.46% | 2.02% | 2.27% | $625 | **$590** | $312 | **$295** | $282 | **$267** | $625 | **$590** | $148 | **$140** |
| 82.2 | 4 | 09/24/2029 | 2.32% | 1.46% | 2.02% | 2.32% | $639 | **$590** | $320 | **$295** | $286 | **$264** | $639 | **$590** | $151 | **$139** |
| 83.2 | 5 | 09/24/2030 | 2.32% | 1.46% | 2.02% | 2.41% | $654 | **$587** | $327 | **$294** | $290 | **$261** | $654 | **$587** | $154 | **$139** |
| 84.2 | 6 | 09/24/2031 | 2.32% | 1.46% | 2.02% | 2.57% | $669 | **$582** | $335 | **$291** | $295 | **$256** | $669 | **$582** | $157 | **$137** |
| 85.2 | 7 | 09/23/2032 | 2.32% | 1.46% | 2.02% | 2.73% | $685 | **$575** | $342 | **$287** | $299 | **$251** | $685 | **$575** | $160 | **$135** |
| 86.2 | 8 | 09/24/2033 | 2.32% | 1.46% | 2.02% | 2.89% | $700 | **$566** | $350 | **$283** | $303 | **$245** | $700 | **$566** | $164 | **$132** |
| 87.2 | 9 | 09/24/2034 | 2.32% | 1.46% | 2.02% | 3.04% | $717 | **$556** | $358 | **$278** | $308 | **$238** | $717 | **$556** | $167 | **$129** |
| 88.2 | 10 | 09/24/2035 | 2.32% | 1.46% | 2.02% | 3.18% | $733 | **$545** | $367 | **$272** | $312 | **$232** | $733 | **$545** | $170 | **$127** |
| | | **Totals:** | | | | | **$6,628** | **$5,770** | **$3,314** | **$2,885** | **$2,927** | **$2,553** | **$6,628** | **$5,770** | **$1,560** | **$1,359** |

Future Value Total: $21,057
**Present Value Total: $18,337**

**Ann O'Malley**

**Future Medical Care Aggressive Treatment**

| | |
|---|---|
| Date of Birth: | 7/7/1946 |
| Date of Injury: | 2/6/2024 |
| Age @ Date of LCP: | 79.2 |
| Start Date: | 9/24/2025 (Start Date) |
| Category inflation: | 2.02% |
| Category inflation: | 5.49% |
| Age at Life Expectancy: | 89.2 |
| Residual Life Expectancy: | 10.0 |
| LE Date: | 9/24/2035 |

| Item | Begin at Age | Begin Year | Unit cost | Quantity | Interval | Annual Costs: | Duration |
|---|---|---|---|---|---|---|---|
| 1 | 79.2 | 1 | $ 86.00 | 1.0 | 1.0 | $ 86.0 | 10.0 |
| 2 | 79.2 | 1 | $ 1,856.50 | 1.0 | 1.0 | $ 1,856.5 | 10.0 |
| 3 | 79.2 | 1 | $ 1,871.50 | 1.0 | 3.0 | $ 1,871.5 | 10.0 |

| | | | | | | 1 | | 2 | | 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Care Cost Item and Duration | | | | **Electrocardiogram** | | **Nuclear Stress Test** | | **MRI of Brain** | |
| Age | YR | Year Ending | Cost Growth | Cost Growth | Discount Rate | Future Value | **Present Value** | Future Value | **Present Value** | Future Value | **Present Value** |
| 79.2 | 1 | 09/24/2026 | 2.02% | 5.49% | 2.27% | $88 | **$87** | $1,894 | **$1,873** | $1,974 | **$1,952** |
| 80.2 | 2 | 09/24/2027 | 2.02% | 5.49% | 2.27% | $90 | **$87** | $1,932 | **$1,868** | | |
| 81.2 | 3 | 09/23/2028 | 2.02% | 5.49% | 2.27% | $91 | **$86** | $1,971 | **$1,864** | | |
| 82.2 | 4 | 09/24/2029 | 2.02% | 5.49% | 2.32% | $93 | **$86** | $2,011 | **$1,856** | $2,318 | **$2,139** |
| 83.2 | 5 | 09/24/2030 | 2.02% | 5.49% | 2.41% | $95 | **$85** | $2,052 | **$1,843** | | |
| 84.2 | 6 | 09/24/2031 | 2.02% | 5.49% | 2.57% | $97 | **$84** | $2,093 | **$1,821** | | |
| 85.2 | 7 | 09/23/2032 | 2.02% | 5.49% | 2.73% | $99 | **$83** | $2,135 | **$1,793** | $2,721 | **$2,284** |
| 86.2 | 8 | 09/24/2033 | 2.02% | 5.49% | 2.89% | $101 | **$82** | $2,179 | **$1,759** | | |
| 87.2 | 9 | 09/24/2034 | 2.02% | 5.49% | 3.04% | $103 | **$80** | $2,223 | **$1,723** | | |
| 88.2 | 10 | 09/24/2035 | 2.02% | 5.49% | 3.18% | $105 | **$78** | $2,268 | **$1,684** | $3,194 | **$2,373** |
| | **Totals:** | | | | | **$962** | **$838** | **$20,758** | **$18,084** | **$10,207** | **$8,748** |

Future Value Total: $31,927

**Present Value Total: $27,669**

Updated: November 2025

# Nik Volkov, Ph.D., CVA, MAFF

Stetson Hatcher School of Business
3100 Mercer University Dr. BE-256
Atlanta, GA 30341

www.nikvolkov.com
volkov_ni@mercer.edu

## ACADEMIC EMPLOYMENT

**Associate Professor of Finance** 2021 – present
**Director, MS in Business Analytics Program** 2020 – 2022
Mercer University, Atlanta, GA

**Assistant Professor of Finance** 2015 – 2021
Mercer University, Atlanta, GA

**Visiting Assistant Professor of Finance** 2016 (summer)
Florida Atlantic University, Boca Raton, FL

**Instructor** 2013 – 2015
Florida Atlantic University, Boca Raton, FL

## EDUCATION

**Ph.D.** Finance, Florida Atlantic University 2015
**MBA**, Millersville University 2007
**BA**, International Studies, Millersville University 2005
Political Science, Peoples Friendship University, Moscow Russia 1999 – 2001

## PROFESSIONAL CERTIFICATIONS

Certified Valuation Analyst (CVA®) by the National Association of Certified Valuators and Analysts

Master Analyst in Financial Forensics (MAFF®) by the National Association of Certified Valuators and Analysts

## PEER REVIEWED PUBLICATIONS

Agapova, A., Kaprielyan, M., and Volkov, N., 2025. Bond ETFs and Price Volatility of Underlying Securities. *Financial Review,* Volume 60, Issue 3, pp. 667-700.

Agapova, A. and Volkov, N., 2025. Corporate governance, firm strategy disclosure, and executive compensation. *Accounting and Business Research,* 55.6, pp. 639-667.

Timmerman, I. and Volkov, N., 2023. Student Loans: Lessons from Borrowers. *Applied Finance Letters,* 12.1, pp. 2-19.

Agapova, A. and Volkov, N., 2021. Tax-Induced Trading: the Effect of Capital Gain Tax Changes. *The Quarterly Review of Economics and Finance,* 79, pp. 245-259.

Timmerman, I. and Volkov, N., 2021. Education, Career Choice, and Financial Planning: Implications for Financial Planners. *Journal of Financial Planning*, 34(2), pp. 64-67.

Agapova, A., Madura, J, and Volkov, N., 2020. Information Leakage of ADRs Prior to Company Issued Guidance, *Research in International Business and Finance*, 54, 101304.

Timmerman, I. and Volkov, N., 2020. Career and education choice as the central elements of wealth maximization. *Financial Services Review,* 28(3) pp. 179-200.

Agapova, A. and Volkov, N., 2019. Guidance on strategic information: investor-management disagreement and firm intrinsic value. *Journal of Banking and Finance*, 108, 105632.

Volkov, N.I., 2018. Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of South Carolina. *Journal of Forensic Economics,* 27(2), pp 179-191.

Chira, I. and Volkov, N. I., 2017. The Choice of Sale Method and its Consequences in Mergers and Acquisitions. *The Quarterly Review of Economics and Finance*, 63, pp. 170-184.

Volkov, N.I. and Yuhn, K.H., 2016. Oil Price Shocks and Exchange Rate Movements. *Global Finance Journal,* 31, pp. 18-30.

Volkov, N.I., Chira, I. and Premti, A., 2016. Who is successful on the finance Ph.D. job market? *Journal of Corporate Finance,* 37, pp. 109-131.

Volkov, N.I. and Smith, G.C., 2015. Corporate diversification and firm value during economic downturns. *The Quarterly Review of Economics and Finance*, 55, pp.160-175.

## LAW JOURNAL PUBLICATIONS

Adams, A. F., and Volkov, N., 2020. The effect of COVID-19 on business valuation. *The Family Law Review*.

## BOOK CHAPTERS

Mutual Funds as an Investment Vehicle for the Middle Class, in *The American Middle Class: An Economic Encyclopedia of Progress and Poverty*, 2017, with Anna Agapova, edited by Robert S. Rycroft

## WORKING PAPERS

Estimating present value of future earnings or earning capacity for an undocumented worker, with Thomas Roney and Brittany Pearce

Corporate Diversification and Its Effect on a Valuation Engagement, with Steven Shapiro

Degree of Corporate Diversification and Stock Returns: An Empirical Test, with Garrett Smith

## RESEARCH PRESENTATIONS

2024: Association for Marketing and Health Care Research (Park City, UT); American Economic Association (National Association of Forensic Economics, San Antonio, TX); National Association of Forensic Economics – International Meeting (Reykjavik, Iceland), Southern Economic Association (National Association of Forensic Economics, Washington DC)
2023: Southern Economics Association (organized and presented at the National Association of Forensic Economics, New Orleans, LA)
2022: Southern Economics Association (organized National Association of Forensic Economics sessions, Fort Lauderdale, FL), American Economic Association (National Association of Forensic Economics, virtual)
2021: Southern Finance Association (Captiva Island, FL)
2020: American Social Science Association (San Diego, CA), Association for Marketing and Health Care Research (Breckenridge, CO), Academy of Financial Services (Virtual);
2019: American Finance Association (Atlanta, GA), Association for Marketing and Health Care Research (Jackson, WY);
2018: Association for Marketing and Health Care Research (Telluride, CO), National Association of Forensic Economics (Vancouver, BC), Financial Management Association (San Diego, CA); Southern Finance Association (Asheville, NC);
2017: Eastern Finance Association (Jacksonville, FL), Southern Finance Association (Key West, FL), Academy of Financial Services (Nashville, TN);
2016: Midwestern Finance Association (Atlanta, GA), Eastern Finance Association (Baltimore, MD); Academy of Financial Services (Las Vegas, NV), Southern Finance Association (Miramar Beach, FL);
2015: Eastern Finance Association (New Orleans, LA), Financial Management Association (Orlando, FL);
2014: Midwestern Finance Association (Orlando, FL), Eastern Finance Association (Pittsburgh, PA), Financial Management Association (Nashville, TN);
2013: Southern Finance Association (Fajardo, Puerto Rico).

## TEACHING

Principles of Finance (U), Corporation Finance (G), Investment Analysis (U), Investment analysis and Portfolio Management (G), Financial Analytics (G), International Economics and Finance (U, G), Corporate Restructuring via Mergers and Acquisitions (G), Venture Funding (G), Capital Budgeting (G).

## SPECIAL SEMINARS AND TALKS

| | |
|---|---|
| Academics and Their Money<br>*Attainable Wealth Podcast* | 2025 |
| Economic Damages in Personal Injury and Wrongful Death Cases:<br>A Guide for Paralegals<br>*Maryland Association for Justice* | 2025 |
| Economic Damages in Personal Injury (and Wrongful Death) Cases<br>*Alabama Association for Justice Winter Summit* | 2024 |
| PV of Economic Damages in Personal Injury Litigation – Foundational Principles for Life Care Planners and Vocational Experts<br>*American Association of Physician Life Care Planners 6th Annual Assembly* | 2022 |
| Economic Damages in Personal Injury and Wrongful Death Cases<br>*Connectionology – Webinar* | 2022 |
| Assessing Economic Damages in Personal Injury and Wrongful Death Litigation – An Economist's View<br>*New York State Academy of Trial Lawyers* | 2021 |
| Case Development Using Economists, Vocational Experts and Life Care Planners<br>*Continuing Legal Education,* Florida | 2020 |
| How to Prove Damages in Civil Cases – What Experts Want you to Know<br>*State Bar of Georgia, Institute of Continuing Legal Education* | 2019 |
| Funding Strategies<br>*American Financial Services Association* (EDGE Program) | 2016-2021 |
| Valuation and Financing<br>*FOM University of Applied Sciences for Economics and Management* | 2017 |

## AWARDS

| | |
|---|---|
| Featured Member<br>*The Forecast,* a seasonal publication of<br>*The National Association of Forensic Economics* | 2019 |
| Young Alumni Achievement Award<br>*Millersville University* | 2019 |
| 40 under 40 in the Valuation World<br>*National Association of Certified Valuators and Analysts* | 2019 |
| Exemplary Faculty Award<br>*Mercer University* | 2017 |
| ETF Research Academy Grant<br>*Paris-Dauphine House of Finance and Lyxor Asset Management* | 2016 |
| FMA Doctoral Student Consortium<br>*Financial Management Association International* | 2014 |
| FAU Presidential Doctoral Fellowship<br>*Florida Atlantic University* | 2011, 2012 |

## PROFESSIONAL MEMBERSHIP

American Finance Association, Financial Management Association, Eastern Finance Association, Midwestern Finance Association, Southern Finance Association, Academy of Financial Services, Southern Economics Association, Western Economic Association, National Association of Forensic Economics, National Association of Certified Valuators and Analysts, American Academy of Economic and Financial Experts.

Past Member of the Nominating Committee of the National Association of Forensic Economics (2021, 2024)

Past Vice President – Southern Region the National Association of Forensic Economics (2022-2024)

## REVIEWER/PROGRAM COMMITTEE

Peer-reviewed Journals: *Journal of International Money and Finance; International Review of Economics and Finance; International Economic Journal; Work Aging and Retirement; Journal of Forensic Economics, Journal of Legal Economics*

Co-Executive Editor of the *Journal of Forensic Econom*ics 2024 - present

Conferences: Eastern Finance Association, Southern Finance Association, Academy of Financial Services

Vice President of the National Association of Forensic Economics 2022 - 2024
(organize Southern Economic Association NAFE Meeting)

## INDUSTRY EXPERIENCE

**Forensic Economist** 2018 – present
Thomas Roney, LLC, www.thomasroneyllc.com
Independent assessment of economic damages in personal injury, wrongful death, employment, and commercial litigation.

**Forensic Economist** 2021 – present
Discovery Life Care Planning & Vocational Rehabilitation/ClientMD Life Care Plans
Independent assessment of economic damages in personal injury, wrongful death, and employment litigation.

**Founder/Forensic Economist** 2016 – present
Volkov Consulting, LLC
Independent assessment of economic damages in personal injury, wrongful death, employment and commercial litigation.

**Associate Economist** 2020 – present
Physicians Life Care Planning, www.physicianlcp.com

Independent assessment of economic damages in personal injury litigation.

**Founder** 2018 – 2020
PEAP.US, www.peap.us
Personalized Earnings by Age Profiles
An online application that helps individuals make wise (from a financial standpoint) education and career choices.

**Managing Member, CFO** 2007 – 2010
Milestone Managers and Providers, LLC, Lancaster, PA, USA
Secondary market for life insurance

**Assistant Research Analyst** 2005
Franklin Templeton Investments (Emerging Markets), Moscow, Russia
Equity valuation analysis

## SERVICE

**Co-Executive Editor** 2024- present
*Journal of Forensic Economics*

**Vice President, Southern Region** 2022 -2025
National Association of Forensic Economics

**School Governance Board Member** 2018 – 2021
Budget Committee Chair
Barnwell Elementary School, Johns Creek, GA

**Board Member, Finance Committee** 2016 – 2017
NVI Algae, LLC, Phoenix, AZ

**Principal** 2013 – 2016
Green Energy Partners Scholarship and Research Award
Pennsylvania State University – Erie

**Director, Treasurer** 2011 – 2015
Boca Towers Condominium Association, Boca Raton, FL

**Director** 2012 – 2014
International Association for Continuing Education
Moscow, Russia

## TECHNICAL SKILLS

STATA, SAS, E-VIEWS

SDC, DATASTREAM, WRDS (COMPUSTAT, CRSP, EVENTUS, I/B/E/S, TAQ, TRACE), EDGAR, BOARDEX.

# Nik Volkov, Ph.D., CVA, MAFF

Stetson-Hatcher School of Business
3100 Mercer University Dr. BE-256
Atlanta, GA 30341
www.nikvolkov.com
nv@econloss.com

Trial, Arbitration, and Deposition Testimonies

316. Testimony re the loss of household services (net of personal consumption) in a wrongful death case: Charles Springer, as a Personal Representative of the Estate of Alice Springer and on behalf of the survivors of the Estate of Alice Springer v. Southern Baptist Hospital of Florida, Inc. d/b/a Baptist Medical Center Jacksonville, Case No. 16-2025-CA-000339 in the Circuit Court of the Forth Judicial Circuit, in and for Duval County, Florida, on June 11, 2026 for Matthew Baggett, Baggett Law, Jacksonville, Florida.

315. Testimony (trial) re the future value of lost earnings and the future value of a life care plan in a personal injury case: John Attanasio v. AM Stable, LLC, Aecom Tishman, and Tishman Construction Corp., Index No. 157472/2021, in the Supreme Court of the State of New York, County of New York – Civil Term: Part 34, on June 10, 2026 for Adam Roth, Law Offices of Adam J. Roth, New York, New York.

314. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Samantha Millwood v. Forrest Grove Res., LLC and Klean Kut, Inc., Case No. SG-2024-CV-000199, in the Eighteen Judicial District, District Court, Sedgwick County, Kansas, Civil Department, on May 29, 2026 for Matt Bretz, Bretz Injury Law, Hutchinson, Kansas.

313. Testimony re the present value of a life care plan in a personal injury case: Michael Cosgrove v. Bryan Gorton and Dale Hayes Masonry, Inc., Case No. 23-CA-000036, in the Circuit Court of the Sixth Judicial Circuit of the State of Florida, in and for Pasco County, Civil Division, on May 27, 2026 for Afram Malki, Malki Law Firm, Tampa, Florida.

312. Testimony (trial deposition) re the present value of a life care plan in a personal injury case: Monica Medrano v. Freddie Franklin Griffin and Griffin Fence and Clearing, Inc., and State Farm Mutual Automobile Insurance Company, Case No. 24-CA-000431, in the Circuit Court of the Tenth Judicial Circuit in and for Highland County, Florida, on May 27, 2026 for Katherine Neal, Neal and Solevilla, Clearwater, Florida.

311. Testimony re the loss of earnings (net of personal consumption) and household services (net of personal consumption) in a wrongful death case: Cameron Rebecca Sherman, as a wrongful death beneficiary of Adam Rafael Sherman, Deceased, and as next friend of wrongful death beneficiaries C.S., A.S., and M.S. v. BNSF Railway Company, Cause No. 048-361765-25 in the District Court of 48th Judicial District, Tarrant County, Texas, on May 19, 2026 for Chris Lopez, Zimmerman Law Firm, PC, Waco, Texas.

310. Testimony re the present value of the life care plan, present value loss of earnings, and the present value of lost household services in a personal injury case: Dianne Watkins v. Adam Campbell, Concrete Pump Partners, LLC, and United Specialty Insurance Company, Civil Action File No. 24EV001384 in the State Court of Fulton County, State of Georgia, on May 18, 2026 for John Barnes, Witherite Law Group, Atlanta, Georgia.

309. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Katherine Soto Bonilla and Omar Rios v. Bayhealth Medical Center Inc., Christine Louise Miller, MD, Garrett Colmorgen, MD, Beverly Santana, CNM, Carrie Keane, CNM, Lauriel Scott-York, RN, Lindsey Beene, RN, and Hillary Reed, RN, C.A. No.: N23C-11-132RLG in the Superior Court of the State of Delaware, May 14, 2026 for Patrick Thronson, Wais, Vogelstein, Forman and Offutt, Baltimore, Maryland.

308. Testimony re the present value of the life care plan, the present value of lost household services, and the present value of lost earnings in a personal injury case: Rosemarie and Jeffrey Blake v. Bayhealth Medical Center, Inc. Civil Action No. N24C-11-146 FJJ in the Superior Court of the State of Delaware, on May 11, 2026 for Timothy Lengkeek, Young Conaway Stargatt and Taylor, LLP, Wilmington, Delaware.

307. Testimony (trial deposition) re the present value loss of earnings and present value loss of household services in a personal injury case: Hurchell Armstrong v. United Natural Foods, Inc., Case No. 24CV002948-440 in the General Court of Justice Superior Court Division, State of North Carolina, County of Henderson, on May 7, 2026 for Justin Osborn, Osborne Injury Lawyers, Raleigh, North Carolina.

306. Testimony re the present value of the life care plan and the present value of lost household services in a personal injury case: Serena Wright v. Blankenship & Schneider National Carriers, Inc. Case No. 1:25-cv-02451-SEG in the U.S. District Court for the Northern District of Georgia, Atlanta Division, on May 4, 2026 for Kathyrn Guzner, Witherite Law Group, Atlanta, Georgia.

305. Testimony re the present value of a life care plan in a personal injury case: Cynthia Stuart v. Kimberly Marie Riley, Lisa Mari Pena Gross, and Bajco Florida, LLC d/b/a Papa Johns, UCN: CA24-1330, in the Circuit Court of the Seventh Judicial Circuit of St. Johns County, Florida, on May 4, 2026 for Kasey Wagner, Farah & Farah, Jacksonville, Florida.

304. Testimony re economic damages (loss of earnings, benefits and household services) in a personal injury case: Chas Marshall v. Norfolk Southern Railway Company, Case No.: 24-SCCV-098335 in the State Court of Bibb County, State of Georgia, on April 23, 2026 for Trent Shuping, Warshauer Woodward Atkins, Atlanta, Georgia.

303. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: Shawn Charles v. Sunrise Hospital and Medical Center, LLC, Andrew Sheep, MD, Fremont Emergency Services (Mandavia) LTD, Case No. A-23-875752-C, in the District Court of Clark County, Nevada, on April 22, 2026 for Shirley Blazich, Blazich Law Group, Las Vegas, Nevada.

302. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Jose De Jesus Ochoa-Gomez v. City of Chicago and Jeffrey Thomas Evans, Case No. 24 L 12720, in the Circuit Court of Cook County, Illinois, County Department, Law Division, on April 17, 2026 for Dan Terleckyj, Powell & Pisman, PLLC, Chicago, Illinois.

301. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: Monica Medrano v. Freddie Franklin Griffin and Griffin Fence and Clearing, Inc., and State Farm Mutual Automobile Insurance Company, Case No. 24-CA-000431, in the Circuit Court of the Tenth Judicial Circuit in and for Highland County, Florida, on April 16, 2026 for Katherine Neal, Neal and Solevilla, Clearwater, Florida.

300. Testimony re the loss of earnings (net of personal consumption) and household services (net of personal consumption) in a wrongful death case: Glenda Landskroner-Black, as Personal Representative of the Estate of James Black, Deceased v. Darren Wilson and Thompson Carriers, Inc, Case No. 8:25-cv-01061-MSS-TGW in the United States District Court Middle District of Florida, Tampa Division, on April 6, 2026 for David Atkins, Kemp Law, Trinity, Florida.

299. Testimony re the present value of a life care plan, the present value loss of earnings, and the present value of lost household services in a personal injury case: Austin Eagle v. Bay Shore Systems, Inc., Case No. 2022-CA-526, Division No: A, in the Circuit Court of the Fourth Judicial Circuit in and for Clay County, Florida, on April 3, 2026 for Eitan Goldrosen, Morgan and Morgan, Orlando, Florida.

298. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury: Martin Nave Cruz vs. Marc Szakaly and Lauralee Szakaly. Case No. 25-CA-000568 in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida on April 3, 2026 for Omar Cardenas, OC Legal, PA, Bonita Springs, Florida.

297. Testimony re the present value of a life care plan in a personal injury: Jose Luis Lopez vs. Rocky Dean Peek and Poly Trucking, Inc. Case No. 1-25-0668 in the District Court of Rockwall County, Texas, 382nd District Court, on April 1, 2026, for Ryan Bill, John K. Zaid & Associates, Houston, Texas.

296. Testimony re the present value of the life care plan and the present value of lost household services in a personal injury case: Aundrea Allen v. Anthony Escandell Garcia, Two Angels Express, Inc., and Continental Divide Insurance Company, Civil Action No. 2023CV01352 in the State Court of Clayton County, State of Georgia, on March 31, 2026 for Scott Kuperberg, Witherite Law Group, Atlanta, Georgia.

295. Testimony re the present value loss of earnings in a personal injury case: Ameleidys Elias Guerra v. Loren Stuart Granoff, Case No. 2025-004433-CA-01 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, on March 25, 2026 for Kielan Saborit, Amanda Demanda Law Group, Miami, Florida.

294. Testimony re the present value of a life care plan in a personal injury: Michelle Navarre, as mother and next friend of Cecilia Horne, a minor vs. Aashka Patel, DO, Cari Anne Tarnowski, DO, Children and Adolescent Health Associates, Ltd., and Lurie Children's Medical Group, LLC and Beata Borawski, NP. Case No. 2024 L 008433 in the Circuit Court of Cook County, Illinois, County Department, Law Division, on March 19, 2026, for Susan Loggans, Susan E. Loggans & Associates, P.C., Chicago, Illinois.

293. Testimony re the present value loss of earnings in a personal injury case: Bruce Allen Wagner v. Victor Hugo Pagy and Jane Doe Pagy, husband and wife; Load and Go Cargo, LLC et al., Case No. 4:24-cv-00449-JHC in the United States District Court, District of Arizona, on March 18, 2026 for Timothy LeDuc, Phillips Law Group, Phoenix, Arizona.

292. Testimony (trial) re the present value of a life care plan in a personal injury case: Lidubina Martinez v. A N Webber Inc., Tap Enterprises Inc., and Shane Heid, Case No. 2024 L 010225, in the Circuit Court of Cook County, Illinois, County Department, Law Division, on March 12, 2026 for Dan Terleckyj, Powell & Pisman, PLLC, Chicago, Illinois.

291. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury: Luis Lupercio-Alcala vs. Hausmann Construction, Inc. JHBE, LLC, d/b/a Aksarben Roofing and Does 1-15; Luis Lupercio-Alcala v. Central Community College, a political subdivision, JHBE, LLC d/b/a Aksarben Roofing. Case No. CI 24-213 (consolidated with Case No. CI 24-212) in the District Court of Platte County, Nebraska on March 10, 2026 for Sam Mason, Oliver Law Group, Rogers, Arkansas.

290. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: J Angel Garcia a/k/a Angel Garcia v. Jenny Sztochmal and Christina Sztochmal, Case No. 2025 L 000442, in the Circuit Court of Cook County, Illinois, County Department, Law Division, on March 6, 2026 for Dan Terleckyj, Powell & Pisman, PLLC, Chicago, Illinois.

289. Testimony re the present value of a life care plan in a personal injury case: Michael Lamb and Ann Elizabeth Lamb as next friends and on behalf of their minor child, L.L. v. Starkville Pediatric Clinic, PLLC, Chasity Caperton, MD, and Ellen McGuffey, CPNP, Cause No. 2021-0275-CVC in the Circuit Court of Oktibbeha County, Mississippi on March 4, 2026 for Charles Merkel, III, Merkel and Cocke, PA, Clarksdale, Mississippi.

288. Testimony re the present value of lost household services in a personal injury case: Dedrick Roberts and Johanna Roberts v. John Christner Trucking, LLC and Leah Zilth, Civil Action No. 1:24-CV-04386-TWT, in the United States District Court for the Northern District of Georgia, Atlanta Division on February 25, 2026 for Dantel Ruiz, Witherite Law Group, Atlanta, Georgia.

287. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: Anthony Taylor v. Hub Group Trucking, Inc., Clinton Lee Jordan, Fred Iannoti, and Clay Andrews, Case No. 2021-31105 CICI, in the Circuit Court for the Seventh Judicial Circuit, in and for Volusia County, Florida, on February 23, 2026 for Thomas Scolaro, Scolaro Law, PA, Miami, Florida.

286. Testimony re the present value of a life care plan in a personal injury case: Shannon Biggs v. Brinker SCC, LLC, d/b/a, Senior Care at Denton Post Acute Care, f/k/a Senior Care Health Rehabilitation Center – Denton, and Robert Laird O'Bryan and Melissa Ann O'Brien, d/b/a The Renovators of Denton, Cause No. 23-1622-431, in the District Court of the 431st Judicial District, Denton County, Texas, on February 18, 2026 for Aidan Moffatt, Ted B. Lyon and Associates, Mesquite, Texas.

285. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: W. Michael Junge v. Tin Roof Acquisition Company, LLC D/B/A Tin Roof, Case No. 2023-CA-004009-O, in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, on February 17, 2026 for Kayla Howard, Morgan and Morgan, Orlando, Florida.

284. Testimony re the present value of a life care plan, the present value loss of earnings, and the present value of lost household services in a personal injury case: Devell Deshazer and Shawna Deshazer v. Werner Co, LLC and Home Depot, USA, Inc., Case No. 2:24-cv-09265-FMA-JPR, in the United States District Court, Central District of California, on February 16, 2026 for Eitan Goldrosen, Morgan and Morgan, Orlando, Florida.

283. Testimony re the present value of the life care plan and the present value of lost household services in a personal injury case: Jimmy Louis Maciel v. Empire Southwest, LLC and Christopher Scott Ransom, Civil Action No. 5:25-CV-35 in the United States District Court for the Southern District of Texas, Laredo Division, on February 11, 2026 for Alfonso Nevarez, Navarez Law Group, Eagle Pass, Texas.

282. Testimony (trial deposition) re the present value of a life care plan: Linda Hybertson v. Boston's Best Solutions Tech, LLC, and Brock Staples, Case No. 2383CV0900 in the Superior Court of Commonwealth of Massachusetts, Plymouth, S.S., on February 2, 2026, for Garrett Lee, Morgan and Morgan, Boston, Massachusetts.

281. Testimony re the present value of a life care plan and present value loss of earnings in a personal injury case: Philip Filippelli v. Sariah Lakaya Hearns, Sasha Marie Williams and Assisting Hands Home Care, LLC, Case No. 22-CA-003198 in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida on January 28, 2026 for Martin Hernandez, Martin Hernandez, PA, Tampa, Florida.

280. Testimony re economic damages in a personal injury case (loss of earnings, employer-sponsored benefits, and household services): Kevin Newsome and Barbara Newsome v. Starrette Houston Trucking, LLC, Jorge Cruz-Vega, Wright Brothers Construction Company, Inc., Dakota Clayton, Lewis Pilot Car Service, and Roger Lewis, Civil Action File No. 23-C-05076-S2 in the State Court of Gwinnett County, State of Georgia. January 20, 2026, for Michael Warshauer and William Atkins, Warshauer Law Group, P.C., Atlanta, Georgia.

279. Testimony re the value of the loss of earnings, the value of the loss of household services, and the future value of the life care plan in a personal injury case: Dawn Herring v. Daniel Fahim, MD, Chadi Almhana, MD, April Michelle Winga, RN, Cheryl Rodgers, RN, Southfield Rehabilitation

Company, LLC, Ascension Providence Hospital, University Neurological Associates, OC, Michigan Healthcare Professionals, PC, Case No. 2023-200715-NH in the Circuit Court for the County of Oakland, State of Michigan, on January 12, 2026 for Gregory Wix, Fieger, Fieger, Kenny & Harrington, PC, Southfield, Michigan.

278. Testimony re the present value of a life care plan in a personal injury case: Eneida Hatch v. Darwin Maxwell Hale and Darwin Ramon Hale, Case No. 2023-CA-1673 in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida on January 9, 2026 for Christopher Borzell, Morgan and Morgan, Bradenton, Florida.

277. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: R. Brandon Harrell, as natural born son of Ricky Harrell, deceased v. Wellstar Health System, Inc., and Paulding Medical Center, Inc., Civil Action File No. 23104413 in the Superior Court of Cobb County, State of Georgia, on December 10, 2025 for Jennifer Kurle, Kurle Law, LLC, Decatur, Georgia.

276. Testimony (trial) re the present value of a life care plan and present value loss of earning capacity in a personal injury case: Carlos Crespo v. Hector Lopez and Truly Nolen of America, Inc., Case No. 21CA008875 in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on December 9, 2025 for Afram Malki, Malki Law Firm, Tampa, Florida.

275. Testimony (trial deposition) re the present value of lost earnings, the present value of lost household services, and the present value of a life care plan in a personal injury case: Samantha Thomas v. Tower Hill Office Association, Inc., and Martinback Group Real Estate Group, Case No. 2024-CA-000092 in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida, on December 8, 2025 for Gregory Berry, Armour Law Group, PLLC, Orlando, Florida.

274. Testimony (trial deposition) re the present value of a life care plan: Julia Jimbo Morocho v. John Codd, Jersey City Power and Light et al., Docket No. MRS-L-137-23 in the Morris County Court, New Jersey, on December 4, 2025 for Rajat Bhardwaj, Garces, Grabler and Lebrocq, PC, Hackensack, New Jersey.

273. Testimony (trial) re the future value of a life care plan: Suzanne Casey v. Ambreen Khalil, MD, Ambreen Khalil, MD, PC, and Staten Island University Hospital, Index No. 519047/2019 in the Supreme Court of the State of New York, County of Kings, on December 3, 2025 for Victoria Wickman, Law Offices of Victoria Wickman, New York, New York.

272. Testimony re present value of a life care plan in a personal injury case: Eleanor Burrell v. Freddy Orlando Mitchel Mejia, SS&M Automotive, d/b/a Toyota of Vero Beach and Phil Smith Management, Inc. d/b/a Toyota of Vero Beach, Case No. 2024-CA-000636 in the Circuit Court of the 19th Judicial Circuit in and for Indian River County, Florida, on December 1, 2025, for Dane Ullian, Ullian Trial Law, Vero Beach, Florida.

271. Testimony re the present value of a life care plan and the present value of lost household services in a personal injury case: Lori West and George West v. Ascension Providence Hospital, Ascencion Michigan, Ascension Medical Group, Michigan Spine and Brain Surgeons, PLLC,

Northland Anesthesia Associates, PC, Teck-Mun Soo, MD, Ammar Alsalahi, MD, Josianne Abboud, MD, Benjamin Walter Latoni-Sill, CRNA, Case No. 2024-208424-NH in the Circuit Court for the County of Oakland, State of Michigan, on December 1, 2025 for Todd Schroeder, McKeen & Associates, P.C., Southfield, Michigan.

270. Testimony re the loss of earnings (net of personal consumption) and household services (net of personal consumption) in a wrongful death case: Lilia Velasquez, on behalf of herself and all surviving heirs of Arturo Velasquez Castro, deceased v. Casadelnorte6114, LLC et al., Case No. CV2024-004947 in the Superior Court of the State of Arizona, in and for the County of Maricopa, on November 20, 2025 for Steven Jones, Morgan and Morgan, Phoenix, Arizona.

269. Testimony re the present value of lost earnings and the present value of a life care plan in a personal injury case: Francisca Vasquez and Jesus Macedonio, as Natural Guardians of Alora Macedonio, minor v. Carroll Novakowski and Massey Services, Inc, Case No. 2023-CA-005238 in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, Civil Division on November 19, 2025 for Steve Parker, Harmon Parker, PA, and Helen Stratigakos, Stratigakos Law, PA, Tampa, Florida.

268. Testimony re present value of a life care plan in a personal injury case: Booker et al. v. Mondestin, et al., Civil Action File No. 20EV004443 in the State Court of Fulton County, State of Georgia, November 17, 2025, for William Atkins, Warshauer Law Group, P.C., Atlanta, Georgia.

267. Testimony (trial deposition) re the present value loss of earnings and the present value loss of household services (net accumulation to the Estate and benefit to survivors) in a wrongful death case: Pamela Martin, personal representative of the Estate of Michale Keen v. Chad Chronister, in his official capacity as Sheriff of Hillsborough County, Florida, Case No. 22-CA-006649 in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida, Circuit Civil Division, on November 17, 2025 for John Castro, Ligori and Ligori, Tampa, FL.

266. Testimony (trial) re the loss of earnings (net of personal consumption) and household services (net of personal consumption) in a wrongful death case: Amanda Krasniewsli, Individually and as Next Friend of M.E.K. and G.C.K, minors, and as Personal Representative of the Estate of Michael Krasniewski, Deceased v. Paul Anthony Nazier, Cause No. DCCV-24-141 in the District Court of 421st Judicial District, Caldwell County, Texas, on November 14, 2025 for Robert Alden, Byrd Davis Alden & Henrichson, LLP, Lockhart, Texas.

265. Testimony re the present value of a life care plan in a personal injury case: LaGretta Cooper v. Delayisha Whitelocke, Civil Action No. SUV2024000483 in the Superior Court of Liberty County, State of Georgia on November 7, 2025 for Matthew Hilt, Morgan and Morgan, Savannah, Georgia.

264. Testimony re the present value of lost earnings, the present value of lost household services, and the present value of a life care plan in a personal injury case: Samantha Thomas v. Tower Hill Office Association, Inc., and Martinback Group Real Estate Group, Case No. 2024-CA-000092 in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida, on November 5, 2025 for Gregory Berry, Armour Law Group, PLLC, Orlando, Florida.

263. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: Cynthia Mew, as Executrix of the Estate of Christina New, and Cynthia and John New, Sr, as Next of Kin of Christina New v. Starr's Mill Internal Medicine, LLC, Alpha Internal Medicine, LLC, Anthony Lawson, MD, Carol Pisarello, MD, Civil Action File No. 2022SV-0393 in the State Court of Fayette County, State of Georgia, on November 3, 2025 for Lindsay Forlines, Chance, Forlines, Carter, King, PC, Atlanta, Georgia.

262. Testimony (deposition for a trial) re the present value of a life care plan in a personal injury case: Carmen Soto v. 68-76 Wilson Avenue, LLC, Victor Santos, Julio Roriguez, Jimmy Argueta, La Cabana Restaurant, Sabor Mar Y Tierra, et al., Docket No. ESX-L-969-22 in the Superior Court of New Jersey: Law Division on October 31, 2025 for Guillermo Gonzalez, Scura Wigfield Heyer Stevens Cammarota, Wayne, New Jersey.

261. Testimony re the present value of a life care plan in a personal injury case: Melissa Barech v. Ronald Brown and Smyrna Ready Mix Concrete, LLC, Civil Action File No. 24EV005800 in the State Court of Fulton County, State of Georgia on October 31, 2025 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

260. Testimony re economic damages in an alleged violation of Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act ("RA") case: Emily Dehn v. The Kansas Board of Regents for Kansas Colleges and Universities, State of Kansas ex. rel. University of Kansas Medical Center and University of Kansas, Case No. 2:24-cv-02079-HLT-GEB in the United States District Court, District of Kansas, on October 30, 2025 for Jason Bach of The Bach Law Firm, Las Vegas, Nevada.

259. Testimony re the present value of a life care plan in a personal injury case: Kaheija Thomas v. Hibbett Retail, Inc., Joseph Plan of Alabama, LLC, et al. Civil Action No. CV-22-900087 in the Circuit Court of Macon County, Alabama, on October 29, 2025 for Chris Odom, Pepper and Odom, Birmingham, Alabama.

258. Testimony re the present value loss of household services in a personal injury case: Nancy Nickle and Wayne Nickle v. Gailey Eye Clinic Ltd, An Illinois Corporation, and Sarah C. Sturgill, OD, Case No. 2022-LA-000063 in the Circuit Court of Fifteenth Judicial Circuit, Vermilion County, Illinois on October 28, 2025 for Danielle Cain, Spiros Law, Danville, Illinois.

257. Testimony re the present value of a life care plan in a personal injury case: Lisa Perera v. Dennis King, DO, Carlos Sanchez, MD, and Radiologic PL, Adam Corman, MD, and Paragon Contracting Services, LLC, Case No. 2024-012764 CA 01 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida on October 27, 2025 for Michael Levine, Stewart Tilghman Fox Bianchi & Cain, Miami, Florida.

256. Testimony re the present value of lost earnings and the present value of a life care plan in a personal injury case: Emily Collins and Robert Collins, et al. v. Johns Hopkins Bayview Medical Center, Inc., Case No. C-24-CV-24-002347 in the Circuit Court for Baltimore City, State of Maryland on October 22, 2025 for Gilbert Shelsby, Shelsby and Leoni, PA, Wilmington, Delaware.

255. Testimony re the present value of a life care plan in a personal injury case: Andreanna Patterson v. Nicholas Truitt, Pilotwastesolutions.com, and Key Risk Insurance Company, Civil Action File No. 24A02707 in the State Court of Dekalb County, State of Georgia on October 21, 2025 for William Richardson, Witherite Law Group, Atlanta, Georgia.

254. Testimony re the present value of a life care plan: Sheila Harris and Joseph Harris v. Ten Broeck Tampa, LLC d/b/a North Tampa Behavioral Health, Acadia Merger Sub, LLC, and Acadia Healthcare Company, Inc. Case No: 2023-CA-004743-CAAX-ES in the Circuit Court of the Sixth Judicial Circuit of the State of Florida, in and for Pasco County, Civil Division on October 10, 2025 for Andy Wozniak, Greco & Wozniak, P.A., Tampa, Florida.

253. Testimony re the present value of lost earnings and the present value of a life care plan in a personal injury case: Vivian Fortier v. Alan Keith Roush and Allstate Fire and Casualty Insurance Company, Case No. 23-008570-CI in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida on October 6, 2025 for Ian Boettcher, Kemp Law Group, Trinity, Florida.

252. Testimony re the present value of a life care plan in a personal injury case: Evan Trachten and Jessica Frankel-Trachten v. Sunil G. Menon, MD, Northeast Medical Group, Inc., and Yale New Haven Health Services Corporation, Docket No. NNH-CV-23-6136775-S in the Superior Court of J.D. of Hew Haven at New Haven, State of Connecticut on October 3, 2025 for Karolina Dowd, Esq., Walsh Woodard LLC, Hartford, Connecticut.

251. Testimony re the present value of a life care plan in a personal injury case: Daniel McCracken v. Madison Leigh Hicks and State Farm Mutual Automobile Insurance Company, Case No. 23-CA-023797 in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, State of Florida, Civil Division on October 1, 2025 for Steven Arce, Esq., Amethyst Law Group, LLC, Melbourne, Florida.

250. Testimony re the present value of lost earnings and the present value of a life care plan in a personal injury case: Mark Wilson v. Common Wealth Trust Services, LLC, as Trustee of the 4026 US Hwy SE Land Trust, and the 4026 US Hwy 441 SE Land Trust, Case No. 2021000146CAAXMX in the Circuit Court of the Nineteenth Judicial Circuit in and for Okeechobee County, Florida on September 29, 2025 for Josef Timlichman, Timlichman Law, Palm Beach, Florida.

249. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Aleia Gary v. Ying Chen, DO, et al., Case No. 24 CV 001392 in the Court of Common Pleas, Franklin County, Ohio on September 26, 2025 for Todd Schroeder, McKeen & Associates, P.C., Columbus, Ohio.

248. Testimony re the present value of a life care plan in a personal injury case: Bernard Hird v. Salvador Castaneda Robledo, Chief Holding, LLC, and Chief Electric, LLC, Civil Action File No. 2024CV03474 in the State Court of Clayton County, State of Georgia on September 24, 2025 for Anthony Jones, Witherite Law Group, Atlanta, Georgia.

247. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Chong Fa Chen v. Inliner Transport, Co. f/k/s Granite Transportation, Co., Melissa Fay Hall, Forza Transportation Services, Inc., and Emiliano Gabriel Garcia Hernandez, Case No. 24-CA-000070, in the Circuit Court for the First Judicial Circuit in and for Walton County, Florida, on September 17, 2025 for John Piccin, Piccin and Glynn, PA, Ocala, Florida.

246. Testimony re the present value of a life care plan in a personal injury case: Richard Boles v. Olivia Moore and J&L Package Services, Inc., Case No. CE24-00480 in the Superior Court of Glynn County, State of Georgia on September 17, 2025 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

245. Testimony re the present value of a life care plan and the present value loss of household services in a wrongful death case: Jake Perry, Individually and a/n/f of Linda Perry, Deceased, Jesse Perry, individually and a/n/f of Linda Perry, Deceased, Jobeth Gerrard as Representative of the Estate of Linda Perry, Deceased v. Larry James Korus, Case No. 2023CI26340 in the 438th Judicial District Court, Bexar County, Texas on September 16, 2025 for Robert Rodery, Hilley & Solis Law, San Antonio, Texas.

244. Testimony re the present value of a life care plan in a personal injury case: Zachary Seldes v. Sig Sauer, Inc., and Dana Safety Supply, Inc., Case No. 2023-CA-000980 in the Circuit Court of the Nineteenth Judicial Circuit in and for Indian River County, Florida, on September 15, 2025 for Kyle Morat, Dellecker, Wilson, King, McKenna, Ruffier & Sos, Orlando, Florida.

243. Testimony re the present value loss of household services in a personal injury case: Robert Riley v. Baptist Memorial Hospital, d/b/a Baptist Memorial Hospital – Collierville and d/b/a Baptist Memorial Hospital – Memphis, Semmes-Murphey Clinic, PC, Jay McDonald, MD, Raul Cardenas, MD, Autry Parker, MD, and Melanie LaForce, NP, Case No. CT-4196-20, in the Circuit Court of Tennessee for the Thirtieth Judicial District as Memphis, on September 8, 2025 for Thomas Greer, Bailey and Greer, Memphis, Tennessee.

242. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Ronald Moore v. Kroger Texas, LP, Case No. 2025-01523, in the District Court of Harris County, Texas, 127th Judicial District, on August 29, 2025 for Benton Gann, Bailey and Galyen, Little Rock, Arkansas.

241. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Beatriz Cervantes v. Jose Resendez a/k/a Jose Resende Jr., and Stephanie Rodriguez, Case No. 2024 L 001791, in the Circuit Court of Cook County, Illinois, County Department, Law Division, on August 25, 2025 for Dan Terleckyj, Powell & Pisman, PLLC, Chicago, Illinois.

240. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Jose Alfredo Jimenez Gomez v. Sanders Lead Company, Inc., Case No. CV-2022-900140, in the Circuit Court of Pike County, Alabama, on August 22, 2025 for Kirby Farris, Farris, Riley, & Pitt, LLP, Birmingham, Alabama.

239. Testimony re the present value of a life care plan in a personal injury case: Charles Wood v. John Adams, Civil Action File No. 23CV091-K in the Superior Court of Wheeler County, State of Georgia on August 21, 2025 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

238. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: Tylee Young, a personal representative of the Estate of Aaron Weaver v. Hart Enterprises, LLC and Bay City Forklift, Inc., Case No. 2024-CA-002609 in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida Civil Division, on August 18, 2025 for Sean McCleary, Barnes Trial Group, Tampa, FL.

237. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Nicole Blacksmith v. John Hopkins Health System Corp. d/b/a Sibley Memorial Hospital, et al., Case No. 2023-CAB-007055, in the Superior Court of the District of Columbia, Civil Division, on August 13, 2025 for Erica Magliocca, Baird Mandalas Brockstedt & Federico, LLC, Baltimore, Maryland.

236. Testimony (trial) re the present value of a life care plan in a personal injury case: Staci Spurlock vs. Bethesda Hospital, Inc., DBA Bethesda North Hospital, et al., Case No. A2102014 in the Court of Common Please, Hamilton County, Ohio, on August 8, 2025 for Matt Nakajima, Rittgers Rittgers Nakajima, Cincinnati, Ohio.

235. Testimony re the present value of a life care plan in a personal injury case: Jennifer Willhoit and Todd Willhoit v. Placury, Inc., an Illinois Corporation, CES Development, Inc., an Illinois Corporation, and Jorge Pico. Case No. 2024L005658 in the Circuit Court of Cook County, Illinois, County Development Law Division, on August 6, 2025 for Miranda Soucie, Spiros Law, Danville, Illinois.

234. Testimony (trial) re economic damages in a personal injury case (loss of earnings, employer-sponsored benefits, and household services): Victoria Crump v. James A. Wise, Civil Action File No. 23EV004041 in the State Court of Fulton County, State of Georgia. August 5, 2025, for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

233. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Privot Kindred v. Southern Trust Insurance Company; Peach State Portable Storage, LLC d/b/a Go Mini's Atlanta, Jesse McKinney, File No. 23-A-4664, in the State Court of Cobb County, State of Georgia, on August 4, 2025 for William Pate, Witherite Law Group, Atlanta, Georgia.

232. Testimony re the present value of a life care plan in a personal injury case: Carolyn Halverson v. Dominium Management Services, Inc., Prior Lake Leased Housing Associates I, LLP, and J Berd Mechanical Contractors, Inc. Court File No. 70-CV-22-8293 in the First Judicial District, District Court, State of Minnesota, on July 29, 2025 for Robert Melendez, Melendez Law Firm, Austin, Texas.

231. Testimony (trial deposition) re the present value of a life care plan in a personal injury case: Herbert Lynch v. Ozinga Concrete, Inc. Case No. 2023 L 00573 in the Circuit Court of Cook County, Illinois, County Department – Law Division, on July 28, 2025 for Sean Murray, Taxman, Pollock, Murray & Bekkerman, LLC, Chicago, Illinois.

230. Testimony re the present value of a life care plan in a personal injury case: Lanora Malloy Brewer v. Marty Allen, Case No. 60CV-22-424 in the Circuit Court of Pulaski County, Arkansas Civil Division on July 25, 2025 for Benton Gann, Bailey and Galyen, Little Rock, Arkansas.

229. Testimony re economic damages in a personal injury case: Chris Mule v. M J Falgoust, Inc. and ABC Insurance Company, Case No.: 2019-09631 in the Civil Distric Court for the Parish of Orleans, State of Louisiana, July 24, 2025 for Chris Pinedo, Hilliard Law, Corpus Christi, Texas.

228. Testimony re the present value of a life care plan and the present value loss of earning capacity in a personal injury case: Candelaria Arriaga, Martin Arriaga, and Edith Arriaga v. Steven Wayne Denson and Black Jack Energy Services, LLC, Case No. A-20-05-0509-CV, in the District Court 70th Judicial District, Ector County, Texas, on July 23, 2025 for William Hymes, Loncar Lyon Jenkins, Dallas, Texas.

227. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: Mackenzie Hawkins v. Etowah County Sheriff, et al., Civil Action No. 4:23-CV-01406-RDP in the United States District Court for the Northern District of Alabama, Middle Division, on July 3, 2025 for David Bruce, Belt, Bruner and Barnett, PC, Birmingham, Alabama.

226. Testimony re the present value of a life care plan in a personal injury case: Demia Hudson v. Protective Insurance Company, Greenwood Motor Lines, Inc. d/b/a R + L Carriers, and Michael Reynolds, Civil Action File No. 2023CV00386, in the State Court of Clayton County, State of Georgia, on July 2, 2025 for Kelli Byers-Hooper, Witherite Law Group, Atlanta, Georgia.

225. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: Dwight Rogers v. Safariland, LLC, Case No. 2023-CA-001665, in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, on June 27, 2025 for Joshua Moore, Morgan and Morgan, Orlando, FL.

224. Testimony re the present value of a life care plan in a personal injury case: Gary Reese v. Otaman Trans Group, Inc., Sona Transport, Inc., and Yurii Yantsiuk, Case No. 4:24-CV-04035, in the United States District Court Western District of Arkansas, Texarkana Division, on June 23, 2025 for Wm. Blake Montgomery, Montgomery Law Firm, PLLC, Hope, AR.

223. Testimony (trial) re the value loss of earnings in a personal injury case: Mudtadi Caines v. One Flatbush Avenue Property, LLC, Slate Property Group, Meadow Partners, LLC, Danya Cebus Construction, LLC, and Northeast Interiors Specialists, LLC, Index # 522897/2017 in the Supreme Court of the State of New York, County of Kings, on June 6, 2025 for Ran Mukherjee, Greenberg and Mukherjee, PC, Brooklyn, New York.

222. Testimony re the present value of a life care plan and the present value loss of household services in a personal injury case: Sara Militello v. DB USA Core Corporation, a foreign for profit corporation d/b/a Deutsche Bank and Isabella Mendoza, Case No. 16-2023-CA-2051, in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, County Division, on June 3, 2025 for Matthew Posgay, Coker Law Firm, Jacksonville, FL.

221. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Privot Kindred v. Southern Trust Insurance Company; Peach State Portable Storage, LLC d/b/a Go Mini's Atlanta, Jesse McKinney, File No. 23-A-4664, in the State Court of Cobb County, State of Georgia, on June 2, 2025 for William Pate, Witherite Law Group, Atlanta, Georgia.

220. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: Pamela Martin, personal representative of the Estate of Michale Keen v. Chad Chronister, in his official capacity as Sheriff of Hillsborough County, Florida, Case No. 22-CA-006649 in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida, Circuit Civil Division, on May 30, 2025 for Kevin Sparkman, Ligori and Ligori, Tampa, FL.

219. Testimony re the present value of a life care plan and the present value loss of earnings in a personal injury case: Vanessa Parascandalo v. Gregory Henry Gentsch and Jane Doe Gentsch, husband and wife; Diana Valentina Feraru and John Doe Feraru, wife and husband, Black and White Partnerships I-X; et al., Case No. CV2021-054004 in the Superior Court of the State of Arizona in and for County of Maricopa, on May 29, 2025 for Jackson Ross, David Shapiro Law, PLLC, Scottsdale, Arizona.

218. Testimony re the present value of a life care plan in a personal injury case: Evelyn Roehr v. 7-Eleven, Inc., Greer Bowling Corporation d/b/a Peach Bowl Lanes, Civil Action No. 2023CP2300285 in the Court of Common Pleas, The Thirteenth Judicial Circuit, State of South Carolina, County of Greenville on May 27, 2025 for Christopher Kenny, Chris Kenny Law, Columbia, South Carolina.

217. Testimony re the present value of a life care plan in a personal injury case: Kathryn Kelley v. David Rancourt, Civil Action File No. SUV2024000151 in the Superior Court of Liberty County, State of Georgia on May 27, 2025 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

216. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Rubbie Anderson, as guardian of the person and the estate of Dwayne L. Scott, her son, a disabled person v. Daley's Medical Transportation, Inc., an Illinois Corporation, d/b/a Bud's Ambulance, Paramedic Reilly Curran and the Village of Dolton, Illinois, a Municipal Corp., Case No. 2023 L 005854 in the Circuit Court of Cook County, Illinois, County Department, Law Division, on May 22, 2025 for John Budin, Budin Law Offices, Chicago, Illinois.

215. Testimony re the present value loss of earnings, benefits, and the present value loss of household services in a wrongful death case: Lois Cozzi, personal representative of the Estate of

Steven Cozzi v. Tomasz Kosowski, MD, MH Belcher Property, LLC and Pathway Vet Alliance d/b/a Thrive Pet Healthcare, Case No. 23-007867-CI in the Circuit Court of the Sixteenth Judicial Circuit in and for Pinellas County, State of Florida Civil Division, on May 21, 2025 for Steven Barnes, Barnes Trial Group, Tampa, FL.

214. Testimony re economic damages in a personal injury case (loss of earnings, employer-sponsored benefits, and household services): Victoria Crump v. James A. Wise, Civil Action File No. 23EV004041 in the State Court of Fulton County, State of Georgia. May 20, 2025, for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

213. Testimony re the present value loss of earnings and the present value loss of household services in a wrongful death case: Rosalind Jones, individually and on behalf of the Estate of Christopher Byrd, and Reaunda Terry, as natural parent and guardian of K.B., a minor v. Satinder Singh and Heart of America Trans, Inc., Civil Action File No. 1:24-cv-00244-JPB in the United States District Court for the Northern District of Georgia, Atlanta Division, on May 19, 2025 for Adewale Odetunde, Witherite Law Group, Atlanta, Georgia.

212. Testimony re the present value of a life care plan in a personal injury case: Herbert Lynch v. Ozinga Concrete, Inc. Case No. 2023 L 00573 in the Circuit Court of Cook County, Illinois, County Department – Law Division, on May 8, 2025 for Sean Murray, Taxman, Pollock, Murray & Bekkerman, LLC, Chicago, Illinois.

211. Testimony (deposition for a trial) re the present value of a life care plan in a personal injury case: Gary Kinder v. Ronald Hinkley and K-Ron, Inc. Case No. 2023-CA-0001251 in the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, Circuit Civil Division, on May 6, 2025 for Paul Fowkes, Fowkes and Hasanbasic, Trinity, Florida.

210. Testimony (deposition for a trial) re the present value of a life care plan in a personal injury case: Hajrudin Mesic v. Auto-Owners Insurance Company, Case No. 2023-CA-002117 CV-A in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida on April 29, 2025 for Billie Jo Taylor, Harrell and Harrell, Jacksonville, Florida.

209. Testimony re the future and the present value of a life care plan (1) and the future and the present value loss of earnings (1) in a personal injury case, the future and the present value of the loss of earnings (3) and the present value of the loss of household services (2) in a wrongful death cases: Reyes Brito Rodriguez, administrator ad prosequendum and general administrator of the estate of Ondina Castro De La Cruz, and individually, Reyes Brito Rodriguez, administrator ad prosequendum and general administrator of the estate of Mayelin Brito Castro, Vicmari Eillen Andujar Brito, a minor by her guardian ad litem Maria Brito Castro, Jeremy Wilmer Arnaud, a minor by his guardian ad litem Reyes Brito Rodriguez, Maria Brito Castro, individually, Reyes Brito Rodriguez, individually, and Robinson Hernandez, administrator ad prosequendum and general administrator of the estate of Kyra Hernandez v. Richard D. Sawicki, Patricia Sawicki, Daniel T. Sawicki, Joseph F. Casey, Michele L. Cole, Baillie Schwat, 7-Eleven, Inc., et al., Case No. 1:21-cv-1187-WMS-HKS in the United States District Court Western District of New York, on April 17, 2025 for James C. DeNorscia, Esq., Garces, Grabler & LeBrocq, P.C., Hackensack, New Jersey.

208. Testimony re the present value of a life care plan and present value loss of earnings in a personal injury case: Lillian Hurtado, Helen Laura Lopez, as personal representative of the wrongful death estate of Victoria Vaught, Faniel Vaught, Todd Lopez, as personal representative of the wrongful death estate of Mariah Hurtado, Kristina Martinez, as a personal representative of the wrongful death estate of Tina Hurtado, Jason Hurtado, and Shivaun Carter v. AM Transport Services, Inc, Larie Aparicio, AMT Leasing, Inc., Mauricio Marquez, FNF Construction, Inc., Roadsafe Traffic Systems, Inc., and Nomorehs, LLC, Case No. D-101-CV-2022-01510 in the United States District Court for the District of New Mexico, on April 16, 2025 for Sam Mason, Oliver Law Group, Rogers, Arkansas.

207. Testimony re the present value of a life care plan in a personal injury case: Lacy Guyton v. James W. Southall and Lynda G. Southall, V. Case No. 30CV-21-391 in the Circuit Court of Hot Spring County, Arkansas Civil Division on March 31, 2025 for Benton Gann, Bailey and Galyen, Little Rock, Arkansas.

206. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Wanda Davis v. Republic Services, Inc., BFI Waste Services, LLC, Clifford Michael Denney, and Ace American Insurance Company, Civil Action File No. 24-C-05688-S6 in the State Court of Gwinnett County, State if Georgia, on March 31, 2025 for Trevor Brice, Witherite Law Group, Atlanta, Georgia.

205. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Darius Johnson v. Eqwan McCrea, Civil Action File No. 2023-SV-1044 in the State Court of Rockdale County, State if Georgia, on March 25, 2025 for Ben Windham, Ben F. Windham, PC, Locust Grove, Georgia.

204. Testimony re the present value of a life care plan in a personal injury case: Andrew Blake Eriksen and Lauren Eriksen v. Pentair Water Pool and Spa, Inc. and Holloway Pool Services, LLC d/b/a Bass Pools, Case No. 2023-CA-002637 in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida on March 21, 2025 for Christian Leger, Morgan and Morgan, Orlando, Florida.

203. Testimony (trial) re the present value of a life care plan and present value loss of earning capacity in a personal injury case: Paul Ofili v. Michael Baska and SPE Utility Contractors, Inc., Case No. 2023-CA-015341 in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on March 18, 2025 for Afram Malki, Malki Law Firm, Tampa, Florida.

202. Testimony (trial) re the present value of a life care plan and present value loss of household services in a personal injury case: Faith Kunda v. Lexington Plastic Surgeons, et al., Case No. C-16-CV-23-000847 in the Circuit Court for Prince George's County, Maryland on March 17, 2025 for Christopher Casciano, Brown and Brown, LLC, Upper Marlboro, Maryland.

201. Testimony re the present value of a life care plan, present value loss of earnings, and the present value loss of household services in a personal injury case: Temi Pennington v. Vitruvius Properties, Inc. and Skyline Seven Real Estate, LLC, Civil Action File No. 23SC-1893-A in the State Court of

Forsyth County, State if Georgia, on March 6, 2025 for Matthew Ericksen, The Ericksen Firm, LLC, Alpharetta, Georgia.

200. Testimony re the present value of a life care plan in a personal injury case: Hajrudin Mesic v. Auto-Owners Insurance Company, Case No. 2023-CA-002117 CV-A in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida on February 21, 2025 for Billie Jo Taylor, Harrell and Harrell, Jacksonville, Florida.

199. Testimony (trial) re the loss of earnings (benefit to survivors and accumulation to the estate) in a wrongful death case: Justin Nigg and Lorraine Nigg v. Marriot Hotel Management Company (Virgin Islands), Inc., Manttou North America, LLC, CREF3 USVI Hotel Owner, Inc., Bluewater Construction, Inc., and Jeremy Henkel, Case: ST-2022-CV-00240 in the Superior Court of the Virgin Islands, Division of St. Thomas and St. John, on February 12, 2025 for Kendall Shortway, Morgan and Morgan, United States Virgin Islands.

198. Testimony re economic damages in an alleged violation of Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act ("RA") case: Jorge A. Rodriguez II v. Indiana University School of Medicine, Case No. 1:23-CV-1697 in the United States District Court Southern District of Indiana, on February 7, 2025 for Jason Bach of The Bach Law Firm, Las Vegas, Nevada.

197. Testimony re the present value of a life care plan in a personal injury case: Cheryl Banks v. Methodist Charlton Medical Center, Case No. DC-23-14469 in the District Court 68th Judicial District, Dallas County, Texas on February 3, 2025 for Governor Jackson, The Law Offices of Governor Jackson, III, Dallas, Texas.

196. Testimony re the present value of a life care plan (2), present value loss of earnings (2), and the present value loss of household services (1) in a personal injury case: Amanda Garavaglia et al. v. Brazilian Professionals, LLC et al., Case No. 2316-CV26217 in the Circuit Court of Jackson County, Missouri, on January 31, 2025 for Timothy Kingsbury, Humphrey Farrington and McClain, Independence, Missouri.

195. Testimony (trial) re the present value of a life care plan in a personal injury case: Shawn Heath v. Lorrene Woods, Civil Action File No. 19SV00121 in the State Court of Toombs County, State of Georgia on January 28, 2025 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

194. Testimony re the present value of a life care plan in a personal injury case: Gary Kinder v. Ronald Hinkley and K-Ron, Inc. Case No. 2023-CA-0001251 in the Circuit Court for the Sixth Judicial Circuit, in and for Pasco County, Florida, Circuit Civil Division, on January 27, 2025 for Paul Fowkes, Fowkes and Hasanbasic, Trinity, Florida.

193. Testimony re the present value of a life care plan in a personal injury case: Glenn A. Thorpe v. All Medical Personnel, LLC, Regine Toussaint and Quest Laboratories, Inc. Case No. 282022CA000552GCAXMX in the Circuit Court for the Tenth Judicial Circuit, in and for Highlands County, Florida, on January 22, 2025 for Jeffrey Badgley, Badgley Law Group, Orlando, Florida.

192. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Debra Bentley v. Megan Kim Vu. Cause No. CC-23-00232-B in the County Court of Dallas County, Texas, County Court at Law No. 2, on January 15, 2025 for Hope Guardia-Montano, Fogelman & Von Flatern, LLP, Austin, Texas.

191. Testimony (trial deposition) re the present value of a life care plan and loss of future earnings capacity in a personal injury case: Breauanna Jennings and Anthony Jennings, individually and as general guardians for August Jennings, a minor, and August Jennings, individually v. Robyn Cox, CNM, Hudson Hospital, Inc., and Hudson Physicians, SC, and Wisconsin Injured Patients and Families Compensation Fund, File No. 2021CV000223 in the Circuit Court for St. Croix County, State of Wisconsin on January 6, 2025 for Noah Lauricella, Goldenberg Law, PLLC, Minneapolis, Minnesota.

190. Testimony re the present value of a life care plan in a personal injury case: Keldarius Brisker v. FedEx Ground Package System, Inc., POE Express, Inc. and Willie James Christful. Case No. CV-2019-900165 in the Circuit Court of Macon County, Alabama, on December 30, 2024 for Chris Odom, Pepper and Odom, Birmingham, Alabama.

189. Testimony re the present value of a life care plan, the present value of lost household services, and the present value of lost earning capacity in a personal injury case: Andrew Hanslovan, individually and as a natural parent of Hailey Rose Hanslovan v. Lawrence Y. Chapman, III. Case No. 50-2023-CA-010338 in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, on December 27, 2024 for Angela Rodante, Swope & Rodante, Tampa, Florida.

188. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Jason Rose v. Lectric EBikes, LLC. Cause No. 2023 CA 000358 A in the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, on December 12, 2024 for Christian Leger, Morgan and Morgan, Orlando, Florida.

187. Testimony re the loss of earnings and household services in a personal injury/wrongful death case: Michael McCabe and Kathleen McCabe/Estate of Michael McCabe and Kathleen McCabe v. Elisa M. Lynskey, MD, Select Physicians Alliance, PL, Robert Marvin Freedy, MD, Akumin Corp., and Rose Radiology Centers, LLC d/b/a Akumin in the Circuit Court of the Sixth Judicial Circuit of the State of Florida, in and for Pinellas County Civil Division. December 9, 2024 for Andy Wozniak, Greco & Wozniak, P.A., Tampa, Florida.

186. Testimony re the present value of a life care plan, the present value of lost earning capacity, and household services in a personal injury case: April Fenner v. MDV Spartannash, LLC, Joseph Harris, GTL Truck Lines, Inc., and Chubb Insurance Solutions Agency, Inc. Civil Action File No. 23-A-05383 in the State Court of Dekalb County, State of Georgia, on December 2, 2024 for Rob Loar, Witherite Law Group, Atlanta, Georgia.

185. Testimony re present value of lost earnings and household services in a personal injury case: Aaron Sherry, Diane Sherry, and Markus Sherry v. SWFL One, LLC, Case No.: 23-CA-001619 in the Circuit Court of the Twentieth Judicial Court in and for Lee County, Florida, on November 26, 2024 for Rudwin Ayala, Morgan and Morgan, West Palm Beach, Florida.

184. Testimony (trial) re economic damages in an alleged breach of contract, tortious interference, unjust enrichment, and violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act: Kelli Florek v. Creighton University, Katie Wadas-Thalken, Rhonda Jone a/k/a Rhonda Reeson and Maryann Skrabal, Civil Action No.: 8:22-cv-00194 in the United States District Court for the District of Nebraska, on November 20, 2024 for Jason Bach of The Bach Law Firm, Omaha, Nebraska.

183. Testimony re economic damages in a wrongful death case (loss of earnings, employer-sponsored benefits, and household services): Katrina Elliott Mobley, as the wife and wrongful death beneficiary of the decedent, Dexter Mobley v. CVG Physician Group, LLC, operating as Cardiovascular Group, Manfred Sandler, MD, PC, and Manfred Sandler, MD, Civil Action File No. 22-C-00514-S2 in the State Court of Gwinnett County, State of Georgia. November 8, 2024, for George Johnson, Law Offices of George S. Johnson, LLC, Decatur, Georgia.

182. Testimony re economic damages in a wrongful death case (loss of earnings, employer-sponsored benefits, and household services): John E. Moates, Individually and as Administrator of the Estate of Cassie E. Moates v. Northeast Georgia Medical Center, Inc.; Northeast Georgia Physicians Group, Inc.; Gainesville Radiology Group, PC; Specialist on Call, Inc.; Francis T. Lake, Jr. MD; Kimberly Barrett, DO; Daniel Robinson, MD; Suman Thapa, MD a/k/a Suman Thapa Shrestha, MD; Olubumni Pitan, MD; Charles Ray Stewart, MD; Pamela Pacquiao, MD; Terry McKinney, Jr. MD; Dhaval Patel, MD; Vijayamala Bondugula, MD; Josheph Whitlock, MD; Stuart Deaderick, MD; Joseph Mack, MD, Civil Action File No. 22-C-04146-S2 in the State Court of Gwinnett County, State of Georgia. November 5, 2024, for Lyle Warshauer, Warshauer Woodward Atkins, LLC, Atlanta, Georgia.

181. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: J.O.C., a minor, by and through Latia Daley, his mother and natural guardian, and Latia Daley, individually as a parent of J.O.C. v. South Broward Hospital District, d/b/a Memorial Healthcare System a/k/a Memorial Regional Hospital, Venetian Isle Medical OB/GYN Consultants, Inc., a Florida for profit corporation, and David N. Agorvor, MD, individually, Case No. CACE-23-009508(09) in the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, on October 29, 2024 for Jed Kuzban, Kuzban Kuzban Tetzali and Pratt, PA, Miami, Florida.

180. Testimony re present value of lost earnings and household services in a personal injury case: Jenny M. Gray v. City Hospital at White Rock, dba City Hospital Emergency Care Center, Thomas L. Walker, DO, and Krystal Cobian, RN, Cause No.: 048-326968-21 in the District Court of Tarrant County, Texas, 48th Judicial District. October 25, 2024 for Sopanha Anderson, Hilliard Martinez Gonzales, LLP, Corpus Christi, Texas.

179. Testimony (trial) re the present value of lost earning capacity in a personal injury: Tracey Reeves vs. Sea World of Florida, LLC d/b/a Discovery Cove, Sunbeam Products, Inc. and USA Hospitality, Inc. Case No. 2020-CA-010208-O in the Circuit Court of the Ninth Judicial District in and for Orange County, Florida, on October 24, 2024 for Tyler Kobylinski, Morgan and Morgan, Orlando, Florida.

178. Testimony (trial) re the present value of a life care plan and the present value of lost earning capacity: OLG, a minor, by and through her parents and next friends, Brittany S. Gobble f/k/a Brittany S. Monette and Benjamin T. Gobble, and Brittany S. Gobble f/k/a Brittany S. Monette and Benjamin T. Gobble, individually vs. Bristol Gynecology and Obstetrics, PC; David P. Russell, MD; and Haley L. Akin, MD, Civil Action No. 2:22-CV-00051-CRW in the United States District Court for the Eastern District of Tennessee at Greenville, State of Tennessee, on October 21, 2024 for Olen Haynes, The Haynes Firm, Greenville, Tennessee.

177. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Bobbiejo Johnson v. Peter Grange, Case No. 20-001935-CI in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, on October 15, 2024 for Karen Wasson, Dan Newlin Injury Attorneys, Orlando, Florida.

176. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Jessica Etchieson and Jason Donald v. Host International, Inc. and Nunez Construction, Inc., Case No. 2023-CA-02184301 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 14, 2024 for Elizabeth Zwibel, Elizabeth Zwibel Law, Tampa, Florida.

175. Testimony re the present value of a life care plan, the present value of lost earnings, and the present value of lost household services in a personal injury case: Jennifer Gaona v. TBM Carriers, Inc. and Jose Angulo, Cause No. 2022CI13776 in the District Court of Bexar County, Texas, 288th Judicial District on October 4, 2024 for Daniel Lopez, Wyatt Law Firm, San Antonio, Texas.

174. Testimony re economic damages in a wrongful death case (loss of earnings, household services) and business valuation: Susan Thoams, as the Personal Representative of the Estate of Bruce Joseph Thomas, II, MD a/k/a Bruce J. Thomas, II v. HCA Florida Pasadena Hospital, Case No. 24-001745 MA in the State of Georgia Division of Administrative Hearing. October 2, 2024, for Victoria Ferrentino, Ferrentino and Brotz, Tampa, Florida.

173. Testimony re economic damages in a wrongful death case (loss of earnings, employer-sponsored benefits, and household services): Zara Saleh, Individually and as Administrator of the Estate of Amira Mahamat, Minor Child v. Comunidad Realty Partners, Individually and DBA Village at the Creek, National Real Estate Purchasing Group dba MRMG, Strategic Management Partners, and Lakes Indian Creek Property Owner, LLC, Civil Action File No. 23A04406 in the State Court of DeKalb County State of Georgia. September 30, 2024, for Aaron Marks, Marks Law Group, LLC, Decatur, Georgia.

172. Testimony (trial) re the future value of a life care plan and the annualized costs of the life care plan in a personal injury case: Josefina Dominguez, Special Guardian of Moises Lopez, an incapacitated person and Josefina Dominguez v. Ronald Friedman, MD, Wyckoff Heights Medical Center, City of New York, and Individual Officers Involved, and Wyckoff Emergency Medicine Services, PC, Index No. 507953/13 in the Supreme Court of the State of New York, County of Kings, on September 27, 2024 for Steven Brill, Sullivan and Brill, New York, New York.

171. Testimony re the present value of a life care plan in a personal injury case: Deniz Celik v. 340 Orient Way LLC, Vermella Lyndhurst, Russo Development, LLC, Babco Holdings, LLC, et al.. Docket No. BER-L-1747-22 in the Bergen County Superior Court: Law Division, on September 18, 2024 for Bianca N. Pagani, Law Offices of Brandon J. Broderick, River Edge, New Jersey.

170. Testimony re the present value of a life care plan and the present value of lost earnings and employer-sponsored benefits in a personal injury case: Michael Vaughan v. Impulse Footcare, LLC, Civil Action File No. 1:23-cv-05803-SCJ in the United States District Court for the Northern District of Georgia, Atlanta Division on September 16, 2024 for Harris Yegelwel, Morgan and Morgan, Atlanta, Georgia.

169. Testimony re the present value of a life care plan and present value of lost earnings in a personal injury: April York and Shawn York, Both Individually and as Next Friend of L.Y., a Minor vs. Tim Tarkenton, MD; and Dallas Medical Specialists, PLLC d/b/a Lone Star Medical Group, Cause No. C50153 in the District Court 29th Judicial District of Palo Pinto County, Texas on September 13, 2024 for David Hart, Hart Law Firm, PLLC, Colleyville, Texas.

168. Testimony (trial) re the present value of a life care plan, loss of earnings and loss of household services in a personal injury case: Maximus Giannikos v. City of Clearwater, Case No. 22-000424-CI in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, on September 12, 2024 for James Holland, Holland Law, Clearwater, Florida.

167. Testimony (trial) re the present value of a life care plan in a personal injury case: Jose Castillo v. BR 1, Inc. d/b/a Harris Doyle Homes; Orozco Painting, LLC; Francisco Mejia; Vidal Framing and Construction, LLC, Case No. 01-CV-21-301696 in the Circuit Court of Jefferson County, Alabama, on September 11, 2024 for Robert Bruner, Belt Brunner and Barnett, PC, Birmingham, Alabama.

166. Testimony (trial) re the present value of a life care plan in a personal injury case: Billy Stearns v. Billy V. Stewart, Bertha Stewart and Stewart Motels, LLC a/k/a Best Western Plus, Case No. CV2203056 in the District Court 35th Judicial District, Brown County, TX, on September 10, 2024 for Roy J. Elizondo III, Collins Elizondo, Brownwood, Texas.

165. Testimony (arbitration) re economic damages in an alleged breach of contract: Scott Proctor v. Human Resources Development Services, Inc., d/b/a Saint James School of Medicine and HRDS, Case: 1:22-cv-04078 in the United States District Court Northern District of Illinois, moved to American Arbitration Association Case No. 01-23-0002-4659, on September 9, 2024 for Jason Bach of The Bach Law Firm, Las Vegas, Nevada.

164. Testimony re the present value of the loss of earnings and household services in a personal injury case: Julius Richardson v. Barbour Orthopedics and Sports Medicine, PC, Barbour Orthopedics Surgery Center, LLC, and Douglas Allen Linville, MD, Case #: 23A00751 in the State Court of Dekalb County, State of Georgia on September 4, 2024 for Render Freeman, Andersen, Tate and Carr, PC, Duluth, Georgia.

163. Testimony (trial) re the lost profits and the replacement value: DLL Leasing, Inc. vs. First American Title Insurance Company and University Mall Realty, Ltd., Cause No. C2237754 in the District Court Judicial District of Nacogdoches County, Texas, 145th Judicial District, on August 28, 2024 for John Diefenbach, Diefenbach Group, PLLC, Dallas, Texas.

162. Testimony re the present value of a life care plan and the present value of the loss of household services in a personal injury case: Faith Kunda v. Lexington Plastic Surgeons, et al., Case No. C-16-CV-23-000847 in the Circuit Court for Prince George's County, Maryland, on August 26, 2024 for Emily Hammann, Brown & Barro, Baltimore, Maryland.

161. Testimony re the present value of a life care plan in a personal injury: Cynthia E. Thomas, as Guardian of Randy Anthony Thomas; Seven Ray, as Conservator of Randy Anthony Thomas; Randy Thomas, Jr.; Corey West; and Megan Bise vs. J.E. Sean M. Jones-Quaidoo, M.D., and Dennis J. Robinson, M.D., Cause No. DC-22-15865 in the District Court of Dallas County, Texas 192nd Judicial District on August 1, 2024 for Sara Hashmi, Sorrels Law, Houston, Texas.

160. Testimony re the present value of lost earning capacity and the present value of a life care plan in a personal injury: Edenilson Beltran vs. J.E. Dunn Construction Company, J.E. Dunn Construction Group, Inc., J.E. Dunn Logistics, Inc., Blue Hat Crane, LLC, Harris Susan Chiles Trust and Ann Chiles Graham Trust, Cause No. D-1-GN-20-004101 in the District Court 261st Judicial District Court of Travis County, Texas on July 30, 2024 for Justin Hancock, Robert Melendez Law Firm, Austin, Texas.

159. Testimony re the present value of lost earning capacity and the present value of a life care plan in a personal injury: Nohemy Enamorado vs. Ramiro Agutin Najera, Adelaida Dimas, Roberto Sanchez Solis, Jessica McLarty, Robert Merrill Dimick and Waste Connections Lone Star, Inc., Cause No. D-1-GN-21-006298 in the District Court 201st Judicial District, Travis County, Texas on July 16, 2024 for Joe Lopez, Joe Lopez Law PC and Robert M. Melendez, Robert Melendez Law Firm, Austin, Texas.

158. Testimony re the present value of lost earning capacity and the present value of a life care plan in a personal injury: Jennifer Jean Merlino; Gabriel Merlino; Individually and as Natural Parents, Guardians, and Next Friends of Valentina Jean Merlino vs. Women and Infants Hospital of Rhode Island. C.A. No. PC-2019-10490 in the Superior Court, State of Rhode Island, Providence, SC. on July 12, 2024 for Michael Quinn, Decof, Barry, Mega, and Quinn, Providence, Rhode Island.

157. Testimony re economic damages in a wrongful death case: Janice Harris, Individually, and Nakisha Hall, Individually, and as Co-administrators of the Estate of Stephanie Harris, Deceased v. Mahesh Pundit, MD, Mahesh Pundit, MD, PA, Cheryl Martin, CRNA, Epix Medical Services of Houston, PLLC, Cause No.: 2021-79325 in the District Court of Harris County, Texas, 189th Judicial District. June 28, 2024 for Sopanha Anderson, Hilliard Martinez Gonzales, LLP, Corpus Christi, Texas.

156. Testimony re the lost profits and unjust enrichment in a breach of employment contract and trade secret infringement case: Monarch Behavioral Therapy BII, LLC d/b/a Behavioral Innovations and SCP Behavioral Innovations Holdco, LLC vs. ASD Therapy Solutions, LLC d/b/a Apara

Autism Center, Nicole Ercan, Kisena Anderson, and Brittni Hagan. Cause No. 202237050 in the District Court of Harris County, Texas, 164th Judicial District, on June 26, 2024 for Stephen Huschka and John Janicek, Kessler Collins, Dallas, Texas.

155. Testimony re the present value of lost earning capacity and the present value of a life care plan in a personal injury: Dale Yingling vs. Richard Alley and Safe Fleet Holdings, LLC. Cause No. 2021-52000 in the District Court of Harris County, Texas, 190th Judicial District, on June 18, 2024 for Joshua Daws, Daws and Associates, Houston, Texas.

154. Testimony re the present value of lost earning capacity in a personal injury: Tracey Reeves vs. Sea World of Florida, LLC d/b/a Discovery Cove, Sunbeam Products, Inc. and USA Hospitality, Inc. Case No. 2020-CA-010208-O in the Circuit Court of the Ninth Judicial District in and for Orange County, Florida, on June 14, 2024 for Tyler Kobylinski, Morgan and Morgan, Orlando, Florida.

153. Testimony re the present value of a life care plan, the present value of the loss of household services, the present value of lost earnings, and the present value of lost business value in a personal injury case: Eric Anthony Benson, D.C. v. BBH WBMC, LLC, Alteon Health Alabama, LLC, Island Medical Alabama, LLC, Timohty Bruce Jordan, M.D., and Burley Joe Flanagin, CRNP, Case No. 2:23-cv-00092-MHH in the United States District Court Northern District of Alabama, Southern Division, on June 10, 2024 for Justin Jones, The King Firm LLC, Jasper, Alabama.

152. Testimony (trial) re economic damages in a wrongful death case (loss of earnings and household services): Mistie Nance, Individually; and as Surviving Spouse of Jarvis Nance, Deceased v. Highridge Grading, LLC; Highridge Partners, Inc.; Phillip Clark Taylor; Schneider Logistics Transloading and Distribution, Inc.; Schneider Logistics Transportation, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National Carriers, Inc.; and Darryl Joachim, Civil Action File No. 18SC0211-AJ in the State Court of Cherokee County State of Georgia. May 24, 2024 for Brian Kaplan, Law and Moran, Atlanta, Georgia.

151. Testimony re the present value of a life care plan in a personal injury case: Ricky Leonard v. Robby Rivers, Civil Action No. 2021S0099 in the State Court of Burke County, State of Georgia, on May 23, 2024 for Gary Tiller, Morgan and Morgan, Savannah, Georgia.

150. Testimony re the present value of a life care plan and the present value of the loss of household services in a personal injury case: Susan J. Hale v. Halifax Regional Medical Center, Inc., d/b/a Vidant North Hospital, and Charles E. Williamson, Jr., MD, in the Individual Capacity and in His Capacity as an Agent of Halifax Regional Medical Center, Inc., d/b/a Vidant North Hospital, File No. 23CVS312 in the General Court of Justice Superior Court Division, Halifax County, State of North Carolina, on May 23, 2024 for Charles Bentley Jr., Bentley Law Offices, P.A., Durham, North Carolina.

149. Testimony re the present value of two life care plan and the present value of lost earning capacity in a personal injury and a wrongful death case: Amanda Gail Barger, as Special Administrator of the Estate of Trenton Barger, deceased, Traci Barger, and Cameron McKittrick vs. Marten Transportation, LTD., Marten Transportation Services, LTD., Marten Transportation

Logistics, LLC, Marten Transportation of Wisconsin, LTD, Keith Gaynor, and John Doe 1-3. Case No. 42PCV-23-93 in the Circuit Court of Logan Country, Arkansas, Civil Division, on May 21, 2024 for Geoff Hamby, Bailey and Oliver Law Firm, Rogers, Arkansas.

148. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Tonya Nettles vs. Shakti Narani, MD and Shakti Narani, MD, PA, Case No. 2022-CA-001006 in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida, Civil Division, on May 17, 2024 for David Eaton, Eaton Law, Tampa, Florida.

147. Testimony re economic damages (loss of earnings and employer-sponsored benefits) in a wrongful termination and defamation case: Rob Penders v. Saint Edwards's University, Inc., Main Street Renewal LLC, and The Amherst Group LLC. Case No.: 1:22-CV-178-DAE-ML in the United States District Court Western District of Texas, Austin Division. May 16, 2024 for Thomas Nesbitt, DeShazo and Nesbitt, LLP, Austin, Texas.

146. Testimony re the present value of a life care plan, present value of the loss of household services and the net worth of the defendant in a personal injury case: Mary Lou Gonzales v. Sam's East, Inc. and Gilbert Lopez, Case No. C-0513-23-B in the District Court 93rd Judicial District, Hidalgo County, Texas on May 15, 2024 for Sammy Rajaratnam, Ammons Law Firm, Houston, Texas.

145. Testimony re the present value of lost earning capacity in a personal injury case: Eammon Atkinson v. Daniel Osborne, DC and Movement Methods Chiropractic, PLLC. Civil Action No. 2023-CAB-003663 in the Superior Court of the District of Columbia, on May 14, 2024 for Charles Merkel, III, Merkel and Cocke, PA, Washington, DC.

144. Testimony (trial) re the present value of lost earning capacity in a personal injury case: Joseph Lucero v. STI Trucking, Inc., and Indiana Corporation; Alexander Kim and Jane Doe Kim, husband and wife; Dmitry Karp and Jane Doe Karp, husband and wife. Case No. CV-22-8035-PCT-SMB in the United States District Court for the District of Arizona, on May 8, 2024 for James Tawney and Kellen Bradley, Tawney, Acosta, and Chaparro, Phoenix, Arizona.

143. Testimony re the present value of the loss of household services in a personal injury case: Shondra Woodson v. Werner Enterprises, Inc. and Labrandon Jones, Case #: 22EV006442 in the State Court of Fulton County, State of Georgia on May 7, 2024 for Kelli Byers-Hooper, Witherite Law Group, Atlanta, Georgia.

142. Testimony re the present value of the loss of household services in a personal injury case: Andrea Clegg and Rick Horwat v. 1 Mosaic, Inc., Lauren Reed, Nashville Smiles, PLLC, and Mohan and Associates, LLC, Case #: 20C1401 in the Circuit Court of Davidson County, Tennessee on April 26, 2024 for Michael Fisher, Rocky McElhaney Law Firm, PC, Hendersonville, Tennessee.

141. Testimony re the present value of a life care plan in a personal injury case: Amanda Koontz, Individually and As Parent and Natural Guardian of Madelynn Barker, Minor vs. Alfred Barnes, Matthew Hilton, and ABC, Inc., Civil Action File No. STCV2022000223 in the State Court of Bulloch County, State of Georgia, on April 25, 2024 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

140. Testimony re the lost profits and the replacement value: DLL Leasing, Inc. vs. First American Title Insurance Company and University Mall Realty, Ltd., Cuase No. C2237754 in the District Court Judicial District of Nacogdoches County, Texas, on April 19, 2024 for John Diefenbach, Diefenbach Group, PLLC, Dallas, Texas.

139. Testimony re the present value of lost earning capacity and the present value of lost household services in a personal injury case: Javier Tapia vs. NaphCare, Inc. and Pierce County, Civil Action No. 2:22-CV-01141 in the United States District Court for the Western District of Washington at Seattle, State of Washington, on April 18, 2024 for Corinne Sebren, Galanda Broadman, PLLC, Seattle, Washington.

138. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Leslie Smith vs. Brett Sampson, KCH Trucking, LLC, Wesco Insurance Company, John Does 1-3 and ABC Corporations 1-3, Civil Action File No. 19A77486 in the State Court of Dekalb County, State of Georgia, on April 17, 2024 for Gregory Bosseler, Morgan and Morgan, Atlanta, Georgia.

137. Testimony re the present value of a life care plan and the present value of lost earning capacity: OLG, a minor, by and through her parents and next friends, Brittany S. Gobble f/k/a Brittany S. Monette and Benjamin T. Gobble, and Brittany S. Gobble f/k/a Brittany S. Monette and Benjamin T. Gobble, individually vs. Bristol Gynecology and Obstetrics, PC; David P. Russell, MD; and Haley L. Akin, MD, Civil Action No. 2:22-CV-00051-CRW in the United States District Court for the Eastern District of Tennessee at Greenville, State of Tennessee, on March 29, 2024 for Olen Haynes, Jr., The Haynes Firm, Johnson City, Tennessee.

136. Testimony re the present value of a life care plan, the present value of lost earning capacity, and the present value of lost household services in a personal injury case: Carol Windres vs. Ingles Market, Inc., Civil Action No. 22CV02-028 in the Superior Court of Jasper County, State of Georgia, on March 28, 2024 for Gini Lynn Jenkins, Morgan and Morgan, Savannah, Georgia.

135. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Jenny Garcia Berrios and Jorge Antonio Lopez Maldonado vs. BPS Direct, LLC d/b/a Bass Pro Shops; Texsport Incorporated; and the Coleman Company, Inc., Case No. 22-CA-005892 in the Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on March 27, 2024 for Kristopher Bonham, Morgan and Morgan, Boca Raton, Florida.

134. Testimony (trial) re the present value of a life care plan in a personal injury case: Shermaine Bacon vs. Donald Mason and R & T Marine and Equipment, Inc., Civil Action File No. STCV21-00396 in the State Court of Chatham County, State of Georgia, on March 26, 2024 for Edgar Smith and Seth Diamond, Morgan and Morgan, Savannah, Georgia.

133. Testimony re the present value of a life care plan and the present value of lost earning capacity and household services in a personal injury case: Shauna Baugh v. Wal-Mart Transportation, LLC and Christopher Glymph. Civil Action No. 23A00976 in the State Court of Dekalb County, State of Georgia, on March 18, 2024 for Rob Loar, Witherite Law Group, Atlanta, Georgia.

132. Testimony re the present value of a life care plan in a personal injury case: Sharon Vinson v. Matthew Brown, Case No. STCV2020000096 in the State Court of Bulloch County, State of Georgia, on March 8, 2024 for Gary Tiller, Morgan and Morgan, Savannah, Georgia.

131. Testimony re the present value of a life care plan in a personal injury case: Beverly Perri v. Royal Caribbean Cruises LTD, Case No. 23-21309-CV, in the United States District Court, Southern District of Florida, on March 7, 2024 for John R. Byrne, Maderal Byrne and Furst, PLLC, Coral Gables, Florida.

130. Testimony re the present value of lost earning capacity in a personal injury case: Julien Degooyer v. Damien Fenner, SS Pizza, Inc, d/b/a Dominos Pizza, and Senior Pizza, Inc., d/b/a Dominos Pizza. Cause No. D-1-GN-21--007273 in the District Court 201st Judicial District, Travis County, Texas, on March 5, 2024 for Michael Ely, Ely Valentine and Reed, PLLC, Austin, Texas.

129. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Jairo Castro-Munguia v. A-One Chemicals and Equipment Company, Inc. Cause No. 202219757 in the District Court 164th Judicial District, Harris County, Texas, on March 4, 2024 for Damian Williams, Hamilton Wingo, LLP, Dallas, Texas.

128. Testimony re economic damages in a wrongful death case: Latwenita Gay, on behalf of the Estate of Antoine Neville, and on behalf of Ariana Stephens, Antonio Neville, Jr., Giovanni Neville, Elijah Jews, Ayden Jews, and Demi Y'lani Perry, the minor children of Antonio Neville v. Shah Hospitality, LLC d/b/a Gulf American Inn a/k/a Gulf American Inns, Quintavius Williams, a/k/a Quintavius Fred Williams, a/k/a Fred Williams, a/k/a Mario Teasley, Brandisha Williams, and John Does 1-10, Civil Action File No. 20A82018 in the State Court of Dekalb County State of Georgia. February 20, 2024 for James Dearing, James E. Dearing, P.C., and Catherine Gibson, The Gibson Law Firm, LLC, Atlanta, Georgia.

127. Testimony re the present value of a life care plan in a personal injury case: Alla Balani and Mohammed Alkowni, as parents and natural guardians of K.A., a minor vs. Juan Reinoso, MD, Obstetrics and Gynecology Association of Central Florida, LLC, Ahmed Al-Malt, MD, and Fetal Diagnostic Center of Orlando, Inc., Case No. 2022 CA 001640 MP in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, on February 16, 2024 for Iva V. Crane, Carpenter, Czelusta and Crane, Palm Harbor, Florida.

126. Testimony re the present value of lost earning capacity and household services in a personal injury case: Stephanie Doering v. Sergio Armendariz and Tatiana Renteria. Case No. CV2021-017295 in the Superior Court of the State of Arizona, County of Maricopa, on February 12, 2024 for Kevin Neal, Gallagher and Kennedy, Phoenix, Arizona.

125. Testimony re the present value of a life care plan in a personal injury case: April Scott-Hamilton vs. Travis Corley, McEntire Produce, Inc. and R.C. McEntire Trucking, Inc., Civil Action No. SUV2019000227 in the Superior Court of Liberty County, State of Georgia, on February 9, 2024 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

124. Testimony re the present value of a life care plan and the present value of lost earning capacity in a personal injury case: Paige Torres, in her capacity as Parent and Legal Guardian of J.S., a minor v. Phantom Fireworks Showrooms, LLC and Phantom Importing and Distribution, LLC. Case No. 2022CA002980 in the Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, on February 2, 2024 for Mike Morgan, Morgan and Morgan, Orlando, Florida.

123. Testimony re the present value of a life care plan in a personal injury case: Huda Basuf and Mohamed Basuf v. Jacqueline Hunte and Universal Protection Service, LLC d/b/a Allied Universal Security Services. Docket No. PAS-L-2365-21 in the Superior Court of New Jersey, Passaic County, on January 31, 2024 for Bianca N. Pagani, Law Offices of Brandon J. Broderick, River Edge, New Jersey.

122. Testimony re the present value of a life care plan and the present value of lost earning capacity and household services in a personal injury case: Brandon Robinson v. SAIA Motor Freight Line, LLC and Michael Christpher Lewis. Case No. 22PH-CV01751 in the Circuit Court of Phelps County, Missouri, on January 29, 2024 for Chandler Gregg, Strong Law Trial Attorneys, Springfield, Missouri.

121. Testimony re valuation of a business in an insurance coverage case: Gaudet & Company, Inc. v. ACE Fire Underwriters Insurance Company, and Chubb Indemnity Insurance Company. Case No. 1:21-cv-00372, in the United States District Court for the Southern District of Alabama, Southern Division. January 26, 2023 for Robert Bruner, Belt Bruner & Barnett P.C., Birmingham, Alabama.

120. Testimony re the present value of a life care plan and the present value of lost household services in a personal injury case: Eric Norwood and Erica Norwood v. Albertsons Companies, Inc. and PDX, Inc. Civil Action No. 2:20-cv-00468 in the United States District Court, Western District of Louisiana, Lake Charles Division, on January 24, 2024 for Rudie Soileau, Lundy Lundy Soileau & South, LLP, Lake Charles, Louisiana.

119. Testimony re the present value of life care plans (2), present value loss of earning capacity (2) and present value of household services in a personal injury case: Cedric Jett, Sr. and Ronna Jett v. Walter Turner, Mercer Transportation Co, Inc, S&W Trucking Blackshear GA, LLC, and Old Republic Insurance Company, Case No. 22EV005374 in the State Court of Fulton County, State of Georgia, on January 17, 2024 for Rob Loar, Witherite Law Group, Atlanta, Georgia.

118. Testimony re the present value of a life care plan in a personal injury case: Heather Camarena and Helena Fuimaono v. Pharmerica Mountain, LLC, Roland Werner, Henry Industries, Inc., Pacific Cargo Network, LLC, LBA Realty Fund II WBP II, LLC, d/b/a LBA Realty, Christopher Miller, Vanneal Reddick, Aarrowhead Security, Inc., LBA, Inc. Case No. A-20-819565-C in the District Court, Clark County, Nevada, on December 1, 2023 for Mia Mallette, Claggett and Sykes, Las Vegas, Nevada.

117. Testimony re the present value of a life care plan and present value loss of earning capacity and benefits: Amber Reed, as Mother and Next Friend of Bryson Reed, minor, vs. Memorial Hospital of Carbondale a/k/a Southern Illinois Hospital Services, New Horizons Obstetrics and

Gynecology Ltd., Douglas Gates, MD and Andrea Humphrey, MD, Case No. 2020 L 43 in the Circuit Court of the First Judicial Circuit Jackson County, Illinois, on November 20, 2023 for Michael Sullivan, Kralovec, Jambois & Schwartz, Chicago, Illinois.

116. Testimony re the present value of lost earning capacity in a personal injury case: Norman Lastinger v. Carvana, LLC, Ace American Insurance Company d/b/a Chubb and Joseph Fabre, Case No. 22-C-02102-S2 in the State Court of Gwinnett County, State of Georgia, on November 15, 2023 for Ben Windham, Windham Law, Locust Grove, Georgia.

115. Testimony re the present value of a life care plan in a personal injury case: Jose Castillo vs. BR 1, Inc. D/B/A Harris Doyle Homes; Orozco Painting, LLC; Francisco Majia; Vidal Framing and Construction, LLC, Civil Action No. 01-CV-21-901696 in the Circuit Court of Jefferson County, Alabama, on November 9, 2023 for Robert Bruner, Belt Bruner & Barnett P.C., Roswell, Georgia.

114. Testimony re the present value of lost earning capacity in a personal injury case: Aime Montero v. United Services Automobile Association, Cause No. 22-0751-C368 in the District Court 368th Judicial District, Williamson County, Texas, on November 2, 2023 for Jessica Yaeger, DC Law, Austin, Texas.

113. Testimony re the present value of lost earnings in a personal injury case: Yaroslav Ilnytskyy v. Equipnet, Inc. Case No. 2:19-cv-12268 in the United States District Court Eastern District of Michigan, Southern Division, on November 1, 2023 for Christian Collis, Giroux Amburn, PC, Southfield, Michigan.

112. Testimony re the present value of a life care plan, present value loss of earning capacity and benefits, and present value of household services in a personal injury case: Caleb French and Jennifer French, individually and as parents, guardians and next friends of Jacob French, a minor child, vs. Centura Health Corporation; Commonspirit Health, a Colorado Corporation, f/k/a Catholic Health Initiatives Colorado, d/b/a Centura Health Penrose-St. Francis Health Services and St. Francis Medical Center; Meghann Delahooke, PA-C; Elizabeth A. Cox, RN; and Jane Lee Fansler, MD, Case No. 19CV32799 in District Court, El Paso County, Colorado, on October 31, 2023 for Karman Reed, Wahlberg, Woodruff, Nimmo & Sloane Denver Trial Lawyers, LLP, Denver, Colorado.

111. Testimony re the present value of a life care plan and present value of lost earnings in a personal injury case: Barbara Gonzalez vs. Michael G. Edwards and HHS Environmental Services, LLC, Case No. 21000968CA in the Circuit Court of the 20th Judicial Circuit of the State of Florida, in and for Charlotte County, Florida, on October 24, 2023 for Helen Stratigakos, Stratigakos Law, and Michael Rossi, Michael Rossi, P.A., Tampa, Florida.

110. Testimony re the present value of a life care plan and the present value of lost household services in a personal injury case: Lewanza Edwards-Longley vs. CT Transit, et al., No. NNH-CV-19-6092326-S in the Superior Court J.D. of New Haven at New Haven, on October 18, 2023 for Daniel Beebe, Beebe and O'Neil, Norwich, Connecticut.

109. Testimony re the present value of a life care plan in a personal injury case: Staci Spurlock vs. Bethesda Hospital, Inc., DBA Bethesda North Hospital, et al., Case No. A2102014 in the Court of Common Please, Hamilton County, Ohio, on October 9, 2023 for Matt Nakajima, Rittgers Rittgers Nakajima, Cincinnati, Ohio.

108. Testimony re economic damages, financial position of Experian Informational Solutions and the ability/capacity of Experian Informational Solutions to hire additional Dispute Processing Agents in an alleged violation of the Fair Credit Reporting Act (FCRA) and Fair Debt Collection Practices Act (FDCPA) cases: Zavian Allen vs. Experian Information Solutions, Inc. et al. Case No. 4:22-cv-00128-ALM and Eunice Hernandez v. Experian Information Solutions, Inc. et al. Civil Action No. 4:22-cv-00455-SDJ-KPJ in the United States District Court for the Eastern District of Texas on September 19, 2023 for Jonathan Raburn, McCarty & Raburn, A Consumer Law Firm, PLLC, Rockwall, Texas.

107. Testimony (trial) re the present value of a life care plan in a personal injury case: Gabriel Gomez vs. Joseph Hegleh, M.D. and Florida Eye & Laser Institute, L.L.C., Case No. 200826CA in the Circuit Court of the 20th Judicial Circuit of the State of Florida, in and for Charlotte County, Florida, on September 12, 2023 for Helen Stratigakos, Stratigakos Law, and David Eaton, Eaton Law, Tampa, Florida.

106. Testimony re the present value of a life care plan in a personal injury case: Lawonne Proctor, as the Friend and Next of Kin of the Minor Child A.F. and Phyllis Ann Carson vs. Khalil Seghori, et al., Case No. CAL-19-36498 in the Circuit Court for Prince George's County, Maryland, on September 8, 2023 for John Leppler, Law Office of John J. Leppler, LLC, Towson, Maryland.

105. Testimony re the present value of a life care plan in a personal injury case: Lauren Mount-Mahan and Patrick Mahan, Jr. vs. Elite Sports Physical Therapy, Wesley Ostrzycki, PT, DPT, ATC, Dr. James Royce, DC, Royle Sports Chiropractic, et al., Docket No. MON-3562-20 in the Superior Court of New Jersey, Monmouth County, State of New Jersey, on September 5, 2023 for Roy Curnow, Law Offices of Roy D. Curnow, Spring Lake Heights, New Jersey.

104. Testimony re economic damages in an alleged breach of duty and the duty of good faith and fair dealing case: Jonathan Rivera-Pierola v. Board of Regents for the Oklahoma Agricultural and Mechanical Colleges; State of Oklahoma ex rel. Oklahoma State University; and St. Matthews University, Civil Action Number 5:21-cv-00616-PRW in the United States District Court Western District of Oklahoma, on August 24, 2023 for Jason Bach of The Bach Law Firm, Las Vegas, Nevada.

103. Testimony re economic damages (loss of earnings, benefits and household services) and the present value of the life care plan in a personal injury case: Antonio Hall v. SAC Wireless, LLC, Civil Action File No.: 1:21-cv-05241-JPB in the United States District Court Northern District of Georgia Atlanta Division. August 17, 2023 for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

102. Testimony re economic damages in a personal injury case: Vincent Bradford, as Conservator for the Estate of Sharrod Bradford, Protected Individual and Michigan Department of Health and

Human Services v. Ascension St. John Hospital, Ashley Sullivan, M.D., and Elizabeth Peacock, M.D., Case No.: 21-017639-NH in the Circuit Court for the County of Wayne, State of Michigan. August 16, 2023 for Milica Filipovic, Fieger, Fieger, Kenney and Harrington, PC, Southfield, Michigan.

101. Testimony re economic damages in a personal injury case: Mario Campos v. Murphy Exploration and Production Company – USA et al., Cause No.: 2020-81982 in the District Court 334th Judicial District, Harris County, Texas. August 16, 2023 for Chris Pinedo, Hilliard Martinez Gonzales, LLP, Corpus Christi, Texas.

100. Testimony re economic damages in a personal injury case: Maria Chavez v. Fed Ex Ground Package Systems, Inc., Contract Express, Inc., and Jorge Luis Melendez, Case No. 2019 L 013450 in the Circuit Court of Cook County, Illinois, County Department, Law Division, on August 15, 2023 for Robert Adelman, Levin, Riback and Adelman, Chicago, Illinois.

99. Testimony re the present value of a life care plan in a personal injury case: Tashantis Walker vs. Chandra Duncan, Civil Action No. STCV19-00647 in the State Court of Chatham County, State of Georgia, on August 11, 2023 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

98. Testimony re economic damages in a personal injury case: Richard Jorza v. Home Depot USA and Christopher Currie, Case No. 2021-CA-002383 in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida, on August 10, 2023 for Jared Lee, Morgan and Morgan, Orlando, Florida.

97. Testimony re economic damages (loss of earnings, benefits and household services) in a personal injury case: Matthew C. Taylor v. Norfolk Southern Railway Company, Case No.: 3:22-cv-02893-SAL in the United States District Court for the District Court of South Carolina Columbia Division. August 8, 2023 for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

96. Testimony re economic damages and the present value of a life care plan in a personal injury case: Joseph Gunn v. Joseph Delbert Moser and FedEx Freight, Inc., Case No. 2021-CA-008651-O in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, on August 7, 2023 for Nick Russo, Morgan and Morgan, Orlando, Florida.

95. Testimony re the present value of a life care plan in a personal injury case: Jean Eastburn Morgan vs. American Honda Motor Co., Inc., Honda Motor Co., Inc., Honda R&D Americas, LLC et al., Civil Action No. 02-CV-2020-900799 in The Circuit Court of Mobile County, Alabama, on August 4, 2023 for Aaron Maples, Cunningham Bounds, LLC, Mobile, Alabama.

94. Testimony re economic damages (loss of earnings and employer-sponsored benefits) in a personal injury case: Rodney Williams and Lisa Williams v. Midtown Urology, PC and Midtown Urology Surgical Center, PC. Civil Action File No.: 21EV001138 in the State Court of Fulton County, State of Georgia. August 2, 2023 for Jennifer Kurle, Kurle Justus, LLC, Atlanta, Georgia.

93. Testimony re the present value of a life care plan in a personal injury case: Christina Ober through her Guardian and Conservator, Tina Ober vs. IPH Operational Enterprises Arkansas, LLC

and Danny L. Miller, Civil Action No. 21-CT-001780 in Jefferson Circuit Court, State of Kentucky, on July 27, 2023 for Jonathan Hollan, Sam Aguilar Injury Lawyers, Louisville, Kentucky.

92. Testimony re economic damages (lost profits) in a litigation case: O'Driscoll Construction, Inc., et al. v. EMCASCO Insurance Company, Civil Litigation No.: 2:19-cv-00699-JMP-DAO in the United States District Court for the District of Utah, Central Division. July 21, 2023 for T. Jake Hinkins, Anderson Hinkins, South Jordan, Utah.

91. Testimony re economic damages (loss of earnings, benefits and household services) in a personal injury case: Dennis Keith Dawkins v. Norfolk Southern Railway Company, Case No.: 3:22-cv-02404-JFA in the United States District Court for the District Court of South Carolina Columbia Division. June 23, 2023 for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

90. Testimony re economic damages in a personal injury case: Brian Farrar and Julie Farrar v. Purnell Williams and Reyes Fleet Management, LLC. Civil Action File Number 22EV003810 in the State Court of Fulton County, State of Georgia. June 21, 2023 for Michael Warshauer, Warshauer Law Group, P.C., Atlanta, Georgia.

89. Testimony re the present value of a life care plan in a personal injury case: Robert Soper vs. John Lacy and Tracie McCormick, Inc., Case No. STSV2021000195 in the State Court of Bryan County, State of Georgia, on June 14, 2023 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

88. Testimony re the present value of a life care plan in a personal injury case: Gabriel Gomez vs. Joseph Hegleh, M.D. and Florida Eye & Laser Institute, L.L.C., Case No. 200826CA in the Circuit Court of the 20th Judicial Circuit of the State of Florida, in and for Charlotte County, Florida, on June 12, 2023 for Helen Stratigakos, Stratigakos Law, Tampa, Florida.

87. Testimony re economic damages and the present value of a life care plan in a personal injury case: Jonathan Grant v. Miguel Mariana and Stevens Transport, Inc., Case No. 2020-CA-006994-O in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, on May 30, 2023 for Marlon White, Morgan and Morgan, Orlando, Florida.

86. Testimony re the present value of a life care plan and past lost wages in a personal injury case: Antonia Rojas v. Christine Louise Ledder, Cause No. 2020CV02502 in the County Court at Law Number 10 Bexar County, Texas, on May 25, 2023 for Clay Payne, Cruz Injury Lawyers, PC, San Antonio, Texas.

85. Testimony re economic damages in a personal injury case: David McDowell Lipps and Patrick Sean Matthews, as a Personal Representative of Charles Matthews v. Ameshia Pickett, April Odom and Thomas Folmar, Case No. 2017-CA-003113-O in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, on May 24, 2023 for Karen Wasson, Dan Newlin Injury Attorneys, Orlando, Florida.

84. Testimony re economic damages and the present value of a life care plan in a personal injury case: Desmond Tucker v. Volcano Transport, Inc.; Cesaire Elusmond; and National Continental

Insurance Company, Civil Action File No. 21EV004492 in the State Court of Fulton County, State of Georgia, on May 23, 2023 for J. Martin Futrell, Witherite Law Group, Atlanta, Georgia.

83. Testimony (trial) re defendant's gross revenue and profits in trade dress infringement: Pengu Swim School, LLC, Pengu Swim School Riverstone, LLC, Pengu Swim School Cinco Ranch, LLC, and Pengu Swim School Towne Lake, LLC v. Blue Legend, LLC, and Blue Legend Katy, LLC, Case No. 4:21-cv-01525 in the United States District Court Southern District of Texas Houston Division. May 17, 2023 for Terry Joseph and Bobby Bowick, McCutcheon Joseph, PLLC, Houston, Texas.

82. Testimony (trial) re economic damages in a personal injury case: Richard Tolson and Tami Tolson v. Prim Industrial Contractors, Inc. File No. SUCV2016000225 in the Superior Court of Monroe County, State of Georgia. May 10, 2023 for Trent Shuping, Warshauer Law Group, P.C., Forsyth, Georgia.

81. Testimony re economic damages to the estate in a wrongful death case: Lauren Shaw, surviving spouse of Jeffrey Shaw, deceased, individually and on behalf of Sydney Shaw, Jordyn Shaw, Macie Shaw, and Levi Shaw, the surviving minor children of Jeffrey Shaw, deceased, and Karen Shaw, as the surviving mother of Jeffrey Shaw, deceased v. St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health Center, Adeel Zafar, MD, State of Arizona, Department of Public Safety, a department and jural entity of the State of Arizona et al., Case Number CV2021-008705 in the Superior Court of the State of Arizona, in and for County of Maricopa. May 1, 2023 for Patrick McGroder, III, Beus Gilbert McGroder, Phoenix, Arizona.

80. Testimony re the present value of a life care plans (3 plans) in a personal injury case: Deborah Shipes, Nathan Shipes, and Skylar Shipes v. Historic Tours of America, Inc. d/b/a Old Town Trolley Tours of St. Augustine, LLC, Old Town Trolley Tours of St. Augustine, Inc., St. Augustine Historical Tours, Inc. and Gregory Robinson, Case No. 21-CA-1319 in the Circuit Court of the Seventh Judicial Circuit in and for St. Johns County, Florida on April 28, 2023 for Shannon Saunders, Law Offices of B. Shannon Saunders, Marianna, Florida.

79. Testimony re the present value of a life care plan in a personal injury case: Daniel Wells v. Allah McQueen, Civil Action No. STCV2020000124 in the State Court of Bulloch County State of Georgia on April 27, 2023 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

78. Testimony re the present value of a life care plan and loss of past and future earnings capacity in a personal injury case: Jarrod Newsome v. International Paper Company, Civil Action No. 4:20-CV-1481 in the United States District Court Southern District of Texas Houston Division on April 26, 2023 for Joe Jones, Joe Jones Law Firm, PLLC, Cypress, Texas.

77. Testimony re the present value of a life care plan: William Curtis and Robert Curtis and Judith Curtis v. Jeff Mathew, MD, Thomas Kerr, MD, PA d/b/a The Vein and Vascular Institute of Tampa Bay, and St. Joseph's Hospital, Inc. d/b/a St. Joseph's Hospital in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County Civil Division. April 25, 2023 for Andy Wozniak, Greco & Wozniak, P.A., Tampa, Florida.

76. Testimony re the present value of a life care plan and commentary re opposing economic expert's loss of earning capacity and present value of life care plan reports in a personal injury case: Rocco Gandolfo v. Colby Norris, Hooters of Clearwater Beach, Inc, General Motors, LLC, Clearwater Grande Holdings, LLC, Danste Hospitality Group, LLC, Southwind Hospitality, LLC, Southwind Hospitality, LLC and Oasis Outsourcing Contract II, Inc. Case No. 19-007297-CI in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, on April 18, 2023 for James Butler, Campbell Conroy O'Neil, Ft. Lauderdale, Florida.

75. Testimony re the present value of a life care plan and loss of future earnings capacity in a personal injury case: Breauanna Jennings and Anthony Jennings, individually and as general guardians for August Jennings, a minor, and August Jennings, individually v. Robyn Cox, CNM, Hudson Hospital, Inc., and Hudson Physicians, SC, and Wisconsin Injured Patients and Families Compensation Fund, File No. 2021CV000223 in the Circuit Court for St. Croix County, State of Wisconsin on April 14, 2023 for Noah Lauricella, Goldenberg Law, PLLC, Minneapolis, Minnesota.

74. Testimony re economic damages and the present value of a life care plan in a personal injury case: Candicia Hall and Desiree Hayward-Smith v. Ingrid Maxwell, Brink's Incorporated, and the Brink's Company, Civil Action File No. 2021CV02457 in the State Court of Clayton County, State of Georgia, on April 12, 2023 for Adewale Odetunde, Witherite Law Group, Atlanta, Georgia.

73. Testimony re royalty rates and economic damages in an intellectual property case: Flygrip, Inc. v. Five below, Inc, in the United States District Court for the Western District of Texas, Waco Division Civil Action No. 6:21-cv-1080 (deposition combined Flygrip, Inc. v. Walmart, Inc. in the United States District Court for the Western District of Texas, Waco Division Civil Action No. 6:21-cv-1082). March 22, 2023 for Robert D. Katz, Katz, PLLC, Dallas, Texas.

72. Testimony re economic damages and the present value of a life care plan in a personal injury case: Desmond Tucker v. Volcano Transport, Inc.; Cesaire Elusmond; and National Continental Insurance Company, Civil Action File No. 21EV004492 in the State Court of Fulton County, State of Georgia, on March 10, 2023 for J. Martin Futrell, Witherite Law Group, Atlanta, Georgia.

71. Testimony re the present value of a life care plan in a personal injury case: Gretchen Bebb v. SLS Houston Properties, LLC, and SLS Building Management, LLC, Cause No. 2018-46771 in the District Court of Harris County, Texas, 157th Judicial District, State of Texas on February 13, 2023 for Robert McAllister, Robert A Mcallister Jr And Associates PC, Houston, Texas.

70. Testimony (trial) re defendant's attributable sales and profits in a copyright infringement case: Mueller Supply Company, Inc. D/B/A Mueller, Inc. v. JNL Steel Components, Inc. and Web Plant Media, LLC, Case No. 6:21-cv-00036-H in the United States District Court for the Northern District of Texas. February 9-10, 2023 for Elizabeth Geary-Hill, Philip Brinson, Derek Montgomery, Julia Wisenberg, Kelly Hart Hallman, LLP, San Angelo, Texas.

69. Testimony re the present value of the loss of household services in a personal injury case: Jilianne Warner v. Midnight Recovery, GEICO, et al., Case No: 18-CI-003622 in the Jefferson

County Circuit Court, State of Kentucky, on February 3, 2023 for Liz J. Shepherd, Dolt Thompson Shepherd and Conway, Lousville, Kentucky.

68. Testimony re economic damages and the present value of a life care plan in a personal injury case: Jose Mercado-Ortiz v. Gemini Motor Transport, LP, Ernesto Docando Guerra, Case No: CV55731 in the District Court of Midland County, TX, 441st Judicial District, on December 29, 2022 for William McBride, William McBride Law Group, PA, Midland, Texas.

67. Testimony re the present value of a life care plan in a personal injury case: Delicia Meridy v. Lindsay Getz, Civil Action No. 19-A-1950 in the State Court of Cobb County, State of Georgia on December 12, 2022 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

66. Testimony re the present value of a life care plan in a personal injury case: Jenna Angelini, on behalf of Haden Angelini, a minor v. Sarasota County Public Hospital District d/b/a Sarasota Memorial Hospital, Sarasota Emergency Associates, PA, David Krahm, DO, Alyssa Vasiloff, Cepero Pediatrics, PA, Denise Mueller-Barker, ARNP, Case No. 2019-CA-4516 in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida on November 29, 2022 for Helen Stratigakos, Stratigakos Law, Tampa, Florida.

65. Testimony re the present value of a life care plan and loss of household services in a personal injury case: Meagan O'Neil v. Nathan Campbell and Mother Natures, Inc., Case No: CJ-2020-6162 in the District Court of Oklahoma County, State of Oklahoma, on November 17, 2022 for Larry Finn, Parris DeVaughn Injury Lawyers, Oklahoma City, Oklahoma.

64. Testimony re the present value of a life care plan and loss of household services in a personal injury case: James Turner and Diane Turner v. Erica Cash, Lakesha Fitzpatrick and Jane Eaton, Case #: 19C2264 in the First Circuit Court for Davidson County, Tennessee at Nashville on November 14, 2022 for Andrea Stilgenbauer, Rocky McElhaney Law Firm, PC, Hendersonville, Tennessee.

63. Testimony re defendant's attributable sales and profits in a copyright infringement case: Mueller Supply Company, Inc. D/B/A Mueller, Inc. v. JNL Steel Components, Inc. and Web Plant Media, LLC, Case No. 6:21-cv-00036-H in the United States District Court for the Northern District of Texas. November 10, 2022 for Elizabeth Geary-Hill, Kelly Hart, Fort Worth, Texas.

62. Testimony re the present value of a life care plan in a personal injury case: Ida Biggins v. Robert Herbert Dean, Jr., Darling Ingredients, Inc., Jimmy Washington, JL Green Trucking Company, Inc. and QFS Transportation, LLC, Civil Action No. STCV19-01904 in the State Court of Chatham County, State of Georgia on November 8, 2022 for Matthew Hilt, Morgan and Morgan, Savannah, Georgia.

61. Testimony re the present value of a life care plan in a personal injury case: Mark Louis Eastham v. Texas Standard Construction and Samuel Eugene Dalton, Cause No.: CC-20-04480-C at the County Court as Law No. 3, Dallas County, Texas. November 7, 2022 for Laura Andrade, Hamilton Wingo, LLP, Dallas, Texas.

60. Testimony re the present value of a life care plan in a personal injury case: Patrick Millen v. Power Systems (PS), LLC, Case No. 01-2021-CA-0482 in the Circuit Court of the 8th Judicial Circuit in and for Alachua County, Florida on November 4, 2022 for Harris Yegelwel, Morgan and Morgan, Orlando, Florida.

59. Testimony (trial) re economic damages and royalty rates in an intellectual property (patent infringement) case: LoganTree, LP v. Garmin International, Inc, and Garmin USA, Inc., in the United States District Court District of Kansas. October 25-26, 2022 for Weining Bai and Jason McManis, Aza Law Firm and Arnold Shokouhi, McCathern, Shokouhi, Evans, Grinke, Kansas City, Kansas.

58. Testimony (arbitration) re the present value of the life care plan in a personal injury case: Dillion Johnson, by and through Jane E. Johnson and Brent C Johnson, His Co-Guardian Advocates v. Pensacola Care, Inc. and Quest Management Group, Inc., in the Private Arbitration Matter Leon County, Florida. October 20, 2022 for Dean LeBoeuf, Brooks, Leboeuf, Bennett, Foster, & Gwartney, P.A., Tallahassee, Florida.

57. Testimony (deposition for a trial) re the present value of a life care plan in a personal injury case: Shawn Heath v. Lorrene Woods, Civil Action File No. 19SV00121 in the State Court of Toombs County, State of Georgia on October 18, 2022 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

56. Testimony re the present value of the life care plan in a personal injury case: Dillion Johnson, by and through Jane E. Johnson and Brent C Johnson, His Co-Guardian Advocates v. Pensacola Care, Inc. and Quest Management Group, Inc., in the Private Arbitration Matter Leon County, Florida. September 30, 2022 for Dean LeBoeuf, Brooks, Leboeuf, Bennett, Foster, & Gwartney, P.A., Tallahassee, Florida.

55. Testimony re economic damages in a personal injury case: Finesse Hunter v. Manu Matthews, Case No.: 153-322568-20 in the District Court of Tarrant County, Texas. September 16, 2022 for Travis Grefenstette, Jim Adler and Associates, Houston, Texas.

54. Testimony re unjust enrichment and lost profits from trade dress infringement: Pengu Swim School, LLC, Pengu Swim School Riverstone, LLC, Pengu Swim School Cinco Ranch, LLC, and Pengu Swim School Towne Lake, LLC v. Blue Legend, LLC, and Blue Legend Katy, LLC, Case No. 4:21-cv-01525 in the United States District Court Southern District of Texas Houston Division. August 19, 2022 for D. Ryan Cordell, Jr., Matthews Lawson McCutcheon and Joseph, PLLC, Houston, Texas.

53. Testimony re economic damages and the present value of the life care plan in a personal injury case: Tyrone James Johnson v. Robert Lee Hunter and Ray's Sewer Service, Case No. CJ-2020-566 in the Oklahoma County State Court. July 27, 2022 for Larry Finn, Parrish DeVaughn Injury Lawyers, Oklahoma City, Oklahoma.

52. Testimony re the present value of a life care plan in a personal injury case: Patrick Millen v. Power Systems (PS), LLC, Case No. 01-2021-CA-0482 in the Circuit Court of the 8th Judicial

Circuit in and for Alachua County, Florida on July 25, 2022 for Harris Yegelwel, Morgan and Morgan, Orlando, Florida.

51. Testimony re economic damages and the present value of the life care plan in a personal injury case: Joe Ables v. United States of America; John Does Persons A-M; and John Doe Entities N-Z, Civil Action No. 1:21-cv-92-HSO-RHWR in the United States District Court for the Southern District of Mississippi Southern Division. July 20, 2022 for Nelson W. Wagar, III, Wagar Hickman, LLC, Mandeville, Louisiana.

50. Testimony re economic damages in a personal injury case: Faye Crump v. American Multi-Cinema Inc d/b/a AMC, Case No. 2019-CA-002883-11J-L in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida. June 27, 2022 for Josef Timlichman, Timlichman Law, Palm Beach, Florida.

49. Testimony re economic damages in a wrongful death case: Michelle R. Bennett, as Executrix of the Estate of Jessica Elaine Bitner Jose, Deceased, and Anthony Christian Jose, By and Through His Temporary Guardian, Suzanne Hall, And Eli Braylon Jose, By and Through His Temporary Guardian, Sylvia R. Daniel, and Nathaniel Gabriel Sanchez, By and Through His Temporary Guardian, Sylvia Daniel, and Alyssa Michelle Sanchez, By and Through Her Temporary Guardian, Michelle R. Bennett, and Carmen Isbel Jose, By and Through Her Temporary Guardian, Michelle R. Bennett v. Juan Marquez, Tal Farlow, et. al, File No. 19A76322 in the State Court of Dekalb County State of Georgia. June 22, 2022 for Nick Rego, Nicholas J. Rego, LLC, Tallapoosa, Georgia.

48. Testimony re economic damages in a personal injury case: Tabias Jackson v. Norfolk Southern Railway Company, Civil Action File No. 21EV004832 in the State Court of Fulton County, State of Georgia. June 21, 2022 for Michael Warshauer, Esq., Warshauer Law Group, P.C., Atlanta, Georgia.

47. Testimony re the present value of life care plans (3), the present value of lost earnings (1), and the present value of lost household services (2) in a personal injury case: Ricardo Moreno, Zoila Moreno, Nayeli Moreno, Gregorio Moreno, Individually and as next Friend of Nxxxxx Jxxxxx Mxxxxx, and Cxxxx Exxx, Mxxxxx, Minors v. Altec Capital Services, LLC and Altec Industries, Inc., and Jimmy Anthony Alfaro, Case No.: C-4873-19-H in the District Court 389th Judicial District, Hidalgo County, Texas. June 16, 2022 for Ruy Mireles, Law Offices of Mario Davila, McAllen, Texas.

46. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Jesse Magallanes v. H2O Midstream, LLC, H2O Midstream Holding, LLC, H2o Midstream Permian, LLC, Bull Rogers, Inc., Bull Rogers Laydown, Inc., David Ray Allen, Cambrian Management, Ltd., and Betty Thomas Family, LP, Case No.: 2019-37473 in the District Court 295th Judicial District, Harris County, Texas. June 13, 2022 for Chris Pinedo, Hilliard Martinez Gonzales, LLP, Corpus Christi, Texas.

45. Testimony (trial) re economic damages in a professional (legal) malpractice case: Matt Pfingsten v. Johnson, Killen & Seiler, P.A. and Alok Vidyarthi., Case Number 27-CV-20-15664 in the District

Court, Fourth Judicial Circuit, State of Minnesota, County of Hennepin, on May 19, 2022 for Seth Leventhal, Leventhal, PLLC, Minneapolis, Minnesota.

44. Testimony re the present value of a life care plan in a personal injury case: James Banks et al. v. University of Maryland Medical System et al., Case No.: C-08-CV-21-000012 in the Circuit Court for Charles County, Maryland. April 13, 2022 for Khadijah R. Ali, The Law Offices of Khadijah R. Ali, PC, Washington, DC.

43. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Kristin Martin v. Brasfield & Gorrie, LLC, a Foreign Limited Liability Company; Hunton Brady Architects, PA, a Florida Prof Corporation; Wal-Mark Contracting Group, LLC; and Coastal Mechanical Services, LLC, Case No.: 2018-CA-008115-O in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. March 28, 2022 for Randy Pelham, The Pelham Law Firm, Tallahassee, Florida.

42. Testimony re economic damages in a wrongful death case: Maria Irene Mendez, Individually and Personal Representative of the Estate of Angel Alvarez Mendez, Deceased, Kendy A. Mendez and Isela G. Mendez v. Chalk Mountain Services of Texas, LLC and EOG Resources, Inc., Case No. 2020-56520 in the District Court 270th Judicial District Harris County Texas. March 15, 2022 for Chris Pinedo, Hilliard Martinez Gonzales, LLP, Corpus Christi, Texas.

41. Testimony re the present value of a life care plan in a personal injury case: Jaci Hartley, by and through the Father and Next Friend, Scott Hartley, and Scott Hartley, individually v. Kawasaki Motors Corp., USA and Duke's Cycle Sales, Inc, Case No. 20-CV-06098-GAF in the United States District Court Western District of Missouri Saint Joseph Division on March 4, 2022 for Josh Moore and Harris Yegelwel, Morgan and Morgan, Orlando, Florida and John Schultz, Kansas City, Missouri.

40. Testimony re economic damages in a wrongful death case: Robert Killian, Administrator of the Estate of Tatiana Vedentsova v. Windsor Sanitation, et al., Docket No. HHD-CV-19-6117110-S in the State of Connecticut Superior Court Judicial District of Hartford. February 25, 2022 for Gary Strickland, Dressler Law, Hartford, Connecticut.

39. Testimony re the present value of a life care plan in a personal injury case: Christopher Hester v. Thomas H. Becker and Jensen Underground Utilities, Inc., Case No. 11-2020-CA-003830-0001-XX in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida on February 21, 2022 for Scott Henretty, Morgan and Morgan, Fort Lauderdale, Florida.

38. Testimony re the present value of a life care plan in a personal injury case: Melinda L. Dryer v. David Melville Shepard, Individually; Meruti Fleet and MGMT, LLC, a Florida Limited Liability Company, Case No. 50-2019-CA-013045-XXXX-MB in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on February 18, 2022 for Josef Timlichman, Timlichman Law, Palm Beach, Florida.

37. Testimony re economic damages in a wrongful death case: Mistie Nance, Individually; and as Surviving Spouse of Jarvis Nance, Deceased v. Highridge Grading, LLC; Highridge Partners, Inc.;

Phillip Clark Taylor; Schneider Logistics Transloading and Distribution, Inc.; Schneider Logistics Transportation, Inc.; Schneider National Bulk Carriers, Inc.; Schneider National Carriers, Inc.; and Darryl Joachim, Civil Action File No. 18SC0211-AJ in the State Court of Cherokee County State of Georgia. February 16, 2022 for Johnathan W. Johnson, Johnathan W. Johnson, LLC, and Brian Kaplan, Law and Moran, Atlanta, Georgia.

36. Testimony re economic damages (destruction of business value) in a business disparagement case: Star Operations, Inc. v. James Construction Group, LLC. Case Nos. 01-17-0004-2501, 2505, 2506, 2507, 2508, American Arbitration Association. February 9, 2022 for Scott Noel, Plunkett, Griesenbeck & Mimari, Inc., San Antonio, Texas.

35. Testimony re lost profits and present value of an endorsement in a breach of contract case: Larry Nelson and Drew Nelson, individually and collectively d/b/a Dynamix Golf v. TrueGolf, Inc. Case No. 1:20-cv-01882-ELR in the United States District Court for the Northern District of Georgia, Atlanta Division. February 7, 2022 for Nola D. Jackson, Werner Law, LLC, Atlanta, Georgia.

34. Testimony re the present value of lost earnings in a personal injury case: Yaroslav Ilnytskyy v. Equipnet, Inc. Case No. 2:19-cv-12268 in the United States District Court Eastern District of Michigan, Southern Division. February 4, 2022 for Christian Collis, Giroux Amburn, PC, Southfield, Michigan.

33. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: David Agard and Maritza Agard, Individually and as Parents and natural Guardians of David Agard, Jr., and Dereck Agard, Minors v. Lakeland Regional Health Systems, Inc. d/b/a Lakeland Regional Medical Center, Case No.: 19-CA-003798 in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida. January 26, 2022 for Helen Stratigakos, Stratigakos Law, Tampa, Florida.

32. Testimony re the present value of a life care plan in a personal injury case: Noel Osborne v. Stephen Adair Nallas Heir at Law for Benton Roy Nalls, and Pro Oil and gas Services, LLC, Case No. 2020-35265 in the District Court of 151st Judicial District Harris County, TX on January 24, 2022 for Neil Solomon, Zinda Law Group, Austin, Texas.

31. Testimony re the present value of a life care plan in a personal injury case: Rakem Washington v. Proficient Auto, Inc. and Jerry Wynn, Civil Action File No. SUV2021000848 in the Superior Court of Camden County, State of Georgia on January 19, 2022 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

30. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Yue Zhang et al. v. Greater Baltimore Medical Center, Inc. in the Circuit Court for Baltimore County, State of Maryland, Case No.: C-03-CV-20-003583. January 7, 2022 for Jermain Haughton, Wais, Vogelstein, Forman and Offutt, Baltimore, Maryland.

29. Testimony re the present value of a life care plan in a personal injury case: Alicia Ramos and Enrique Ramos v. Yaser El-Gazzar, M.D. et al. in the Superior Court of New Jersey Law Division:

Hudson County. December 6, 2021 for Erica Avondoglio, Lynch Law Firm, Hasbrouck Heights, New Jersey.

28. Testimony re the present value of a life care plan, the present value of lost earnings, and the present value of lost household services in a personal injury case: Logan Hoyles and Ashley Jenkins v. Brigham Cord Goold and Alliance Dairies, LLP in the Circuit Court of the Third Judicial Circuit in and for Suwannee County, State of Florida Circuit Civil Division. December 1, 2021 for Steven Smith, Steven A. Smith, PA., Lake City, Florida.

27. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: William Bodner and Teri Bodner v. Thunderbird Products Corp., d/b/a Formula Boats; Porter, Inc., d/b/a Formula Boats; Motions Systems Corporation in the United States District Court Northern District of Florida Panama City Division. Case No. 22-11179. November 11, 2021 for Mark T. Packo, GED Lawyers., Boca Raton, Florida.

26. Testimony re economic damages and royalty rates in an intellectual property case: LoganTree, LP v. Garmin International, Inc, and Garmin USA, Inc., in the United States District Court District of Kansas. October 21, 2021 for Christopher Barkley, McCathern, Shokouhi, Evans, Grinke, Dallas, TX.

25. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: James Prescott, Jr. v. Angelo’s, Aggregate Materials, LTD, a Florida Limited Partnership, D/B/A Angelo’s Recycled Material in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County. October 12, 2021 for Mac A. Greco, III, Greco & Wozniak, P.A., Tampa, Florida.

24. Testimony re economic damages in a wrongful death case: Latwenita Gay, on behalf of the Estate of Antoine Neville, and on behalf of Ariana Stephens, Antonio Neville, Jr., Giovanni Neville, Elijah Jews, Ayden Jews, and Demi Y’lani Perry, the minor children of Antonio Neville v. Shah Hospitality, LLC d/b/a Gulf American Inn a/k/a Gulf American Inns, Quintavius Williams, a/k/a Quintavius Fred Williams, a/k/a Fred Williams, a/k/a Mario Teasley, Brandisha Williams, and John Does 1-10, Civil Action File No. 20A82018 in the State Court of Dekalb County State of Georgia. August 26, 2021 for James Dearing, James E. Dearing, P.C., and Catherine Gibson, The Gibson Law Firm, LLC, Atlanta, Georgia.

23. Testimony re the present value of a life care plan in a personal injury case: Wendy Hunter v. Roy Griffin and Costal Regional Commission of Georgia, Civil Action File No. SUV2019000002 in the Superior Court of Mcintosh County, State of Georgia on August 24, 2021 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

22. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Leon Uzdin and Alla Konoplya v. Hector Bardino and Zurich Insurance Company, Case No. 2019-0065594-CA 05 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. August 17, 2021 for Josef Timlichman, Josef Timlichman Law, PLLC, Aventura, Florida.

21. Testimony re economic damages in an alleged breach of contractual rights and violations of Title IX of the Education Amendments of 1972 case: Sanghamitra Kunche v. University of Dubuque, Civil Action Number 2:20-cv-1049-LRR-KEM in the United States District Court for the Northern District of Iowa Dubuque Division, on August 11, 2021 for Jason Bach of The Bach Law Firm, Las Vegas, Nevada.

20. Testimony re economic damages (lost profits and owners' compensation) in a breach of contract case: Barnett Bit, LLC v. Hijet, LLC and PDC Logic, LLC, Case Number CJ-2019-1006 in the District Court of Cleveland County, State of Oklahoma, on August 3, 2021 for Benjamin Hoover of The Nix Law Firm, Oklahoma City, Oklahoma.

19. Testimony re the present value of a life care plan and the present value of lost earnings in a personal injury case: Jessie Glenn v. Somkiat Sriweawnetr and Allen's Drywall, Inc., Civil Action File No. 2019 31877 CICI in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia, Florida. July 19, 2021 for Susan Tolbert, Morgan and Morgan, Daytona Beach, Florida.

18. Testimony re the present value of a life care plan in a personal injury case: Angela Summers v. Luis Carasas and Rasier, LLC, Civil Action File No. 4:20-cv-00272 in the United States District Court For The Southern District of Georgia Savannah Division on June 10, 2021 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

17. Testimony re the present value of a life care plan in a personal injury case: David Klein v. Luis Carasas and Rasier, LLC, Civil Action File No. 4:20-cv-00272 in the United States District Court For The Southern District of Georgia Savannah Division on June 10, 2021 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

16. Testimony (arbitration) re economic damages and outstanding balances in a breach of confidentiality case: Xie Law Offices, LLC and Georgia Regional Center, LLC v. Hou Min Luo, aka Kelvin Luo, Nguyen & Chen, LLP and Fan Chen on May 25, 2021 for William J. Piercy of Berman Fink Van Horn P.C., Atlanta, Georgia.

15. Testimony (trial) re economic damages and the present value of a life care plan in a personal injury case: Heather Hill v. Publix Super Markets, Inc., Case Number 2018-CA-336 in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida, on May 6, 2021 for Gilbert J. Alba, Law Office of Alba & Yochim, P.A., Gainesville, Florida.

14. Testimony re economic damages in a wrongful death case: Cobb County Appointed Administrator, as Administrator of the Estate of Jose Fidensio Arriaga Cerda, Deceased, and Elena Arriaga Nagera, as Parent and Next Friend of Bryan Arriaga, Minor, Jesus Arriaga, Minor, and Kevin Arriaga, Minor v. Bayshore Home Sales, Inc., Newbury Management Company, and CF_MH_II_SF, LLC, Case Number 19 A 3098-7 in the State Court of Cobb County State of Georgia. April 20, 2021 for Summit Tucker, W. Calvin Smith II, P.C., Atlanta, Georgia.

13. Testimony re economic damages to the estate in a wrongful death case: Penny Klein, individually and as statutory plaintiff for herself and all statutory beneficiaries of Todd Wallace Klein, deceased, including Dolores Klein, natural mother of Todd Wallace Klein v. KKOL, Inc., a

foreign corporation; Samantha Cynthia Osterlind and John Doe Osterlind, et al., Case Number CV2020-001025 in the Superior Court of the State of Arizona in and for County of Maricopa. March 31, 2021 for Robert Boatman, Gallagher and Kennedy, Phoenix, Arizona.

12. Testimony re the present value of a life care plan in a personal injury case: Stephanie Dunn v. Brittney Pascoe, Case Number 4:20-cv-90 in the United States District Court For The Southern District of Georgia Savannah Division. March 29, 2021 for Seth Diamond, Morgan and Morgan, Savannah, Georgia.

11. Testimony re the present value of a life care plan in a personal injury case: Marcus Dixon v. Orphia Wood and Barrington Reid, Case Number CACE17-000978 in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. January 19, 2021 for Jason Weisser, Schuler, Halvorson, Weisser, Zoeller, Overbeck, West Palm Beach, Florida.

10. Testimony re economic damages and the present value of a life care plan in a personal injury case: Sheila Knepfle v. J-Tech Corporation, J&P Cycles, LLC, Lemans Corporation, and HJC Corporation, Case Number 8:18-CV-00543-TPB-CPT in the United States District Court Middle District of Florida Tampa Division. January 11, 2021 for Crystal Sebago, P.A., Tampa, Florida.

9. Testimony re economic damages and the present value of a life care plan in a personal injury case: Heather Hill v. Publix Super Markets, Inc., Case Number 2018-CA-336 in the Circuit Court, Eighth Judicial Circuit, in and for Alachua County, Florida. August 20, 2020, continued on August 31, 2020 for Gilbert J. Alba, Law Office of Alba & Yochim, P.A., Gainesville, Florida.

8. Testimony re economic damages in a personal injury case: Dominique Sampson v. Sherrie Chisholm; Rohoho Inc., D/B/A Papa John's and Papa John's USA, Inc., Civil Action Case Number 18-C-02188-5 in the State Court of Gwinnett County, State of Georgia. February 24, 2020 for Johnathan Johnson, Johnathan W. Johnson, LLC, Atlanta, Georgia.

7. Testimony re economic damages in a personal injury case: Aldo Carpinteri and Lisa Carpinteri v. Toyota Material Handling U.S.A. Inc., and Atlanta Fork Lifts inc., a/k/a Toyota Forklifts of Atlanta, Civil Action Number 18-A-68777 in the State Court of DeKalb County, State of Georgia. February 13, 2020 for Michael Warshauer, Esq., Warshauer Law Group, P.C., Atlanta, Georgia.

6. Testimony re economic damages and the present value of a life care plan in a personal injury case: John Conover Jones v. Waste Management of Carolinas, Inc Case No. 19-CVS-770 in the General Court of Justice Superior Court Division, State of North Carolina. December 18, 2019 for Ron L. Trimyer, Jr., Mast, Mast, Johnson, Wells & Trimyer, P.A., Garner, North Carolina.

5. Testimony re economic damages and the present value of a life care plan in a personal injury case: Craig Salvani v. Corizon Health Inc., Josue Jorge Caraballo, M.D., et al. Case No. 1:17-CV-24567-RNS in the United States District Court Southern District of Florida. July 23, 2019 for J. Alistair McKenzie, Esq., McKenzie Law Firm, P.A., Pensacola, Florida.

4. Testimony re economic damages in a personal injury case: Richard Tolson and Tami Tolson v. Prim Industrial Contractors, Inc. File No. SUCV2016000225 in the Superior Court of Monroe

County, State of Georgia. February 19, 2019 for Michael Warshauer, Esq., Warshauer Law Group, P.C., Atlanta, Georgia.

3. Testimony re economic damages and the present value of a life care plan in a personal injury case: Vazquez v. The Raymond Corporation and Carolina Handling, LLC File No. 2:17-CV-00020-WCO in the United States District Court For The Northern District Of Georgia Gainesville Division. February 22, 2018 for Michael Warshauer, Esq., Warshauer Law Group, P.C., Atlanta, Georgia.

2. Testimony in an employment discrimination case: Kenneth Hess v. Brentwood Industries, Inc; and David Muharaj, CC-02-2016-C-188 in the Circuit Court of Berkley County, West Virginia. November 2, 2017, for David Hammer, Esq., Hammer Ferretti & Schiavoni, Martinsburg, West Virginia.

1. Testimony re economic damages and the present value of a life care plan in a personal injury medical malpractice case: Harriet Larkin v. Woodrow Wilson Gray, Jr., M.D.; the Medical Center of Central Georgia, Inc.; Navicent Health, Inc.; et el. File No. 2015-CV-062475 in the Superior Court of Bibb County, Georgia. March 9, 2017, for Joshua A. Carroll, Esq., Buzzel, Graham & Welsh, LLP, Macon, Georgia.

CLIENT M.D.
LIFE CARE PLANS

**CLIENT:** **Ann O'Malley**
**DATE OF EVALUATION:** **09/09/2025**
**DOI:** **02/06/2024**
**DOB:** **07/07/1946**

**Medical Expert Opinion**

**On 09/09/2025, I, Victor Isaac, M.D. evaluated Ann O'Malley via Zoom meeting. She was accompanied by her husband Jim who helped with the history due to her memory issues.**

**History:**

Mr. O'Malley says that they were in Los Angles on a cruise ship, and they were just leaving the dock. Mrs. O'Malley had been sleeping and she woke up with uncontrollable shakes on 02/06/2024. Her husband gave her a warm shower, and she did not warm up. He took her to the clinic on the ship and he told them that she needed to be in a hospital. He was told that they were moving and could not take her off the ship at that time. They gave her some medications and an IV, and put her in a wheelchair and took her back to her room and put her to bed. An hour or so later, she got up to go to the bathroom, and she collapsed and had an episode of bowel incontinence. He called for EMTs and they took her back to the clinic. Mr. O'Malley says that she was incoherent at that time. The next morning, she was still incoherent, and her blood pressure was low. The doctor told Mr. O'Malley that they were treating her low blood pressure, and they were going to take her off the boat in 2 days. They ultimately decided to take her off the boat sooner. They loaded her on one of the evacuation boats and took her to shore in Mexico. An ambulance met them and took her to a hospital. They started treating her for sepsis. The incident started on 02/05/2024 and it was 02/11/2024 before she was taken for an MRI of her brain, and a neurologist diagnosed her stroke. They started her on IV with Cerebrolysin a medication that is not FDA approved in U.S., but has been determined to be a good treatment for strokes in other parts of the world. Mr. O'Malley says that her first day of treatment she could not play solitaire on her phone because she could not remember how to do it, but after 3 days of the Cerebrolysin she was beginning to improve and she could remember how to play solitaire. Mr. O'Malley says that he wanted his wife medevaced to the United States, but the only way Mr. O'Malley's insurance would cover the cost would be for the Mexican hospital to say they were not equipped to treat her. He says that the hospital would not say they that. After 6 days of treatment with Cerebrolysin, the doctors wanted to treat her as an outpatient. The treatment

protocol for Cerebrolysin is 10 days. At that point, Mrs. O'Malley decided to stay in Mexico and complete the treatment as an outpatient. At the end of 10 days of treatment, they flew home. Mr. O'Malley said that all of the treatment done in Mexico did not transfer to U.S. He took her to the ER at Mayo Clinic in Jacksonville, Florida on 02/22/2024. She was seen by neurology, and they confirmed that she had a stroke. She was scheduled for an MRI and a follow-up appointment with neurology.

On 02/22/2024, Dr. Ansley Madala reported that the patient presented to MCF Emergency Department after a recent left MCA territory stroke. She was on a cruise going to Mexico with her husband when she began to have blood pressure derangements, with hypotension on 02/06/2024. When she regained consciousness after she synopsized in the setting of hypotension, she began to demonstrate difficulty speaking notably, and she was experiencing difficulty getting words out. Thereafter, she was taken to be evaluated by the cruise ship medical personnel with ultimate hospitalization at Hospital Mexico for stroke workup. In Mexico, she underwent a brain MRI. Furthermore, on evaluation in Mexico, she demonstrated visual field deficits with inability to see the left half in both eyes. Her sepsis was attributed to a kidney infection, and she was subsequently treated with antibiotics. She was treated with a 10-day course of Cerebrolysin for stroke and given prescriptions for atorvastatin, aspirin, and blood pressure medication. In the ED, she was evaluated by Neurology as a consultation due to the recent left parietooccipital and posterior temporal lobe subacute infarction with residual expressive aphasia and partial bilateral hemianopsia. Her NIH stroke scale was 2 at this time for visual field deficits, moderate expressive aphasia with inability to produce full sentences. She was discharged home thereafter with continuation of aspirin, daily atorvastatin, with plans for brain MRI as well as stroke labs in the outpatient setting.

On 04/05/2024, a speech language evaluation by William Murdock stated that the patient has a mild anomic aphasia, including a dyscalculia component, characterized by intermittent anomia in conversation, slowed processing of provided information requiring additional time to respond, especially when provided complex information or information containing numbers. Speech was clear and intelligible. Oromotor abilities were within normal limits. Patient was able to read information and correctly answer questions from what she read. She would benefit from additional outpatient SLP services to address aphasia and dyscalculia. The plan was to Continue with provided language strategies, and Constant Therapy practice.

On 05/21/2024, The patient has been improving from a speech standpoint as well as visual standpoint. She was previously being evaluated by speech language pathology in the outpatient setting 2 times a week. However, she has been able to graduate to the next level and currently sees in 1 time every week. She is currently on a computerized therapy per speech language pathology called "Constant Therapy." She saw her cardiologist yesterday who ordered an echocardiogram as well as a stress test. Thirty-day Holter monitor was reviewed as well as her outside cardiologist where no occult atrial fibrillation was detected. She went to Quest Diagnostics in her hometown in March 2024 and this revealed an LDL of 77. She continues to remain on daily aspirin as well as blood pressure medications with occasional checking of her blood pressure at home.

On 06/17/2024, Misha Pless, MD performed a neuro-ophthalmic evaluation. The provider diagnosed her with Partial density, partial right sided homonymous hemianopic visual field defect in context of recent left sided middle cerebral artery (posterior division) parietal stroke. Early internal retinal membrane irregularities OS. Pseudophakic OU. Presbyopia OU. Recommended Neuropsychological testing. Reading technique discussed, as it regards new onset homonymous hemianopia The husband should walk on the right side of the patient to avoid collision with obstacles Driving, operating motor vehicles of any type, including golf carts, until his next follow-up, prohibited I counseled the patient against using any motorized vehicles, including a lawn mower Walking alone in the neighborhood with caution or with companion to avoid collisions TV or reading material to be placed on the left side of her visual field Esterman visual field test in 3 months.

On 07/10/2024, The patient continues to work with Constant Therapy for speech improvement with her iPad daily. She reports that this has been very beneficial for her. She recently went on a trip/cruise with her husband in New York to many northeastern states. Currently, regarding her speech, she reports that she continues to experience some difficulty. However, she reports a significant improvement of up to 85% improvement in her speech since the episode of stroke. She reports that she predominantly experiences this difficulty with word finding when she is in the middle of a sentence. She also reports difficulty with numbers, though does state that she was “never good with numbers to begin with.” She reports that she has a hard time with mental calculations, remembering numbers including ages. She does report that when she was out walking, if she were to walk for a prolonged period of time, she will feel as if her brain is getting “tired. She reports that this has been new since her stroke.

She reports that she has had improvement with her vision but it was not completely resolved. She states she still has difficulty with peripheral vision in her right eye. She has continued to follow along with MCF Neuro-Ophthalmology for evaluation. She has continued to defer from driving during this time, given her peripheral vision findings.

She does report that she has had a cough that has been persistent over the past couple of months. Specifically, she reports a dry cough that is persistent. Cough arose after she experienced her stroke. She states that she was given Tessalon Perles and other cough suppressant medications without relief. Her husband reports that she “eats lozenges“ all throughout the day. He states that it is becoming increasingly more concerning to him and that it has not improved despite all the measures they have taken so far.

Recommended repeat MRI of the brain in 6 months for monitoring of stability/progression of left parasagittal meningioma. Instructed to follow up with Neuro-Ophthalmology. Instructed to continue aspirin, atorvastatin, enalapril, and amlodipine. Advised to record blood pressures and send to primary care physician after a total of 7 days as well as update on improvement of cough thereafter. Instructed to follow up with MCF Neurology in 6-12 months or sooner if needed. Advised to engage in moderate aerobic physical exercise, maintain a heart-healthy diet, abstain from tobacco use, and continue to refrain from driving given peripheral field deficits.

On 07/11/2024, Lexiscan Stress Test:
Impression: Adequate hemodynamic response to Lexiscan Infusion. No EKG changes to suggest ischemia. Symptoms are equivocal for ischemia since Lexiscan may cause symptoms. No significant arrhythmias noted. 0
Nuclear images pending.

Nuclear Stress Test:
Impression: Gated imaging revealed a stress ejection fraction of 82% without wall motion abnormalities and normal thickening in all segments. There were no high-risk markers noted with a normal TID ratio.

On 09/23/2024, Misha Pless, MD stated that the visual field defect is no longer apparent on estrogen visual field testing. As such the prohibition to drive can be lifted. The patient was so counseled and expressed understanding. The patient understood the need for follow up and compliance with recommendations. The follow-up should be done through her local eye provider.

**PMH**: None

**PSH**: Thyroid

**Medication**: CALCIUM CITRATE MAGNESIUM and ZINC CoQ10*, MATURE MULTI vitamins, adult, Hydrochlorothiazide 12.5 mg, ATORVASTATIN 40MG, ASTATIN 40mg. PRAMIPEXOLE 0.5MG, LEVOTHYROXIN 100mcg, AMLODIPINE 10mg, CoQ10 100mg, Vitamin D3 50mcg, Aspirin low-dose 81mf.

**Allergy**: NKDA

**Social History:** Married with two children. Denies smoke or alcohol use.

**Anticipated Treatments:**

**Projected Evaluations and future Medical Care**
- Neurology appointments every 6 months to LE
- Cardiology appointment once a year to LE
- Primary care physician every 6 months to LE
- Neuro-ophthalmic appointment once a year to LE
- Physical therapy evaluation
- Occupational therapy evaluation

**Projected Therapeutic Modalities**
- Speech therapy 2 times a week for one year then once a week for LE.
- Cognitive and memory therapy once a week for LE
- Physical therapy 12 visit per year to LE
- Occupational therapy 12 visits per year to LE

**Medication and Supplies**

- Hydrochlorothiazide 12.5 mg qd to LE
- Atorvastatin 40MG qd to LE
- Pramipexole 0.5MG qd to LE
- Amlodipine 10mg qd to LE

**Diagnostic Testing**

- Annual laboratory monitoring for kidney and liver function.
- MRI brain once every 3 years to LE
- Nuclear stress test once a year to LE
- EKG once a year to LE

The opinions expressed in this report are to a reasonable degree of medical expert probability. I reserve the right to amend the opinions should new information be presented.

Respectfully Submitted,

Victor Isaac, M.D., FAAPMR, CLCP
Board Certified Physical Medicine & Rehabilitation
Board Certified Pain Management
Certified Life Care Planner

Curriculum Vitae

# Victor W. Isaac, M.D.

Office Address: Isaac Spine, Joint & Pain Institute
3320 Perimeter Hill Dr.
Nashville, TN 37211
Email: visaac2000@yahoo.com

Education:

| | |
|---|---|
| 9/83-12/89 | B.S. in Medicine and General Surgery (M. B. B. Ch.)<br>Alexandria University, Faculty of Medicine, Egypt |
| 8/99-5/00 | New York College of Osteopathic Medicine, New York |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 3/90-2/91 | Transitional internship<br>Alexandria University Hospitals<br>Alexandria, Egypt |
| 3/91-2/94 | Resident in Internal Medicine<br>Elmandara Medical Center<br>Alexandria, Egypt |
| 3/94-4/97 | Medical Assistant<br>Staten Island Internal Medicine Clinic<br>Staten Island, New York |
| 4/97-7/98 | Clinical Research Assistant<br>Transplantation Infectious Diseases<br>Department of Medicine<br>Mount Sinai Medical Center<br>New York, New York |
| 8/98-7/99 | Medical Assistant<br>The MED Group<br>Coney Island, New York |
| 6/00-6/01 | Intern in Surgery<br>Maricopa Medical Center<br>Phoenix, Arizona |
| 7/01-6/04 | Resident in PM&R<br>Nassau University Medical Center<br>East Meadow, New York |
| 7/04-6/05 | Fellowship in Interventional Spine<br>PENN Spine Center<br>Hospital of the University of Pennsylvania<br>Philadelphia, Pennsylvania |

Employment History

| | |
|---|---|
| 7/05-7/06 | Pain and Spine Consultants<br>Interventional Spine Physiatrist<br>Brentwood, Tennessee |

| | |
|---|---|
| 8/06- 10/08 | Center for Spine, Joint & Neuromuscular rehab<br>Interventional Spine Physiatrist<br>Nashville, Tennessee |
| 11/08-4/13 | Pain and Spine Consultants<br>Interventional Spine Physiatrist<br>Brentwood, Tennessee |
| 3/10-Present | Independent review consultant |
| 5/13-Present | Isaac Spine, Joint & Pain Institute<br>Medical Director |

Faculty Appointments:

| | |
|---|---|
| 2004-05 | Clinical Instructor, Department of PM&R<br>Hospital of the University of Pennsylvania<br>Philadelphia, Pennsylvania |

Specialty Certification:

| | |
|---|---|
| 2005 | American Academy of Physical Medicine and Rehabilitation |
| 2005 | American Board of Pain Medicine |

Licensure:

| | |
|---|---|
| Pennsylvania | MD423383 (inactive) |
| New York | 228733-1 (inactive) |
| Florida | ME90685 (inactive) |
| Tennessee | 39898 (Active) |

Memberships in Professional and Scientific Societies:

| | |
|---|---|
| 2002 | American Academy of Physical Medicine and Rehabilitation |
| 2003 | Physiatric Association of Spine Sports and Occupational Rehabilitation |

Academic Committees:

| | |
|---|---|
| 2003-04 | Research Committee Member<br>Nassau University Medical Center, New York |

Volunteer Experience:

| | |
|---|---|
| 1997-98 | Clinical Research Assistant<br>Transplantation Infectious Diseases<br>(Department of Medicine)<br>Mount Sinai Medical Center, New York |

Bibliography:

Abstracts:

**Isaac VW**, Zaman FM, DePalma MJ, Slipman CW. “Diagnostic value of cervical discography in management of cervical discogenic pain secondary to whiplash

injuries and its predictive value for cervical fusion." American Journal of Physical Medicine & Rehabilitation: March 2005 - Volume 84 - Issue 3 - p 204

**Isaac VW**, Barrett S, Weiss L. Left Femoral nerve neuropathy presented after gunshot wound to abdomen. EMG case report accepted at the AAP meeting in Albuquerque, New Mexico.

**Isaac VW**, Gaudino W. Unusual presentation of meningioma. Case report poster accepted at AAP meeting in Arizona. American Journal of Physical Medicine & Rehabilitation: March 2005. Volume 84(3):2009

Editorials, Reviews, Chapters, including participation in committee reports:

Chapter 86: Percutaneous Disc Decompression. **Victor W. Isaac**, M.D., Curtis W. Slipman, M.D., submitted for publication in *Interventional Spine: An Algorithmic Approach*. Editors: Slipman, Derby, Simeone, Mayer – 2007 (London).

Chapter 5: Electromyography. Lynn Weiss, MD, Jay Weiss, MD **Victor W. Isaac**, M.D., "Easy EMG", 2004.

Chapter 42: Thoracic Radiculopathy. Darryl L. Kaelin, M.D., **Victor W. Isaac,** M.D., "Essentials of Physical Medicine and Rehabilitation", Review and Self-Assessment, 2002

Lectures and Presentations by Invitation:

National:

1- October 2000 "*Rehabilitation of Patients with Burns*"
Grand Rounds
Department of Surgery
Arizona Burn Center
Maricopa Medical Center
Phoenix, Arizona

2- July 2004 "*Femoral neuropathy after gunshot wound to the abdomen: A case report*"
Grand Rounds
Department of Rehabilitation Medicine
Nassau University Medical Center
East Meadow, New York

3- August 2004 *"Diagnostic value of cervical discography in management of cervical discogenic pain secondary to whiplash injuries and its predictive value for cervical fusion."*
Grand Rounds

Department of Rehabilitation Medicine
East Carolina University
Greenville, North Carolina

4- November 2004 "*Incidence of Subsequent Vertebral Fracture after Kyphoplasty*"
Interdisciplinary Spine Conference
Hospital University of Pennsylvania
Philadelphia, PA

5- December 2004 *"Diagnostic selective nerve root blocks"*
Interdisciplinary Spine Conference
Hospital University of Pennsylvania
Philadelphia, PA

6- January 2005 *"Intervertebral Disc Prostheses"*
Interdisciplinary Spine Conference
Hospital University of Pennsylvania
Philadelphia, PA

7- February 2005 *"The Role of Cervical Discography"*
Scientific paper presentations
Association of Academic Physiatrists
Annual Meeting
Tucson, Arizona

8- August 2006 "*Why see a spine care specialist?*
Interdisciplinary Spine Conference
Summit Medical Center
Hermitage, Tennessee

9- April 2008 *"Introduction to EMG*"
Grand Rounds
Center for Spine, Joint, and Neuromuscular Rehabilitation, P.C.
Hermitage, Tennessee

10- October 2009 *" Vertebroplasty"*
Grand Rounds
Pain and Spine Consultants, P.C.
Nashville, Tennessee

<u>Alternative Media</u>:

Isaac VW**,** Gaudino W. ***"****Unusual presentation of meningioma"* Published in MD-DO website, 2003. Editor of the PM&R portion of the MD-DO website

"A few Seconds' Radio program to educate the public and raise awareness regarding the prevalence of diabetic nerve pain within the diabetic community. Feb, 2010

<u>Activities</u>

Medical preceptor, Center for Spine, Joint, and Neuromuscular Rehabilitation, P.C. for physician assistant and nurse practitioner, 2006-08

Medical preceptor, University of Pennsylvania Medical Center (PM&R) for medical students and residents of University of Pennsylvania School of Medicine, 2004-05

Medical preceptor, Nassau University Medical Center (PM&R) for medical students of New York College of Osteopathic Medicine and Stony Brook University, 2001-04.

Independent review consultant for managing care managing claims (MCMC), MED solutions, Medical Consultants Networks (MCN) and for Advanced Medical Reviews (AMR).

# Victor W. Isaac, MD, FAAPMR, CLCP

| Year: 2025 | | | |
|---|---|---|---|
| **Case** | **Case No.** | **Testimony** | **Date** |
| Carrie Donnelly vs BT Hotel Las Colinas LLC, Prism Hotel Partners GP, INC., and Prism Hospitality, L.P.<br>Atty Hardin Ramey (Plaintiff) | CC-22-01093-D (TX) | Deposition | 5/20/2025 |
| Trachelle Hill, Darien Hill, and Traci Baudier v. Jane Hlis and Mark Hlis<br>Atty Roman Diveev (Plaintiff) | 2023CA000114 (FL) | Deposition | 10/17/2025 |

CLIENT M.D.
LIFE CARE PLANS

| Date | Invoice # |
|---|---|
| 9/29/2025 | 2738 |

PAID 09/29/2025

**Bill To**

Scolaro Law, P.A.
3524 North Bayhomes Drive
Miami, FL 33133

**Payment Remittance Options**

By Check:
Client MD Life Care Plans, LLC
628 Bypass Dr
Clearwater, FL 33764

For Credit Card Payments please call our office at
(727) 223 4468 (Subject to a convenience fee of 3.3%)

| Terms | Project |
|---|---|
| | O'Malley, Ann |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Life Care Plan | 37.4 | 350.00 | 13,090.00 |
| Medical Expert Evaluation- Dr. Isaac | | 2,000.00 | 2,000.00 |
| Economist Report on LCP | | 4,750.00 | 4,750.00 |
| | | **Total** | $19,840.00 |

Payment Terms: If you fail to make payment on the terms above, you will incur interest at 1.5% per month and costs for collection of the debt including attorney's fees.

Alternate Payment Terms: If you wish to defer this invoice until settlement, please contact Jade Imely to ask about our deferral options.

EIN: 92-0310706 jkearsley@clientmdlifecareplans.com