UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24748

ANN O'MALLEY,

Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_________________________________/

**NOTICE OF FILING MEDIATOR'S REPORT**

Plaintiff, ANN O'MALLEY, by and through undersigned counsel, and pursuant to S.D. Fla. L.R. 16.2(f)(1), hereby files the Mediator's Report following the mediation conference conducted on Friday, August 14, 2026. A copy of the Mediator's Report is attached hereto as Exhibit "A."

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro so parties identified on the attached Service List in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronic Notices of Filing.to counsel as listed below.

By: */s/ Thomas Scolaro*
THOMAS B. SCOLARO, ESQ.
Florida Bar No. 178276
SCOLARO LAW, P.A.
1728 Coral Way, Suite 702
Miami, Florida 33145
Tel: (305) 424-2300
Fax: (305) 424-2140
tom@usinjury.law
barbie@usinjury.law

## SERVICE LIST

**ANN O'MALLEY V. PRINCESS CRUISE LINE**
**CASE NO. 1:25-cv-24748**

---

Thomas Scolaro, Esq.
SCOLARO LAW, PA.
1728 Coral Way, Suite 702
Miami, FL 33145
Telephone: 305-424-2300
Facsimile: 305-424-2140
tom@usinjury.law
barbie@usinjury.law
*Counsel for Plaintiff*

Laurence M. Krutchik, Esq.
Florida Bar No. 69449
LMK Legal
7450 SW 172nd Street
Palmetto Bay, Florida 33157
Tel: (305) 527-6866
Fax: (305) 433-2334
lmk@lmklegal.com
*Co-Counsel for Plaintiff*

Michael J. Drahos, Esq.
Ashley Genoese, Esq.
GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33140
Telephone: (561) 268-5727
Michael.drahos@gray-robinson.com
Ashley.genoese@gray-robinson.com
Lilia.parker@gray-robinson.com
*Attorneys for Defendant*